A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven A. Kamen

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   1:06CV01063 (RMC)

International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Terry R. Yellig__ as counsel in this
        (Attorney's Name)

case for: __International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill__
        (Name of party or parties)

June 30, 2006
Date

*[signature]*
Signature

Terry R. Yellig
Print Name

946095
BAR IDENTIFICATION

900 Seventh Street, N.W., Suite 1000
Address

Washington, D.C. 20001
City    State    Zip Code

(202) 785-9300
Phone Number