UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN<br>3 Fincher Lane<br>Butler, Pennsylvania 16001<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, AFL-CIO,<br>900 Seventh Street, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>EDWIN D. HILL<br>6662 Avignon Boulevard<br>Falls Church, Virginia 22043<br><br>Defendants. | Case No. 1:06cv01063/RHC |

## DEFENDANT IBEW UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant International Brotherhood of Electrical Workers, AFL-CIO ("IBEW"), moves the Court for an extension of time, to and including July 21, 2006, in which to file an answer or otherwise respond to the Complaint filed in the above-caption matter.

Plaintiff served the Complaint in the above-captioned matter on defendant IBEW on June 22, 2006. Thus, according to Rule 12(a)(1)(A), Fed. R. Civ. P., defendant IBEW has until July 12, 2006 to serve and file an answer or otherwise respond to the Complaint.

However, counsel for defendant IBEW was absent from his office on vacation from July 1, 2006 until July 10, 2006. In addition, defendant IBEW's counsel is in the process of preparing a memorandum of points and authorities in opposition to a motion to dismiss filed on behalf of Secretary of labor Elaine Chao and Secretary of Energy Samuel Bodman in another case, which is due on or before July 28, 2006. In addition, defendant IBEW's counsel is in the process of preparing materials for presentation at a seminar on the Fair Labor Standards Act, which he will conduct for the IBEW on July 20, 2006.

Plaintiff's counsel has graciously consented to extending the time in which defendant IBEW must file an answer or otherwise respond to the Complaint, to and including July 21, 2006.

Therefore, for the foregoing reasons, defendant International Brotherhood of Electrical Workers, AFL-CIO, respectfully requests the Court to grant this unopposed motion that the deadline to file an answer or otherwise respond to the Compliant in the above-caption matter is extended, to and including July 21, 2006.

Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendant International Brotherhood of Electrical Workers, AFL-CIO

DATED:    JULY 11, 2006