# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | Case No. 1:06CV01063(RMC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and ) | |
| EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MOTION TO DISMISS

Defendant International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill, International President, International Brotherhood of Electrical Workers, AFL-CIO, pursuant to Rule 12(b)(1), Fed. R. Civ. P., move to dismiss the claims in Count I of the Complaint based on alleged violation of the Pennsylvania Human Rights Act ("PHRA"), 43 PA. STAT. ANN. § 951 *et seq.*, and Count II of the Complaint based on alleged violation of the District of Columbia Human Rights Act of 1977 ("DCHRA"), D.C. CODE ANN. § 2-1401.01 *et seq.*, for lack subject matter jurisdiction because both claims are time-barred by the respective statute of limitations set forth in the PHRA and the DCHRA. In support of this motion, defendants respectfully refer the Court to the accompanying memorandum of points and authorities and declaration with exhibits attached thereto. A proposed Order consistent with this motion is attached.

Respectfully submitted,

TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendant International Brotherhood of
Electrical Workers, AFL-CIO

Dated: July 21, 2006