UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN A. KAMEN**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO** and **EDWIN D. HILL**, an individual,<br><br>    **Defendants**. | )<br>)  Case No. 1:06CV01063(RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF TERRY R. YELLIG

I, Terry R. Yellig, make this declaration based on personal knowledge:

1. I am an attorney-at-law admitted to practice in the District of Columbia since July 20, 1978, and I am a member of the law firm of Sherman, Dunn, Cohen, Leifer & Yellig, P.C., located at 900 Seventh Street, N.W., Suite 1000, Washington, D.C. 20001, attorneys for defendant International Brotherhood of Electrical Workers, AFL-CIO (hereafter "IBEW"), and Edwin D. Hill, IBEW International President. As such, I submit this Declaration upon personal knowledge in support of the Motion to Dismiss filed on behalf of defendants IBEW and Hill.

2. Attached hereto as Exhibit No. 1 is a true and correct copy of an administrative complaint of discrimination filed by Steven A. Kamen with the District of Columbia Office of Human Rights (hereafter "DCOHR") against defendants IBEW and Hill on May 3, 2005, which DCOHR date-stamped as received on May 9, 2005.

3. Attached hereto as Exhibit No. 2 is a true and correct copy of a second administrative complaint of discrimination filed by Steven A. Kamen with DCOHR dated March 10, 2006.

4. Attached hereto as Exhibit No. 3 is a true and correct copy of a revised administrative complaint filed by Steven A. Kamen with the DCOHR dated April 24, 2006.

5. Attached hereto as Exhibit No. 4 is a true and correct copy of a letter from Steven A. Kamen's attorney, Joseph H. Chivers, dated May 8, 2006, which asked the DCOHR to cancel mediation of the allegations in Mr. Kamen's revised administrative complaint.

6. Attached hereto as Exhibit No. 5 is a true and correct copy of a charge of discrimination Steven A. Kamen filed with the EEOC on July 6, 2005 in the Pittsburgh, Pennsylvania area office.

7. Attached hereto as Exhibit No. 6 is a true and correct copy of a letter dated September 27, 2005 from Ms. Peggy J. Raynock, Director of Compliance, Pennsylvania Human Rights Commission.

8. Attached hereto as Exhibit No. 7 is a true and correct copy of a right to sue letter, which the EEOC issued to Steven A. Kamen on March 15, 2006 pursuant to his request that the EEOC cease processing the charge of discrimination he filed on July 6, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Terry R. Yellig

Dated: July 20, 2006