# COMPLAINT FORM

RECEIVED
2005 MAY -9 PM 2:03
OFFICE OF HUMAN RIGHTS

Information required therein will assist OHR staff to determine the nature and extent of discrimination as defined by the Federal/Local Discrimination Laws. Please complete the following form in its entirety and to the best of your knowledge. This form is subject to review and acceptance by the Office of Human Rights.

*Notice of Non-Discrimination*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section 2-1401.01 et seq., (Act) the District of Columbia does not discriminate on the bases of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familiar status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination, which is also prohibited by the Act. In addition, harassment based on any of the above-protected categories is also prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.*

## I. COMPLAINANT

| Field | Value |
|---|---|
| Date: | 4.28.05 |
| OHR Docket No.: | |
| EEOC No.: | |
| Name: | Steven A. Kamen |
| Address: | 605 Slippery Rock Road |
| City/State/Zip: | Slippery Rock, Penn. 16057 |
| Tel # (H): | 724 794 3143 |
| Tel # (W): | 412-614-9811 |
| Race: | W |
| Social Security No.: | 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 |
| Sex: | M |
| Date of Birth: | 7.28.57 |

CONTACT PERSON IF YOU CANNOT BE REACHED:

| Field | Value |
|---|---|
| Name: | Randy J. Kamen |
| Address: | 20 Ramapo Lane |
| City/State/Zip: | Hillsdale N.J. 07642 |
| Tel # (H): | 201 358 6539 |
| Tel # (W): | 201 930 6400 |

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

1

rev 02/04

DEFENDANT'S EXHIBIT No. 1

| IF REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING: |
|---|
| Name: Joe CHIVERS   Telephone/Fax: 412-281 1110   Fax 412 281 8481 |
| Address: 312 BUDGdhe Alley, PITTSBURGH, PENN. 15222-1923 Suite 600 |

*Please note: If you are represented by counsel or retain counsel prior to your scheduled Intake interview, the counsel must either (1) be present with you for the duration of your Intake interview, or (2) withdraw his/her appearance from the interview by submitting a letter to the Office indicating that the interview may take place without his/her representation.

## 2. RESPONDENT

Name of company or organization:
I.B.E.W. INTL.

Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):
Ed Hill - President

Nature of Business: International Electrical Workers Union

Address: 900 Seventh Ave.

City/State/Zip: Washington D.C. 20001

Tel #: 202 833 7000    Fax #:

## 3. BASIS OF COMPLAINT
The basis is the reason you were treated differently than others outside of your protected class

Do you feel you were discriminated against because of your: (Please check appropriate box and provide detail, if necessary.)

- ☐ Race
- ☐ National Origin
- ☐ Color
- ☒ Disability  HIV positive
- ☐ Matriculation   ☐ Marital Status
- ☐ Place of Residence or Business
- ☐ Sex
- ☐ Religion
- ☐ Age
- ☐ Familial Status   ☐ Source of Income
- ☐ Personal Appearance   ☒ Sexual Orientation
- ☐ Political Affiliation   ☐ Family Responsibilities

* Please note: Pursuant to the D.C Human Rights Act of 1977, as amended, the "familial status" and "source of income" bases are applicable only when alleging discrimination in housing, public accommodations and educational institutions. The basis of "place of residence or business" is applicable only if alleging discrimination in housing.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

2

rev 02/04

## 4. JURISDICTION

☒ Alleged violation occurred in the District of Columbia.

☒ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☒ At least 1 employee (More than 15 employees to cross file with EEOC).

