| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>172-2005-00988 |
|---|---|---|

Pennsylvania Human Relations Commission _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven A. Kamen | (724) 794-3143 | 07-28-1957 |

Street Address: 605 Slippery Rock Road, Slippery Rock, PA 16057

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| IBEW | 500 or More | (202) 833-7000 |

Street Address: 900 Seventh Avenue, NW, Washington, DC 20001

DISCRIMINATION BASED ON: ☒ DISABILITY

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-08-2004    Latest: 12-08-2004

THE PARTICULARS ARE:

1. I started my employment with IBEW in 1997 as an International Representative. On December 8, 2004, I was discharged from my position.

2. On December 8, 2004, Edwin D. Hill, International President, informed me that I was being let go because I had been delinquent in filing the weekly reports, the expense reports, and several other assignments.

3. I believe that the respondent discriminated against me because of my medical conditions, and/or my disabilities, and/or my perceived disabilities, in violation of the Americans with Disabilities Act of 1990, as amended, in that, the respondent did not discharge a non-disabled individual (Wyatt Earp, Jr.) Mr. Earp had been delinquent in filing the weekly reports, the expense reports, and several other assignments. He was given a 30-day suspension with the loss of the union car and cell phone.

I declare under penalty of perjury that the above is true and correct.

Date: 7/6/05    Charging Party Signature: [signed]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

DEFENDANT'S EXHIBIT No. 5

INFORMATION FOR COMPLAINANTS & ELECTION OPTION
TO DUAL FILE WITH THE
PENNSYLVANIA HUMAN RELATIONS COMMISSION

Steven Kumen             vs   IBEW

EEOC No. 172-2005-00985

You have the right to file this charge of discrimination with the Pennsylvania Human Relations Commission (PHRC) under the Pennsylvania Human Relations Act. Filing your charge with PHRC protects your state rights, especially since there may be circumstances in which state and federal laws and procedures vary in a manner which could affect the outcome of your case.

Complaints filed with PHRC must be filed within 180 days of the act(s) which you believe are unlawful discrimination. If PHRC determines that your PHRC complaint is untimely, it will be dismissed.

If you want your charge filed with PHRC, including this form as part of your EEOC charge, with your signature under the verification below, will constitute filing with PHRC. You have chosen EEOC to investigate your complaint, so PHRC will not investigate it and, in most cases, will accept EEOC's finding. If you disagree with PHRC's adoption of EEOC's finding, you will have the chance to file a request for preliminary hearing with PHRC.

Since you have chosen to file your charge first with EEOC, making it the primary investigatory agency, the Respondent will not be required to file an answer with PHRC, and no other action with PHRC is required by either party, unless/until otherwise notified by PHRC.

If your case is still pending with PHRC after one year from filing with PHRC, you have the right to file your complaint in state court. PHRC will inform you of these rights and obligations at that time.

[Sign and date appropriate request below]

I want my charge filed with PHRC. I hereby incorporate this form and the verification below into the attached EEOC complaint form and file it as my PHRC complaint. I request EEOC to transmit it to PHRC.

*I understand that false statements in this complaint are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.*

_____  7/6/05
Signature and Date

*I do not want my charge dual filed with PHRC.*

_____
Signature and Date

# EEOC Pittsburgh Area Office

## MEDIATION YES / NO



This is to certify that during the intake of my charge the EEOC interviewer informed me of the EEOC Mediation Program and provided me with a fact sheet that explains the Mediation Program.

Mediation is voluntary and if both parties agree a mediation session will be scheduled.

Based on the information provided by the interviewer including the Mediation handout I have decided as follows:

*Please Check One*

I accept Mediation __✓__    I reject Mediation _____ for
                                              the following reasons:

Charge Number: 172-2005-00988

_____    7/6/05
Signature                    Date

172-2005-00988        Steven Kamen    v.    IBEW

## EEOC AFFIDAVIT
*(This form is affected by the Privacy Act of 1974. See Privacy Act Statement on reverse before completing this form.)*

| NAME | TELEPHONE NUMBER (Give area code) | |
|---|---|---|
| Steven A. Kamen | HOME: (724) 794-3143 | WORK: (202) 833-7000 |

ADDRESS (Number, street, city, state, zip)
605 Slippery Rock Road, Slippery Rock, PA 16057

### THE FOLLOWING PERSON CAN ALWAYS CONTACT ME
NAME AND TELEPHONE NUMBER
Joseph H. Chivers, Esq.  (412) 281-1110

ADDRESS (Number, street, city, state, zip)
312 Boulevard of the Allies, Suite 600, Pittsburgh, PA 15222

### STATUS OF EMPLOYMENT

CHECK ONE: [ ] WORKING   [ ] NOT WORKING   [ ] SOUGHT EMPLOYMENT AT

NAME OF EMPLOYER:

TYPE OF BUSINESS:

DATES OF EMPLOYMENT   FROM:   TO:
WHEN EMPLOYMENT WAS SOUGHT   FROM:   TO:

POSITION TITLE:   DEPARTMENT:

ADDRESS (Number, street, city, state, zip):

As a remedy, I am seeking lost wages + interest (my salary was $116,000.00 per year); lost medical benefits; lost retirement benefits; and other lost monies and benefits for which I am entitled; reasonable attorney fees; punitive and compensatory damages; my record expunged; and a **written neutral reference**.

EEOC Form 133 (10/94)

*I declare under the penalty of perjury that the foregoing is true and correct.*

DATE: 7/6/05   SIGNATURE OF WITNESS   SIGNATURE OF EEOC REPRESENTATIVE   PAGE 1 OF 1

PRIVACY ACT STATEMENT:   (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.)

1. FORM NUMBER/TITLE/DATE: EEOC FORM 133, EEOC AFFIDAVIT, December 1993.
2. AUTHORITY: 42 USC 2000e(9), 29 USC 201, 29 USC 621, 42 U.S.C. 12117.
3. PRINCIPAL PURPOSES. Provides a standardized format for obtaining sworn statements of information relevant to a charge of discrimination.
4. ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Commission litigation, to impeach or substantiate a witness's testimony.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge. However, sworn statements submitted by the parties, are, of course, relied upon more heavily than unsworn statements in making a determination as to the existence of unlawful discrimination.

REVERSE OF EEOC FORM 133 (10/94)

