UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS, AFL-CIO and<br>EDWIN D. HILL, an individual,<br><br>Defendants. | Case No. 1:06CV01063(RMC) |

## ORDER

Upon consideration of defendants' motion to dismiss, plaintiff's responding opposition, and the entire record, and it appearing to the Court that the grant of defendants'' motion is just and proper, it is hereby

ORDERED that defendants' motion to dismiss for lack of subject matter jurisdiction is granted; and it is further

ORDERED that the claims in Count I of the Complaint based on alleged violation of the Pennsylvania Human Rights Act, 43 PA. STAT. ANN. § 951 *et seq.*, and Count II of the Complaint in its entirety are dismissed.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____