IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | Civil Action No. 1:06CV01063 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF STEVEN A. KAMEN'S UNNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiff, Steven A. Kamen, moves the Court for an extension of time, to and including August 14, 2006, in which to file an opposition to the Plaintiffs' IBEW and Edwin D. Hill's Motion to Dismiss the Complaint.

Defendant served the motion on July 21, 2006 and the opposition is currently due on August 4, 2006. Counsel Joseph H. Chivers does not return from vacation until next week and local counsel requests the ten day extension so as to provide him ample time to review and respond to this matter.

Defendant's counsel consented to this ten day extension in a conversation with Plaintiff's counsel on July 26th, 2006 and has no objection to this motion. There is no prejudice to any party by the grant of this motion.

Wherefore, Plaintiff respectfully requests the Court to grant this unopposed motion that the deadline to file an opposition to the motion to dismiss is extended ten days to August 14, 2006.

Respectfully submitted,

                                              **THE LAW FIRM OF BART T. VALAD, PLLC**

                                              /s/_____
                                              **Bart T. Valad, Esquire**
                                              **DC ID No. 462814**
                                              **3863 Plaza Dr.**
                                              **Fairfax, Virginia 22030**
                                              **(703) 352-4800**

                                              *Counsel for Plaintiff*
                                              *Steven A. Kamen*

DATED:  July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006 I caused a true and correct copy of the foregoing to be delivered by fax and filed pursuant to ECF on the following person:

Terry R. Yellig Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
908 Seventh Street, N.W.
Suite 1000
Washington, DC 20001
Tel. (202) 785-9300

*Counsel for Defendants International Brotherhood of Electrical Workers,
and Edwin D. Hill*

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Bart T. Valad