IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01063 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | Electronically Filed |
| ELECTRICAL WORKERS (IBEW) | ) | |
| and EDWIN D. HILL, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

AND NOW COMES Plaintiff, Steven A. Kamen, by and through his counsel, Joseph H. Chivers, Esquire, and respectfully asks this court's permission for leave to file an Amended Complaint at Civil Action No. 06-01063.

Defendants have not yet filed an Answer, but have filed a Motion to Dismiss on two of Plaintiff's claims (PHRA and DCHRA). In accordance with Federal Rule of Civil Procedure 15, a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Plaintiff seeks to do so in the instant case. Plaintiff also intends the Amended Complaint in part to address the arguments made by Defendants in their Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests this court grant Plaintiff leave to file an Amended Complaint. A proposed Order and the Amended Complaint are attached hereto.

                                                 Respectfully submitted,

                                                 s/Joseph H. Chivers
                                                 Joseph H. Chivers, Esquire
                                                 PA ID No. 39184
                                                 Suite 600, 312 Boulevard of the Allies
                                                 Pittsburgh, PA 15222-1923
                                                 jchivers@employmentrightsgroup.com
                                                 (412) 281-1110 / (412) 281-8481 FAX

                                                 Counsel for Plaintiff
                                                 Steven A. Kamen

DATE: August 14, 2006