IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  1:06cv01063 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATION BROTHERHOOD OF | ) | Electronically Filed |
| ELECTRICAL WORKERS (IBEW) | ) | |
| and EDWIN D. HILL, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, upon review of Plaintiff's Motion for Leave to File Amended Complaint, it is hereby ORDERED that leave is GRANTED.  The clerk is directed to file the Amended Complaint attached to Plaintiff's Motion for Leave to File Amended Complaint.

Dated: _____          _____
                                                                  **U.S.D.C.  Judge**