UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLAINTIFF STEVEN A. KAMEN ) | |
| ) | Case No. 1:06CV01063(RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and ) | |
| EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF TERRY R. YELLIG

I, Terry R. Yellig, make this declaration based on personal knowledge:

1. I am an attorney-at-law admitted to practice in the District of Columbia since July 20, 1978, and I am a member of the law firm of Sherman, Dunn, Cohen, Leifer & Yellig, P.C., located at 900 Seventh Street, N.W., Suite 1000, Washington, D.C. 20001, attorneys for defendant International Brotherhood of Electrical Workers, AFL-CIO (hereafter "IBEW"), and Edwin D. Hill, IBEW International President. As such, I submit this Declaration upon personal knowledge in support of the Motion to Dismiss Counts II, III and most of Count IV of the Amended Complaint filed on behalf of defendants IBEW and Hill.

2. On July 20, 2006, I executed a declaration in support of defendants' earlier motion to dismiss, which the Court denied as moot that is substantially similar to this declaration.

3. Attached hereto as Exhibit No. 1 is a true and correct copy of letter that is dated April 24, 2005 from attorney Joseph M. Chivers addressed to Ronald Dean, Intake Supervisor, Equal Employment Opportunity Commission, Pittsburgh, Pennsylvania.

4. Enclosed with Exhibit No. 1 is a copy of a one page document entitled "GENERAL INFORMATION QUESTIONNAIRE," a 12-page document entitled ""GENERAL INTAKE QUESTIONNAIRE," and a three-page document entitled "WITNESS INFORMATION." Each of these enclosures is hand-written and contains information related to plaintiff Steven A. Kamen's allegations that the IBEW and Edwin D. Hill discriminated against him because of his physical disabilities.

5. Exhibit No. 1 was not provided to defendant IBEW or any officer, agent or representative of the IBEW until a copy was transmitted by facsimile to the undersigned by plaintiff Steven A. Kamen's legal counsel, Joseph H. Chivers, at approximately 3:00 p.m. on August 10, 2006, after defendants IBEW and Hill filed a motion to dismiss a part of the initial Complaint filed in the above-entitled action.

6. Attached hereto as Exhibit No. 2 is a true and correct copy of a charge of discrimination Plaintiff Steven A. Kamen filed with the EEOC on July 6, 2005 in the Pittsburgh, Pennsylvania area office.

7. Attached hereto as Exhibit No. 3 is a true and correct copy of a letter dated September 27, 2005 from Ms. Peggy J. Raynock, Director of Compliance, Pennsylvania Human Rights Commission.

8. Attached hereto as Exhibit No. 4 is a true and correct copy of a right to sue letter, which the EEOC issued to Plaintiff Steven A. Kamen on March 15, 2006 pursuant to his request that the EEOC cease processing a charge of discrimination he filed on July 6, 2005.

9. Attached hereto as Exhibit No. 5 is a true and correct copy of an administrative complaint of discrimination filed by Plaintiff Steven A. Kamen with the District of Columbia

Office of Human Rights (hereafter "DCOHR") against defendants IBEW and Hill on May 3, 2005, which DCOHR date stamped as received on May 9, 2005.

10. Attached hereto as Exhibit No. 6 is a true and correct copy of a second administrative complaint of discrimination filed by Plaintiff Steven A. Kamen with DCOHR dated March 10, 2006.

11. Attached hereto as Exhibit No. 7 is a true and correct copy of a revised administrative complaint filed by Plaintiff Steven A. Kamen with the DCOHR dated April 24, 2006.

12. Attached hereto as Exhibit No. 8 is a true and correct copy of a letter from Plaintiff Steven A. Kamen's attorney, Joseph H. Chivers, dated May 8, 2006, which asked the DCOHR to cancel mediation of the allegations in Mr. Kamen's revised administrative complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Terry R. Yellig

Dated: September 5, 2006