# Joseph H. Chivers

ATTORNEY-AT-LAW
Suite 600, 312 Boulevard of the Allies
Pittsburgh, PA 15222-1923
(412) 281-1110
Fax (412) 281-8481

## FACSIMILE TRANSMITTAL

PLEASE DELIVER THE FOLLOWING PAGES TO:

Name: **Terry R. Yellig, Esquire**

Company: Sherman, Dunn, Cohen, Leifer & Yellig, P.C.

Fax Number: (202) 775-1950

*************************************************

Total Number of Pages (including this page): 18

Date: August 10, 2006      Time: 3:00 P.M.

*************************************************

Note: Please see attached. Thank you.

**IF YOU DO NOT RECEIVE ALL PAGES INDICATED, PLEASE CALL THE FOLLOWING NUMBER AS SOON AS POSSIBLE: (412) 281-1110**

The information contained in this facsimile message is intended only for the use of the individuals to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone at 412-281-1110 and return the original message to me at my address shown above via the U.S. Postal Service.

Thank you.



DEFENDANT'S EXHIBIT No. 1

**JOSEPH H. CHIVERS**
ATTORNEY-AT-LAW
SUITE 600
312 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15222-1923
(412) 281-1110
FAX (412) 281-8481

VIA HAND DELIVERY

April 26, 2005

Mr. Ronald Dean, Intake Supervisor
U.S. Equal Employment
   Opportunity Commission
Pittsburgh Area Office
1001 Liberty Center, Suite 300
Pittsburgh, PA  15222

Re: **Steven A. Kamen v. IBEW**
  (1) **Filing of Charge of Discrimination (Disability)**
  (2) **Entry of Appearance**
  (3) **Request for Dual-Filing with the PHRC**
  (4) **Request for Mediation**

Dear Mr. Dean:

   Please file the enclosed Intake Questionnaire and Supporting Documents as Claimant Steven A. Kamen's verified Charge and Complaint of Discrimination (disability). I will be representing Mr. Kamen in this matter. I request that Mr. Kameh's Charge be dual-filed with the PHRC, with the EEOC to take the lead in the investigation. Finally, I am requesting mediation, assuming Respondent is interested.

   Thank you for your cooperation.

                           Yours very truly,

                           Joseph H. Chivers, Esquire

Enclosures

cc: Steven A. Kamen
    Dorel G. Watley, Intake Supervisor (PHRC)

08-10-'06 14:01 FROM-WIENAND & BAGIN    4122818481    T-185 P003/018 F-504

Pittsburgh Area Office

# GENERAL INFORMATION QUESTIONNAIRE

A Questionnaire on the incident(s) you are complaining about is attached.
<u>If because of a disability you need assistance in completing this form contact the office at 412/644-3444.</u>

NAME: Steven A. Kamen (First) (Middle Name or Initial) (Last)
TELEPHONE NO.: 724 794 3145 (Include area code)
SOCIAL SECURITY NO.: 073 46 5275
DATE OF BIRTH: 7.28.57
ADDRESS: 605 Slippery Rock Rd.
COUNTY: Butler
CITY: Slippery Rock    STATE: PA    ZIP CODE: 16057

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME: Daniel J. Kamen (First) (Middle Name or Initial) (Last)    RELATIONSHIP: Son
ADDRESS: Same as Above
CITY: Same as above    TELEPHONE NO.: 412-614-0811 (Include area code)
STATE: Same    ZIP CODE: Same

Organization your complaint is against:
Employer ✓    Union ✓    Employment Agency ___    Other ___ (Specify)
NAME: IBEW
ADDRESS: 900 Seventh Ave.    PHONE: 202 833 7000
CITY: Washington    STATE: D.C.    ZIP CODE: 20001
TYPE OF BUSINESS: International Union

Number of employees who work at the organization named above. Please check one.
Less than 15 ___    15 to 20 ___    21 to 100 ___    More Than 100 ✓

## ISSUES AND PROTECTED CLASS

All charges must state an issue which is what happened to you. You must state what protected class you fall under which is the basis for the discrimination. A person can belong to more than one protected class. Check the appropriate space for issues and class.

