EEOC FORM 131-A (5/01)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| I.B.E.W. INTERNATIONAL<br>900 Seventh Street, Nw<br>Washington, DC 20001 | **PERSON FILING CHARGE**<br><br>Steven A. Kamen<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**10C-2006-02509**<br>FEPA CHARGE NO.<br>**06-154-P(N)** |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See the enclosed for additional information)

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[ ] Title VII of the Civil Rights Act        [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act    [ ] The Equal Pay Act

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
                                                (FEP Agency)

[X] The  **D.C. Office Of Human Rights**  _____ and sent to EEOC for dual filing purposes.
         (FEP Agency)

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII or ADA charge) to investigation this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [X] OTHER

Sexual Orientation: See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 24, 2006 | Kenneth L. Saunders,<br>Director | |

**DEFENDANT'S EXHIBIT No. 7**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 06-154-P(N) 10C-2006-02509 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven A. Kamen | (724) 794-3143 | 07-28-1957 |

Street Address / City, State and ZIP Code
**3 Fincher Lane, Butler, PA 16001**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| I.B.E.W. INTERNATIONAL | 500 or More | (202) 833-7000 |

Street Address / City, State and ZIP Code
**900 Seventh Street, Nw, Washington, DC 20001**

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [X] OTHER (Specify below.)
**Sexual Orientation**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-01-2003**   Latest: **12-08-2004**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the bases of my sexual orientation (homosexual) in the terms, conditions, privileges, and involuntary discharge of my employment because:

Respondent hired me as an International Representative on July 1, 1997, and I was eventually promoted to the position of Senior International Representative. I have consistently performed my duties in a satisfactory manner.

Prior to learning of my sexual orientation, Respondent treated me the same as it did its other employees. However, when I returned to work after Respondent learned of my sexual orientation (or perceived sexual orientation), it treated me differently: I was denied training opportunities; I was not permitted to assist at manufacturing conferences; I was never given back the duties that I had been assigned prior to going out on sick leave; I was not promoted to the position of Director in Washington, DC – even though I was qualified, was the only candidate for the position, and Respondent had told me that the job would be mine. The only thing that had changed was that Respondent had learned of my sexual orientation.

Respondent terminated my employment, alleging that it was for performance reasons, but this was pretext. None of Respondent's other international representatives has ever been terminated for performance, even though their performance deficiencies were much greater than mine. I know of other International Representatives whose expense reports were late, whose paperwork was not complete, and who were late with their assignments, but not one was terminated as I was. When I came on board with Respondent in 1997, I was assigned to complete the delinquent reports of one of Respondent's representatives who had retired; some of those delinquent reports went back as far as 1989.

Therefore I charge Respondent with an unlawful discriminatory act on the bases of my sexual orientation in violation of the DC Human Rights Act of 1977, as amended. I have not commenced any action, civil, criminal

or administrative, based on the above allegations that Respondent discriminated against me based on my sexual orientation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>Commonwealth of Pennsylvania<br>SIGNATURE OF COMPLAINANT |
| 4/13/06         _A.L_<br>Date         Charging Party Signature | County of __Butler__ } ss:<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  4-13-06<br>(month, day, year)<br>_Carol D. King_  COMMONWEALTH OF PENNSYLVANIA<br>Notarial Seal<br>Carol D. King, Notary Public<br>City of Butler, Butler County<br>My Commission Expires Nov. 17, 2007 |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA  [X] EEOC | 06-154-P(N)  10C-2006-02509 |

D.C. Office Of Human Rights                                      and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven A. Kamen | (724) 794-3143 | 07-28-1957 |

Street Address: 3 Fincher Lane, Butler, PA 16001

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| I.B.E.W. INTERNATIONAL | 500 or More | (202) 833-7000 |

Street Address: 900 Seventh Street, Nw, Washington, DC 20001

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [X] OTHER *(Specify below.)*
Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-01-2003    Latest: 12-08-2004
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe that I have been discriminated against on the bases of my sexual orientation (homosexual) in the terms, conditions, privileges, and involuntary discharge of my employment because:

Respondent hired me as an International Representative on July 1, 1997, and I was eventually promoted to the position of Senior International Representative. I have consistently performed my duties in a satisfactory manner.

Prior to learning of my sexual orientation, Respondent treated me the same as it did its other employees. However, when I returned to work after Respondent learned of my sexual orientation (or perceived sexual orientation), it treated me differently: I was denied training opportunities; I was not permitted to assist at manufacturing conferences; I was never given back the duties that I had been assigned prior to going out on sick leave; I was not promoted to the position of Director in Washington, DC – even though I was qualified, was the only candidate for the position, and Respondent had told me that the job would be mine. The only thing that had changed was that Respondent had learned of my sexual orientation.

Respondent terminated my employment, alleging that it was for performance reasons, but this was pretext. None of Respondent's other international representatives has ever been terminated for performance, even though their performance deficiencies were much greater than mine. I know of other International Representatives whose expense reports were late, whose paperwork was not complete, and who were late with their assignments, but not one was terminated as I was. When I came on board with Respondent in 1997, I was assigned to complete the delinquent reports of one of Respondent's representatives who had retired; some of those delinquent reports went back as far as 1989.

Therefore I charge Respondent with an unlawful discriminatory act on the bases of my sexual orientation in violation of the DC Human Rights Act of 1977, as amended. I have not commenced any action, civil, criminal

or administrative, based on the above allegations that Respondent discriminated against me based on my sexual orientation.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>Commonwealth of Pennsylvania<br>SIGNATURE OF COMPLAINANT |
| 4/13/06          *[signature]*<br>Date          Charging Party Signature | County of  Butler             } ss:<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE   4-13-06<br>(month, day, year)<br>*[signature]*<br>COMMONWEALTH OF PENNSYLVA[NIA]<br>Notarial Seal<br>Carol D. King, Notary Public<br>City of Butler, Butler County<br>My Commission Expires Nov. 17, 20[  ] |