**JOSEPH H. CHIVERS**
ATTORNEY-AT-LAW
SUITE 600
312 BOULEVARD OF THE ALLIES
PITTSBURGH, PA 15222-1923
(412) 281-1110
FAX (412) 281-8481

VIA TELEFAX AND FIRST CLASS MAIL

May 8, 2006

Georgia A. Stewart, Mediation Supervisor
D.C. Office of Human Rights
Suite 570N
441 4th Street, N.W.
Washington, D.C. 20001

    Re: **Steven A. Kamen v. IBEW**
        **Docket No. 06-154-P(N), 10C-2006-02509;**
        **Rescheduling of Mediation**

Dear Ms. Stewart:

    On behalf on Mr. Kamen, please cancel the mediation scheduled for May 10, 2006. Mr. Kamen just received a Right to Sue from the Equal Employment Opportunity Commission in Pittsburgh for his claim of disability discrimination and will be proceeding to court both on the disability discrimination claim as well as the sexual preference claim within the next thirty (30) days.

    Thank you for your cooperation.

                                            Yours very truly,

                                            /s/

                                            Joseph H. Chivers, Esquire

cc:   Steven A. Kamen
       Larry Cohen, Esquire

DEFENDANT'S EXHIBIT No. 8