UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | Case No. 1:06CV01063(RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and ) | |
| EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Upon consideration of defendants' motion to dismiss, plaintiff's responding opposition, and the entire record, and it appearing to the Court that the grant of defendants' motion is just and proper, it is hereby

ORDERED that defendants' motion to dismiss for lack of subject matter jurisdiction is granted; and it is further

ORDERED that the claims in Counts II of the Amended Complaint based on alleged violation of the Pennsylvania Human Rights Act, 43 PA. STAT. ANN. § 951 *et seq.*, and Count III of the Amended Complaint based on alleged violation of the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.,* are dismissed in their entirety, and all the claims in Count IV of the Amended Complaint based on alleged violation of the District of Columbia Human Rights Act of 1977 ("DCHRA"), D.C. CODE ANN. § 2-1401.01 *et seq.*, except the claim that defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill have had and continue to maintain through the present a policy and practice of hostility and prejudice

- 2 -

toward homosexuals, are dismissed because they are time-barred under the respective statutes of limitations applicable thereto.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____