## Joseph H. Chivers
ATTORNEY-AT-LAW
Suite 600, 312 Boulevard of the Allies
Pittsburgh, PA 15222-1923
(412) 281-1110
Fax (412) 281-8481

## FACSIMILE TRANSMITTAL

### PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:     **Terry R. Yellig, Esquire**

Company:   **Sherman, Dunn, Cohen, Leifer & Yellig, P.C.**

Fax Number:  **(202) 775-1950**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Total Number of Pages (including this page): **18**

Date: **August 10, 2006**              Time: **3:00 P.M.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: **Please see attached. Thank you.**

### IF YOU DO NOT RECEIVE ALL PAGES INDICATED, PLEASE CALL THE FOLLOWING NUMBER AS SOON AS POSSIBLE: (412) 281-1110

The information contained in this facsimile message is intended only for the use of the individuals to whom it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone at 412-281-1110 and return the original message to me at my address shown above via the U.S. Postal Service.

Thank you.



DEFENDANT'S
EXHIBIT
No. 1

**JOSEPH H. CHIVERS**
*ATTORNEY-AT-LAW*
*SUITE 600*
*312 BOULEVARD OF THE ALLIES*
*PITTSBURGH, PA 15222-1923*
*(412) 281-1110*
*FAX (412) 281-8481*

VIA HAND DELIVERY

April 26, 2005

Mr. Ronald Dean, Intake Supervisor
U.S. Equal Employment
        Opportunity Commission
Pittsburgh Area Office
1001 Liberty Center, Suite 300
Pittsburgh, PA  15222

Re:  <u>Steven A. Kamen v. IBEW</u>
     (1)  **Filing of Charge of Discrimination**
          **(Disability)**
     (2)  **Entry of Appearance**
     (3)  **Request for Dual-Filing with the PHRC**
     (4)  **Request for Mediation**

Dear Mr. Dean:

     Please file the enclosed Intake Questionnaire and Supporting
Documents as Claimant Steven A. Kamen's verified Charge and
Complaint of Discrimination (disability).  I will be representing
Mr. Kamen in this matter.  I request that Mr. Kameh's Charge be
dual-filed with the PHRC, with the EEOC to take the lead in the
investigation.  Finally, I am requesting mediation, assuming
Respondent is interested.

     Thank you for your cooperation.

                                    Yours very truly,

                                    Joseph H. Chivers, Esquire

Enclosures

cc:  Steven A. Kamen
     Dorel G. Watley, Intake Supervisor (PHRC)

08-10-'06 14:01 FROM-WIENAND & BAGIN    4122818481    T-183  P003/018 F-304

GENERAL INFORMATION QUESTIONNAIRE

A Questionnaire on the incident(s) you are complaining about is attached.

**If because of a disability you need assistance in completing this form contact the office at 412/644-3444.**

NAME Steven A. Kamen    TELEPHONE NO. 724 794 3143
(First)  (Middle Name or Initial)  (Last)                      (Include area code)

SOCIAL SECURITY NO. 073 46 5275    DATE OF BIRTH 7.28.57
ADDRESS 605 Slippery Rock Rd.    COUNTY Butler
c Slippery Rock    STATE PA.    ZIP CODE 16057

P.ease provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME Daniel J. Kamen    RELATIONSHIP Son
(First)  (Middle Name or Initial)  (Last)

ADDRESS Same as Above    TELEPHONE NO. 412-614-0811
CITY Same as one    STATE Same    ZIP CODE Same    (Include area code)

Organization your complaint is against:

Employer ✓  Union ✓  Employment Agency ___  Other ___ (Specify)
NAME IBEW
ADDRESS 900 Seventh Ave.    PHONE 202 833 7000
CITY Washington    STATE D.C.    ZIP CODE 20001
TYPE OF BUSINESS International Union

Number of employees who work at the organization named above. Please check one.

