EEOC FORM 131-A (5/01)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| I.B.E.W. INTERNATIONAL<br>900 Seventh Street, Nw<br>Washington, DC 20001 | **PERSON FILING CHARGE**<br><br>Steven A. Kamen<br><br>THIS PERSON (*check one or both*)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>10C-2006-02509<br><br>FEPA CHARGE NO.<br>06-154-P(N) |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See the enclosed for additional information)

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☐ Title VII of the Civil Rights Act              ☐ The Americans with Disabilities Act

☐ The Age Discrimination in Employment Act       ☐ The Equal Pay Act

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____
                                                          (FEP Agency)

☒ The    D.C. Office Of Human Rights    and sent to EEOC for dual filing purposes.
              (FEP Agency)

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII or ADA charge) to investigation this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ AGE   ☐ DISABILITY   ☐ RETALIATION   ☐ OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Mar 10, 2006 | Kenneth L. Saunders,<br>Director | |

**DEFENDANT'S EXHIBIT No. 6**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 06-154-P(N) 10C-2006-02509 |

D.C. Office Of Human Rights and EEOC
*State or local Agency, if any*

Name (indicate Mr., Ms., Mrs.): **Mr. Steven A. Kamen**
Home Phone (Incl. Area Code): ~~(724) 794-3143~~
Date of Birth: **07-28-1957**

Street Address: 3 Fincher Lane, Butler, PA
~~605 Slippery Rock Road, Slippery Rock, PA 16057~~ 16001
City, State and ZIP Code: 724-287-8393

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **I.B.E.W. INTERNATIONAL**
No. Employees, Members: **500 or More**
Phone No.: **(202) 833-7000**
Street Address: **900 Seventh Street, Nw, Washington, DC 20001**

DISCRIMINATION BASED ON (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-01-2003**    Latest: **12-08-2004**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the bases of my disability (HIV positive) and sexual orientation (homosexual) in the terms, conditions, privileges, and involuntary discharge of my employment because:

Respondent hired me as an International Representative on July 1, 1997, and I was eventually promoted to the position of Senior International Representative. I have consistently performed my duties in a satisfactory manner.

Prior to the time that Respondent became aware of my sexual orientation and disability (HIV positive), it treated me differently. For example, although I suffer from other disabilities (heart disease, sleep apnea, and ADD), I have no restrictions from my doctors and my disabilities have not impacted my ability to perform the essential functions of my job. When I became ill as a result of these other disabilities, Respondent treated me differently than it did after it learned of my sexual orientation and that I was HIV positive: my work load was given back to me after I recovered; and I received cards, calls, and flowers, fruit baskets, well wishes, etc. On one occasion, a resolution was made limiting the number of hours that I worked per day. On another occasion, even though I fell asleep while driving a company car because of a disability, no action was taken against me.

However, after I returned to work (after Respondent learned of my sexual orientation and that I was HIV positive), Respondent has treated me differently: I was denied training opportunities; I was not permitted to assist at manufacturing conferences; I was never given back the duties that I had been assigned; I was not promoted to the position of Director in Washington, DC – even though I was qualified, was the only candidate for the position, and Respondent had told me that the job would be mine. The only thing that had changed was that Respondent had learned of my sexual orientation and that I was HIV positive.

Respondent terminated my employment, alleging that it was for performance reasons, but this was pretext. None

of Respondent's other international representatives has ever been terminated for performance or illness. Some were allowed to be off indefinitely because of heart problems or cancer, but none have been terminated – including one who killed an entire family while driving one of Respondent's vehicles in his official capacity. I know of other international representatives whose expense reports were late, whose paperwork was not complete, and who were late with their assignments, but not one was terminated as I was. When I came on board with Respondent in 1997, I was assigned to complete the delinquent reports of one of Respondent's representatives who had retired, some of those delinquent reports went back as far as 1989.

Therefore I charge Respondent with an unlawful discriminatory act on the bases of my disability and sexual orientation in violation of the Americans with Disabilities Act of 1992, as amended, and the DC Human Rights Act of 1977, as amended. I have not commenced any action, civil, criminal or administrative, based on the above allegations, other than the following: CROSS FILED WITH THE EEOC.

