IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv01063 (RMC) |
| ) | |
| v. ) | JUDGE ROSEMARY M. COLLYER |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | Electronically Filed |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION, WITHOUT OPPOSITION, FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

AND NOW COMES Plaintiff, Steven A. Kamen, by and through his counsel, Joseph H. Chivers, Esquire, and respectfully requested a brief extension of time to respond to Defendants' Motion to Dismiss.

Plaintiff's response to Defendants' Motion is September 16, 2006. Because of a heavy briefing schedule, depositions and mediations, Plaintiff's counsel will require additional time to respond appropriately to Defendants' Motion.

WHEREFORE, Plaintiff respectfully requests this court grant Plaintiff an extension of time to file his response, or until October 4, 2006. Counsel for Defendants has been consulted and does not oppose this Motion. A proposed Order is attached hereto.

                        Respectfully submitted,

                        s/Joseph H. Chivers
                        Joseph H. Chivers, Esquire
                        PA ID No. 39184
                        Suite 600, 312 Boulevard of the Allies
                        Pittsburgh, PA  15222-1923
                        jchivers@employmentrightsgroup.com
                        (412) 281-1110 / (412) 281-8481 FAX

                        Counsel for Plaintiff
                        Steven A. Kamen

DATE: September 13, 2006