IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | |
| Plaintiff, ) | Civil Action No.  1:06cv01063 |
| ) | |
| v. ) | JUDGE ROSEMARY M. COLLYER |
| ) | |
| INTERNATION BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual, ) | Electronically Filed |
| ) | |
| Defendants. ) | |

**ORDER**

      AND NOW, upon review of Plaintiff's Motion, Without Opposition, for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby ORDERED that Plaintiff must file his response on or before __October 4, 2006__. Any reply by Defendants is due on or before _____.


**Dated:** _____        _____
                                                                     **Rosemary M. Collyer, USDJ**