**JOSEPH H. CHIVERS**
*ATTORNEY-AT-LAW*
*SUITE 600*
*312 BOULEVARD OF THE ALLIES*
*PITTSBURGH, PA 15222-1923*
*(412) 281-1110*
*FAX (412) 281-8481*

VIA HAND DELIVERY

April 26, 2005

Mr. Ronald Dean, Intake Supervisor
U.S. Equal Employment
    Opportunity Commission
Pittsburgh Area Office
1001 Liberty Center, Suite 300
Pittsburgh, PA  15222

    Re:   **Steven A. Kamen v. IBEW**
          (1)  **Filing of Charge of Discrimination**
              **(Disability)**
          (2)  **Entry of Appearance**
          (3)  **Request for Dual-Filing with the PHRC**
          (4)  **Request for Mediation**

Dear Mr. Dean:

    Please file the enclosed Intake Questionnaire and Supporting Documents as Claimant Steven A. Kamen's verified Charge and Complaint of Discrimination (disability).  I will be representing Mr. Kamen in this matter.  I request that Mr. Kamen's Charge be dual-filed with the PHRC, with the EEOC to take the lead in the investigation.  Finally, I am requesting mediation, assuming Respondent is interested.

    Thank you for your cooperation.

                                          Yours very truly,

                                          Joseph H. Chivers, Esquire

Enclosures

cc:  Steven A. Kamen
     Dorel G. Watley, Intake Supervisor (PHRC)

EEOC Pittsburgh Area Office
# GENERAL INFORMATION QUESTIONNAIRE

A Questionnaire on the incident(s) you are complaining about is attached. If because of a disability you need assistance in completing this form contact the office at 412/644-3444.

NAME  Steven A. Kamen
(First) (Middle Name or Initial) (Last)
TELEPHONE NO. 724 794 3143 (Include area code)

SOCIAL SECURITY NO. 073 46 5275
DATE OF BIRTH 7.28.57

ADDRESS 605 Slippery Rock Rd.
CITY Slippery Rock      COUNTY Butler
STATE PA      ZIP CODE 16057

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME Daniel J. Kamen
(First) (Middle Name or Initial) (Last)
RELATIONSHIP Son

ADDRESS Same as Above
CITY Same as above      STATE Same      ZIP CODE Same
TELEPHONE NO. 412-614-0811 (Include area code)

Organization your complaint is against:
Employer ✓   Union ✓   Employment Agency ___   Other ___ (Specify)

NAME IBEW
ADDRESS 900 Seventh Ave.
CITY Washington      STATE D.C.      ZIP CODE 20001
PHONE 202 833 7000
TYPE OF BUSINESS International Union

Number of employees who work at the organization named above.  Please check one.
Less than 15 ___   15 to 20 ___   21 to 100 ___   More Than 100 ✓

## ISSUES AND PROTECTED CLASS

All charges must state an issue which is what happened to you. You must state what protected class you fall under which is the basis for the discrimination. A person can belong to more than one protected class.
*Check the appropriate space for issues and class.*

| (DATES MUST BE PROVIDED) | Provide the Most Recent Date of Discrimination | Issues | Provide the Most Recent Date of Discrimination | Protected Class(es) (DATES MUST BE PROVIDED) | |
|---|---|---|---|---|---|
| ___Hiring | 12.8.04 | ✓ Reasonable Accommodation | 12.8.04 | ___Sex | X Disability |
| X Promotion | | ___Training | | ___Race | ___National Origin |
| X Discharge | | ___Equal Pay | | | |
| ___Harassment | | ___Union Representation | | ___Color | ___Age (40+) |
| ___Lay Off | | ___Forced retirement or resignation | | ___Religion | ___Retaliation |
| ___Demotion | | | | ✓ Other | |
| ___Discipline | | ✓ Other | | (Specify) Sexual Orientation | |
| ✓ Benefits | | Termination Denial of Benefits Unequal Treatment | | | |

RECEIVED 05 APR 26 PM 2:03 EEOC PITTSBURGH, PA AREA OFFICE

EEOC Pittsburgh Area Office

## GENERAL INTAKE QUESTIONNAIRE     Steven Kamen

Questionnaire on the incident you are complaining about.

