IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01063 (RMC) |
| | ) | |
| v. | ) | JUDGE ROSEMARY M. COLLYER |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| ELECTRICAL WORKERS (IBEW) | ) | |
| and EDWIN D. HILL, an individual, | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

AND NOW COMES Plaintiff, Steven A. Kamen, by and through his counsel, Joseph H. Chivers, Esquire, and respectfully asks permission to file a response to Defendants' Reply Memorandum in Support of Motion to Dismiss at Civil Action No. 06-01063.

Defendants have filed a Reply Memorandum in support of their pending Motion to Dismiss. Plaintiff merely seeks permission to file a brief response to Defendants' Reply. There are new, substantive arguments made by Defendants that warrant a response that, in turn, should assist the court in reaching a decision.

WHEREFORE, it is respectfully requested Plaintiff be given an opportunity to respond to Defendants' Reply Memorandum on or before November 3, 2006. A proposed order is attached hereto.

Respectfully submitted,

 s/Joseph H. Chivers
Joseph H. Chivers, Esquire
PA ID No. 39184
Suite 600, 312 Boulevard of the Allies
Pittsburgh, PA 15222-1923
jchivers@employmentrightsgroup.com
(412) 281-1110 / (412) 281-8481 FAX

Counsel for Plaintiff
Steven A. Kamen

DATE: October 25, 2006