**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STEVEN A. KAMEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.  1:06cv01063** |
| | ) | |
| **v.** | ) | **JUDGE ROSEMARY M. COLLYER** |
| | ) | |
| **INTERNATION BROTHERHOOD OF** | ) | |
| **ELECTRICAL WORKERS (IBEW)** | ) | |
| **and EDWIN D. HILL, an individual,** | ) | **Electronically Filed** |
| | ) | |
| **Defendants.** | ) | |

**ORDER**


     **AND NOW, upon review of Plaintiff's Motion for Leave to File Response to Defendants'**

**Reply Memorandum in Support of Motion to Dismiss, it is hereby ORDERED that Plaintiff must file**

**his response on or before      November 3, 2006                                     .**



**Dated:** _____      _____

                                                    **Rosemary M. Collyer, USDJ**