COMMISSIONERS
DAVID L. ALEXANDER
M. JOEL BOLSTEIN
THEOTIS W. BRADDY
TIMOTHY CUEVAS
REV. DR. JAMES EARL GARMON, SR.
TONI M. GILHOOLEY
KWEILIN NASSAR
J. WHYATT MONDESIRE

STEPHEN A. GLASSMAN
Chairperson
RAQUEL OTERO de YIENGST
Secretary
DANIEL D. YUN
Executive Director
HOMER C. FLOYD



COMMONWEALTH OF PENNSYLVANIA
HUMAN RELATIONS COMMISSION
301 Chestnut Street, Suite 300
P.O. Box 3145
Harrisburg, PA 17105-3145
(717) 787-4410 (Voice)
(717) 787-4087 (TTY)

www.phrc.state.pa.us

September 27, 2005

Steven Kamen
605 Slippery Rock Road
Slippery Rock PA 16057

RE:   Steven A Kamen v IBEW
      Case No. 200501486    EEOC No. 172200500988

Dear Steven Kamen:

When a charge is filed with the **Equal Employment Opportunity Commission** (EEOC), federal law requires EEOC to send a copy of the charge to PHRC. This happens because EEOC must afford state agencies, such as the **Pennsylvania Human Relations Commission** (PHRC) the opportunity to investigate the complaint for 60 days. PHRC has the discretion to waive the opportunity to investigate the charge. In accordance with the Work Sharing Agreement between EEOC and the PHRC, PHRC waived the opportunity to investigate the complaint back to EEOC. This means that EEOC will not have to wait 60 days to take action on the charge.

This is to notify you that the above referenced EEOC charge is now filed with PHRC. However, PHRC reserves the right to docket, serve and require an answer at some future date. Should PHRC elect to docket the EEOC charge as a PHRC complaint, PHRC will serve the complaint and an answer will be required.

**Subsection 41.82 of PHRC's Rules of Administrative Practice requires employers to maintain certain records until the final disposition of the complaint.**

Be advised that PHRC will take no further action on the filing at this time and no action is required on your part at this time.

After one year, if the case is still pending, the complainant will be notified of his/her right to file in the appropriate court of common pleas. If, at that time, the complainant does not confirm in writing that he/she wants PHRC to remain involved, then PHRC will take no further action on this filing.

**IT IS YOUR RESPONSIBILITY** to promptly notify PHRC of any change of address and phone number. If you are represented by an attorney, your attorney must file a written notice of appearance. If you change attorneys, or are no longer represented by an attorney, you must notify PHRC in writing of the change.

Sincerely,

*Peggy J. Raynock*

Peggy J. Raynock
Director of Compliance

LuK Notice – C & R

**EXHIBIT 1**