UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN,<br><br>               Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, AFL-CIO, and<br>EDWIN D. HILL, an individual,<br><br>               Defendants. | Case No. 1:06CV01063(RMC) |

## STIPULATION OF THE PARTIES
### REGARDING EXCHANGE OF INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, the undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate that on March 30, 2007, they will provide to the other party, without awaiting a discovery request, the following:

    (A)    the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

    (B)    a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment; and

    (C)    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34

- 2 -

the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Dated: February 26, 2007.

*Joseph H. Chivers /TRy*
Joseph H. Chivers, Esq.
312 Boulevard of the Allies
Suite 600
Pittsburgh, PA. 15222

Attorney for Plaintiff Steven A. Kamen

Dated: February 26, 2007.

*Terry R. Yellig*
Terry R. Yellig
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001

Attorneys for Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill, International President