UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO and EDWIN D. HILL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1063 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss Counts II, III, and Most of Count IV of the Amended Complaint. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss Counts II, III, and Most of Count IV of the Amended Complaint [Dkt. #9] is **GRANTED**; and it is

**FURTHER ORDERED** that Counts II, III, and Count IV (inasmuch as that count alleges that Mr. Kamen was denied training opportunities, not permitted to assist at IBEW manufacturing conferences, never restored duties he had been assigned before his sick leave, denied promotion, and terminated because of his sexual orientation) are **DISMISSED**.

SO ORDERED.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: August 15, 2007