UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | Case No. 06-1063 (RMC) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, AFL-CIO ) | |
| And ) | |
| EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## SCHEDULING ORDER

This matter having come before the Court for a scheduling conference and having considered the requests of the parties, this Court issues the following scheduling order. It is hereby,

**ORDERED** that the parties shall comply with the following directives:

(1) No other parties shall be joined and the pleadings shall not be amended after **November 1, 2007**.

(2) All discovery shall be completed by **December 31, 2007**.

(3) Any dispositive motions are to be filed by **February 1, 2008**, with responses and replies to be filed according to the Local Rules.

(4) A pretrial conference in this matter will be set for **April 15, 2008**.

Dated:

_____
ROSEMARY M. COLLYER
United States District Judge