**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STEVEN A. KAMEN** | ) | |
| | ) | **Civil Action No. 1:06CV01063** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INTERNATIONAL BROTHERHOOD OF** | ) | |
| **ELECTRICAL WORKERS (IBEW)** | ) | |
| **and EDWIN D. HILL, an individual** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF ENTRY OF APPEARANCE OF JOHN J. VECCHIONE**

**Pursuant to Local Rule 83.6, John J. Vecchione, Esq. notices his entry of appearance for the plaintiff Steven A. Kamen and the following contact points:**

**John J. Vecchione**
**Valad & Vecchione, PLLC**
**3863 Plaza Drive**
**Fairfax, Virginia, 22030**
**DC Bar No. 43176**
**(703) 352-4800**

**Respectfully submitted,**

**VALAD & VECCHIONE, PLLC**

**/s/**
**John J. Vecchione, Esquire**
**DC ID No. 43176**
**3863 Plaza Dr.**
**Fairfax, Virginia 22030**
**(703) 352-4800**

***Counsel for Plaintiff***
***Steven A. Kamen***

**DATED: October 18, 2007**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007 I caused a true and correct copy of the foregoing to be delivered by ECF on the following person:

Terry R. Yellig Esq.
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
908 Seventh Street, N.W.
Suite 1000
Washington, DC 20001
Tel. (202) 785-9300

*Counsel for Defendants International Brotherhood of Electrical Workers, and Edwin D. Hill*

__/s/________________________
John J. Vecchione