UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | Case No. 1:06CV01063 (RMC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and | ) | |
| EDWIN D. HILL, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND THE
TIME FOR FILING DISPOSITIVE MOTIONS**

The undersigned counsel respectfully requests, for good cause, an extension of time in which to file a dispositive motion on behalf of the defendants in the above-entitled case until February 22, 2008. Counsel for plaintiff Steven A. Kamen has indicated to defendants' undersigned counsel that he does not object to the requested extension of time in which dispositive motions.

As explained in the attached Memorandum of Points and Authorities, defendants' undersigned counsel has been unable to begin preparation of the dispositive motion he intended to file on or before February 1, 2008, in accordance with paragraph 7 of the Court's October 19, 2007 Scheduling Order in the above-entitled case, on account of the sudden onset of the terminal illness and subsequent death of his Mother, who resided in Pittsburgh, PA.

These unanticipated events have prevented the undersigned counsel from initiating preparation of a dispositive motion on behalf of the defendants in the above-entitled case until Tuesday, January 8, 2008. As a result, the undersigned counsel only has three weeks in which to

prepare a dispositive motion while attending to many other tasks and responsibilities on behalf of his various clients.

## CONCLUSION

For the foregoing reasons, defendants' undersigned counsel respectfully submits that there is good cause for the Court to extend the time in which dispositive motions may be filed in the above-entitled case until February 22, 2008.

Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill

Dated: January 9, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, AFL-CIO and )<br>EDWIN D. HILL, an individual, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:06CV01063 (RMC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTIONS**

The Court issued a Scheduling Order in the above-entitled case on October 19, 2007 (Document # 23), which states in paragraph 7 that "[d]ispositive motions shall be filed no later than February 1, 2008." Moreover, paragraph 12 of the Court's October 19, 2007 Order states that "[t]his schedule shall not be modified, even where all counsel consent, except upon a showing of good cause and by leave of the Court."

Notwithstanding the admonition in paragraph 12 of the Court's October 19, 2007 Scheduling Order, the undersigned counsel respectfully requests, for good cause, an extension of time in which to file a dispositive motion on behalf of the defendants in the above-entitled case until February 22, 2008. Counsel for plaintiff Steven A. Kamen has indicated to defendants' undersigned counsel that he does not object to the requested extension of time in which dispositive motions.

- 2 -

Defendants' undersigned counsel has been unable to begin preparation of the dispositive motion he intended to file on or before February 1, 2008, on account of the sudden onset of the terminal illness and subsequent death of his Mother, who resided in Pittsburgh, PA.

Defendants' undersigned counsel planned to devote most of the time between December 26, 2007 and January 9, 2008 to preparation of a motion for summary judgment, which if granted, would resolve all of the claims that remain after the Court dismissed Counts II, III, and most of Count IV of the Amended Complaint as time-barred in an Order issued on August 15, 2007. (Document # 19). However, defendants' undersigned counsel was called to Pittsburgh, PA on December 23, 2007 because his Mother, who had been hospitalized since November 13, 2007 for treatment of various medical conditions, including open heart surgery to replace a damaged mitral valve resulting from endocarditis infection, caused by contracting Methicillin-resistant *Staphylococcus aureus* (MRSA), which is a type of bacteria that occurs most frequently among persons in hospitals and healthcare facilities who have weakened immune systems and is resistant to antibiotic treatment, became terminally ill and ultimately died on December 29, 2007. Her funeral was held in Pittsburgh, PA on January 3, 2008.

These unanticipated events have prevented the undersigned counsel from initiating preparation of a dispositive motion on behalf of the defendants in the above-entitled case until Tuesday, January 8, 2008. As a result, the undersigned counsel only has three weeks in which to prepare a dispositive motion while attending to many other tasks and responsibilities on behalf of his various clients.

## CONCLUSION

For the foregoing reasons, defendants' undersigned counsel respectfully submits that there is good cause for the Court to extend the time in which dispositive motions may be filed in the above-entitled case until February 22, 2008.

                Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill

Dated: January 9, 2008