UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, AFL-CIO and)<br>EDWIN D. HILL, an individual, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:06CV01063 (RMC) |

### UNOPPOSED MOTION TO EXTEND THE
### TIME FOR FILING DISPOSITIVE MOTIONS

The Court issued a Scheduling Order in the above-entitled case on October 19, 2007 (Document # 23), which states in paragraph 7 that "[d]ispositive motions shall be filed no later than February 1, 2008." Moreover, paragraph 12 of the Court's October 19, 2007 Order states that "[t]his schedule shall not be modified, even where all counsel consent, except upon a showing of good cause and by leave of the Court."

On January 10, 2008, the Court granted defendants' unopposed motion to extend the time in which to file a dispositive motion on behalf of the defendants in the above-entitled case until February 22, 2008 (Minute Entry Order 1/11/2008). Counsel for plaintiff Steven A. Kamen has indicated to defendants' undersigned counsel that he does not object to the requested extension of time in which to file dispositive motions until February 26, 2008.

As explained in the attached Memorandum of Points and Authorities, defendants' undersigned counsel has been unable to complete preparation of defendant Edwin D. Hill's declaration in support of defendants' Motion for Summary Judgment on account of the unavoidable absence of Mr. Hill from his office in Washington, D.C. to attend to the business of the International Brotherhood of Electrical Workers in various locations throughout the United States.

## CONCLUSION

For the foregoing reasons, defendants' undersigned counsel respectfully submits that there is good cause for the Court to extend the time in which dispositive motions may be filed in the above-entitled case until February 26, 2008.

Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill

Dated: February 22, 2008.

Accordingly, defendants respectfully request a further extension of time in which to file their Motion for Summary Judgment to and including Tuesday, February 26, 2008.

## CONCLUSION

For the foregoing reasons, defendants' undersigned counsel respectfully submits that there is good cause for the Court to extend the time in which dispositive motions may be filed in the above-entitled case until February 26, 2008.

Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill

Dated: February 22, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, AFL-CIO and)<br>EDWIN D. HILL, an individual, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV01063 (RMC) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND THE TIME FOR FILING DISPOSITIVE MOTIONS

The Court issued a Scheduling Order in the above-entitled case on October 19, 2007 (Document # 23), which states in paragraph 7 that "[d]ispositive motions shall be filed no later than February 1, 2008." Moreover, paragraph 12 of the Court's October 19, 2007 Order states that "[t]his schedule shall not be modified, even where all counsel consent, except upon a showing of good cause and by leave of the Court."

On January 10, 2008, the Court granted defendants' unopposed motion to extend the time in which to file a dispositive motion on behalf of the defendants in the above-entitled case until February 22, 2008 (Minute Entry Order 1/11/2008). Counsel for plaintiff Steven A. Kamen has indicated to defendants' undersigned counsel that he does not object to the requested extension of time in which to file dispositive motions until February 26, 2008.

- 2 -

Defendants' undersigned counsel has prepared a Motion for Summary Judgment and a Memorandum of Points and Authorities in Support of the Motion, which will be accompanied by three declarations with exhibits attached, including the declaration of defendant Edwin D. Hill, excerpts from defendants' deposition of plaintiff Steven Kamen, and plaintiff's answers to defendant IBEW's interrogatories. Defendants' counsel prepared a draft of defendant Hill's declaration for his review and signature on Tuesday, February 19, 2008. Defendants' counsel was advised, however, that defendant Hill, who is the International President of the International Brotherhood of Electrical Workers, an international labor organization that represents more than 750,000 members in the United States and Canada, was traveling out-of-town throughout the week to various locations throughout the United States to attend a variety of meetings and conferences.

In view of International President Hill's travel schedule and commitments, defendants' counsel provided a copy of the draft declaration to him by e-mail on Tuesday, February 19, 2008 for his review and consideration. Mr. Hill was expected to return to his office in Washington, D.C. on Friday, February 22, 2008 so that final changes and corrections of his draft declaration could be made and he could sign it in time to be filed in support of defendants' Motion for Summary Judgment before the close of business that day. However, Mr. Hill's schedule has changed and now he will not return to his office until next Monday, February 25, 2008.