UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, AFL-CIO and )<br>EDWIN D. HILL, an individual, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV01063 (RMC) |

## ORDER

Defendants having moved the Court to extend until February 26, 2008, the time in which the parties in the above-entitled case may file dispositive motions, and it appearing to the Court that the motion is made for good cause, it is

**ORDERED**, that the parties' time to file dispositive motions in the above-entitled case be extended to and including the 26th day of February, 2008.

Dated: _____

_____
ROSEMARY M. COLLYER
United States District Judge