UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN A. KAMEN**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO and EDWIN D. HILL, an individual,** <br><br> Defendants. | Case No. 1:06CV01063(RMC) |

## ORDER

This matter comes before the Court on Defendants' Motion for Summary Judgment. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the claims in Count I for violation of the Americans with Disabilities Act, Count V for tortious inference, and the remaining claims in Count IV for creating a hostile work environment in the Amended Complaint are **DISMISSED**.

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: