UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | Case No. 1:06CV01063(RMC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and | ) | |
| EDWIN D. HILL, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

## DECLARATION OF DONALD C. SIEGEL

I, Donald C. Siegel, make this declaration based on personal knowledge:

1.    I am International Vice-President of the Third District of the International Brotherhood of Electrical Workers, AFL-CIO (hereafter "IBEW").

2.    I have been a member of IBEW Local Union No. 743 in Reading, Pennsylvania since 1971.

3.    The IBEW Third District Office, which is located near Pittsburgh, Pennsylvania at 500 Cherrington Parkway, Suite 325, Coraopolis, Pennsylvania 15108, provides support services to IBEW Local Unions located in Delaware, New Jersey, New York, and Pennsylvania.

4.    I have served as IBEW International Vice-President of the Third District since March 1, 2002 when I was appointed by IBEW International President Edwin D. Hill in accordance with the provisions of Article IV, Section 2, of the IBEW International Constitution to the unexpired term of Lawrence E. Rossa, who retired on that date.

5.    I was elected to serve another five-year term as IBEW International Vice-President of the Third District at the 37th IBEW International Convention in September 2006.

6.    Prior to being appointed IBEW International Vice-President of the Third District on March 1, 2002, I served as an IBEW International Representative assigned to the Third District Office since September 12, 1994, when I was appointed to that position by IBEW International President John J. Barry.

7.    Preceding may appointment as an IBEW International Representative, I served as Business Manager of IBEW Local Union No. 743 from July 26, 1989 until I was appointed an IBEW International Representative in 1994.

8.    Steven A. Kamen was employed by the IBEW as an International Representative in the Third District.

9.    Mr. Kamen reported to me from the date I was appointed IBEW International Vice-President.

10.    Prior to that time, I served on the Third District staff with Mr. Kamen for approximately five years.

11.    Most IBEW International Representatives assigned to IBEW Vice-Presidential Districts, including the IBEW Third District, work from their personal residence, not the IBEW Vice-Presidential District Office.

12.    The primary duty and responsibility of most IBEW International Representatives assigned to IBEW Vice-Presidential Districts, including the IBEW Third District, is to provide support services to one or more IBEW Local Unions located in the geographic jurisdiction of the IBEW Vice-Presidential District.

13.     Consequently, IBEW International Representatives assigned to IBEW Vice-Presidential Districts spend a great deal of time traveling and working with officers and representatives of the IBEW Local Unions they are assigned to assist, as well as a variety of other activities they are assigned to perform by the IBEW District Vice-President.

14.     One of the primary responsibilities of IBEW International Representatives assigned to IBEW Vice-Presidential Districts is to maintain regular and frequent contact with the IBEW Vice-Presidential Office.

15.     Mr. Kamen failed to maintain regular contact with the IBEW Third District Office during my tenure as IBEW International Vice-President of the Third District.

16.     I frequently admonished Mr. Kamen in writing and verbally about his failure to maintain regular contact with the IBEW Third District Office without much effect.

17.     As a result, it was often difficult to communicate assignments to Mr. Kamen and to ascertain the status of those assignments as well as his general whereabouts when questions arose concerning matters related to the IBEW Local Unions that he was assigned to provide support and assistance.

18.     Shortly after Christmas 2003, I asked IBEW International Representative Michael D. Welsh, who functions as one of my executive assistants, to contact Mr. Kamen because representatives of several Local Unions, including Local Union Nos. 385 and 86, which he was assigned to provide assistance, had called the Third District Office on December 29, 2003 when they were unable to directly contact him.

19.     Mr. Welsh subsequently reported to me that he had tried unsuccessfully to contact Mr. Kamen by telephone on December 29, 2003 and again on December 30, 2003.

20.     Mr. Welsh further reported to me that when Mr. Kamen did not return either telephone call he then sent Mr. Kamen an e-mail on December 30, 2003, which asked Mr. Kamen to call Mr. Welsh at the IBEW Third District Office or on his cell phone over the New Year's holiday on December 31, 2003 and January 1, 2004.

21.     Mr. Welsh subsequently reported to me that he placed two more telephone calls to Mr. Kamen on January 9, 2004, each time leaving a voice mail message asking him to call Mr. Welsh.

22.     Mr. Welsh later reported to me that Mr. Kamen finally returned his multiple telephone calls on January 12, 2004 during which Mr. Kamen acknowledged receiving Mr. Welsh's multiple voice mail messages and told Mr. Welsh that he had contacted the Local Union representatives who had been trying to contact him for the past two weeks.

23.     On January 20, 2004, I instructed Mr. Kamen in a memorandum, which I sent to him by regular mail, to arrange to attend the 2004 IBEW Manufacturing Conference scheduled for May 5-7, 2004 at the Frontier Hotel & Casino in Las Vegas, Nevada. *See* Exhibit No. 1 attached hereto.

24.     To the best of my knowledge and belief, Mr. Kamen decided not to attend the 2004 IBEW Manufacturing Conference even though he was not instructed by me or any other IBEW officer or representative not to attend that meeting.

25.     Also during this time, I received a letter by fax on February 27, 2004 that was signed by seven members of IBEW Local Union No. 1968, which is one of the Local Unions that Mr. Kamen was responsible for providing support services. *See* Exhibit No. 2 attached hereto.

26.     These union members expressed their dissatisfaction with the support services provided by Mr. Kamen, stating that he had cancelled three meetings, each at the last minute, during a time in which they were engaged in collective bargaining with their employer. *Id.*

27.     I sent an e-mail to Mr. Kamen that same day, which asked him to "Call me ASAP." Exhibit No. 3 attached hereto.

28.     Mr. Kamen did not even open my February 27, 2004 e-mail until April 8, 2004. Exhibit No. 4 attached hereto.

29.     Even then, Mr. Kamen failed to respond to my request to "Call me ASAP."

30.     On March 1, 2004, Mr. Welsh advised me that he had received a telephone call that day from Mr. Kamen's former wife, who told Mr. Welsh that Mr. Kamen had been very ill for a couple of weeks and that he was going to be admitted to the hospital.

31.     Mr. Welsh advised me that Mr. Kamen's ex-wife gave him a telephone number during their telephone conversation where Mr. Kamen could be reached.

32.     Mr. Welsh further advised me that he was able to contact Mr. Kamen at the telephone number that Mr. Kamen's ex-wife had provided, and that Mr. Kamen told him that he was going to be tested for viral meningitis and a possible gall bladder problem.

33.     Mr. Welsh also told me that he had informed Mr. Kamen that I had also been trying to contact him.

34.     Based on this information concerning Mr. Kamen's health and the obvious need to continue providing support and assistance to the Local Unions assigned to Mr. Kamen, which had been contacting the Third District Office for assistance due to Mr. Kamen's unavailability, I decided to reassign responsibility for providing support services to Local Union Nos. 385 and 1968 to other IBEW International Representatives in the Third District.

35.     Accordingly, I sent separate letters to International Representatives James M. Schosser and Pasguale Gino on March 1, 2004 in which I assigned responsibility for providing support services to Local Union Nos. 385 and 1968, respectively. *See* Exhibit Nos. 5 & 6 attached hereto.

36.     I also notified the Business Managers of the respective Local Unions in separate letters dated March 1, 2004 that I was assigning other International Representatives to provide support services to their unions. *See* Exhibit Nos. 7 & 8.

37.     A copy of each letter was also sent to Mr. Kamen. *Id.*

38.     Thereafter, on March 12, 2004, my executive assistant, International Representative Welsh, informed me in an e-mail message that Mr. Kamen had once again contacted him, and told him that he had been in and out of the hospital during which time tests confirmed that he had viral meningitis and possibly problems with his gall bladder and that more tests were scheduled the following week. *See* Exhibit No. 9 attached hereto.

39.     International Representative Welsh's e-mail further advised me that Mr. Kamen told him that the earliest he could return to work would be April 1, 2004. *Id.*

40.     International Representative Welsh's e-mail also stated that Mr. Kamen said that he had asked his primary care physician to prepare a letter concerning his medical status, which he would forward to the IBEW Third District Office. *Ibid.*

41.     I decided, upon receiving this information from International Representative Welsh, to reassign to International Representative Gino responsibility for providing support services to IBEW Local Union No. 2007 and to International Representative James M. Schlosser responsibility for providing support services to IBEW Local Union No. 1690, two other Local Unions heretofore assigned to Mr. Kamen.

42.     Accordingly, I sent letters to Mr. Gino and Mr. Schlosser as well as the Business Managers of Local Union No. 2007 and Local Union No. 1690, which advised them of the reassignment of responsibility for providing support services to the Local Union. *See* Exhibit Nos. 10 -13.

43.     I also sent copies of these letters dated March 12, 2004 to Mr. Kamen. *Id.*

44.     Shortly thereafter, I received a letter dated March 16, 2004 from Mr. Kamen attached to which was a copy of a note dated March 11, 2004 that was signed by Dr. John R. Rocchi, who Mr. Kamen identified as his primary care physician.

45.     Mr. Kamen apologized to me in his March 16, 2004 letter for failing to send in a letter from his doctor sooner and for failing to call into the Third District Office. *See* Exhibit No. 14.

46.     Mr. Kamen's March 16, 2004 letter further stated that he was suffering from viral meningitis and "a gall bladder problem." *Id.*

47.     Dr. Rocchi's note, dated March 11, 2004, which was enclosed with Mr. Kamen's March 16, 2004 letter, stated that Mr. Kamen "has been very ill since the end of February and continues to have unexplained fevers and illness." Exhibit No. 15 attached hereto.

48.     Dr. Rocchi's note further stated that Mr. Kamen's illness required hospitalization, frequent doctor's visits, and that he "has been unable to work since 2/20/04." *Id.*

49.     In closing, Dr. Rocchi's note stated: "to my best approximation [Mr. Kamen] will be able to return to work 4/01/04." *Ibid.*

50.     Subsequently, Mr. Kamen sent another letter to me dated April 6, 2004 with another note from Dr. Rocchi, which was dated April 2, 2004, attached.

51.    Mr. Kamen stated in his April 6, 2004 letter that Dr. Rocchi had advised him that he should be able to return to work on May 1, 2004. *See* Exhibit No. 16 attached hereto.

52.    In addition, Dr. Rocchi's April 2, 2004 note stated that Mr. Kamen "continues to recover from multiple serious health conditions including meningitis and diverticulitis." *See* Exhibit No. 17 attached hereto.

