UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. KAMEN )
   Plaintiff, ) Case No. 1:06CV01063(RMC)
)
v. )
)
INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS, AFL-CIO and )
EDWIN D. HILL, an individual, )
)
   Defendants. )

## DECLARATION OF MICHAEL D. WELSH

I, Michael D. Welsh, make this declaration based on personal knowledge:

1. I am employed by the International Brotherhood of Electrical Workers, AFL-CIO (hereafter "IBEW"), as an International Representative assigned to the IBEW Third District Office, which is located near Pittsburgh, Pennsylvania at 500 Cherrington Parkway, Suite 325, Coraopolis, Pennsylvania 15108.

2. I function as one of IBEW International Vice-President Donald C. Siegel's executive assistants in addition to providing support services to several Local Unions affiliated with the IBEW, which are located near the Third District Office.

3. Shortly after Christmas 2003, International Vice-President Siegel asked me to contact IBEW International Representative Steven Kamen, who was assigned to the Third District, because representatives of several Local Unions, including Local Union Nos. 385 and 86, which he was assigned to provide assistance, had called the Third District Office on December 29, 2003 when they were unable to directly contact Mr. Kamen.

4. I tried unsuccessfully to contact Mr. Kamen by telephone on December 29, 2003 and again on December 30, 2003, leaving a voice message for him on both occasions.

5. After my second attempt to contact Mr. Kamen by telephone, I sent him an e-mail on December 30, 2003, which asked him to call me at the IBEW Third District Office or on my cell phone over the New Year's holiday on December 31, 2003 and January 1, 2004. *See* Exhibit No. 1 attached hereto.

6. Mr. Kamen did not respond to my December 29 and 30, 2003 telephone calls or my December 30, 2003 e-mail.

7. The following week, not having heard from Mr. Kamen, I placed two more telephone calls to him on January 9, 2004 each time leaving a voice mail message to call me.

8. Mr. Kamen finally called me on January 12, 2004 and acknowledged my messages and told me that he had contacted the Local Union representatives who had been trying to contact him for the past two weeks.

9. I am aware that International Vice-President Siegel instructed Mr. Kamen and International Representatives Pasquale Gino and Dominic Macchia to attend the 2004 IBEW Manufacturing Conference scheduled for May 5-7, 2004 at the Frontier Hotel & Casino in Las Vegas, Nevada.

10. At no time did I ever instruct Mr. Kamen not to attend the 2004 IBEW Manufacturing Conference, or even discuss with him his attendance at this meeting.

11. On March 1, 2004, Mr. Kamen's former wife called and told me that he was very ill and that he was going to be admitted to the hospital.

12. I told her that we had been trying to reach Mr. Kamen without success, and she told me that he has been sick for a couple of weeks but could probably be reached at his home and gave me a telephone number where he could be reached.

13. I called Mr. Kamen at the telephone number that his ex-wife provided to me and spoke to him on March 1, 2004.

14. During that telephone conversation, Mr. Kamen told me that he was going to be tested for viral meningitis and a possible gall bladder problem.

15. I told him to call us and let us know how he is doing, and I also told him that Vice President Siegel had been trying to reach him.

16. I next called Mr. Kamen on March 12, 2004 and left a message for him to call the Third District Office.

17. I also called Mr. Kamen's ex-wife on March 12, 2004 to see if she knew how Mr. Kamen was doing and she said that he had been in and out of the hospital and they were possibly going to run another round of tests on him.

18. Mr. Kamen returned my call on March 12, 2004 and told me that he had been in and out of the hospital during which time tests confirmed that he had viral meningitis and possibly problems with his gall bladder and more tests were scheduled for the next week.

19. Mr. Kamen advised me during this March 12, 2004 telephone conversation that the earliest he could return to work would be April 1, 2004.

20. Mr. Kamen also told me during our March 12, 2004 telephone conversation that he had asked his primary care physician to prepare a letter concerning his medical status, which he would forward to the IBEW Third District Office.

21. I then reported Mr. Kamen's status to International Vice-President Siegel in an e-mail that same day.

22. Mr. Kamen never told me that he was infected by the human immunodeficiency virus (HIV), and I was unaware that Mr. Kamen had contracted this disease until I heard that he had alleged in a law suit, which he filed against the IBEW and International President Edwin Hill in 2006, that his employment as an International Representative was terminated by Mr. Hill because Mr. Kamen is HIV positive.

23. In addition, I was completely unaware that Mr. Kamen is homosexual until I heard that he had alleged in a law suit, which he filed against the IBEW and International President Edwin Hill in 2006, that his employment was terminated by Mr. Hill because Mr. Kamen is homosexual.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Michael D. Welsh

Dated: February 21, 2008



## Siegel, Donald C.

| | |
|---|---|
| From: | Welsh, Michael D. |
| Sent: | Tuesday, December 30, 2003 10:34 AM |
| To: | Kamen, Steven |
| Subject: | call me |

Hi Steve,

Hope your Holidays are going well.

I need you to call me as soon as you get this message. I will be in the office today until 5:00 pm and back in the office Friday. If it is after hours or Wednesday/Thursday, call me on my cell phone (412-215-2069). Don asked me to contact you yesterday and he asked me again this morning if I heard from you. Unfortunately I had to say you did not call back yet.

Mike



DEFENDANT'S EXHIBIT No. 1

1