☐ You have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

## 5. AREA OF COMPLAINT

☒ Employment    ☐ Public Accommodation    ☐ Educational Institution

☐ DC Family and Medical Leave Act

## 6. ISSUES
### What action was taken that made you feel you were treated differently?

☐ Family Medical Leave   ☒ Promotion   ☒ Transfer   ☐ Demotion   ☒ Discharge

☒ Retaliation   ☐ Sexual Harassment   ☒ Hostile Work Environment   ☐ Failure to Hire

☐ Equal Pay   ☒ Terms and Conditions   ☒ Failure to Accommodate   ☒ Discipline

☐ Denial of Service   ☐ Constructive Discharge   ☐ Admission or Admission Fees   ☐ Discounts

☐ Crowd Capacity   ☐ Personal Identification   ☐ Time of day/event   ☐ Restrictions/Rules

☐ Credit/Insurance   ☐ Complimentary Admission/Guest   ☐ Curriculum

☐ Membership Fee/Dues   ☐ Program Participation

Other: Denial of Conferences; Avoidance of Benefits

## 7. DISTRICT OF COLUMBIA GOVERNMENT EMPLOYEES OR APPLICANTS

Please note: Pursuant to §105 of DCMR Title IV, all District Government employees must first consult an agency EEO counselor within 180 days of the alleged discriminatory act prior to filing with the Office of Human Rights, unless the District Government employee is alleging unlawful discrimination based on sexual harassment. The Office of Human Rights cannot process a complaint from a current or former District Government employee unless (1) the employee has received an exit letter from his/her agency EEO Counselor; (2) twenty-one days have passed since the matter was called to the attention of the agency's EEO counselor and no exit letter has been written; or (3) the employee is alleging unlawful discrimination

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

3

rev 02/04

based on sexual harassment.

☐ You have filed an informal complaint with an agency assigned EEO Officer/ Counselor.
Counselor's Name: _____
Counselor's Agency: _____
Counselor's Telephone Number: _____
Date Filed: _____ Date of Exit Letter: _____

## 8. EMPLOYMENT
### Time of Hire, Evaluations, Discipline, Termination

Date of Hire: **7.1.97**  Title: **International Rep.**
Salary at time of hire: **$65,000 plus car, phone etc.**
Date of Last Performance Evaluation: **N/A**
Supervisor/Manager who performed the Evaluation: **Donald C. Siegel**
Last Performance Evaluation Rating: ☐ Excellent ☐ Good ☐ Fair ☐ Poor **N/A**
Alleged adverse actions taken against you (i.e., written reprimand, suspension, denial of promotion) and the date the action was taken:
Action: **Termination**  Date: **12.8.2004**
Action: **Denial of Promotion**  Date: **2002-2003**

☐ Current or ☒ Final position held with Respondent: **Sr. Int. Rep. (Senior International Representative)**
Salary: **$112,000 plus benefits - car, phone etc.**
What reason did Respondent give for your ☒ termination or ☒ denial of promotion: **(none)**

☒ Work Performance ☐ Attendance ☐ Insubordination ☐ Gross Misconduct **(Termination)**
Date of Termination/Denial of Promotion: **12.8.2004 (Termination); Denial of Promotion (2002-2003)**

## 9. PUBLIC ACCOMMODATION/EDUCATIONAL INSTITUTIONS
(Only complete section if your complaint deals with discrimination against a public accommodation or educational institution.)

Date of alleged incident: _____
Service you requested: _____

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

4

rev 02/04

Person who denied your service request:

Name: _____ Title: _____

How is this person different from you (i.e. what is this person's protected basis?):

_____

Have you tried to resolve this matter with the Respondent? If so, please describe with whom you spoke and their response:

_____
_____
_____
_____

## 10. D.C. FAMILY AND MEDICAL LEAVE ACT
(Only complete section if your complaint deals with FMLA.)

Have you been employed with this company for at least one (1) year and have worked at least one thousand (1,000) hours?
☐ YES   ☐ NO

Date(s) you requested: _____
Reason you requested: _____
Person who denied your request: _____
Title: _____

Others who have requested leave: _____

How are these persons different from you: _____

Have you tried to resolve this matter with Respondent? If so, please describe with whom you spoke and their response:
Name/Title: _____

_____
_____
_____
_____

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

5

rev 02/04

## 11. WITNESSES

List whom you feel can corroborate your experience and provide evidence in your support.