| Issues (DATES MUST BE PROVIDED) | Provide the Most Recent Date of Discrimination | | Provide the Most Recent Date of Discrimination | Protected Class(es) (DATES MUST BE PROVIDED) | |
|---|---|---|---|---|---|
| ___ Hiring | 12.8.04 | ✓ Reasonable Accommodation | 12.8.04 | ___ Sex | ✗ Disability |
| ✗ Promotion | | ___ Training | | ___ Race | ___ National Origin |
| ✗ Discharge | | ___ Equal Pay | | | |
| ___ Harassment | | ___ Union Representation | | ___ Color | ___ Age (40+) |
| ___ Lay Off | | ___ Forced retirement or resignation | | ___ Religion | ___ Retaliation |
| ___ Demotion | | | | ✓ Other | |
| ___ Discipline | | ✓ Other | | (Specify) Sexual Orientation | |
| ✗ Benefits | | Termination Denial of Benefits Unequal Treatment | | | |

(stamp: EEOC Pittsburgh Area Office RECEIVED 05 APR 26 PM 2:03 CHARGE)

GENERAL INTAKE QUESTIONNAIRE : Steven Kann

Questionnaire on the incident you are complaining about.

Protected class refers to a persons race, color, sex, age (40 or over), ancestry, religion, disability and retaliation. A person can belong to more than one class.

1. Discrimination means difference of treatment. Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a different class that makes you feel they received more favorable treatment than you.

   TERMINATION FOR PRETEXTUAL REASONS when others who did same or worse were not terminated, or disciplined; Denial of Promotion after knowledge - different treatment from one disability to another as well as vs. other employees; Denied Approval

2. What position did you hold or were you seeking with the organization identified on the cover page.

   A. International Representative to attend Conference
   B. Denied Promotion to Washington D.C. to Inventory Control / Purchasing Director for the International

3. Provide your reasons for your belief that the action taken against you was discrimination for the reasons you checked on Page 1.

   A. No Int'l Rep. ever terminated  B. Know of Rep's who were disciplined not terminated. Also know of Rep's who engaged in more heinous behavior and who were not terminated — e.g. Drunk Driving — union communion

4. What reason was given to you for the action taken against you or for the treatment you received that you are complaining about?

   Pretextual Reasons About failure to hand in Reports — Delinquent reports and expense reports — late in assignments

5. Are the reasons for the action taken against you by the organization accurate?

   Yes _____      No ✗

   Explain your answer:

   My strong points were organizing and negotiation. I have ADD - Administration was unknown early - But it always was, only when I became Director and they knew — [illegible] I was [illegible] any HIV Positive — did this become an issue. In [illegible]

6. Describe the organization's policy or usual practice that govern the actions being complained about.

THE HISTORY HAS BEEN THAT NO INTL. REP HAS EVER BEEN FIRED + NO INTL REP HAS EVER BEEN LET GO EVEN IF THEY ARE OUT OVER 1 YEAR WITH A DISABILITY e.g. [illegible]

7. Has anyone else been treated as you were under similar circumstances? Please list them and identify by protected class.

Name: no one
Protected Class:

7a. What happened to him or her? N/A

8. Name other people who have been treated differently or more favorably under similar circumstances. Please list them and identify their protected class.

| Name | Protected Class |
|---|---|
| BOB DAMIANI | DISABILITY |
| BOB DIETRICH | DISABILITY |

8a. What happened to him or her? Nothing. They stayed employed [illegible] had mental disabilities, damage to company vehicles — + eventually retired with full pension + benefits.

9. Where the organization gave a reason for any action taken against you, can you name any employee who did the same thing or something worse who was not treated the same as you?

Name: WYATT BADR JR    Protected Class: none
Job/Dept: INTL Rep. Suspended for Delinquent Reports

General Intake Questionnaire                        -3-

9a.  What happened to him/her? __Suspensions for Delinquent Reports — not terminated.__

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

  X  Yes  ___  No

__Joseph Chivers Esq.__                                __March 8 2005__
  (Name of source of assistance)                          (Date)
__Employment Rights Group__

RESULT, IF ANY __none yet__

Have you filed an EEOC Charge in the past?  X  No  ___  Yes (If answer is yes, complete below)

_____    _____    _____
Approximate Date Filed        Organization Charged        EEOC Charge No. (if known)

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

[Stamp: RECEIVED APR 26 2005 EEOC PITTSBURGH PA AREA OFFICE]

You must sign and date below:

SIGNATURE: __[signature]__       DATE: __4/16/05__

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicate the question number that is being answered before each response below.