Less than 15 ___    15 to 20 ___    21 to 100 ___    More Than 100 ✓

ISSUES AND PROTECTED CLASS

All charges must state an issue which is what happened to you. You must state what protected class you fall under which is the basis for the discrimination. A person can belong to more than one protected class. **Check the appropriate space for issues and class.**

| Issues | | | | Protected Class(es) | |
|---|---|---|---|---|---|
| (DATES MUST BE PROVIDED) ☞ | Provide the Most Recent Date of Discrimination | | Provide the Most Recent Date of Discrimination | (DATES MUST BE PROVIDED) ☞ | |
| ___ Hiring | 12.8.04 | ✓ Reasonable Accommodation | 12.8.04 | ___ Sex | ✗ Disability |
| ✗ Promotion | | ___ Training | | ___ Race | ___ National Origin |
| ✗ Discharge | | ___ Equal Pay | | | |
| ___ Harassment | | ___ Union Representation | | ___ Color | ___ Age (40+) |
| ___ Lay off | | ___ Forced retirement or resignation | | ___ Religion | ___ Retaliation |
| ___ Demotion | | ✓ Other | | ✓ Other | |
| ___ Discipline | | | | (Specify) | |
| ✗ Benefits | | Termination Denial of benefits Unequal Treatment | | Sexual Orientation | |

[stamp: RECEIVED 05 APR 26 PM 2:03 EEOC PITTSBURGH, PA AREA OFFICE]

<u>GENERAL INTAKE QUESTIONNAIRE</u> : Steven Kang

Questionnaire on the incident you are complaining about.

Protected class refers to a persons race, color, sex, age (40 or over), ancestry, religion, disability and retaliation. A person can belong to more than one class.

1. Discrimination means difference of treatment. Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a different class that makes you feel they received more favorable treatment than you.

TERMINATION FOR PRETEXTUAL REASONS when others who did Same or worse were not terminated, OR Disciplined: Denial of Promotion after

2. What position did you hold or were you seeking with the organization identified on the cover page.

Knowledge - Different Treatment from one Disability to another as well as vs. other employees; DENIED APPROVAL

2 A. - International Representative (to Attend Conference

B. Denied Promotion to Washington D.C. to Inventory Control / Purchasing Director for the Internation

3. Provide your reasons for your belief that the action taken against you was discrimination for the reasons you checked on Page 1.

A. No Int'l Rep. ever terminated  B. Know of reps who _____ _____ who were _____ not terminated. Also Know of reps who engaged in more heinous Behavior An who were not terminated - e.g. DRUNK DRIVING - Union _____

4. What reason was given to you for the action taken against you or for the treatment you received that you are complaining about?

PRETEXTUAL REASONS About failure to hand in Reports Delinquent Reports and expense Reports + Late in assignments

5. Are the reasons for the action taken against you by the organization accurate?

Yes _____         No __X__

Explain your answer:

My Strong _____ were ORGANIZING and negotiaton. I have ADD. _____ _____ was _____ _____ But it always was, only _____ of Became _____ and they _____ _____ _____ I was GAY _____ _____ All Positive. Did this become an issue. In _____

6. Describe the organization's policy or usual practice that govern the actions being complained about.

THE HISTORY HAS BEEN THAT NO INTL REP HAS EVER BEEN FIRED + NO INTL REP HAS EVER BEEN LET GO EVEN IF THEY ARE OUT OVER 1 YEAR WITH A DISABILITY e.g. APPL

7. Has anyone else been treated as you were under similar circumstances? Please list them and identify by protected class.

| Name | Protected Class |
|------|----------------|
| no one | |

7a. What happened to him or her?

N/A

8. Name other people who have been treated differently or more favorably under similar circumstances. Please list them and identify their protected class.

| Name | Protected Class |
|------|----------------|
| BOB DAMIANI | DISABILITY |
| BOB DIETRICH | DISABILITY |

8a. What happened to him or her? Nothing. They stayed employed seo he lengthy DISABILIties, Damage to company vehicles + eventually Retired with full pension + benefits.

9. Where the organization gave a reason for any action taken against you, can you name any employee who did the same thing or something worse who was not treated the same as you?