---

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>X _____ |
| 3/16/06 _____<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE March 16, 2<br>(month, day, year)<br>Stephanie Jones<br>Notary Public, COMMONWEALTH OF PENNSYLVANIA<br>Notarial Seal<br>Stephanie A. Jones, Notary Public<br>City Of Pittsburgh, Allegheny County<br>My Commission Expires Feb. 5, 2010<br>Member, Pennsylvania Association of Notaries |

EEOC Form 5 (5/01)

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:   Agency(ies) Charge No(s):

[X] FEPA   06-154-P(N)

[X] EEOC   10C-2006-02509

D.C. Office Of Human Rights                          and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | 06-154-P(N) |
| | [X] EEOC | 10C-2006-02509 |

D.C. Office Of Human Rights _and EEOC_
_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.): Mr. Steven A. Kamen
**Home Phone** (Incl. Area Code): (724) 794-3143 / 724-287-8393
**Date of Birth**: 07-28-1957
**Street Address**: 3 Fincher Lane, Butler, PA ~~605 Slippery Rock Road, Slippery Rock, PA 16057~~ 16001

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: I.B.E.W. INTERNATIONAL
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code): (202) 833-7000
**Street Address**: 900 Seventh Street, NW, Washington, DC 20001

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 12-01-2003
Latest: 12-08-2004
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the bases of my disability (HIV positive) and sexual orientation (homosexual) in the terms, conditions, privileges, and involuntary discharge of my employment because:

Respondent hired me as an International Representative on July 1, 1997, and I was eventually promoted to the position of Senior International Representative. I have consistently performed my duties in a satisfactory manner.

Prior to the time that Respondent became aware of my sexual orientation and disability (HIV positive), it treated me differently. For example, although I suffer from other disabilities (heart disease, sleep apnea, and ADD), I have no restrictions from my doctors and my disabilities have not impacted my ability to perform the essential functions of my job. When I became ill as a result of these other disabilities, Respondent treated me differently than it did after it learned of my sexual orientation and that I was HIV positive: my work load was given back to me after I recovered; and I received cards, calls, and flowers, fruit baskets, well wishes, etc. On one occasion, a resolution was made limiting the number of hours that I worked per day. On another occasion, even though I fell asleep while driving a company car because of a disability, no action was taken against me.

However, after I returned to work (after Respondent learned of my sexual orientation and that I was HIV positive), Respondent has treated me differently: I was denied training opportunities; I was not permitted to assist at manufacturing conferences; I was never given back the duties that I had been assigned; I was not promoted to the position of Director in Washington, DC – even though I was qualified, was the only candidate for the position, and Respondent had told me that the job would be mine. The only thing that had changed was that Respondent had learned of my sexual orientation and that I was HIV positive.

Respondent terminated my employment, alleging that it was for performance reasons, but this was pretext. None

of Respondent's other international representatives has ever been terminated for performance or illness. Some were allowed to be off indefinitely because of heart problems or cancer, but none have been terminated – including one who killed an entire family while driving one of Respondent's vehicles in his official capacity. I know of other international representatives whose expense reports were late, whose paperwork was not complete, and who were late with their assignments, but not one was terminated as I was. When I came on board with Respondent in 1997, I was assigned to complete the delinquent reports of one of Respondent's representatives who had retired, some of those delinquent reports went back as far as 1989.

Therefore I charge Respondent with an unlawful discriminatory act on the bases of my disability and sexual orientation in violation of the Americans with Disabilities Act of 1992, as amended, and the DC Human Rights Act of 1977, as amended. I have not commenced any action, civil, criminal or administrative, based on the above allegations, other than the following: CROSS FILED WITH THE EEOC.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/16/06
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE March 16, 2
(month, day, year)

Stephanie Jones
Notary Public    COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Stephanie A. Jones, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Feb. 5, 2010
Member, Pennsylvania Association of Notaries

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):
[X] FEPA    06-154-P(N)
[X] EEOC    10C-2006-02509

D.C. Office Of Human Rights    and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):