Protected class refers to a persons race, color, sex, age (40 or over), ancestry, religion, disability and retaliation. A person can belong to more than one class.

1. Discrimination means difference of treatment. Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a different class that makes you feel they received more favorable treatment than you.

TERMINATION FOR PRETEXTUAL REASONS when others who did same or worse were not terminated, OR DISCIPLINED; DENIAL OF PROMOTION after knowledge — DIFFERENT TREATMENT FROM ONE DISABILITY to another as well as vs. other employees; DENIED APPROVAL

2. What position did you hold or were you seeking with the organization identified on the cover page.

2 A — International Representative to Attend Conference
B. Denied Promotion to Washington D.C. to Inventory Control / Purchasing Director for the International

3. Provide your reasons for your belief that the action taken against you was discrimination for the reasons you checked on Page 1.

A. No Int'l Rep. ever terminated B. Know of Reps with paperwork/report issues who were disciplined, not terminated. Also know of Rep's who engaged in more heinous Behavior and who were not terminated — e.g. DRUNK DRIVING - Union car/union

4. What reason was given to you for the action taken against you or for the treatment you received that you are complaining about?

PRETEXTUAL REASONS About failure to hand in Reports, Delinquent Reports and Expense Reports; Late in assignments

5. Are the reasons for the action taken against you by the organization accurate?

Yes _____      No ___X___

Explain your answer:

My strong points were organizing and negotiating. I have ADD - Administration was a weaker point. But it always was, only after I became President and they found out I was Gay as well as HIV positive - Did this become an issue. To continued

6. Describe the organization's policy or usual practice that govern the actions being complained about.

THE HISTORY HAS BEEN THAT NO INTL Rep HAS ever Been fired + no INTL Rep HAS ever Been let go even if They were out over 1 year with a DISABILITY e.g. Heart

7. Has anyone else been treated as you were under similar circumstances? Please list them and identify by protected class.

Name                                          Protected Class
———                      no one
———
———

7a. What happened to him or her?
    N/A

8. Name other people who have been treated differently or more favorably under similar circumstances. Please list them and identify their protected class.

Name                              Protected Class
BOB DAMIANI                       DISABILITY
BOB DIETRICH                      DISABILITY

8a. What happened to him or her? nothing. They stayed employed with their DISABILITIES, Damage to company vehicles + eventually Retired with full pension + benefits.

9. Where the organization gave a reason for any action taken against you, can you name any employee who did the same thing or something worse who was not treated the same as you?

Name WYATT EARP JR   Protected Class none
Job/Dept. INTL Rep. Suspended for Delinquent Reports

General Intake Questionnaire                              -3-

9a.   What happened to him/her? __Suspended for
Delinquent reports — not
terminated.__

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

    __X__ Yes    ____ No

__Joseph Chivers Esq.__                              __March 8 2005__
    (Name of source of assistance)                        (Date)
__Employment Rights Group__
RESULT, IF ANY __none yet__


Have you filed an EEOC Charge in the past?  __X__ No ___ Yes (If answer is yes, complete below)

_____   _____   _____
Approximate Date Filed    Organization Charged    EEOC Charge No. (if known)


I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

[Stamp: RECEIVED APR 26 PM 2:03 EEOC PITTSBURGH, PA AREA OFFICE]

You must sign and date below:

SIGNATURE __[signature]__         DATE __4/16/05__

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicate the question number that is being answered before each response below.

3B. ... Business and killed someone

5. Many of the complaints listed in my termination letter are not true and/or relate to periods of time when I was hospitalized/disabled. In addition right after I came on staff in 1997 I fell asleep at the wheel of another car + had a major accident resulting in a hospitalization and a period of disability. I received numerous cards, gift baskets + flowers, phone calls etc. from my boss, district office + Int'l. Office. In 2004 which was after EO HW found out I was gay and when I was again hospitalized, but this time for AIDS like illnesses + diagnosed as HIV positive, there were no cards, no calls, no flowers, no gift baskets; and in fact no contact or well wishes from anyone connected to the International or District Offices.