53.    The next month, after he resumed working, I met privately with Mr. Kamen during the IBEW Third District Progress Meeting, which was held in Atlantic City, New Jersey, from May 11-14, 2004.

54.    Mr. Kamen asked me to reassign to him responsibility for providing support services to IBEW Local Union Nos. 385, 1690, 1968, and 2007, which I had assigned to other International Representatives.

55.    I denied Mr. Kamen's request because he had neglected these Local Unions and I had received complaints from representatives of these unions, which is why I had reassigned them to other International Representatives in the Third District in the first place, and I had no reason to believe that Mr. Kamen would provide better support services to these Local Unions than they were receiving from the International Representatives to whom I reassigned them earlier in the year.

56.    Accordingly, I decided to wait and see if Mr. Kamen's job performance improved before I reassigned to him responsibility for any of these Local Unions.

57.    During my meeting with Mr. Kamen, I expressed my dissatisfaction with his ongoing failure to timely submit his weekly activity reports and bi-weekly expense reports as well as his failure to timely complete his assignments.

58.    Tardy submission of weekly activity reports and bi-weekly expense reports was not a new problem for Mr. Kamen.

59.    My predecessor, Lawrence Rossa, and I frequently admonished Mr. Kamen about the tardy submission of weekly activity reports and bi-weekly expense reports.

60.    He always had some excuse or simply offered his apology for his tardiness. *See* Exhibit Nos. 18 -20 attached hereto.

61.    Prior to our meeting in May 2004, I also had problems with Mr. Kamen's failure to complete assignments in a timely fashion, which I addressed in a letter that I sent to him the preceding year dated April 21, 2003 in which I admonished him about the importance of completing assignments in a timely fashion. *See* Exhibit No. 21 attached hereto.

62.    In addition, I expressed my dissatisfaction during our May 2004 meeting with Mr. Kamen's chronic failure to maintain communications with the Third District Office, including his complete lack of responsiveness to various requests for information submitted to him by e-mail.

63.    I even asked Mr. Kamen whether the laptop computer provided to him by the IBEW was not operating properly, and if so to report the problem to the IBEW Information Technology Department, which would try to resolve the problem.

64.    I also offered to arrange for specific training to teach Mr. Kamen how to properly use his laptop computer.

65.    Mr. Kamen explained to me during our May 2004 meeting that his divorce, the death of his Mother and the distractions attendant to settling her estate, including disputes with the Internal Revenue Service, as well as his recent health problems, which included viral meningitis, diverticulitis and gall bladder problems, had hampered his job performance.

66.     Nonetheless, Mr. Kamen assured me during our May 2004 meeting that he would bring his outstanding assignments up-to-date and file his reports and complete his assignments on time in the future.

67.     At no time during this meeting did Mr. Kamen tell me that he was infected by HIV, that this illness was affecting his ability to perform his duties as an IBEW International Representative, or that he needed some kind of accommodation.

68.     I subsequently learned that Mr. Kamen's weekly activity reports for the weeks ending on January 10, 17, 24 and 31, 2004, were received in the IBEW Third Vice-President's Office on May 11, 2004.

69.     Thereafter, on May 27, 2004, the IBEW Third District Office received Mr. Kamen's weekly activity reports for the nine-week period that he was on sick leave beginning sometime on February 23, 2004 through April 30, 2004, as well as his weekly activity reports for the first three weeks of February 2004, before he went on sick leave.

70.     However, the IBEW Third District Office did not receive another weekly activity report from Mr. Kamen until November 30, 2004.

71.     Notwithstanding his assurances to me that his job performance would improve, Mr. Kamen repeatedly continued to ignore e-mail requests from the IBEW Third District Office for information, including a request on October 5, 2004 for Mr. Kamen's Per Capita and LM-2 Reporting Form. *See* Exhibit No. 22 attached hereto.

72.     In fact, I became so exasperated by Mr. Kamen's lack of responsiveness to my requests for information that I asked the IBEW Information Technology Department to determine whether Mr. Kamen's laptop computer was operating.

73.    The IBEW Information Technology Department subsequently informed me that someone had accessed Mr. Kamen's e-mail account on October 14, 2004, however, Mr. Kamen never responded to my October 5, 2004 request for his Per Capita and LM-2 Reporting Form by e-mail or any other means.

74.    The deficiencies in Mr. Kamen's performance of his duties and responsibilities as an International Representative described above became so acute that I finally decided to inform him that his services were no longer needed in the IBEW Third District.

75.    Accordingly, I sent Mr. Kamen a letter dated November 22, 2004, which instructed him to attend a meeting with me in the IBEW Third District Office on November 30, 2004 at 10:00 a.m. *See* Exhibit No. 23 attached hereto.

76.    The purpose of the November 30, 2004 meeting with Mr. Kamen was to inform him that his services as an International Representative were no longer needed in the IBEW Third District, and that I intended to inform IBEW International President Hill of that fact.

77.    However, I did not offer a reason to Mr. Kamen for instructing him to meet with me on November 30, 2004.

78.    Nevertheless, Mr. Kamen brought with him to the meeting most of his delinquent weekly activity reports and bi-weekly expense reports dating back to when he returned to work from sick leave on May 1, 2004.

79.    During our November 30, 2004 meeting, I advised Mr. Kamen that International Representatives assigned to the Third District Office are expected to perform their duties and responsibilities with a minimum of supervision and a maximum of self-direction.

80.    I also reminded Mr. Kamen that, notwithstanding this expectation, it was necessary for me on several occasions since I became Vice-President of the Third District in

March 2002, including our meeting at the 2004 Progress Meeting in Atlantic City, New Jersey in May 2004, to have conversations with him about his failure to regularly submit weekly activity reports and bi-weekly expense reports, to complete outstanding assignments in a timely manner, and his failure to maintain regular contact with the Third District Office..

81.    I also mentioned Mr. Kamen's chronic lack of responsiveness to requests from the Third District Office for information, including my October 5, 2004 e-mail requesting his Per Capita and LM-2 Reporting Form, which he apparently knew about but chose to ignore, and my offer to provide him with training about how to use his IBEW-issued laptop computer.

82.    In fact, I commented to Mr. Kamen that he had failed to take advantage of my offer of technical assistance and/or computer literacy training.

83.    In addition, I informed Mr. Kamen that his neglect of some of the Local Unions that he was assigned to provide assistance, as well as complaints from some of these unions had forced me to reassign the Local Unions to other International Representatives in the Third District, which is why I refused his request in May 2004 to reassign these Local Unions back to him.

84.    Once again, as he had done at our meeting in May 2004, Mr. Kamen apologized for his shortcomings and promised to improve his job performance, and blamed them on the breakup of his marriage, the death of his Mother, and his health problems.

85.    Mr. Kamen did not, however, advise me during our November 30, 2004 meeting that he was infected by HIV, or that he needed an accommodation on account of this disease.

86.    I informed Mr. Kamen that it was my opinion that he was either incapable of improving his job performance or unwilling to do so.

87.    For that reason, I advised Mr. Kamen during our November 30, 2004 meeting that I no longer had the patience to tolerate his lack of attention to his duties as an International Representative and, therefore, I no longer needed him on the Third District staff and that I intended to refer the matter to International President Hill for further consideration.

88.    I did not tell Mr. Kamen during our November 30, 2004 meeting that his employment as an International Representative of the IBEW would be terminated inasmuch as only the IBEW International President has the constitutional authority to appoint or terminate the employment of an IBEW International Representative since they serve at the pleasure of the International President as at-will employees.

89.    That same day, I called IBEW International President Hill to tell him that I had met with Mr. Kamen and advised him that his services as an International Representative were no longer needed in the Third District.

90.    I then sent an e-mail message to International President Hill attached to which was a copy of a letter addressed to International President Hill that was dated November 30, 2004, which set forth the reasons for my decision not to retain Mr. Kamen as an International Representative on the Third District staff. *See* Exhibit No. 24 attached hereto.

91.    I also sent the original copy of my November 30, 2004 letter to International President Hill by first-class U.S. Postal Service mail.

92.    In addition, I placed in the U.S. Postal Service mail a memorandum to International President Hill with a copy of spread sheets that track the date on which the weekly activity reports submitted by each International Representative assigned to the Third District is received in the Third District Office. *See* Exhibit No. 25 attached hereto.

93.    The Third District Office has prepared this tracking report in the regular course of business each week since November 2002.

94.    International President Hill subsequently informed me that he decided, based on my evaluation of Mr. Kamen's job performance, to terminate his employment as an IBEW International Representative.

95.    I was unaware that Mr. Kamen is homosexual until I read the Complaint that Mr. Kamen filed in the above-referenced case against the IBEW and International President Hill on June 6, 2006, which alleges that he terminated Mr. Kamen's employment with the IBEW on December 8, 2004 because, among other things, International President Hill knew Mr. Kamen is homosexual.

96.    Similarly, I was unaware that Mr. Kamen was infected by HIV until I read the Complaint that Mr. Kamen filed in the above-referenced case against International President Hill and the IBEW on June 6, 2006, which also alleges that he terminated Mr. Kamen's employment with the IBEW on December 8, 2004 because, among other things, International President Hill knew Mr. Kamen was infected by HIV.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Donald C. Siegel

Dated: February 21, 2008

- 14 -

# Memo

**To:**        International Representatives Gino, Kamen and Macchia

**From:**      Donald C. Siegel

**Date:**      January 20, 2004

**Re:**        2004 Manufacturing Conference

---

Enclosed are copies of correspondence from International President Hill in connection with the 2004 Manufacturing Conference scheduled for May 5-7, 2004 at the Frontier Hotel & Casino in Las Vegas, Nevada.  Please arrange your schedules to attend.  Strongly encourage your locals to attend this important conference as well.