Name: ~~WYATT EARP~~ PAT GINO
Title: Intl. Rep.
Telephone: 208 John Glen. Ave, Kenhorst Penn.
What s/he can attest to: Confirm denial of Attendance at conferences; Anti Gay Remarks, Jokes, ~~comments~~ comments etc.

Name: Dominic Macchia
Title: Intl. Rep.
Telephone: 12 Elmwood Lane, Syosset N.Y.
What s/he can attest to: Same as Above and also - that I was not assigned to Broadcast conferences even though they were part of my job and I had been assigned in the past.

Name: Pat Reilly
Title: Exec. Asst. to the Intl. President
Telephone: Retired
What s/he can attest to: That he discussed a promotion for me to a Directors job in D.C. That he told me I was qualified for the job; That there were no other candidates; That he would recommend me & that the job was mine.

Name: 
Title: 
Telephone: 
What s/he can attest to: 

## 12. YOUR COMPLAINT

Describe in detail the incident(s) that led you to file a complaint of discrimination. Please list dates as well as the name(s) of the person(s) who discriminated against you in denying employment, promotion, training, goods, services, educational services, etc. If this is a disability-based complaint, please specify whether an accommodation was requested, the person the request was submitted to and the date Respondent was notified of your disability.

The persons who discriminated against me were Ed Hill & Jerrold Siegel. I believe & was based upon: my sexual orientation; disability discrimination due to my HIV status.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

6

rev 02/04

The discrimination involved my terms and conditions of employment; a denial of a promotion and ultimately my termination and I feel they wanted to avoid paying me Benefits. I also have other disabilities - Heart, Sleep apnea, ADD. I have no restrictions from my Doctors and my disabilities have not impacted my ability to perform the essential function of my Job. PRIOR to the Respondent finding out about my sexual orientation and HIV status I had other illnesses and I was treated differently. My work LOAD was given back to me, I received cards, calls, flowers, FRUIT baskets, well wishes etc. When I was out due to HIV I received none of the above and my work LOAD was never given back to me. They treated me very differently during PRIOR Illnesses that were not HIV related. They even accommodated a RTW restriction of # HRs. worked per day. And even though I fell asleep at the wheel of a company car no action was taken against me. I was denied training opportunities after they learned I was gay. I was denied the opportunity to Sales Training and manufacturing conferences - I was never given my assigned work load back. I was not assigned to Broadcast Conferences.

I was denied a promotion to DIRECTOR Job in WASHINGTON for which I was qualified and I was the only candidate and I was told the job was mine until they found out that I had HIV and was GAY.

I was terminated FOR Pretextual Reasons allegedly relating to my performance; however no Int'l Rep. Has ever been terminated for performance or illness. Rep's have been out indefinitely on leave for Heart attacks/cancer. No Reps have been terminated - even someone who killed an entire family while in a union car on union business. I also know of other Reps whose expense reports were late and whose paperwork was not complete/late and who were late in their assignments - and none of them were terminated. I know of one Rep - Wyatt Earp who was only Suspended for delinquent reports - not terminated. And in 1997 when I came on staff I was assigned to complete the delinquent reports of a Rep who had Retired (He was not Fired) who was late on reports dating back as far as 1987!!

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

7

rev 02/04

The D.C. Office of Human Rights provides mediation. Mediation is a process in which an acceptable, impartial, third party attempts to assist disputing parties toward a mutual settlement. Two (2) mediators (co-mediators) are assigned to each case as a neutral third party to assist disputants in reaching a mutually acceptable resolution to their problem(s). The mediation process is mandatory and disputing parties design solutions to their own problems.

**Please Note:** In the event the Investigation reveals that your complaint should be dismissed you will receive a letter explaining the reasons for dismissal. Applicable regulations also require the OHR to send a copy of the dismissal notice to the Respondent.

_____        5/3/05
Complainant's Signature                 Date

## NOTARY SECTION

I, Steven Andrew Kamen, having read the above, state that the responses contained herein are true and correct to the best of my knowledge and belief.