3B. ... BUSINESS AND KILLED SOMEONE

5. MANY OF THE COMPLAINTS LISTED IN MY TERMINATION LETTER ARE NOT TRUE AND/OR RELATE TO PERIODS OF TIME WHEN I WAS HOSPITALIZED/DISABLED. IN ADDITION RIGHT AFTER I CAME ON STAFF IN 1997 I FELL ASLEEP AT THE WHEEL OF A UNION CAR + HAD A MAJOR ACCIDENT RESULTING IN A HOSPITALIZATION AND A PERIOD OF DISABILITY. I RECEIVED NUMEROUS CARDS, GIFT BASKETS + FLOWERS, PHONE CALLS ETC FROM MY BOSS, DISTRICT OFFICE + INTL. OFFICE. IN 2004 WHICH WAS AFTER BO (?) FOUND OUT I WAS GAY AND WHEN I WAS AGAIN HOSPITALIZED, BUT THIS TIME FOR AIDS LIKE ILLNESSES + DIAGNOSED AS HIV POSITIVE, THERE WERE NO CARDS, NO CALLS NO FLOWERS, NO GIFT BASKETS; AND IN FACT NO CONTACT OR WELL WISHES FROM ANYONE CONNECTED TO THE INTERNATIONAL OR DISTRICT OFFICE.

6. ATTACK, CANCER - IN FACT THEY ARE ALLOWED TO BE OUT INDEFINITELY WITH FULL PAY + BENEFITS.

6/11 4. [modification when I took ...] 1997 I WAS ASSIGNED TO COMPLETE DELINQUENT WORK OF RETIRED RD'S AND WAS SENT TO PERU

## ADA INTAKE QUESTIONNAIRE
Questionnaire on the incident you are complaining about.

If because of a disability you need assistance in completing this form contact the office indicated above.

NAME: Steven A. Kamen (First) (Middle Name or Initial) (Last)  TELEPHONE NO.: 724-794-2143

SOCIAL SECURITY NO.: 073 46 5275   DATE OF BIRTH: 7-28-57
ADDRESS: 1005 Slippery Rock RD   COUNTY: Butler
CITY: Slippery Rock   STATE: PA.   ZIP CODE: 16057

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME: Daniel J. Kamen (First) (Middle Name or Initial) (Last)   RELATIONSHIP: Son
ADDRESS: Same as above   TELEPHONE NO.: 412 614 0811
CITY: Same as above   STATE: Same   ZIP CODE: Same

Organization your complaint is against:

Employer ✓   Union ✓   Employment Agency ___   Other ___ (Specify)

NAME: I.B.W.
ADDRESS: 900 Seventh Ave.
CITY: Washington   STATE: D.C.   ZIP CODE: 20001
TYPE OF BUSINESS: International Union

Number of employees who work at the organization named above. Please check one.

Less than 15 ___   15 to 20 ___   21 to 100 ___   More Than 100 X

### PLEASE PROVIDE A COMPLETE RESPONSE TO THE FOLLOWING

1. What position did you hold or were seeking with the above named organization?

   Int'l Rep (Denied Promotion to Inventory Control / Publishing Director in Wash. D.C.

2. Explain what action was taken against you that you believe to be discriminatory and the date(s) of the action, incident, harm, etc.

   Termination 12-x-2001
   Denial of Promotion 2002-2003
   Denial of Job opportunities - 2003-2004

3. If you believe the organization treated you this way because of one or more of the reasons listed below, please check those reasons. If you believe that you were treated this way for a reason other than what is listed, explain what you believe to be the reason.

ADA Intake Questionnaire

```
 X  Sex              ___ National Origin
 ___ Race             ___ Age (40+)
 ___ Color            ___ Retaliation
 ___ Religion         X  Disability
 ___ Other            ___ Sexual Harassment
```

OTHER: Sexual Orientation Discrimination
HIV Disability Discrimination
Avoidance of Benefits

4. Describe your disability. Provide the medical name for your disability, if known, as well as a general description of your disability in non-medical terms. Describe in general what major life activities (such as walking, lifting, breathing, or hearing, etc.) are affected by your disability and describe the extent to which that activity is affected.

HIV Positive, Heart Ailments,
Obstructive Sleep Apnea, ADD

Sleeping, Driving; Daily Medications

5. Is your disability permanent or of a temporary nature? When was your disability first diagnosed? If your impairment was caused by an accident or injury, when did that accident or injury occur? Has your physician indicated that the limitations caused by your disability are of a permanent nature? Is your disability worsening or improving?

All Permanent.
ADD - Childhood
Heart - 1995
Sleep Apnea - 1999
HIV - 2004

No accident or injury causation

Worsening, but only clinically
(Heart; HIV only)

ADA Intake Questionnaire          -3-

6. If your disability was caused by or made worse by a job-related injury or accident, did you apply for workers compensation? If yes, were you awarded workers compensation? For what period of time were you on workers compensation? If you are still on workers compensation (or were on worker's compensation at the time of the alleged discrimination), explain how you would be able to perform the essential functions of your regular job with or without an accommodation while still on workers compensation.