Name WYATT BADROE   Protected Class  none
Job/Dept. INTL REP.  Suspended for Delinquent Reports

08-10- 06 14:02   FROM-WIENAND & BAGIN      4122818451        T-183  P000/018 F-504

General Intake Questionnaire                        -3-

9a.   What happened to him/her?   SUSPENDED for
_____ DELINQUENT Reports — not
_____ terminated.

_____

_____

Have you sought assistance in this matter from any Government agency, union,
attorney, or any other source?

        X  Yes  ____ No

JOSEPH CHIVERS ESQ.                        MARCH 8 200
_____(Name of source of assistance)_____      _____(Date)_____
EMPLOYMENT RIGHTS GROUP
RESULT, IF ANY   none yet

_____

Have you filed an EEOC Charge in the past?  X  No ___ Yes (If answer is yes,
complete below)

_____   _____   _____
Approximate Date Filed .   Organization Charged     EEOC Charge No.(if known)

┌────────────────────────────────────────────────────────────┐
│ I hereby verify that the statements contained in this complaint are true and correct to the best of my │
│ knowledge, information and belief. │
└────────────────────────────────────────────────────────────┘

You must sign and date below:

┌────────────────────────────────────────────────────────────┐
│ SIGNATURE        A-t        4/16/05         DATE │
└────────────────────────────────────────────────────────────┘

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicat
the question number that is being answered before each response below.

3B. ... BUSINESS AND KILLED DOMESTIC

5. MANY OF the COMPLAINTS LISTED in my
TERMINATION Letter aRe not TRUE and/or
Relate to period of time when I
WAS Hospitalized / DISABLED IN
addition RIGHT AFTER I came on
Staff in 1997 I fell Asleep at the
wheel of mine car & had a major
accident Resulting in a Hospitalization
and a period of DISABILITY. I Received
numerous CARDS, GIFT Baskets & Flowers,
Phone CALLS etc FROM my boss, DISTRICT
Office + INTL Office. In 2004 WHICH WAS
after 80 HU found out I was GAY AND when
I was again Hospitalized, But this time for
AIDS Like illnesses + DIAGnosis As HIV positive,
there were no cards, no calls, no Flowers,
No Gift Baskets, and in fact no comfort
well wishes from Anyone connected to the
INTERNATIONAL or DISTRICT office.

6. ATTACK, CANCER — in fact they are
allowed to Be out indefinitely with
full pay + Benefits.

14. In addition when I took
1997 I was assigned to complete delinquent trust
of Retired RPRs finishing back to 1985.

# ADA INTAKE QUESTIONNAIRE

Questionnaire on the incident you are complaining about.

If because of a disability you need assistance in completing this for contact the office indicated above.

NAME Steven A. Kamen
(First) (Middle Name or Initial) (Last)
TELEPHONE NO. 724-794-2148
(Include area code)

SOCIAL SECURITY NO. 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    DATE OF BIRTH 7-28-57

ADDRESS 1005 Slippery Rock Rd    COUNTY Butler

CITY Slippery Rock    STATE PA    ZIP CODE 16057

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME Daniel J. Kamen
(First) (Middle Name or Initial) (Last)
RELATIONSHIP Son

ADDRESS Same as Above    TELEPHONE NO. 412 614 0811
(Include area code)

CITY Same as Above    STATE Same    ZIP CODE Same

Organization your complaint is against:

Employer ✓    Union ✓    Employment Agency ____    Other ____ (Specify)

NAME I.B.U.

ADDRESS 900 Seventh Ave.

CITY Washington    STATE D.C.    ZIP CODE 20001

TYPE OF BUSINESS International Union

Number of employees who work at the organization named above. Please check one.

Less than 15 ____    15 to 20 ____    21 to 100 ____    More Than 100 ✗

## PLEASE PROVIDE A COMPLETE RESPONSE TO THE FOLLOWING

1. What position did you hold or were seeking with the above named organization?
Int'l Rep [Denied Promotion to Inventory control] publication director in Wash. D.C.