6. Attack, cancer — in fact they are allowed to be out indefinitely with full pay + benefits.

4. [illegible] when I took [illegible]
1997 I was assigned to complete delinquent [illegible] of Railroad [illegible]

## ADA INTAKE QUESTIONNAIRE
Questionnaire on the incident you are complaining about.

<u>If because of a disability you need assistance in completing this form contact the office indicated above.</u>

NAME: Steven A. Kamen (First) (Middle Name or Initial) (Last)   TELEPHONE NO.: 724-794-3148 (Include area code)

SOCIAL SECURITY NO.: 073 46 5275   DATE OF BIRTH: 7-28-57

ADDRESS: 605 Slippery Rock RD   COUNTY: Butler

CITY: Slippery Rock   STATE: PA.   ZIP CODE: 16057

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME: Daniel J. Kamen (First) (Middle Name or Initial) (Last)   RELATIONSHIP: Son

ADDRESS: Same as Above   TELEPHONE NO.: 412 614 0811 (Include area code)

CITY: Same as Above   STATE: Same   ZIP CODE: Same

Organization your complaint is against:

Employer ✓   Union ✓   Employment Agency ___   Other ___ (Specify)

NAME: I.B.E.W.

ADDRESS: 900 Seventh Ave.

CITY: Washington   STATE: D.C.   ZIP CODE: 20001

TYPE OF BUSINESS: International Union

Number of employees who work at the organization named above. Please check one.

Less than 15 ___   15 to 20 ___   21 to 100 ___   More Than 100 X

PLEASE PROVIDE A COMPLETE RESPONSE TO THE FOLLOWING

1. What position did you hold or were seeking with the above named organization?
Int'l Rep {Denied Promotion to Inventory Control/Purchasing Director in Wash. D.C.

2. Explain what action was taken against you that you believe to be discriminatory and the date(s) of the action, incident, harm, etc.
Termination 12-8-2004
Denial of Promotion 2002-2003
Denial of Job opportunities — 2003-2004

3. If you believe the organization treated you this way because of one or more of the reasons listed below, please check those reasons. If you believe that you were treated this way for a reason other than what is listed, explain what you believe to be the reason.

ADA Intake Questionnaire

- [X] Sex
- [ ] Race
- [ ] Color
- [ ] Religion
- [ ] Other
- [ ] National Origin
- [ ] Age (40+)
- [ ] Retaliation
- [X] Disability
- [ ] Sexual Harassment

OTHER: SEXUAL ORIENTATION DISCRIMINATION
HIV DISABILITY DISCRIMINATION
AVOIDANCE OF BENEFITS

4. Describe your disability. Provide the medical name for your disability, if known, as well as a general description of your disability in non-medical terms. Describe in general what major life activities (such as walking, lifting, breathing, or hearing, etc.) are affected by your disability and describe the extent to which that activity is affected.

HIV POSITIVE. HEART AILMENTS;
OBSTRUCTIVE SLEEP APNEA; ADD

SLEEPING, DRIVING; DAILY MEDICATIONS

5. Is your disability permanent or of a temporary nature? When was your disability first diagnosed? If your impairment was caused by an accident or injury, when did that accident or injury occur? Has your physician indicated that the limitations caused by your disability are of a permanent nature? Is your disability worsening or improving?

ALL PERMANENT.
ADD - CHILDHOOD
HEART - 1995
SLEEP APNEA - 1991
HIV - 2004

NO ACCIDENT OR INJURY CAUSATION

WORSENING, BUT ONLY CLINICALLY
(HEART, HIV only.)

ADA Intake Questionnaire                          -3-

6. If your disability was caused by or made worse by a job-related injury or accident, did you apply for workers compensation? If yes, were you awarded workers compensation? For what period of time were you on workers compensation? If you are still on workers compensation (or were on workers compensation at the time of the alleged discrimination), explain how you would be able to perform the essential functions of your regular job with or without an accommodation while still on workers compensation.

N/A

7. Explain how your particular disability affects your ability to perform the job in question. Also, describe any limitations or restrictions related to this job which have been placed on you by a physician for reasons related to your disability. If your physician recommended that you be placed on "light duty", what type of light duty assignments were recommended and for what period of time? Also does Respondent have a light duty program? If so, is this duty limited in any way (e.g., only to person who had on the job injuries, for a limited period of time, for certain categories of employees only, etc.)?

My disabilities do not impact my ability to perform the essential functions of my job - except ADD - for Administrative duties - Hospitalizations for HIV or HEP.