DCS:jm

Enclosure



DEFENDANT'S
EXHIBIT
No. 1



*Attn: Donald Siegel*

TO:    IBEW 3rd District

FROM:  Town of Rochester Highway Eemployees

DATE:  February 27, 2004

VIA FAX:  412-269-4964


We, as members of Local 1968 IBEW are writing this letter
because we feel we are not being represented properly by
our International Representative Steve Kamen. We have
scheduled three meetings with Mr. Kamen of which he has not
shown and has cancelled out at the last minute. We are in
the middle of negotiations and feel we are not being represented
at this crucial time

We address this as a formal complaint and would appreciate an
immediate response

Thank you,


Eric C. Eck

Jeffrey Frey

Steve Ballard

Eric R  Eck

Harm Miedema

Arthur Davis

Terry Paddock

Vernon Bush

DEFENDANT'S
EXHIBIT
No. 2



FEB 27 2004

FAX IBEW THIRD DISTRICT FAX

Town of Rochester Highway
P.O. Box 65
Accord, New York  12404
845-626-7221
845-626-0172 (Fax)

**Siegel, Donald C.**

**From:** Siegel, Donald C.
**Sent:** Friday, February 27, 2004 3:47 PM
**To:** Kamen, Steven

Steve:

Call me ASAP

Don

**Tracking:**

| Recipient | Delivery | Read |
|-----------|----------|------|
| Kamen, Steven | Delivered: 2/27/2004 3:47 PM | |
| Welsh, Michael D. | Delivered: 2/27/2004 3:47 PM | Read: 2/28/2004 3:51 PM |
| Malagise, John E. | Delivered: 2/27/2004 3:47 PM | Read: 3/1/2004 7:38 AM |

**DEFENDANT'S EXHIBIT**
No. 3

**Siegel, Donald C.**

| | |
|---|---|
| **From:** | Kamen, Steven |
| **To:** | Siegel, Donald C. |
| **Sent:** | Thursday, April 08, 2004 7:11 AM |
| **Subject:** | Read: |

Your message

| | |
|---|---|
| To: | Kamen, Steven |
| Subject: | |
| Sent: | 2/27/2004 3:47 PM |

was read on 4/8/2004 7:11 AM.



DEFENDANT'S
EXHIBIT

No. 4

1



# International Brotherhood
# of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|---|---|---|---|

March 1, 2004

James M. Schlosser
10213 U S Hwy. 322
Conneaut Lake, PA  16316

Dear Sir and Brother:

Please be advised that, effective immediately, you are responsible for servicing Local Union #385, IBEW.  If you have any questions concerning this assignment, please feel free to contact me.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:    Steven Kamen, International Representative



**DEFENDANT'S EXHIBIT**

No. 5



# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|---|---|---|---|

March 1, 2004

Pasquale Gino
206 John Glenn Avenue
Kenhorst, PA  19607

Dear Sir and Brother:

Please be advised that, effective immediately, you are responsible for servicing Local Union #1968, IBEW.  If you have any questions concerning this assignment, please feel free to contact me.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:    Steven Kamen, International Representative



**DEFENDANT'S EXHIBIT**

No. 6



# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963   •   Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
| --- | --- | --- | --- |

March 1, 2004

Scott C. Baker, Sr.
Business Manager
Local Union #385, IBEW
P.O. Box 387
Grove City, PA  16127

Dear Sir and Brother:

Effective immediately, International Representative James Schlosser will be responsible for servicing Local Union #385.  Should you need to contact Representative Schlosser, he can be reached at (412) 491-9237.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:     James Schlosser, International Representative
        Steven Kamen, International Representative



**DEFENDANT'S
EXHIBIT**

No. 7



# International Brotherhood of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963 • Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|---|---|---|---|

March 1, 2004

Andrew P. Bubniak
Business Manager
Local Union #1968, IBEW
1850 Riverfront Center
Amsterdam, NY  12010

Dear Sir and Brother:

Effective immediately, International Representative Pasquale Gino will be responsible for servicing Local Union #1968.  Should you need to contact Representative Gino, he can be reached at (412) 491-7342.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:     Pasquale Gino, International Representative
        Steven Kamen, International Representative

---

**DEFENDANT'S EXHIBIT**

No. 8

**Siegel, Donald C.**

| | |
|---|---|
| **From:** | Welsh, Michael D. |
| **Sent:** | Friday, March 12, 2004 10:44 AM |
| **To:** | Siegel, Donald C. |
| **Subject:** | Steve Kamen's status |

Don,

I spoke to Steve this morning and he did not sound well. He said he has been in and out of the hospital this past week for tests and MRI's. He said they confirmed he has viral meningitis and now appears he is having problems with his gall bladder. He will be under going more test next week. He said his family doctor is coordinating his treatment and said the earliest he would be able to go back to work is April 1st. He said he asked the doctor for a letter and he will forward that to us. He said once he begins to feel better he will catch up on his reports. I asked for him to keep us informed.

Mike



DEFENDANT'S
EXHIBIT

No. 9

1



# International Brotherhood
# of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963   •   Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|----------|------------|--------------|----------|

March 12, 2004

Pasquale Gino
206 John Glenn Avenue
Kenhorst, PA  19607

Dear Sir and Brother:

Please be advised that, effective immediately, you are responsible for servicing Local Union #2007, IBEW.  If you have any questions concerning this assignment, please feel free to contact me.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:     Steven Kamen, International Representative



**DEFENDANT'S
EXHIBIT**

No. 10



# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|---|---|---|---|

March 12, 2004

James M. Schlosser
10213 U S Hwy. 322
Conneaut Lake, PA  16316

Dear Sir and Brother:

Please be advised that, effective immediately, you are responsible for servicing Local Union #1690, IBEW.  If you have any questions concerning this assignment, please feel free to contact me.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:    Steven Kamen, International Representative



**DEFENDANT'S EXHIBIT**

No. 11



# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
| --- | --- | --- | --- |

March 12, 2004

Jeff McConnell
Business Manager
Local Union #2007, IBEW
30 Sylvan Drive
Hollidaysburg, PA  16648

Dear Sir and Brother:

Effective immediately, International Representative Pasquale Gino will be responsible for servicing Local Union #2007.  Should you need to contact Representative Gino, he can be reached at (412) 491-7342.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:    Pasquale Gino, International Representative
        Steven Kamen, International Representative

DEFENDANT'S
EXHIBIT
No. 12



# International Brotherhood
## of Electrical Workers





**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
| --- | --- | --- | --- |

March 12, 2004

Sandy Bush
Business Manager
Local Union #1690, IBEW
Box 48
Portville, NY  14770

Dear Sister Bush:

Effective immediately, International Representative James Schlosser will be responsible for servicing Local Union #1690.  Should you need to contact Representative Schlosser, he can be reached at (412) 491-9237.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

cc:     James Schlosser, International Representative
          Steven Kamen, International Representative

DEFENDANT'S
EXHIBIT
No. 13





EDWIN D. HILL
*International President*

JEREMIAH J. O'CONNOR
*International Secretary-Treasurer*

IOTHERHOOD OF ELECTRICAL WORKERS®

605 Slippery Rock Road
Slippery Rock, PA 16057
Steven_Kamen@ibew.org

*Address of Writer*

March 16, 2004

Mr. Donald C. Siegel, IVP
Third District - IBEW
500 Cherrington Parkway
Suite 325
Coraopolis, PA    15108

**RE: Absence**

Dear Brother Siegel,

I hope this note finds you well. As you know, I have been off work for some time and in the hospital part of that time. I enclose a note from my Doctor. I am sorry that I didn't send this sooner and that I haven't been able to call in.

I don't remember ever being this sick before. Unfortunately although my original illness ( viral meningitis ), seems to finally be ending, they now think I may have a gall bladder problem. I am going in this Thursday for a scan and will find out if this will require surgery. Hopefully not.

I know this has put a burden on you and my fellow Representatives. I will continue to keep you posted and please feel free to call me if you or any of the Representatives need any help or information.

Fraternally,

Steven A. Kamen
IBEW International Representative

SAK: de
Enc. (1)



DEFENDANT'S
EXHIBIT

No. 14



RECEIVED

MAR 17 2004

I.B.E.W. THIRD DISTRICT

FORM 240

## William A. DiCuccio M.D. & Associates
### 480 E. Jefferson Street   Butler, PA 16001
### 724-282-1530

Steven A Kamen

Mr. Kamen is a long time patient of mine. He has been very ill since the end of February and continues to have unexplained fevers and illness. At one point during his illness he required hospitalization. He continues to require frequent doctor's visits and is by no means fit to return to work. He has been unable to work since 2/20/04. To my best approximation he will be able to return to work 4/01/04.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

John R/ Rocchi MD                          March 11, 2004


DEFENDANT'S
EXHIBIT

No. 15

# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS.

605 Slippery Rock Road
Slippery Rock, PA 16057
Steven_Kamen@ibew.org

*Address of Writer*

April 6, 2004

Mr. Donald C. Siegel, IVP
Third District - IBEW
500 Cherrington Parkway
Suite 325
Coraopolis, PA     15108

**RE: Absence**

Dear Brother Siegel,

I am enclosing a note from Dr. John Rocchi, my primary physician stating I may return to full work by May 1st. This is certainly better news than when I last spoke with you. In the meantime, I will catch up on reports, and I have been able to assist LU 385, LU 1914, and LU 1968 with various issues. Please feel free to contact me if further information is needed.

Fraternally,

Steven A. Kamen
IBEW International Representative

SAK: de
Enc. (1)





RECEIVED
APR - 8 2004
I.B.E.W. THIRD DISTRICT

DEFENDANT'S
EXHIBIT
No. 16



FORM 240

## William A. DiCuccio M.D. & Associates
### 480 E. Jefferson Street   Butler, PA 16001
### 724-282-1530

Steven A Kamen

Please excuse Mr. Kamen from work for the month of April while he continues to recover from multiple serious health conditions including meningitis and diverticulitis. He is intending to return to work on May 1st without restrictions. Please do not hesitate to contact me with any concerns.

_____

John R. Rocchi MD                    April 2, 2004



**DEFENDANT'S EXHIBIT**

No. 17

J. J. BARRY
*International President*

EDWIN D. HILL
*International Secretary*



# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

Steven A. Kamen
106 Seminole Trail
Butler, PA    16001-0532

*Address of Writer*

August 23, 1999

Mr. Lawrence E. Rossa, IVP
IBEW - Third District
200 Corporate Center Drive
Suite 301
Coraopolis, PA    15108

**RE: Weekly Reports**

Dear Brother Rossa,

Enclosed please find weekly reports covering the periods 7/25/99-7/31/99, 8/1/99-8/7/99, 8/8/99-8/14/99, and 8/15/99-8/21/99. I apologize for the delay as my computer was not functioning properly.

Should you have any questions, please contact me.

Fraternally,

Steven A. Kamen
IBEW Int. Rep.

> DEFENDANT'S
> EXHIBIT
> No. 18

SAK:jrd
Enc.