(X) _____
Signature

SUBSCRIBED AND SWORN to before me this __3rd__ day of __May__, of 20__05__

_Stephanie Jones_
Notary Signature

My Commission Expires: __2-5-06__

Notarial Seal
Stephanie Jones, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Feb. 5, 2006

Member, Pennsylvania Association Of Notaries

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

8

rev 02/04

## FOR OFFICE USE ONLY: JURISDICTION

☐ Alleged violation occurred in the District of Columbia.

☐ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☐ At least 1 employee (More than 15 employees to cross file with EEOC).

☐ Complainant has not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

9

rev 02/04

Re:   **Steven A. Kamen v. IBEW;**
Page 7 of D.C. Office of Human Rights
Complaint Form

The discrimination involved my terms and conditions of employment; a denial of a promotion and ultimately my termination and that they wanted to avoid paying me benefits. I also have other disabilities - heart, sleep apnea, ADD. I have no restrictions from my Doctors and my disabilities have not impacted my ability to perform the essential functions of my job. Prior to the Respondent finding out about my sexual orientation and HIV status I had other illnesses and I was treated differently - my work load was given back to me, I received cards, calls, flowers, fruit baskets, well wishes, etc. When I was ill due to HIV I received none of the above and my work load was never given back to me. They treated me very differently during prior illnesses that were not HIV related. They even accommodated a RTW restriction re # of hrs worked per day and even though I fell asleep at the wheel of a company car no action was taken against me. I was denied training opportunities after they learned I was gay. I was denied the opportunity to go to training and manufacturing conferences - I was never given my assigned work back. I was not assigned to Broadcast conferences. I was denied a promotion to Director in Washington, D.C. for which I was qualified and I was the only candidate and I was told the job was mine until they found out that I had HIV and was gay.

I was terminated for pretextual reasons allegedly relating to my performance; however, no Intl' Rep has ever been terminated for performance or illness. Reps have been out indefinitely on leave for heart attacks/cancer. No Reps have been terminated - even someone who killed an entire family while in a union car on union business. I also know of other Reps whose expense reports were late and whose paperwork was not complete/late and who were late in their assignments - and none of them were terminated. I know of one Rep - Wyatt Earp who was only suspended for delinquent reports - not terminated. And in 1997 when I came on staff I was assigned to complete the delinquent reports of a Rep who had retired (he was not fired) who was late on reports dating back as far as 1989!!

The discrimination involved my terms and conditions of employment; a denial of a promotion and ultimately my termination and I feel they wanted to avoid paying me benefits. I also had other disabilities - heart, sleep apnea, ADD. I have no restrictions from my doctors and my disabilities have not impacted my ability to perform the essential functions of my job. Prior to the Respondent finding out about my sexual orientation and HIV status I had other illnesses and I was treated differently - my workload was given back to me, I received cards, calls, flowers, fruit baskets, well wishes etc. When I was ill due to HIV - I received none of the above and my workload was never given back to me. They treated me very differently during prior illnesses that were not HIV related. They even accommodated a RTW restriction re its hrs. worked per day. And even though I fell asleep at the wheel of a company car no action was taken against me. I was denied training opportunities after they learned I was gay. I was denied the opportunity to go to training and manufacturing conferences - I was never given my assigned workload back. I was not assigned to broadcast conferences.

I was denied a promotion to Director job in Washington DC for which I was qualified and I was the only candidate and I was told the job was mine until they found out that I had HIV and was gay.

I was terminated for pretextual reasons allegedly relating to my performance; however no Int'l Rep. has ever been terminated for performance or illness. Reps have been out indefinitely on leave for heart attacks/cancer. No Reps have been terminated. Even someone who killed an entire family while in a union car on union business. I also know of other Reps whose expense reports were late and whose paperwork was not complete/late and who were late in their assignments - and none of them were terminated. I know of one Rep - Wyatt Earp who was only suspended for delinquent reports - not terminated. And in 1997 when I came on staff I was assigned to complete the delinquent reports of a Rep who had retired (He was not fired) who was late on reports dating back as far as 1987!!

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

7

rev 02/04