N/A

7. Explain how your particular disability affects your ability to perform the job in question. Also, describe any limitations or restrictions related to this job which have been placed on you by a physician for reasons related to your disability. If your physician recommended that you be placed on "light duty", what type of light duty assignments were recommended and for what period of time? Also does Respondent have a light duty program? If so, is this duty limited in any way (e.g., only to person who had on the job injuries, for a limited period of time, for certain categories of employees only, etc.)?

My disabilities do not impact my ability to perform the essential functions of my job - except ADA for administrative duties = Hospitalizations for HW or SGT.

No restrictions from doctors

8. Provide the names, addresses and phone numbers (if known) of all doctors and/or therapists who have treated you for this disability. For each such person listed, indicate the period of time you were treated by this person.

ADA Intake Questionnaire

DR. A. Thomas — HIV — 2004 —
724 284 4309                      current
DR. John Rocky         HIV, HBP, Sleep Apnea
724 282 1530                1997 — current
DR. Arshad Mahmood       Heart 1997 — current
724 283 5050

McGill — 911 East Brady St. Butler PA.
Rocky — 480 East Jefferson St. Butler PA.
Mahmood — 216 West Jefferson St. Butler PA.

9. Describe how, when, and which Respondent management officials became aware of your disability and any job-related limitations or restrictions caused by that disability.

1997 — I had a car accident, was diagnosed with viral cardiomyopathy, obstructive sleep apnea + uncompensated atrial fibrillation. No job restrictions after RTW. Larry Rossa V.P.; Ed Hill Sec Treas; Jack Baker PRES.

2004 — Hospitalized for viral meningitis, diverticulitis, Bells Palsy + thrush — all AIDS related symptoms/illnesses leading to a diagnosis as HIV positive — no restrictions after treatment + RTW — Don Siegel VP; Ed Hill Pres.; Jerry O'Connor Sec Treas.

10. Have any Respondent managers or supervisors made negative comments concerning your disability? If so, provide the name and title of each person making the comments and describe those comments in terms of what was said, when it was said, and whether there were any witnesses to those statements.

N/A as far as I know however, our about this illness as compared to prior illnesses as follows:

Prior Illness — When I (received) my workload (1997) was given back to me. I received cards, calls, flowers, fruit baskets, well wishes etc.

2004 Illness HIV Related — My workload was never given back to me despite my requests — no calls no cards, no flowers, no fruit baskets, no well

11. Do you (or did you) need a reasonable accommodation in order to perform the job in question? If yes, describe for what part or parts of the job you required an accommodation. Indicate how frequently this part of the job is done and the importance of this part of the job to the total job.

It might have helped to get a reasonable accommodation with regard to the administrative details in my job — they were a minor non essential function of my position — tangential to the key responsibilities — performed as needed — approx 1-2 hrs per week maximum for weekly expense reports; other reports required investigation, travel, interviews, document requests — all of which I could do and did do. However the write ups could often take 1-2 days to write up. However this type of report was sporadic — less than once a month.

12. Are you (or were you) able to perform all parts of the job in question other than the part(s) described above for which you require an accommodation? Describe the major functions of the job which you are able to perform without an accommodation.

Yes — negotiation; organizing; contract administration; advice to local unions; grievance handling and arbitration preparation; stewards & officers training; contract and bylaws drafting; editing; NLRB hearings; OSHA hearings; attendance at conferences, conventions; travel extensively within the district to service my locals; political actions on behalf of the union especially with respect to 2004 Presidential Campaign.

13. Have you ever sought a reasonable accommodation because of your disability? If yes, describe the circumstances surrounding your request to include: date of request, name and job title of the person(s) to whom the request was made, the type of accommodation requested, and response(s), if any, to the request.

Yes in 1997 when I returned to work I could only initially work 3-4 hrs per day with minimal driving/travel and the union accommodated me.

ADA Intake Questionnaire          -6-

14. Are there any witnesses, written records or other means available to verify that you made this request for reasonable accommodation and/or that your request was denied, was not acted upon, or was not met in a manner satisfactory to you? If yes, please describe the means by which this can be verified.

In 1997 - there were Doctors notes & Reports confirming my restrictions. But you will find NS Refuse and this is not a current issue - only mentioned to show disparate treatment between how & for treated me when it was my heart vs. how they treated me often they learned I was gay and had HIV!