2. Explain what action was taken against you that you believe to be discriminatory and the date(s) of the action, incident, harm, etc.
Termination 12-X-2004
Denial of Promotion 2002-2003
Denial of Job opportunities — 2003-2004

3. If you believe the organization treated you this way because of one or more of the reasons listed below, please check those reasons. If you believe that you were treated this way for a reason other than what is listed, explain what you believe to be the reason.

ADA Intake Questionnaire

-2-

X Sex                National Origin
___ Race             ___ Age (40+)
___ Color            ___ Retaliation
___ Religion         X Disability
___ Other            ___ Sexual Harassment

OTHER: SEXUAL ORIENTATION DISCRIMINATION
HIV DISABILITY DISCRIMINATION
AVOIDANCE OF BENEFITS

4.  Describe your disability.  Provide the medical name for your disability, if known, as
    well as a general description of your disability in non-medical terms.  Describe in
    general what major life activities (such as walking, lifting, breathing, or hearing,
    etc.) are affected by your disability and describe the extent to which that activity is
    affected.

HIV POSITIVE, HEART AILMENTS,
OBSTRUCTIVE SLEEP APNEA, ADD

SLEEPING, DRIVING; DAILY MEDICATIONS

5.  Is your disability permanent or of a temporary nature?  When was your disability first
    diagnosed?  If your impairment was caused by an accident or injury, when did that
    accident or injury occur?  Has your physician indicated that the limitations caused by
    your disability are of a permanent nature?  Is your disability worsening or improving?

ALL PERMANENT,
ADD - CHILDHOOD
HEART - 1995
SLEEP APNEA 1991
HIV - 2001

NO ACCIDENT OR INJURY CAUSATION

WORSENING, BUT ONLY CLINICALLY
(HEART; HIV only)

ADA Intake Questionnaire                    -3-

6.  If your disability was caused by or made worse by a job-related injury or accident, did you apply for workers compensation? If yes, were you awarded workers compensation? For what period of time were you on workers compensation? If you are still on workers compensation (or were on worker's compensation at the time of the alleged discrimination), explain how you would be able to perform the essential functions of your regular job with or without an accommodation while still on workers compensation.

N/A

7.  Explain how your particular disability affects your ability to perform the job in question. Also, describe any limitations or restrictions related to this job which have been placed on you by a physician for reasons related to your disability. If your physician recommended that you be placed on "light duty", what type of light duty assignments were recommended and for what period of time? Also does Respondent have a light duty program? If so, is this duty limited in any way (e.g., only to person who had on the job injuries, for a limited period of time, for certain categories of employees only, etc.)?

my DISABILITIES Do not impact my
ability to perform the Essential functions
of my job - Except PDD - for Administrative
duties - Hospitalization for HW management

no Restrictions From Doctors.

8.  Provide the names, addresses and phone numbers (if known) of all doctors and/or therapists who have treated you for this disability. For each such person listed, indicate the period of time you were treated by this person.

ADA Intake Questionnaire

DR. A. Thomas _____ HIV — 2004 —
724 284 4309                              CURRENT
DR. JOHN Rock _____ HIV, HEART, Sleep _____
724 282 1530                             1997 — CURR
DR. ARSHAD Mahmood _____ HEART 1997 — CURR
724 283 5050
Thomas — 911 East Brady St Butler PA.
Rock — 480 East Jefferson St Butler PA.
Mahmood — 216 West Jefferson St Butler, PA.

9. Describe how, when, and which Respondent management officials became aware of your disability and any job-related limitations or restrictions caused by that disability.