No restrictions from doctors.

8. Provide the names, addresses and phone numbers (if known) of all doctors and/or therapists who have treated you for this disability. For each such person listed, indicate the period of time you were treated by this person.

DR. A. Thomas ___ Hiv - 2004 -
724 284 4309                              current

DR. JOHN Rocky          Hiv, Heart, Sleep Apnea
724 282 1530                      1997 - current

DR. ARSHAD MAHMOOD      Heart 1997 - current
724 283 5050

McGill - 911 East Brady St. Butler, PA
Rocky - 480 East Jefferson St. Butler, PA
Mahmood - 216 West Jefferson St. Butler, PA

9. Describe how, when, and which Respondent management officials became aware of your disability and any job-related limitations or restrictions caused by that disability.

1997 - I had a car accident, was diagnosed with viral cardiomyopathy, obstructive sleep apnea + uncontrolled atrial fibrillation. No job restrictions after RTW. Larry Rossa V.P.; Ed Hill Sec/Treas; Jack Barry Pres.

2004 - Hospitalized for viral meningitis, diverticulitis, Bells Palsy + thrush - all AIDS related symptomatic illnesses leading to a diagnosis of HIV positive - no restrictions after treatment + RTW. - Don Siegel VP; Ed Hill Pres.; Jerry O'Connor Sec/Treas;

10. Have any Respondent managers or supervisors made negative comments concerning your disability? If so, provide the name and title of each person making the comments and describe those comments in terms of what was said, when it was said, and whether there were any witnesses to those statements.

N/A as far as I know however per ADA this illness nor treatment links prior illnesses as follows

Prior illness - when I recovered my workload (1997) was given back to me. I received cards, calls, flowers, fruit baskets, well wishes etc

2004 illness HIV related - my workload was never given back to me despite my requests - no calls, no cards, no flowers, no fruit baskets, no well

11. Do you (or did you) need a reasonable accommodation in order to perform the job in question? If yes, describe for what part or parts of the job you required an accommodation. Indicate how frequently this part of the job is done and the importance of this part of the job to the total job.

It might have helped to get a Reasonable Accommodation with Regard to the Administrative Details in my job - they were a minor non essential function of my position - tangential to the key responsibilities performed as needed - approx 1-2 hrs per week maximum for weekly expense reports; other reports required minimal travel, interviews, document requests - all of which I could do and did do. However the write ups could often take 1-2 days to write up. However this type of report was sporadic - less than once a month.

12. Are you (or were you) able to perform all parts of the job in question other than the part(s) described above for which you require an accommodation? Describe the major functions of the job which you are able to perform without an accommodation.

Yes - Negotiation; Organizing; Contract Administration; Advice to Local Unions; Grievance handling and Arbitration preparation; Stewards + officers Training; contract and By Laws Drafting, editing; NLRB Hearings; OSHA Hearings; Attendance at Conferences, Conventions; Travel extensively within the District to Service my Locals; Political actions Behalf of the union especially with respect to 2004 Presidential Campaign.

13. Have you ever sought a reasonable accommodation because of your disability? If yes, describe the circumstances surrounding your request to include: date of request, name and job title of the person(s) to whom the request was made, the type of accommodation requested, and response(s), if any, to the request.

Yes in 1997 when I returned to work I could only initially work 24 hrs per day with minimal driving/travel and they then accommodated me.

14. Are there any witnesses, written records or other means available to verify that you made this request for reasonable accommodation and/or that your request was denied, was not acted upon, or was not met in a manner satisfactory to you? If yes, please describe the means by which this can be verified.

In 1997 - there were Doctors notes & Reports verifying my restrictions. But they would not Refuse and this is not a current issue - only mentioned to show disparate treatment between how they treated me when it was my heart vs. how they treated me after they learned I was gay and had HIV.

15. If you are claiming that you are not disabled, but Respondent incorrectly "perceived" you to have a disability, describe what disability you are perceived as having. In addition, indicate which Respondent representative(s), by name and job title, perceive you to have this disability and what makes you believe that those persons have this perception.

I am disabled; however I believe they also perceived me as being disabled due to being gay and having HIV.