**RECEIVED**

**AUG 2 4 1999**

I.B.E.W. THIRD DISTRICT

FORM 240

KAMEN

J. J. BARRY
*International President*

EDWIN D. HILL
*International Secretary*

# INTERNATIONAL BROTHERHOOD ELECTRICAL WORKERS

Steven A. Kamen
106 Seminole Trail
Butler, PA    16001-0532

Address of Writer

January 22, 2001

Mr. Lawrence E. Rossa, IVP
IBEW Third District
500 Cherrington Parkway
Suite 325
Coraopolis, PA    15108

**RE: Weekly Reports**

Dear Brother Rossa,

    I want to apologize for the delay in submitting my weekly reports. My printer broke prior to the holidays and was sent back to California for warranty repairs. I just received it back from the manufacturer on January 16th. Thank you for your patience in this matter.

    Fraternally,

Steven A. Kamen
IBEW Int. Rep.

SAK:jrd
CC: J. J. Barry, International President



DEFENDANT'S
EXHIBIT
No. 19

**RECEIVED**

**JAN 2 4 2001**

I.B.E.W. THIRD DISTRICT

**Steven A. Kamen**
**605 Slippery Rock Road**
**Slippery Rock, PA 16057**
**(724) 794-3143**

September 27, 2003

Edwin D. Hill
IBEW International President
6662 Avignon Blvd.
Falls Church, VA 22043

Dear Ed,

I wanted to drop you this note to explain why I have been delinquent with my reports. I will not rely on excuses, but with the loss of my Mom, and the subsequent estate matters, my impending divorce, and finally settling in to a new house, it has been quite hectic. I am also recently a Grandfather!

Anyway, within one week, I will be caught up and will remain so for the future. Thank you for your understanding.

Sincerely,

Steven A. Kamen

SAK: rde
Cc: Donald C. Siegel, IVP

DEFENDANT'S
EXHIBIT
No. 20

April 21, 2003

Steven A. Kamen
140 Geibel Road
Butler, PA 16002

Dear Steve:

On Friday, April 11, 2003, I received your three pending assignment reports. Needless to say, I am very displeased with the time span. These reports are so late that I will need to consider how to respond, or even if I should. Upon further review of your pending file, I find that you still have an open assignment from October 1999. If this is the case, this is totally unacceptable.

You are not only late with your assignments but you are also behind on your weekly work reports and expense reports. I cannot stress enough the importance of your responsibility as an International Representative to file a weekly work report and an expense report every two weeks.

I hope that my bringing these issues to your attention will prompt you to get up to date and remain current with all of your assignments, weekly work reports and expense reports and no further action will be needed.

Fraternally yours,


Donald C. Siegel
International Vice President

DCS:jm



DEFENDANT'S
EXHIBIT
No. 21

**Yellig**

| | |
|---|---|
| **From:** | VP DISTRICT 03 [IVPD_03@IBEW.org] |
| **Sent:** | Tuesday, October 05, 2004 11:11 AM |
| **To:** | Kamen, Steven |
| **Cc:** | Siegel, Donald C. |
| **Subject:** | Per Capita & LM-2 Reporting Form |

/e have not received your Reporting Form for Per Capita Objection Plan and LM-2 Reports: International Representative for the
ionths of August and September.  Please call this office with the category percentages to be reported for you for each of those
ionths as soon as possible.

hank you.

3EW Third District Office
:m



**DEFENDANT'S
EXHIBIT
No. 22**



# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|----------|-----------|--------------|----------|

November 22, 2004

Steven A. Kamen
605 Slippery Rock Road
Slippery Rock, PA  16057

Dear Sir and Brother:

Please arrange your schedule to attend a meeting with me in the Third District Office on Tuesday, November 30, 2004, at 10:00 A.M.

Thank you.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS/scm

**DEFENDANT'S EXHIBIT**

No. 23

**Hill, Edwin D.**

| | |
|---|---|
| From: | Siegel, Donald C. |
| Sent: | Tuesday, November 30, 2004 12:34 PM |
| To: | Hill, Edwin D. |
| Subject: | RE: Steve Kamen |
| Attachments: | KAMEN.PDF |



DEFENDANT'S EXHIBIT No. 24



**KAMEN.**
**)F (58 K|**

Ed:

As I mentioned in our last conversation, I met with Kamen this morning and advised him that I no longer have need for him on the 3rd District Staff.  I also advised him that I am notifying you of same and that he would be contacted by your office.  We had a very short conversation regarding his lack of attention to his assignments and filing of reports.  He stated that he had no excuses to offer and that he is experiencing one of the worst years of his life personally.  He briefly described personal problems with divorce, illness, a recent car accident and IRS problems.  I did say that while I am empathetic to those problems, I saw no acceptable reason for his lack of filing timely reports or even as much as picking up the phone to report in.  He again acknowledged that he has no excuse for his not filing work reports.  Incidentally he brought with him several months of work and expense reports which I find interesting in that he was only notified last week by mail to arrange his schedule to meet with me this

1

morning.  There was no mention of what the meeting was to be about.  I have attached a letter that I am mailing to you today.  I also have in the mail a memo with our tracking records of his submission of reports since November of 2002.  Please let me know if you need any additional information from me.

Don



## International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |

November 30, 2004

Edwin D. Hill
International President
International Brotherhood of
  Electrical Workers
1125 15th Street NW
Washington, DC  20005

RE:    International Representative Steven Kamen

Dear Sir & Brother:

This is to inform you that I no longer have a need for the services of International Representative Steve Kamen on the 3rd District Staff. Since becoming International Vice President in March 2002, I have had several conversations with Representative Kamen regarding his timely submission of weekly work reports, expense reports and the completion of his assignments. In each instance he assured me that he would attend to this and that his reports would be submitted on time. Regrettably, that has not been the case.

I received 13 weekly reports on May 27, 2004 for the weeks of February 7 through May 1, 2004. I have not received any reports from him since, a time frame covering 30 weeks to date. Additionally, he has not responded to several emails from this office requesting information. In checking with the computer department, they inform me that there is no recent record of Kamen logging in, although there is a record of his Outlook being accessed on October 14, 2004; however, he did not respond to an email sent to him on October 5, 2004 requesting his reporting form for the per capita objection plan nor has he called.

I met with Representative Kamen at the Progress meeting in Atlantic City on May 11 of this year to discuss these and other matters regarding his timely completion of assignments. Again, he assured me that he would bring everything up to date and file his reports and complete his assignments on time in the future. As stated above, he has not followed through with that commitment and indeed this problem has gotten worse. I also spoke with him about his lack of response to emails and told him that if he were having any problems with his laptop to report it immediately and it would be addressed. I also offered to provide specific training if necessary in using his laptop.

International Brotherhood of Electrical Workers
Third District

Edwin D. Hill
November 30, 2004
Page 2

He has not requested any training nor has he reported any problems with his laptop since this meeting. As you know, the duties of an International Representative in the field require a great deal of self-direction. All of the 3rd District Staff is expected to perform their duties with a minimum of supervision. They are assigned to service a number of Local Unions on a regular basis and to carry out the timely completion of assignments from both the 3rd District Office and the International Office. Additionally, all Representatives in the 3rd District are frequently notified of pending assignments in their file and are expected to complete those assignments in a timely manner. In spite of repeated requests to clear his pending assignments, he has three in his file dating as far back as 1999. In one case, Representative Kamen took no action on a particular assignment for over seven months and it became necessary for me to assign another Representative who completed the assignment in less than 30 days.

During my discussions with Representative Kamen about these matters, he has always apologized and reassured me that he would take steps to improve his performance. He has stated that deaths in his family and illness have hampered his performance. I have taken these matters into consideration and have exercised much patience with him during my tenure; however, I have come to the conclusion that he is either incapable of improving or unwilling. In either case it has become quite clear that I no longer have the patience to tolerate his lack of attention to his duties as an International Representative. This neglect and complaints from some of the local unions that he serviced has forced me to reassign local unions to other staff members. I am now in the midst of reorganizing the staff for the coming year and in all good conscience, I can no longer accept this behavior from him.

I met with Steve on this date and when I informed him of the above, he again offered no other reasons than personal problems. I told him that I no longer needed him on the Third District staff and that I would so notify you. He did bring to the meeting most of his delinquent weekly and expense reports. This is worth noting because I did not mentioned to him in my letter or email the purpose of our meeting.

At the conclusion of our meeting, I in no way inferred anything other than I would be referring this matter to you and that he would hear from your office. Therefore, I am herewith notifying you that I no longer have any need for Representative Kamen on the 3rd District Staff.

Best wishes.

Fraternally yours,

Donald C. Siegel
International Vice President

DCS:jm

# International Brotherhood
## of Electrical Workers



**Donald C. Siegel,** International Vice President
500 CHERRINGTON PARKWAY, SUITE 325
CORAOPOLIS, PA 15108
(412) 269-4963  •  Fax (412) 269-4964

**Edwin D. Hill,** International President
**Jeremiah J. O'Connor,** International Secretary-Treasurer

| New York | New Jersey | Pennsylvania | Delaware |
|---|---|---|---|

# Memo

| **To:** | Edwin D. Hill |
|---|---|
| **From:** | Donald C. Siegel |
| **Date:** | November 30, 2004 |
| **Re:** | Steven Kamen |

Enclosed for your review are copies of tracking sheets used to record the dates International Representative Weekly Reports are received in this office. To the right of each representative's name is the date each weekly report was received. The attached reports are for the weeks ending November 2, 2002 through November 20, 2004.

If you have any questions, please feel free to contact me.