15. If you are claiming that you are not disabled, but Respondent incorrectly "perceived" you to have a disability, describe what disability you are perceived as having. In addition, indicate which Respondent representative(s), by name and job title, perceive you to have this disability and what makes you believe that those persons have this perception.

I am disabled; however I believe they also perceived me as being disabled due to having beyond normal HIV.

16. If the Respondent has taken an action against you because you are viewed as being a

safety or the safety of co-workers), provide the name and title of the Respondent representative who informed you of this, when this occurred, whether this was done verbally or in writing, what reason(s) was given for considering you a direct threat, and describe to what extent this was based on medical information. Also, describe whether the Respondent attempted to provide a reasonable accommodation to you to reduce the threat or to transfer you to another position.

N/A unless they viewed my HIV positive status as a threat.

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

_____ No   X  Yes   Joseph Chivers Esq,           March 2005
                    (Name of source of assistance)           (Date)
                    Employment Rights Group

RESULT, IF ANY

None yet

Have you filed an EEOC Charge in the past?  X  No ___ Yes (If answer is yes, complete below)

_____    _____    _____
Approximate Date Filed    Organization Charged    EEOC Charge No.(if known)

SIGNATURE: A.C.    DATE: 4/16/05

RECEIVED
05 APR 26 PM 2:04
EEOC PITTSBURGH, PA
AREA OFFICE

ADA Intake Questionnaire                -8-

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicate the question number that is being answered before each response below.

9. All 3 knew of the various ailments as their [?] doctors were submitted with details of ailments. Common knowledge by the public that several of those ailments are usually associated with [?] coupled with [?] [illegible] [illegible] info; and in con[?] [illegible] from [?] @ our knowledge [illegible] [illegible] was (y[?])

10. And I find it very suspicious that not a single person from my work or work life from the top down has called me about my recent absences/illnesses which leads me to believe that they have disclosed my illness to others and that they have characterized this negatively [?]

EEOC - Pittsburgh Area Office

# WITNESS INFORMATION

Questionnaire on the incident you are complaining about.

> In many complaints of discrimination, witnesses are very important to the investigation. Please identify those persons who saw, or heard or participated in the incident you are complaining about.

Witnesses and their Information

1. Name/Title **PAT CONIO - Intl. Rep.**
   Address **208 John Glenn Avenue Kenhorst, PA** Telephone Number ( )
   What will he/she be able to tell us? **He can confirm that I used to attend all Mfgr. Conferences (annually) that 4Ch was a [Requirement] and that Starting in Approx ___ I was no longer assigned to [obey]. Known Gay anti Gay Remarks, Jokes, comments, Innuendos made by members and Exec's of Intl.**
   
   Was he/she in a position to personally observe what occurred?
   Yes **X**   No ___   Don't Know ___
   
   Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?
   Yes ___   No ___   Don't Know **✓**
   
   Is this witness a current employee of the organization that the charge is filed against?
   Yes **X**   No ___

2. Name/Title **Dominic Macchia - Intl. [Rep.]**
   Address **12 Elmwood Lane Syosset, NY** Telephone Number ( )
   What will he/she be able to tell us? **Same as above and also**

Witness Information                    -2-

_thus I was not Assigned to Broader conferences although it was what my [peers] and I had been assigned_ [illegible]

Was he/she in a position to personally observe what occurred?

Yes ✓         No _____         Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes _____     No _____         Don't Know ✓

Is this witness a current employee of the organization that the charge is filed against?

Yes ✗         No _____

3. Name/Title _PAT REILY   Exec Asst. to INHL president_
   Address _Retired - get address from INHL office_         Telephone Number _(202) 833-7000_

What will he/she be able to tell us? _THAT he discussed the promotion to Director in Wash. DC with me; that he told me I was qualified for the job; that there were no other candidates; that I had the ability to do the job & was willing to be relocated; THAT he would be recommending me to ?_

[Left margin continuation:] _THAT THE JOB WOULD BE AVAILABLE upon retirement of Pat Potenza AND THAT IT WOULD BE MINE._

Was he/she in a position to personally observe what occurred?

Yes ✓         No _____         Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes ✓         No _____         Don't Know _____

Is this witness a current employee of the organization that the charge is filed against?

Yes _____     No ✗ _Retired_

Witness Information                                        -3-

> I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

You must sign and date below:

| SIGNATURE | DATE |
|---|---|
| [signature] | 4/16/05 |

RECEIVED
05 APR 26 PM 2:04
EEOC PITTSBURGH, PA
AREA OFFICE