1997 — I had A CAR ACCIDENT, was DIAGNOS
WITH VIRAL CARDIOMYOPATHY, OBSTRUCT
SLEEP APNEA + UNCONTROLLED ATRIAL FIBRILLA
NO JOB RESTRICTIONS after RTW.
LARRY ROSSA V.P. + BD HILL SEC TREAS —
JACK BARBER Pres.
2004 — HOSPITALIZED FOR VIRAL MENINGITIS
DIVITICULITIS, BELLE PALSY + THRUSH — ALL
AIDS RELATED symptoms + illnesses LEADING
TO A DIAGNOSIS OF HIV positive — No Restric
after TREATMENT + RTW. — DON SIGGOL VP;
BD HILL Pres; JERRY O'Connor _____

10. Have any Respondent managers or supervisors made negative comments concerning your disability? If so, provide the name and title of each person making the comments and describe those comments in terms of what was said, when it was said, and whether there were any witnesses to those statements.

N/A as for a times _____
PER _____ WAS ILLNESS _____ TREATED _____
PRIOR ILLNESSES as FOLLOWS
PRIOR ILLNESS — WHEN I Recovered MY WORK LOAD
(1997)        WAS GIVEN BACK to me. I Received
CARDS, CALLS FLOWERS, FRUIT
BASKETS, WELL WISHES etc
2004 ILLNESS HIV RELATed — MY WORK LOAD WAS NEVER
GIVEN BACK to me Despite my Requests — no calls no
cards, no flowers, no FRUIT BASKETS, no well

11. Do you (or did you) need a reasonable accommodation in order to perform the job in question? If yes, describe for what part or parts of the job you required an accommodation. Indicate how frequently this part of the job is done and the importance of this part of the job to the total job.

It might have helped to get a reasonable accommodation with regard to the administrative details in my job - they were a minor non essential function of my position - tangential to the key responsibilities performed as needed - Approx 1-2 hrs per week maximum for weekly, expense reports; other reports required unanticipated travel, interviews, discovery requests - all of which I could do and did do. However the write ups could then take 1-2 days to write up However this type of report was sporadic - less than once a month.

12. Are you (or were you) able to perform all parts of the job in question other than the part(s) described above for which you require an accommodation? Describe the major functions of the job which you are able to perform without an accommodation.

Yes - Negotiation; Organizing; contract administration; advice to local unions; grievance handling and arbitration preparation; steward & officer training; contract and By Laws drafting; editing; NLRB Hearings OSHA Hearings; Attendance at conferences; conventions; Travel extensively within the District to serve my locals; Political action on Behalf of the union especially with regard to a 2004 Presidential campaign.

13. Have you ever sought a reasonable accommodation because of your disability? If yes, describe the circumstances surrounding your request to include: date of request, name and job title of the person(s) to whom the request was made, the type of accommodation requested, and response(s), if any, to the request.

Yes in 1997 when I returned to work I could only available work in offices nearby with minimal driving/travel and they then accommodated me.

ADA Intake Questionnaire                    -6-

14.    Are there any witnesses, written records or other means available to verify that you
       made this request for reasonable accommodation and/or that your request was denied, was
       not acted upon, or was not met in a manner satisfactory to you?    If yes, please
       describe the means by which this can be verified.

In 1997 - there were Doctors notes & Reports
indicating my restriction. But this is not
not Refuse and this is not a current issue-only
mentioned to show disparate treatment
between how they treated me when it was
my heart vs. how they treated me after
they learned I was gay and had
HIV!

15.    If you are claiming that you are not disabled, but Respondent incorrectly "perceived"
       you to have a disability, describe what disability you are perceived as having.    In
       addition, indicate which Respondent representative(s), by name and job title, perceive
       you to have this disability and what makes you believe that those persons have this
       perception.

I am disabled; however I believe they
also perceived me as being disabled
due to having beyond normal HIV.

16.    If the Respondent has taken an action against you because you are viewed as being a

safety or the safety of co-workers), provide the name and title of the Respondent representative who informed you of this, when this occurred, whether this was done verbally or in writing, what reason(s) was given for considering you a direct threat, and describe to what extent this was based on medical information. Also, describe whether the Respondent attempted to provide a reasonable accommodation to you to reduce the threat or to transfer you to another position.

N/A unless they viewed my HIV
positive Status as a threat.