16. If the Respondent has taken an action against you because you are viewed as being a

safety or the safety of co-workers), provide the name and title of the Respondent representative who informed you of this, when this occurred, whether this was done verbally or in writing, what reason(s) was given for considering you a direct threat, and describe to what extent this was based on medical information. Also, describe whether the Respondent attempted to provide a reasonable accommodation to you to reduce the threat or to transfer you to another position.

*N/A unless they viewed My HIV positive status as a threat.*

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

____ No   **X** Yes   *Joseph Chivers Esq.*                    *March 2005*
                     (Name of source of assistance)                  (Date)
                     *Employment Rights Group*

RESULT, IF ANY
*none yet*

Have you filed an EEOC Charge in the past? **X** No ___ Yes (If answer is yes, complete below)

_____   _____   _____
Approximate Date Filed    Organization Charged    EEOC Charge No.(if known)

| SIGNATURE | DATE |
|---|---|
| *A.C.* | *4/16/05* |

EEOC PITTSBURGH, PA
AREA OFFICE
05 APR 26 PM 2:04
RECEIVED

ADA Intake Questionnaire                -8-

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s).   Indicate the question number that is being answered before each response below.

9. All 3 knew of the various ailments as notes from doctors were submitted with details of ailments. Common knowledge by the public that several of those ailments are usually associated with ADA. Coupled with [illegible] [illegible] insurer all would access to medical info; And in confidential [illegible] [illegible] Hill-[illegible] prior knowledge that [illegible] [illegible] [illegible] [illegible] was (years)

10. And I find it very suspicious that not a single person from my work or work life from the top down has called me about my recent absences/illnesses which leads me to believe that they have disclosed my illness to others and that they have characterized this negatively.

EEOC - Pittsburgh Area Office

# WITNESS INFORMATION

Questionnaire on the incident you are complaining about.

In many complaints of discrimination, witnesses are very important to the investigation. Please identify those persons who saw, or heard or participated in the incident you are complaining about.

Witnesses and their Information

1. Name/Title __PAT GMO - Intl. Rep.__
   Address __208 John Glenn Avenue__
   __Kenhorst, PA__ Telephone Number ( )
   What will he/she be able to tell us? __He can confirm that I used to attend all Mfg. conferences (annually) that this was a job requirement and that starting in approx ___ I was no longer assigned to others. Knows of anti gay remarks, jokes, comments, innuendos made by members and exec's of Intl.__
   Was he/she in a position to personally observe what occurred?
   Yes __X__   No _____   Don't Know _____

   Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?
   Yes _____   No _____   Don't Know __✓__

   Is this witness a current employee of the organization that the charge is filed against?
   Yes __X__   No _____

2. Name/Title __Dominic Macchia - Intl. Rep.__
   Address __12 Elmwood Lane__
   __Syosset, NY__ Telephone Number ( )
   What will he/she be able to tell us? __Same as above and also__

Witness Information                    -2-

that I was not Assigned to Broadcast conferences, although it was part of my job and I had been assigned in the past.

Was he/she in a position to personally observe what occurred?

Yes ✓         No _____         Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes _____     No _____         Don't Know ✓

Is this witness a current employee of the organization that the charge is filed against?

Yes ✗         No _____

3. Name/Title __PAT REILY  Exec Asst to IDB President__

Address __Retired - got Address from Lowell's office__   Telephone Number __(202) 832-7000__

What will he/she be able to tell us? __THAT He Discussed the Promotion to Director in WASH DC with me; that he told me I was qualified for the job; that there were no other candidates; that I had the ability to do the job & was willing to Be Relocated; THAT He would Be Recommending me to Bill Hill__

[margin notes: THAT THE JOB WOULD BE AVAILABLE SOON; RETIREMENT of Reily Soon? AND THAT Reily WOULD MIND]

Was he/she in a position to personally observe what occurred?

Yes ✓         No _____         Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes ✓         No _____         Don't Know _____

Is this witness a current employee of the organization that the charge is filed against?

Yes _____     No ✗  Retired

Witness Information                                          -3-

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

You must sign and date below:

| SIGNATURE | DATE |
|---|---|
| [signed] | 4/16/05 |

RECEIVED
05 APR 26 PM 2:04
EEOC PITTSBURGH, PA
AREA OFFICE