DCS:jm

Enclosure

**DEFENDANT'S EXHIBIT**

No. 25

**International Representative's Weekly Reports - Date Received**

**November / December 2002**

| Week Ending: | 11/2/2002 | 11/9/2002 | 11/16/2002 | 11/23/2002 | 11/30/2002 | 12/7/2002 | 12/14/2002 | 12/21/2002 | 12/28/2002 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 8-Nov | 27-Nov | 18-Nov | 27-Nov | 2-Dec | 12-Dec | 18-Dec | 26-Dec | 30-Dec |
| Brian Brennan | 4-Nov | 13-Nov | 21-Nov | 25-Nov | 2-Dec | 9-Dec | 17-Dec | 23-Dec | 2-Jan |
| Jerry Comer | 8-Nov | 14-Nov | 20-Nov | 27-Nov | 5-Dec | 13-Dec | 23-Dec | 26-Dec | 2-Jan |
| Larry Davis | 7-Nov | 15-Nov | 20-Nov | 25-Nov | 6-Dec | 9-Dec | 18-Dec | 26-Dec | 2-Jan |
| Keenan Eagen | 5-Nov | 15-Nov | 19-Nov | 27-Nov | 5-Dec | 11-Dec | 17-Dec | 28-Dec | 2-Jan |
| Wyatt Earp | 15-Nov | 15-Nov | 20-Nov | 2-Dec | 9-Dec | 12-Dec | 30-Dec | 30-Dec | 6-Jan |
| Mike Flanagan | 6-Nov | 15-Nov | 21-Nov | 2-Dec | 2-Dec | 12-Dec | 18-Dec | 30-Dec | 2-Jan |
| Pat Gino | 4-Nov | 12-Nov | 18-Nov | 26-Nov | 2-Dec | 9-Dec | 16-Dec | 23-Dec | 30-Dec |
| Steve Kamen | 21-Nov | 2-Jan | 2-Jan | 2-Jan | 2-Jan | 2-Jan | 2-Jan | 2-Jan | 2-Jan |
| Randy Kieffer | 6-Nov | 18-Nov | 20-Nov | 27-Nov | 6-Dec | 16-Dec | 16-Dec | 2-Jan | 2-Jan |
| Dom Macchia | 6-Nov | 14-Nov | 20-Nov | 2-Dec | 4-Dec | 11-Dec | 18-Dec | 2-Jan | 2-Jan |
| John Malagise | 5-Nov | 12-Nov | 18-Nov | 25-Nov | 2-Dec | 9-Dec | 16-Dec | 23-Dec | 30-Dec |
| Marie Peluso | 4-Nov | 12-Nov | 18-Nov | 25-Nov | 2-Dec | 9-Dec | 16-Dec | 23-Dec | 30-Dec |
| Rich Redmond | 6-Nov | 13-Dec | 13-Dec | 13-Dec | 13-Dec | 13-Dec | 8-Jan | 27-Jan | 27-Jan |
| Jim Schlosser | 6-Nov | 13-Nov | 21-Nov | 26-Nov | 2-Dec | 10-Dec | 18-Dec | 26-Dec | 2-Jan |
| Paul Simon | 12-Nov | 18-Nov | 22-Nov | 25-Nov | 6-Dec | 11-Dec | 20-Dec | 30-Dec | 30-Dec |
| Mike Welsh | 4-Nov | 12-Nov | 18-Nov | 25-Nov | 2-Dec | 10-Dec | 16-Dec | 23-Dec | 30-Dec |

| | International Representative's Weekly Reports - Date Received | | | | | | | |
| | January / February 2003 | | | | | | | |
| Week Ending: | 1/4/2003 | 1/11/2003 | 1/18/2003 | 1/25/2003 | 2/1/2003 | 2/8/2003 | 2/15/2003 | 2/22/2003 |
|---|---|---|---|---|---|---|---|---|
| John Amodeo | 8-Jan | 13-Jan | 21-Jan | 27-Jan | 7-Feb | 10-Feb | 18-Feb | 26-Feb |
| Brian Brennan | 8-Jan | 13-Jan | 21-Jan | 27-Jan | 5-Feb | 12-Feb | 20-Feb | 26-Feb |
| Jerry Comer | 8-Jan | 16-Jan | 21-Jan | 27-Jan | 5-Feb | 10-Feb | 21-Feb | 24-Feb |
| Larry Davis | 8-Jan | 15-Jan | 23-Jan | 29-Jan | 6-Feb | 12-Feb | 20-Feb | 26-Feb |
| Keenan Eagen | 8-Jan | 15-Jan | 5-Feb | 29-Jan | 5-Feb | 10-Feb | 19-Feb | 26-Feb |
| Wyatt Earp | 16-Jan | 27-Jan | 27-Jan | 7-Feb | 21-Feb | 21-Feb | 3-Mar | 21-Mar |
| Mike Flanagan | 10-Jan | 16-Jan | 21-Jan | 30-Jan | 6-Feb | 13-Feb | 18-Feb | 26-Feb |
| Pat Gino | 6-Jan | 13-Jan | 23-Jan | 27-Jan | 3-Feb | 10-Feb | 18-Feb | 26-Feb |
| Steve Kamen | 3-Feb | 13-Jan | 12-Feb | 12-Feb | 18-Feb | 18-Feb | 18-Feb | 26-Feb |
| Randy Kieffer | 13-Jan | 17-Jan | 23-Jan | 30-Jan | 6-Feb | 13-Feb | 21-Feb | 27-Feb |
| Dom Mecchia | 9-Jan | 15-Jan | 23-Jan | 29-Jan | 6-Feb | 13-Feb | 27-Feb | 27-Feb |
| John Malagise | 6-Jan | 13-Jan | 21-Jan | 27-Jan | 3-Feb | 10-Feb | 18-Feb | 24-Feb |
| Marie Peluso | 6-Jan | 13-Jan | 21-Jan | 29-Jan | 5-Feb | 12-Feb | 18-Feb | 26-Feb |
| Rich Redmond | 27-Jan | 27-Jan | 3-Feb | 3-Feb | 6-Feb | 12-Feb | 12-Mar | 12-Mar |
| Jim Schlosser | 6-Jan | 13-Jan | 22-Jan | 28-Jan | 3-Feb | 11-Feb | 18-Feb | 25-Feb |
| Paul Simon | 6-Jan | 17-Jan | 23-Jan | 30-Jan | 5-Feb | 12-Feb | 26-Feb | 26-Feb |
| Mike Welsh | 8-Jan | 13-Jan | 21-Jan | 29-Jan | 3-Feb | 11-Feb | 18-Feb | 24-Feb |
| Rick Fridell | N/A | N/A | N/A | N/A | N/A | 12-Feb | 18-Feb | 27-Feb |

**International Representative's Weekly Reports - Date Received**

**March / April 2003**

| Week Ending: | 3/1/2003 | 3/8/2003 | 3/15/2003 | 3/22/2003 | 3/29/2003 | 4/5/2003 | 4/12/2003 | 4/19/2003 | 4/26/2003 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 6-Mar | 12-Mar | 18-Mar | 26-Mar | 1-Apr | 7-Apr | 14-Apr | 21-Apr | 28-Apr |
| Brian Brennan | 3-Mar | 12-Mar | 18-Mar | 26-Mar | 1-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
| Jerry Comer | 5-Mar | 17-Mar | 20-Mar | 26-Mar | 2-Apr | 7-Apr | 17-Apr | 24-Apr | 30-Apr |
| Larry Davis | 6-Mar | 10-Mar | 18-Mar | 26-Mar | 2-Apr | 16-Apr | 16-Apr | 23-Apr | 1-May |
| Keenan Eagen | 5-Mar | 13-Mar | 18-Mar | 26-Mar | 3-Apr | 9-Apr | 16-Apr | 23-Apr | 30-May |
| Wyatt Earp | 21-Mar | 24-Mar | 24-Mar | 31-Mar | 4-Apr | 10-Apr | 17-Apr | 5-May | 5-May |
| Mike Flanagan | 5-Mar | 12-Mar | 18-Mar | 27-Mar | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
| Rick Fridell | 21-Mar | 21-Mar | 4-Apr | 4-Apr | 4-Apr | 10-Apr | 24-Apr | 1-May | 1-May |
| Pat Gino | 3-Mar | 10-Mar | 17-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 30-Apr |
| Steve Kamen | 4-Mar | 13-Mar | 29-Apr | 29-Mar | 8-May | 8-May | 2-Jun | 2-Jun | 2-Jun |
| Randy Kieffer | 10-Mar | 10-Mar | 20-Mar | 27-Mar | 4-Apr | 10-Apr | 21-Apr | 25-Apr | 28-Apr |
| Dom Macchia | 5-Mar | 12-Mar | 18-Mar | 28-Mar | 2-Apr | 9-Apr | 16-Apr | 24-Apr | 1-May |
| John Malagise | 3-Mar | 10-Mar | 17-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr |
| Marie Peluso | 3-Mar | 10-Mar | 18-Mar | 24-Mar | 2-Apr | 8-Apr | 14-Apr | 23-Apr | 28-Apr |
| Rich Redmond | 12-Mar | 20-Mar | 20-Mar | 24-Mar | 2-Apr | 10-Apr | 17-Apr | 21-Apr | 30-Apr |
| Jim Schlosser | 3-Mar | 12-Mar | 18-Mar | 26-Mar | 1-Apr | 8-Apr | 15-Apr | 23-Apr | 29-Apr |
| Paul Simon | 5-Mar | 12-Mar | 24-Mar | 24-Mar | 2-Apr | 10-Apr | 17-Apr | 21-Apr | 1-May |
| Mike Welsh | 3-Mar | 10-Mar | 18-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 29-Apr |