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

_____ No    _X_ Yes    JOSEPH CHIVERS esq.    March 2005
                        (Name of source of assistance)              (Date)
                        Employment Rights Group

RESULT, IF ANY

None yet

Have you filed an EEOC Charge in the past?  _X_ No ___ Yes (If answer is yes, complete below)

Approximate Date Filed        Organization Charged        EEOC Charge No.(if known)

SIGNATURE        c A.C            DATE  4/16/05

EEOC PITTSBURGH, PA
AREA OFFICE
05 APR 26 PM 2: 04
RECEIVED

ADA Intake Questionnaire          -8-

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s).  Indicate the questio
number that is being answered before each response below.

9. All 3 Kinds of the
various Ailments as [illegible] the
Doctors were Submitted with Details of
Ailments. Common Knowledge By the
Public that several of these Ailments
Are usually [illegible]
coupled with [illegible]
[illegible] all [illegible] to [illegible]
info. And in confidential [illegible]
[illegible] JEA Hill-President
[illegible] had knowledge
that [illegible]
was (yes)

10. And I find it very suspicious
that not a single person from my
work or work life from the top [illegible]
has called me about my [illegible]
absences/illnesses which leads me to
believe that they have disclosed my
illness to others and that they
have characterized this negatively

EEOC - Pittsburgh Area Office

## WITNESS INFORMATION

Questionnaire on the incident you are complaining about.

In many complaints of discrimination, witnesses are very important to the investigation. Please identify those persons who saw, or heard or participated in the incident you are complaining about.

Witnesses and their Information

1. Name/Title __PAT COMO - Intl. Rep.__

   Address __208 John Glenn Avenue__

   __Kenhorst, PA__ ____ Telephone Number ( )

   What will he/she be able to tell us? __He can confirm that I used to__
   __attend all Mfgr. Conferences (annually)__
   __that APU was a part of Requirement and that__
   __starting in APPROX ____ I was no longer__
   __assigned to attend. Known for anti GAY__
   __remarks, jokes, comments, inuendoes. MADE to members__

   Was he/she in a position to personally observe what occurred? __AND execs of Intl.__

   Yes __X__      No _____      Don't Know _____

   Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

   Yes _____      No _____      Don't Know __✓__

   Is this witness a current employee of the organization that the charge is filed against?

   Yes __X__      No _____

2. Name/Title __Dominic MACCHIA - Intl. Rep.__

   Address __12 Elmwood Lane__

   __Syosset, NY__ ____ Telephone Number ( )

   What will he/she be able to tell us? __Same as above and also__

Witness Information                    -2-

thus _ was not Assigned to Branch
conferences although it was _____ my _____
and I had been assigned. in the same

Was he/she in a position to personally observe what occurred?

Yes __✓__    .    No _____    Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes _____    No _____    Don't Know __✓__

Is this witness a current employee of the organization that the charge is filed against?

Yes __X__    No _____

3.    Name/Title   PAT  REILY  Exec. Asst. to INH L.
                                         President

Address   Retired - get Address from High
      Level office    Telephone Number  202 833 7000

What will he/she be able to tell us?   THAT  He Discussed the
Promotion to DIRECTOR in. WASH. DC. with me;
that he told me I was qualified for the job;
that there were no other candidate; THAT I
had the ability to do the job + was willing to Be
Relocated; THAT He would Be Recommending me to either

Was he/she in a position to personally observe what occurred?

Yes __✓__    .    No _____    Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes __✓__    No _____    Don't Know _____

Is this witness a current employee of the organization that the charge is filed against?

Yes _____    No __X__   Retired

THAT THE JOB WOULD. BE AVAILABLE LOOK. Retiring OF Poke OF PONENZA AND THAT IT BE WOULD BE MINE.

Witness Information                    -3-

> I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

You must sign and date below:

| SIGNATURE | | DATE |
|---|---|---|
|  |  | 4/16/05 |

RECEIVED

05 APR 26 PH 2:04

EEOC PITTSBURGH, PA
AREA OFFICE