FROM IBEW-3RD DISTRICT OFC (MON) DEC 8 2003 11:21/ST. 11:21/No. 6360861669 P 5

| | International Representative's Weekly Reports - Date Received | | | | | | | | |
| | | | | May / June 2003 | | | | | |
| Week Ending: | 5/3/2003 | 5/10/2003 | 5/17/2003 | 5/24/2003 | 5/31/2003 | 6/7/2003 | 6/14/2003 | 6/21/2003 | 6/28/2003 |
|---|---|---|---|---|---|---|---|---|---|
| John Amadeo | 7-May | 14-May | 21-May | 30-May | 4-Jun | 12-Jun | 18-Jun | 30-Jun | 3-Jul |
| Brian Brennan | 8-May | 14-May | 21-May | 27-May | 2-Jun | 9-Jun | 17-Jun | 23-Jun | 30-Jun |
| Jerry Comer | 21-May | 14-May | 19-May | 29-May | 4-Jun | 11-Jun | 19-Jun | 26-Jun | 2-Jul |
| Larry Davis | 7-May | 14-May | 21-May | 2-Jun | 4-Jun | 11-Jun | 18-Jun | 25-Jun | 2-Jul |
| Keenan Eagen | 7-May | 14-May | 20-May | 27-May | 4-Jun | 11-Jun | 18-Jun | 25-Jun | 3-Jul |
| Wyatt Earp | 12-May | 19-May | 29-May | 11-Jun | 11-Jun | 2-Jul | 2-Jul | 10-Jul | 1-Aug |
| Mike Flanagan | 8-May | 15-May | 21-May | 29-May | 5-Jun | 10-Jun | 18-Jun | 25-Jun | 3-Jul |
| Rick Fridell | 12-May | 19-May | 27-May | 2-Jun | 9-Jun | 20-Jun | 20-Jun | 11-Jul | 11-Jul |
| Pat Gino | 7-May | 12-May | 19-May | 27-May | 2-Jun | 11-Jun | 18-Jun | 23-Jun | 1-Jul |
| Steve Kamen | 2-Jun | 3-Jun | 3-Jun | 3-Jun | 3-Jun | 24-Jun | 24-Jun | 24-Jun | 16-Jul |
| Randy Kieffer | 12-May | 19-May | 29-May | 29-May | 11-Jun | 11-Jun | 26-Jun | 23-Jun | 7-Jul |
| Dom Macchia | 7-May | 14-May | 21-May | 29-May | 5-Jun | 11-Jun | 19-Jun | 25-Jun | 3-Jul |
| John Malagise | 5-May | 12-May | 19-May | 27-May | 2-Jun | 9-Jun | 16-Jun | 23-Jun | 30-Jun |
| Marie Peluso | 5-May | 12-May | 19-May | 27-May | 2-Jun | 11-Jun | 18-Jun | 23-Jun | 30-Jun |
| Rich Redmond | 14-May | 14-May | 2-Jun | 2-Jun | 5-Jun | 25-Jun | 25-Jun | 23-Jun | 10-Jul |
| Jim Schlosser | 6-May | 15-May | 22-May | 29-May | 5-Jun | 17-Jun | 17-Jun | 2-Jul | 2-Jul |
| Paul Simon | 8-May | 22-May | 22-May | 29-May | 4-Jun | 11-Jun | 23-Jun | 30-Jun | 7-Jul |
| Mike Welsh | 5-May | 12-May | 19-May | 27-May | 2-Jun | 9-Jun | 16-Jun | 23-Jun | 30-Jun |
| | | | | | | | | | |
| Joseph Mastrogiovanni | | 15-May | 21-May | 29-May | 6-Jun | 12-Jun | 27-Jun | 27-Jun | |
| Sal Clemente | | 16-Jun | | | | | | 25-Jun | 30-Jun |

| | | International Representative's Weekly Reports - Date Received | | | | | | | |
| | | July / August 2003 | | | | | | | |
| Week Ending: | 7/5/2003 | 7/12/2003 | 7/19/2003 | 7/26/2003 | 8/2/2003 | 8/9/2003 | 8/16/2003 | 8/23/2003 | 8/30/2003 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 9-Jul | 16-Jul | 24-Jul | 28-Jul | 6-Aug | 13-Aug | 21-Aug | 25-Aug | 4-Sep |
| Brian Brennan | 7-Jul | 14-Jul | 24-Jul | 28-Jul | 4-Aug | 14-Aug | 20-Aug | 29-Aug | 2-Sep |
| Jerry Comer | 9-Jul | 23-Jul | 23-Jul | 30-Jul | 6-Aug | 13-Aug | 21-Aug | 25-Aug | 2-Sep |
| Larry Davis | 11-Jul | 16-Jul | 25-Jul | 31-Jul | 6-Aug | 14-Aug | 27-Aug | 27-Aug | 5-Sep |
| Keenan Eagen | 11-Jul | 16-Jul | 22-Jul | 31-Jul | 8-Aug | 12-Aug | 20-Aug | 29-Aug | 5-Sep |
| Wyatt Earp | 1-Aug | 1-Aug | 1-Aug | 1-Aug | 8-Aug | 20-Aug | 5-Sep | 5-Sep | 8-Sep |
| Mike Flanagan | 9-Jul | 16-Jul | 24-Jul | 1-Aug | 8-Aug | 14-Aug | 21-Aug | 27-Aug | 5-Sep |
| Rick Fridell | 28-Jul | 28-Jul | 28-Jul | 4-Aug | 18-Aug | 18-Aug | 29-Aug | 29-Aug | 11-Sep |
| Pat Gino | 9-Jul | 16-Jul | 23-Jul | 28-Jul | 11-Aug | 11-Aug | 20-Aug | 25-Aug | 2-Sep |
| Steve Kamen | 16-Jul | 13-Aug | 6-Oct | 6-Oct | 6-Oct | 6-Oct | 6-Oct | 6-Oct | 7-Oct |
| Randy Kieffer | 17-Jul | 17-Jul | 25-Jul | 4-Aug | 11-Aug | 11-Aug | 27-Aug | 27-Aug | 8-Sep |
| Dom Macchia | 9-Jul | 16-Jul | 23-Jul | 30-Jul | 6-Aug | 13-Aug | 27-Aug | 27-Aug | 4-Sep |
| John Malagise | 8-Jul | 14-Jul | 21-Jul | 28-Jul | 4-Aug | 11-Aug | 18-Aug | 25-Aug | 2-Sep |
| Marie Peluso | 7-Jul | 15-Jul | 21-Jul | 30-Jul | 6-Aug | 11-Aug | 18-Aug | 25-Aug | 4-Sep |
| Rich Redmond | 10-Jul | 18-Jul | 23-Jul | 31-Jul | 15-Aug | 15-Aug | 2-Sep | 2-Sep | 5-Sep |
| Jim Schlosser | 7-Jul | 15-Jul | 23-Jul | 29-Jul | 5-Aug | 13-Aug | 19-Aug | 26-Aug | 2-Sep |
| Paul Simon | 9-Jul | 17-Jul | 23-Jul | 4-Aug | 6-Aug | 13-Aug | 20-Aug | 2-Sep | 8-Sep |
| Mike Welsh | 7-Jul | 14-Jul | 21-Jul | 28-Jul | 4-Aug | 11-Aug | 25-Aug | 25-Aug | 2-Sep |
| | | | | | | | | | |
| Salvatore Clemen | 25-Aug | 14-Jul | 23-Jul | 25-Aug | | 11-Aug | 18-Aug | 25-Aug | |

| Week Ending: | 9/6/2003 | 9/13/2003 | 9/20/2003 | 9/27/2003 | 10/4/2003 | 10/11/2003 | 10/18/2003 | 10/25/2003 |
|---|---|---|---|---|---|---|---|---|
| John Amodeo | 10-Sep | 17-Sep | 24-Sep | 1-Oct | 8-Oct | 17-Oct | 27-Oct | 29-Oct |
| Brian Brennan | 10-Sep | 17-Sep | 24-Sep | 1-Oct | 6-Oct | 16-Oct | 20-Oct | 27-Oct |
| Jerry Comer | 10-Sep | 17-Sep | 24-Sep | 29-Sep | 9-Oct | 16-Oct | 24-Oct | 30-Oct |
| Larry Davis | 10-Sep | 18-Sep | 24-Sep | 1-Oct | 8-Oct | 16-Oct | 22-Oct | 29-Oct |
| Keenan Eagen | 10-Sep | 18-Sep | 25-Sep | 1-Oct | 8-Oct | 15-Oct | 22-Oct | 29-Oct |
| Wyatt Earp | 18-Sep | 22-Sep | 6-Oct | 16-Oct | 27-Oct | 21-Nov | 21-Nov | 1-Dec |
| Mike Flanagan | 22-Sep | 22-Sep | 25-Sep | 10-Oct | 10-Oct | 16-Oct | 30-Oct | 30-Oct |
| Rick Fridell | 11-Sep | 24-Sep | 24-Sep | 14-Oct | 14-Oct | 23-Oct | 23-Oct | 6-Nov |
| Pat Gino | 10-Sep | 17-Sep | 24-Sep | 29-Sep | 8-Oct | 14-Oct | 22-Oct | 27-Oct |
| Steve Kamen | 8-Oct | 8-Oct | 8-Oct | 8-Oct | 9-Oct | 15-Oct | 4-Nov | 4-Nov |
| Randy Kieffer | 8-Sep | 17-Sep | 25-Sep | 8-Oct | 8-Oct | 20-Oct | 27-Oct | 3-Nov |
| Dom Macchia | 10-Sep | 17-Sep | 24-Sep | 29-Sep | 8-Oct | 22-Oct | 22-Oct | 29-Oct |
| John Malagise | 8-Sep | 15-Sep | 22-Sep | 29-Sep | 6-Oct | 14-Oct | 20-Oct | 27-Oct |
| Marie Peluso | 10-Sep | 17-Sep | 22-Sep | 29-Sep | 8-Oct | 14-Oct | 20-Oct | 27-Oct |
| Rich Redmond | 10-Sep | 17-Sep | 25-Sep | 9-Oct | 9-Oct | 17-Oct | 24-Oct | 6-Nov |
| Jim Schlosser | 9-Sep | 18-Sep | 24-Sep | 30-Sep | 7-Oct | 16-Oct | 22-Oct | 29-Oct |
| Paul Simon | 10-Sep | 17-Sep | 24-Sep | 1-Oct | 8-Oct | 17-Oct | 23-Oct | 29-Oct |
| Mike Welsh | 8-Sep | 15-Sep | 22-Sep | 29-Sep | 6-Oct | 14-Oct | 20-Oct | 27-Oct |

International Representative's Weekly Reports - Date Received
September / October 2003

## International Representative's Weekly Reports - Date Received
### November / December 2003

| Week Ending: | 11/1/2003 | 11/8/2003 | 11/15/2003 | 11/22/2003 | 11/29/2003 | 12/6/2003 | 12/13/2003 | 12/20/2003 | 12/27/2003 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 3-Nov | 12-Nov | 20-Nov | 1-Dec | 3-Dec | 11-Dec | 18-Dec | 22-Dec | 7-Jan |
| Brian Brennan | 5-Nov | 12-Nov | 17-Nov | 24-Nov | 3-Dec | 10-Dec | 17-Dec | 22-Dec | 5-Jan |
| Jerry Comer | 5-Nov | 14-Nov | 17-Nov | 24-Nov | 19-Dec | 10-Dec | 18-Dec | 29-Dec | 5-Jan |
| Larry Davis | 5-Nov | 13-Nov | 19-Nov | 1-Dec | 4-Dec | 11-Dec | 19-Dec | 29-Dec | 5-Jan |
| Keenan Eagen | 5-Nov | 12-Nov | 20-Nov | 26-Nov | 3-Dec | 8-Dec | 19-Dec | 22-Dec | 5-Jan |
| Wyatt Earp | 1-Dec | 5-Dec | 5-Dec | 10-Dec | 12-Dec | 12-Dec | 29-Dec | 29-Dec | 15-Jan |
| Mike Flanagan | 10-Nov | 13-Nov | 20-Nov | 1-Dec | 4-Dec | 10-Dec | 18-Dec | 29-Dec | 5-Jan |
| Rick Fridell | 6-Nov | 20-Nov | 20-Nov | 4-Dec | 4-Dec | 22-Dec | 22-Dec | 5-Jan | 5-Jan |
| Pat Gino | 3-Nov | 17-Nov | 17-Nov | 24-Nov | 1-Dec | 8-Dec | 17-Dec | 22-Dec | 29-Dec |
| Steve Kamen | 5-Jan | 5-Jan | 5-Jan | 5-Jan | 5-Jan | 5-Jan | 5-Jan | 5-Jan | 5-Jan |
| Randy Kieffer | 14-Nov | 14-Nov | 21-Nov | 3-Dec | 3-Dec | 22-Dec | 22-Dec | 22-Dec | 8-Jan |
| Dom Macchia | 5-Nov | 12-Nov | 19-Nov | 3-Dec | 3-Dec | 11-Dec | 17-Dec | 29-Dec | 7-Jan |
| John Malagise | 3-Nov | 10-Nov | 17-Nov | 24-Nov | 1-Dec | 8-Dec | 15-Dec | 22-Dec | 29-Dec |
| Marie Peluso | 5-Nov | 10-Nov | 19-Nov | 24-Nov | 1-Dec | 10-Dec | 17-Dec | 22-Dec | 5-Jan |
| Rich Redmond | 10-Nov | 20-Nov | 20-Nov | 4-Dec | 4-Dec | 15-Dec | 18-Dec | 12-Jan | 12-Jan |
| Jim Schlosser | 4-Nov | 12-Nov | 17-Nov | 1-Dec | 4-Dec | 11-Dec | 16-Dec | 23-Dec | 30-Dec |
| Paul Simon | 12-Nov | 12-Nov | 17-Nov | 3-Dec | 3-Dec | 10-Dec | 18-Dec | 5-Jan | 5-Jan |
| Mike Welsh | 3-Nov | 10-Nov | 17-Nov | 26-Nov | 1-Dec | 8-Dec | 15-Dec | 22-Dec | 29-Dec |

International Representative's Weekly Reports - Date Received

January / February 2004

| Week Ending: | 1/3/2004 | 1/10/2004 | 1/17/2004 | 1/24/2004 | 1/31/2004 | 2/7/2004 | 2/14/2004 | 2/21/2004 | 2/28/2004 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 7-Jan | 14-Jan | 22-Jan | 28-Jan | 4-Feb | 11-Feb | 19-Feb | 25-Feb | 3-Mar |
| Brian Brennan | 7-Jan | 14-Jan | 20-Jan | 26-Jan | 4-Feb | 9-Feb | 17-Feb | 23-Feb | 1-Mar |
| Jerry Comer | 7-Jan | 14-Jan | 22-Jan | 28-Jan | 4-Feb | 9-Feb | 17-Feb | 25-Feb | 3-Mar |
| Larry Davis | 8-Jan | 14-Jan | 22-Jan | 28-Jan | 4-Feb | 12-Feb | 19-Feb | 25-Feb | 3-Mar |
| Keenan Eagen | 8-Jan | 14-Jan | 22-Jan | 28-Jan | 5-Feb | 11-Feb | 19-Feb | 25-Feb | 8-Mar |
| Wyatt Earp | 2-Feb | 2-Feb | 1-Mar | 1-Mar | 3-Mar | 3-Mar | 11-Mar | 17-Mar | 17-Mar |
| Mike Flanagan | 7-Jan | 15-Jan | 26-Jan | 29-Jan | 6-Feb | 11-Feb | 11-Mar | 17-Mar | 4-Mar |
| Rick Fridell | 12-Jan | 12-Jan | 28-Jan | 28-Jan | 17-Feb | 17-Feb | 27-Feb | 27-Feb | 9-Mar |
| Pat Gino | 5-Jan | 12-Jan | 20-Jan | 26-Jan | 2-Feb | 9-Feb | 17-Feb | 23-Feb | 3-Mar |
| Steve Kamen | 3-Jan | 11-May | 11-May | 11-May | 11-May | 27-May | 27-May | 27-May | 27-May |
| Randy Kieffer | 8-Jan | 22-Jan | 22-Jan | 9-Feb | 9-Feb | 13-Feb | 25-Feb | 25-Feb | 11-Mar |
| Dom Macchia | 7-Jan | 28-Jan | 28-Jan | 28-Jan | 4-Feb | 11-Feb | 19-Feb | 25-Feb | 3-Mar |
| John Malagise | 5-Jan | 12-Jan | 20-Jan | 26-Jan | 2-Feb | 9-Feb | 17-Feb | 23-Feb | 1-Mar |
| Marie Peluso | 5-Jan | 12-Jan | 20-Jan | 28-Jan | 4-Feb | 11-Feb | 19-Feb | 25-Feb | 2-Mar |
| Joe Penna | | | | | | | | | 3-Mar |
| Rich Redmond | | 20-Jan | 26-Jan | 28-Jan | 6-Feb | 23-Feb | 23-Feb | 27-Feb | 12-Mar |
| Jim Schlosser | 6-Jan | 12-Jan | 20-Jan | 26-Jan | 3-Feb | 10-Feb | 18-Feb | 24-Feb | 2-Mar |
| Paul Simon | 8-Jan | 15-Jan | 22-Jan | 29-Jan | 6-Feb | 11-Feb | 19-Feb | 26-Feb | 8-Mar |
| Mike Welsh | 5-Jan | 12-Jan | 20-Jan | 26-Jan | 4-Feb | 9-Feb | 17-Feb | 23-Feb | 1-Mar |

| Week Ending: | International Representative's Weekly Reports - Date Received — March / April 2004 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 3/6/2004 | 3/13/2004 | 3/20/2004 | 3/27/2004 | 4/3/2004 | 4/10/2004 | 4/17/2004 | 4/24/2004 |
| John Amodeo | 10-Mar | 15-Mar | 22-Mar | 29-Mar | 5-Apr | 19-Apr | 21-Apr | 28-Apr |
| Brian Brennan | 8-Mar | 15-Mar | 22-Mar | 29-Mar | 7-Apr | 14-Apr | 19-Apr | 28-Apr |
| Jerry Comer | 12-Mar | 17-Mar | 24-Mar | 5-Apr | 5-Apr | 14-Apr | 22-Apr | 30-Apr |
| Larry Davis | 10-Mar | 17-Mar | 25-Mar | 12-Apr | 12-Apr | 15-Apr | 22-Apr | 28-Apr |
| Keenan Eagen | 10-Mar | 17-Mar | 26-Mar | 31-Mar | 7-Apr | 16-Apr | 22-Apr | 28-Apr |
| Wyatt Earp | 17-Mar | 17-Mar | 29-Mar | 8-Apr | 8-Apr | 21-Apr | 19-Apr | 3-May |
| Mike Flanagan | 11-Mar | 17-Mar | 25-Mar | 1-Apr | 7-Apr | 16-Apr | 22-Apr | 26-Apr |
| Rick Fridell | 9-Mar | 25-Mar | 25-Mar | 7-Apr | 7-Apr | 28-Apr | 28-Apr | 5-May |
| Pat Gino | 8-Mar | 15-Mar | 24-Mar | 29-Mar | 5-Apr | 12-Apr | 29-Apr | 29-Apr |
| Steve Kamen | 27-May | 27-May | 27-May | 27-May | 27-May | 27-May | 27-May 27 Ma7 | |
| Randy Kieffer | 11-Mar | 24-Mar | 24-Mar | 8-Apr | 8-Apr | 19-Apr | 22-Apr | 29-Apr |
| Dom Macchia | 10-Mar | 17-Mar | 26-Mar | 31-Mar | 7-Apr | 15-Apr | 22-Apr | 28-Apr |
| John Malagise | 8-Mar | 15-Mar | 22-Mar | 29-Mar | 5-Apr | 12-Apr | 19-Apr | 26-Apr |
| Marie Peluso | 10-Mar | 17-Mar | 22-Mar | 31-Mar | 5-Apr | 12-Apr | 21-Apr | 28-Apr |
| Joe Penna | 8-Mar | 15-Mar | 24-Mar | 29-Mar | 5-Apr | 12-Apr | 21-Apr | 26-Apr |
| Rich Redmond | 12-Mar | 18-Mar | 24-Mar | 31-Mar | 2-Apr | 26-Apr | 26-Apr | 29-Apr |
| Jim Schlosser | 8-Mar | 16-Mar | 23-Mar | 31-Mar | 7-Apr | 13-Apr | 21-Apr | 26-Apr |
| Paul Simon | 11-Mar | 18-Mar | 22-Mar | 31-Mar | 14-Apr | 14-Apr | 19-Apr | 28-Apr |
| Mike Welsh | 8-Mar | 15-Mar | 22-Mar | 30-Mar | 5-Apr | 12-Apr | 19-Apr | 26-Apr |

### International Representative's Weekly Reports – Date Received

#### May / June 2004

| Week Ending: | 5/1/2004 | 5/8/2004 | 5/15/2004 | 5/22/2004 | 5/29/2004 | 6/5/2004 | 6/12/2004 | 6/19/2004 | 6/26/2004 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 5-May | 12-May | 17-May | 26-May | 1-Jun | 9-Jun | 14-Jun | 21-Jun | 30-Jun |
| Brian Brennan | 5-May | 17-May | 17-May | 26-May | 1-Jun | 18-Jun | 16-Jun | 23-Jun | 30-Jun |
| Jerry Comer | 5-May | 12-May | 17-May | 9-Jun | 9-Jun | 9-Jun | 16-Jun | 23-Jun | 1-Jul |
| Larry Davis | 6-May | 12-May | 19-May | 27-May | 3-Jun | 9-Jun | 16-Jun | 24-Jun | 30-Jun |
| Keenan Eagen | 6-May | 13-May | 18-May | 18-Jun | 3-Jun | 9-Jun | 16-Jun | 24-Jun | 30-Jun |
| Wyatt Earp | 1-Jun | 1-Jun | 21-Jun | 21-Jun | 6-Jul | 6-Jul | 9-Jul | 9-Jul | |
| Mike Flanagan | 6-May | 13-May | 20-May | 26-May | 3-Jun | 14-Jun | 17-Jun | 24-Jun | 30-Jun |
| Rick Fridell | 5-May | 19-May | 19-May | 9-Jun | 9-Jun | 17-Jun | 17-Jun | 30-Jun | 30-Jun |
| Pat Gino | 3-May | 10-May | 17-May | 24-May | 1-Jun | 7-Jun | 14-Jun | 21-Jun | 28-Jun |
| Steve Kamen | 27-May | | | | | | | | |
| Randy Kieffer | 10-May | 10-May | 24-May | 7-Jun | 7-Jun | 14-Jun | 18-Jun | 24-Jun | 6-Jul |
| Dom Maochia | 5-May | 27-May | 27-May | 4-Jun | 4-Jun | 9-Jun | 23-Jun | 23-Jun | 30-Jun |
| John Malagise | 3-May | 10-May | 17-May | 24-May | 1-Jun | 7-Jun | 14-Jun | 21-Jun | 28-Jun |
| Marie Peluso | 5-May | 10-May | 17-May | 24-May | 1-Jun | 9-Jun | 14-Jun | 21-Jun | 28-Jun |
| Joe Penna | 5-May | 12-May | 27-May | 27-May | 4-Jun | 16-Jun | 16-Jun | 30-Jun | 30-Jun |
| Rich Redmond | 17-May | 17-May | 17-May | 1-Jun | 14-Jun | 21-Jun | 18-Jun | 6-Jul | 7-Jul |
| Jim Schlosser | 5-May | 10-May | 21-May | 25-May | 2-Jun | 9-Jun | 17-Jun | 23-Jun | 30-Jun |
| Paul Simon | 7-May | 14-May | 19-May | 26-May | 3-Jun | 10-Jun | 21-Jun | 24-Jun | 30-Jun |
| Mike Welsh | 3-May | 17-May | 17-May | 24-May | 1-Jun | 8-Jun | 16-Jun | 21-Jun | 28-Jun |

| | International Representative's Weekly Reports - Date Received | | | | | | | | | |
| | July / August 2004 | | | | | | | | | |
| Week Ending: | 7/3/2004 | 7/10/2004 | 7/17/2004 | 7/24/2004 | 7/31/2004 | 8/7/2004 | 8/14/2004 | 8/21/2004 | 8/28/2004 |
| John Amodeo | 6-Jul | 12-Jul | 21-Jul | 28-Jul | 4-Aug | 9-Aug | 18-Aug | 25-Aug | 2-Sep |
| Brian Brennan | 6-Jul | 19-Jul | 23-Jul | 26-Jul | 4-Aug | 11-Aug | 16-Aug | 23-Aug | 2-Sep |
| Jerry Comer | 8-Jul | 12-Jul | 23-Jul | 29-Jul | 4-Aug | 18-Aug | 18-Aug | 25-Aug | 2-Sep |
| Larry Davis | 8-Jul | 14-Jul | 21-Jul | 28-Jul | 5-Aug | 11-Aug | 18-Aug | 25-Aug | 2-Sep |
| Keenan Eagen | 8-Jul | 14-Jul | 21-Jul | 28-Jul | 2-Aug | 16-Aug | 18-Aug | 26-Aug | 2-Sep |
| Wyatt Earp | 30-Aug | 30-Aug | 30-Aug | 30-Aug | 30-Aug | 30-Aug | 30-Aug | 30-Aug | 1-Nov |
| Mike Flanagan | 8-Jul | 15-Jul | 23-Jul | 29-Jul | 4-Aug | 11-Aug | 18-Aug | 25-Aug | 2-Sep |
| Rick Fridell | 14-Jul | 14-Jul | 29-Jul | 29-Jul | 12-Aug | 12-Aug | 23-Aug | 23-Aug | |
| Pat Gino | 6-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 2-Sep |
| Steve Kamen | | | | | | | | | |
| Randy Kleffer | 12-Jul | 23-Jul | 23-Jul | 29-Jul | 11-Aug | 11-Aug | 26-Aug | 26-Aug | |
| Dom Macchia | 8-Jul | 14-Jul | 28-Jul | 28-Jul | 4-Aug | 11-Aug | 25-Aug | 25-Aug | 9-Sep |
| John Malagise | 6-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 18-Aug | 23-Aug | 30-Aug |
| Marie Peluso | 6-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 2-Sep |
| Joe Penna | 6-Jul | 19-Jul | 19-Jul | 28-Jul | 11-Aug | 11-Aug | 18-Aug | 23-Aug | 30-Aug |
| Rich Redmond | 19-Jul | 23-Jul | 29-Jul | 2-Aug | 23-Aug | 23-Aug | 23-Aug | 9-Sep | 9-Sep |
| Jim Schlosser | 9-Jul | 13-Jul | 20-Jul | 27-Jul | 4-Aug | 9-Aug | 17-Aug | 24-Aug | 2-Sep |
| Paul Simon | 12-Jul | 15-Jul | 21-Jul | 4-Aug | 4-Aug | 16-Aug | 16-Aug | 1-Sep | 1-Sep |
| Mike Welsh | 6-Jul | 12-Jul | 20-Jul | 26-Jul | 2-Aug | 9-Aug | 23-Aug | 23-Aug | 30-Aug |

FROM IBEW-3RD DISTRICT OFC (MON) DEC F 6 2002/11/26 08:1P:21 NO.4636661669 P 13
Case 1:06-cv-01063-RMC    Document 26-4    Filed 02/26/2008    Page 54 of 55

**International Representative's Weekly Reports - Date Received**
**September / October 2004**

| Week Ending: | 9/4/2004 | 9/11/2004 | 9/18/2004 | 9/25/2004 | 10/2/2004 | 10/9/2004 | 10/16/2004 | 10/23/2004 | 10/30/2004 |
|---|---|---|---|---|---|---|---|---|---|
| John Amodeo | 9-Sep | 13-Sep | 22-Sep | 27-Sep | 4-Oct | 18-Oct | 18-Oct | 25-Oct | 3-Nov |
| Brian Brennan | 9-Sep | 15-Sep | 22-Sep | 4-Oct | 6-Oct | 14-Oct | 18-Oct | 25-Oct | 1-Nov |
| Jerry Comer | 10-Sep | 17-Sep | 22-Sep | 30-Sep | 7-Oct | 14-Oct | 20-Oct | 27-Oct | 3-Nov |
| Larry Davis | 13-Sep | 13-Sep | 22-Sep | 29-Sep | 6-Oct | 18-Oct | 20-Oct | 27-Oct | 1-Nov |
| Keenan Eagen | 10-Sep | 16-Sep | 22-Sep | 27-Sep | 6-Oct | 14-Oct | 20-Oct | 25-Oct | 5-Nov |
| Wyatt Earp | 1-Nov | 1-Nov | | | | | | | |
| Mike Flanagan | 9-Sep | 15-Sep | 23-Sep | 6-Oct | 6-Oct | 18-Oct | 25-Oct | 1-Nov | 4-Nov |
| Rick Fridell | 9-Sep | 23-Sep | 23-Sep | 7-Oct | 7-Oct | 28-Oct | 28-Oct | 10-Nov | 10-Nov |
| Pat Gino | 7-Sep | 13-Sep | 22-Sep | 27-Sep | 4-Oct | 13-Oct | 18-Oct | 25-Oct | 1-Nov |
| Steve Kamen | | | | | | | | | |
| Randy Kieffer | 13-Sep | 22-Sep | 22-Sep | 6-Oct | 6-Oct | 14-Oct | 20-Oct | 5-Nov | 5-Nov |
| Dom Macchia | 9-Sep | 16-Sep | 22-Sep | 6-Oct | 6-Oct | 20-Oct | 20-Oct | 4-Nov | 4-Nov |
| John Malagise | 7-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 12-Oct | 18-Oct | 25-Oct | 1-Nov |
| Marie Peluso | 7-Sep | 15-Sep | 22-Sep | 6-Oct | 6-Oct | 14-Oct | 20-Oct | 25-Oct | 1-Nov |
| Joe Penna | 7-Sep | 13-Sep | 23-Sep | 7-Oct | 12-Oct | 14-Oct | 18-Oct | 1-Nov | 1-Nov |
| Rich Redmond | 9-Sep | 22-Sep | 22-Sep | 7-Oct | 7-Oct | 12-Oct | 20-Oct | 8-Nov | 8-Nov |
| Jim Schlosser | 9-Sep | 15-Sep | 21-Sep | 28-Sep | 5-Oct | 18-Oct | 19-Oct | 26-Oct | 2-Nov |
| Paul Simon | 13-Sep | 13-Sep | 22-Sep | 12-Oct | 12-Oct | 14-Oct | 20-Oct | 3-Nov | 3-Nov |
| Mike Welsh | 8-Sep | 13-Sep | 20-Sep | 27-Sep | 7-Oct | 18-Oct | 18-Oct | 25-Oct | 3-Nov |

## International Representative's Weekly Reports - Date Received
### November / December 2004

| Week Ending: | 11/6/2004 | 11/13/2004 | 11/20/2004 | 11/27/2004 | 12/4/2004 | 12/11/2004 | 12/18/2004 | 12/25/2004 |
|---|---|---|---|---|---|---|---|---|
| John Amodeo | 8-Nov | 17-Nov | 22-Nov | | | | | |
| Brian Brennan | 8-Nov | 15-Nov | | | | | | |
| Jerry Comer | 8-Nov | 15-Nov | | | | | | |
| Larry Davis | 9-Nov | 15-Nov | | | | | | |
| Keenan Eagen | 10-Nov | 15-Nov | 22-Nov | | | | | |
| Wyatt Earp | | | | | | | | |
| Mike Flanagan | 10-Nov | 17-Nov | | | | | | |
| Rick Fridell | 10-Nov | 17-Nov | | | | | | |
| Pat Gino | 8-Nov | 15-Nov | 22-Nov | | | | | |
| Steve Kamen | | | | | | | | |
| Randy Kieffer | 15-Nov | 15-Nov | | | | | | |
| Dom Macchia | 17-Nov | 17-Nov | | | | | | |
| John Malagise | 8-Nov | 15-Nov | 22-Nov | | | | | |
| Marie Peluso | 10-Nov | 16-Nov | | | | | | |
| Joe Perna | 17-Nov | 17-Nov | 22-Nov | | | | | |
| Rich Redmond | 15-Nov | | | | | | | |
| Jim Schlosser | 8-Nov | 16-Nov | | | | | | |
| Paul Sirron | 10-Nov | 22-Nov | | | | | | |
| Mike Welsh | 9-Nov | 17-Nov | 22-Nov | | | | | |