# EXCERPTS FROM THE DEPOSITION OF

# STEVEN A. KAMEN

## INCLUDING EXHIBIT NO. 20 ATTACHED THERETO

## WEDNESDAY, NOVEMBER 28, 2007

1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2

 3                      - - -

 4    STEVEN A. KAMEN,                 )
                                       )
 5              Plaintiff,             )
                                       )
 6                                     )
         vs.                           )
 7                                     ) Case No.
                                       ) 06-1063 (RMC)
 8    INTERNATIONAL BROTHERHOOD        )
      OF ELECTRICAL WORKERS, AFL-CIO   )
 9           and                       )
      EDWIN D. HILL, an individual,    )
10                                     )
                Defendants.            )
11

12                      - - -

13         Deposition of Steven A. Kamen

14         Wednesday, November 28, 2007

15                      - - -

16         The deposition of Steven A. Kamen, the Plaintiff
      herein, called as a witness by the Defendants,
17    pursuant to notice and the Federal Rules of Civil
      Procedure pertaining to the taking of depositions,
18    taken before me, the undersigned, Rebecca L. Schnur, a
      Notary Public in and for the Commonwealth of
19    Pennsylvania, at 500 Cherrington Parkway, Suite 325,
      Coraopolis, Pennsylvania, commencing at
20    9:30 o'clock a.m., the day and date above set forth.

21                      - - -

22         NETWORK DEPOSITION SERVICES
           247 FORT PITT BOULEVARD
23      PITTSBURGH, PENNSYLVANIA  15222

24                      - - -

25
```

1    not return until May 1 of 2004.

2        Q    Now, in the amended complaint you allege

3    that -- And we can look at the amended complaint, if

4    you want to -- you allege that you were diagnosed

5    during a hospital stay in February 20, 22, somewhere

6    around that time in 2004; you were diagnosed as having

7    the HIV virus.  Is that correct?

8        A    It was, I believe, around March or April

9    that that was diagnosed.  I was quite ill previous to

10   that.

11       Q    Uh-huh.

12       A    And the subsequent diagnosis was HIV.

13       Q    You were not diagnosed as having

14   contracted HIV in late February of 2004?

15       A    No, I was not.

16       Q    Okay.  Let's take a look at the complaint.

17            MR. YELLIG:  Mark that as Exhibit 3.

18            (Whereupon, Deposition Exhibit 3 was

19       marked for identification.)

20       Q    I believe it's 20.  Yes.  Look at

21   paragraphs 19, 20 -- yeah, 19 and 20 on page 4 of 13.

22       A    Okay.

23       Q    It says, "On or about February 20, 2004,

24   Plaintiff became ill and was hospitalized."  Correct?

25       A    Correct.

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

148

1   would be handled through Washington.  And hotels, we

2   contacted the hotel.

3        Q     You did, directly, yourself?

4        A     Directly.  We would be told where the

5   conference was going to be.  We'd set up our own

6   reservations on our own credit cards, pay, and that

7   would be reimbursable expense.

8        Q     Do you have any recollection of having

9   made any of those arrangements for that 2004 meeting?

10       A     I don't recall.  I was really sick during

11  that period of time.  I don't recall.

12       Q     So there was a good chance you didn't make

13  arrangements.  Is that correct?

14       A     I answered, "I don't recall."  I mean --

15       Q     All right.  Let's take a look at

16  interrogatory numbers 17 through 19.  These are

17  interrogatories from the IBEW and your answers.

18       A     Okay.

19       Q     Now, in interrogatory 17, it says:  "State

20  each and every fact which supports the allegations in

21  paragraph number 51 of the amended complaint --"

22  which, if you want to refer to that "-- that 'members

23  of the IBEW, including management, regularly mock and

24  ridicule homosexuals and express opposition to being

25  associated with homosexuals.'"  Do you see that?

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

149

```
 1              MR. CHIVERS:  What paragraph?
 2              MR. YELLIG:  That's interrogatory
 3      number 17, which I was quoting from paragraph 51
 4      of the amended complaint.
 5              MR. CHIVERS:  Paragraph 51 of the amended
 6      complaint?
 7              MR. YELLIG:  Yeah.
 8              MR. CHIVERS:  Do you have paragraph 51
 9      there, Steve?
10              THE WITNESS:  Yeah.
11      Q     Yeah.  That's on page 7.
12      Do you see that allegation?
13      And your answer to number 17 was:  "International
14      Representative Mike Flanagan, International
15      Representative Marie Peluso and others over the years
16      have mocked this activity --" "this activity" being --
17      A     Homosexuals.
18      Q     -- homosexuality?
19      A     Uh-huh.
20      Q     "-- and joked about inadvertently walking
21      into an all-gay Christmas party at Hershey Park during
22      a December Third District staff meeting/party held
23      there."
24      Can you tell me about that because I don't
25      know -- Who is, first of all, Mike Flanagan?  Is he on
```

**Johnstown**
**814-266-2042**

**Nationwide**
**866-565-1929**

**Pittsburgh**
**412-281-7908**

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

150

```
 1    the Third District staff, or is he from another --

 2         A      He was.

 3         Q      He was.

 4    Is he any longer?

 5         A      I don't know.

 6         Q      How about Marie Peluso?

 7         A      She was.  I don't know if she is any

 8    longer.

 9         Q      And do you recall -- Can you tell me what

10    year this might have been?

11         A      I believe it was starting in 1997 or '98.

12    Vice President Rossa, he held the staff meetings,

13    Christmas parties at Hershey Park.  It was the first

14    time I attended.  And they were there subsequent years

15    after.

16         Every year it was joked about, in the bar, about,

17    you know, the year that Mike Flanagan walked into an

18    all-fag party.  It was always joked about.  It was

19    brought up every year because, I guess, it was a

20    remembrance of being there.  Other reps would joke

21    about it, how sick they thought it was and how can we

22    have our party at the same establishment that caters

23    to gays.

24         Q      Okay.  Certainly, a homophobic attitude

25    was expressed?
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

151

```
1        A      No doubt.

2        Q      Yeah.  Was that made in your presence?

3   Were those comments made in your presence?

4        A      My presence only or --

5        Q      Well, no.  Your presence.  Were you

6   present?  Did you hear this?

7        A      Yes.  Yes.

8        Q      Did you express any concern or, you

9   know --

10       A      Not at all.

11       Q      -- of being offended?

12       A      No.

13       Q      Shame on you.

14       A      What?  What did you say?

15       Q      I said, "Shame on you."  You should.

16   I assume it offended you?

17       A      A lot of things are offensive to people,

18   you know, whether it's based on religion or race or

19   gender or sexual orientation.  You live with these

20   things.

21       Q      Was any officer of the IBEW present when

22   those comments were made?

23       A      Vice President Rossa was at the time.  I

24   think it might have been joked about also when

25   Vice President Siegel -- at one or two of these
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

152

```
 1    December --

 2        Q     You're saying this is like --

 3        A     Ongoing.

 4        Q     Becomes a --

 5        A     Yeah.  Every year, well, there's always a

 6    staff meeting in December, and it's always a staff

 7    meeting slash Christmas party, bring the spouses and

 8    that type of thing, so --

 9        Q     But you didn't -- you never expressed

10    concern in any way, shape, or form to anyone with the

11    IBEW that this was inappropriate?

12        A     No.  I kept my mouth shut.

13        Q     Why?  Why did you keep your mouth shut?

14        A     It's the old boys' club, the IBEW.  It's

15    what I was trained and raised.

16        Q     Please be a little more clear.

17        A     It's the old boys' club.  You know, you

18    don't ruffle feathers.

19        Q     Grin and bear it, is that what you mean?

20        A     Yeah, basically.  You don't ruffle

21    feathers.

22        Q     Is it your testimony that if you had

23    expressed some concern about this inappropriate

24    comment that it would have accomplished nothing?

25        A     My belief is, had I expressed any thoughts
```

### NETWORK DEPOSITION SERVICES
### Transcript of Steven Kamen

153

1    or comments, it would have accomplished nothing except

2    to possibly stigmatize me or at that point people

3    would start wondering.

4        Q    Uh-huh.  All right  Let's take a look

5    at -- Let's see -- 18.  "State each and every fact

6    which supports the allegation in paragraph 52 of the

7    amended complaint that, 'the IBEW has had and

8    continues to have a practice of systematic hostility

9    towards homosexuals.'"

10       Your answer is, "It is evident at all IBEW

11   functions that if you are not married or without a

12   potential spouse you were jeered as not being part of

13   the projected family friendly IBEW mentality."

14       First of all, when you say you were jeered, you

15   didn't really mean "jeered;" did you?

16       A    Well, whispered about, snickered about.

17   Yeah, anytime you were at an IBEW function at the

18   national level or at least at the district level, if

19   you didn't have a spouse with you, you know, if it

20   wasn't like a known divorce or you weren't re-dating

21   somebody quickly, yeah, it was -- you know, people

22   snickered.

23       One example is, every year they asked Pat Gino

24   how come he didn't bring his wife.  Every single year

25   they would ask him.  He had a very sick child at

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

154

1    home.  Subsequently, he lost his wife.  But, I mean,

2    it was asked every single time.

3         Why make an issue of things like that?  Just --

4         Q    Well, I have to tell you that the

5    question -- the allegation that you made is that "'the

6    IBEW has had and continues to have a practice of

7    systematic hostility towards homosexuals.'"

8         You know, if I choose to come to meetings that

9    are regularly attended by husbands and wives or

10   couples, significant others, and I choose, for --

11   let's say because I am not the most -- What's the

12   word?  I lack marital fidelity and I look for the

13   opportunity to spend time with other women other than

14   my wife, would I not -- would I be the focus of that

15   kind of ridicule or --

16        A    That's certainly talked about, too.

17        Q    Well, what I'm really driving at is that

18   I'm not seeing the connection between what you

19   described, frankly, and an attitude -- a "practice of

20   systematic hostility towards homosexuals."

21        Frankly, I don't see the connection.  Perhaps you

22   can enlighten me.

23        A    I think, if only I had a tape recorder

24   during the years that we were at Hershey Park during

25   the Christmas staff meeting and, you know, recorded

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

155

```
 1    the comments that were being made by some of the reps
 2    and others, you know, it certainly would be evident of
 3    hostility towards that sector of people.
 4        You know, I do recall one year even the
 5    comment -- somebody raised the comment that, you know,
 6    what about if you were a rep of the food and
 7    commercial workers; most of their members are gay?
 8    I'd never be a goddamn rep for them, represent those
 9    fags.
10        It's the IBEW.  We're supposed to help the
11    people.  We represent everybody.
12        Q    And, then, finally, number 19, "State each
13    and every fact which supports the allegation in
14    paragraph number 53 of the amended complaint that the
15    'systematic hostility towards homosexuals' alleged in
16    paragraph 52 of the amended complaint 'is embedded in
17    a culture fostered and sustained by senior management
18    in the IBEW, including Defendant Hill.'"
19        And your answer to that was, "See number 18,"
20    which, you know -- Well, just to make sure the record
21    is clear, your answer was, "It is evident at all IBEW
22    functions that if you are not married or without a
23    potential spouse you were jeered as not being part of
24    the projected family friendly IBEW mentality."
25        A    Quizzed, questioned, yeah.
```

**Johnstown**
**814-266-2042**

**Nationwide**
**866-565-1929**

**Pittsburgh**
**412-281-7908**

**NETWORK DEPOSITION SERVICES**
**Transcript of Steven Kamen**

156

```
 1       Q     About where's your wife?
 2       A     Yeah.  Who are you dating now or -- They
 3  try to project a family friendly, you know,
 4  organization.  And where I believe it should be all
 5  inclusive, I don't think it is all inclusive.
 6       Q     Now, in this -- here you've alleged that
 7  this attitude, this at least anti-gay --
 8       A     Right.
 9       Q     -- attitude, mindset, culture is fostered
10  and sustained by senior management including
11  Mr. Hill.  Do you have any basis for that?
12       A     Well, I believe that if it's discussed,
13  you know, joked around with reps and the
14  vice presidents are hearing it and not doing anything
15  about it, they are the arms, the ears, the mouthpiece
16  of President Hill.  They're his representatives just
17  like a rep is a representative of the vice president.
18  Vice presidents are Hill's representatives.  If it's
19  fostered in the rep -- If it's fostered -- Excuse
20  me -- you know, between the reps all the way up to the
21  vice presidents, then he's got to answer to it or not
22  answer to it.  They're his vice presidents, his
23  choice.  If they're going to tolerate it, that's, to
24  me, the same as him tolerating it.
25       Q     I see.  So you don't have any knowledge
```

# EXHIBIT NO. 20

## ATTACHED TO THE DEPOSITION OF STEVEN A. KAMEN

## WEDNESDAY, NOVEMBER 28, 2007

SUBJECT

DATE 6-8-06

TO

REPLY BY ASAP

● Steven A Kamen

FROM J. McLafferty 284-8305

MESSAGE

Enclosed are the forms we discussed:
1. Appeal withdrawal form
2. Medical Assessment form
3. DAP form

We can offer you medical in another category if your doctor completes the Medical Assessment Form. The doctor who completed your last form states you were employable. To be eligible for any

REPLY                                                       DATE

● medical the doctor has to state you have a mental/physical disability. In conjunction with this form you must also apply for Social Security. The DAP form is our way of tracking your Social Security Application.

If you have any questions, please call me before 3:00. Thank you.

RECIPIENT-RETURN THIS COPY TO SENDER



DEPOSITION
EXHIBIT
Kamen 20
11/28/07

# REPORT OF
## PHYSICAL/MENTAL EXAMINATION

| CASE IDENTIFICATION | | | | |
|---|---|---|---|---|
| CO | RECORD NUMBER | CAT | CTR DIG | DIST. |
| 10 | 121 218 | | | |

RECORD NAME
Steven A. Kamen

LINE NO.

WORKER AND NUMBER
McLafferty

CASELOAD NO. 0126

DATE 6-6-06

## SECTION I COMPLETED BY CAO

NAME
Steven A. Kamen

MAIDEN NAME

BIRTHDATE (Mo./Day/Year)
7/28/57

ADDRESS
3 Fincher Lane   Butler Pa 16001

ZIP CODE

SOCIAL SECURITY NO.
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

I HEREBY AUTHORIZE THE RELEASE OF MEDICAL/CLINICAL INFORMATION TO THE DEPARTMENT OF PUBLIC WELFARE AS NECESSARY TO DETERMINE MY ELIGIBILITY FOR ASSISTANCE.

SIGNATURE OF PUBLIC ASSISTANCE APPLICANT/RECIPIENT

DATE

ARRANGE FOR AN APPOINTMENT WITH A PHYSICIAN OR LICENSED PSYCHIATRIC CLINIC.
MAIL OR RETURN THE FORM TO THE COUNTY ASSISTANCE OFFICE AS SOON AS POSSIBLE.
ASK THE CAO WORKER FOR HELP TO SCHEDULE AN APPOINTMENT IF NECESSARY.

## SECTION II TO BE COMPLETED BY PHYSICIAN OR PSYCHOLOGIST

HISTORY (Complaints and history of present illness or dysfunction: (give date of onset))

1. neck and back pain – chronic
2. migraine headaches
3. Hiv ⊕ – generalized fatigue.
4. atrial fibrillation
5. depression
6. hypertension.
7. moderate cardiac dysfunction

DIAGNOSTIC STUDIES PREVIOUSLY PERFORMED: (Enter here the results of any special X-Ray, laboratory and other diagnostic studies relating to patient's present illness or disability — Give Dates.)

6/04/06  CD4 – 131
3/03/04  HIV ⊕
11/19/03  cardiac cath – moderate Left ventricle systolic dysfunction – EF 30%

RETURN TO:

Butler CAO
108 Woody Dr
Butler Pa 16001

3770A

PA 586    9/92

PLEASE CHECK THE ITEM BELOW IN THE APPROPRIATE COLUMN AND DESCRIBE ABNORMALITIES AND DETAILED INFORMATION RELATED TO THE DISORDER.

**PHYSICAL/MENTAL CAPACITY:** CHECK (✔) THE MOST APPROPRIATE BLOCK IN THE LIST BELOW THAT REFLECTS YOUR OPINION OF THE PATIENT'S CAPACITY TO WORK.

CHECK (✔) ONLY ONE)

1. ☐ **Capacity Unlimited.** Physical/Mental Capacity is adequate to seek and maintain full-time employment in a normal work environment with normal work schedules.

2. ☐ **Capacity Unlimited with Accommodations.** Handicapped or disadvantaged by a serious illness or condition, but not to the point that precludes full-time gainful employment if reasonable accommodations are made. Reasonable accommodations may include: structural modifications, modified work schedules, acquisition or modification of equipment or devices, provisions for readers or interpreters, job restructuring and other similar actions, or the need for drug maintenance.

   Check all of the block(s) that apply:

   ☐ Physical Limitations    ☐ Mental Limitations    ☐ Health Sustaining Medication Needed

3. ☐ **Capacity Limited with Accommodations.** Has a chronic or acute physical or mental condition which restricts but does not prohibit employment if work is 30 hours or less a week.

   Check all of the block(s) that apply:

   ☐ Physical Limitations    ☐ Mental Limitations    ☐ Health Sustaining Medication Needed

4. ☐ **Temporarily Incapacitated.** Currently incapacitated due to a temporary condition or as a result of an injury or an acute condition and the incapacity temporarily precludes employment.

   The temporary incapacity is expected to last until _____
   DATE

   Is a reassessment of this condition needed after the above date?    ☐ Yes    ☐ No

5. ☒ **Incapacitated.** Limiting physical or mental condition which precludes employment.

**COMMENTS:** IF BLOCK 2, 3, 4 OR 5 IS CHECKED, SUBSTANTIATE YOUR ASSESSMENT OF PHYSICAL OR MENTAL INCAPACITY BY PROVIDING INFORMATION REGARDING:

DIAGNOSIS (Primary and Secondary) AND MEDICATIONS RELATED TO EACH DIAGNOSIS.

Primary:  HIV (+)    Medications:

Secondary: atrial fibrillation
moderate cardiac dysfunction.
depression.    Medications:

*Medications (handwritten):*
Avapro 300mg daily
Tikosyn 250mcg Q12°
Coumadin 7.5mg daily
Zoloft 150mg daily
Metoprolol 50mg in AM
25mg in PM
Sustiva 600mg daily
Truvada ī daily

(2) FUNCTIONAL LIMITATIONS

- easily fatigues - difficult ē strenuous exercise/work.
- should avoid crowds due to immune system compromise

(3) HAS THE PATIENT EVER RECEIVED 30 CONTINUOUS DAYS OF INPATIENT CARE IN A HOSPITAL OR PSYCHIATRIC UNIT FOR THE MENTALLY ILL OR MENTALLY RETARDED?

☐ Yes    ☒ No    ☐ Unknown    Length of time other than 30 days: _____

If Yes, please identify facility and date.

_____    FROM _____    TO _____
FACILITY    DATE

(4) PERMANENT IMPAIRMENT OR MEDICAL CONDITION (DOES NOT REQUIRE REVERIFICATION)

**SECTION IV  GENERAL HEALTH INFORMATION**

| BLOOD PRESSURE | PULSE | HEIGHT | WEIGHT | DISTANT VISION | WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RIGHT | LEFT | RIGHT | LEFT |
| 122/84 | 76 | 76in | 284 lbs. | | | | | |
| HEARING | RIGHT | | LEFT | BLOOD SEROLOGY | URINALYSIS | SP. GR. | ALBUMIN | SUGAR |
| Ordinary Conversation | | /15 | | /15 | | | | |

# SECTION V CLINICAL FINDINGS (TO BE COMPLETED BY PHYSICIAN)

THE INFORMATION PROVIDED WILL BE USED BY THE AGENCY TO MAKE AN ASSESSMENT OF YOUR PATIENT'S QUALIFICATION FOR (1) GENERAL ASSISTANCE OR (2) EXEMPTION FROM PUBLIC ASSISTANCE WORK REQUIREMENTS BECAUSE OF A PHYSICAL OR MENTAL CONDITION.

| | Normal | Abnormal | Not Evaluated | DETAILED INFORMATION |
|---|---|---|---|---|
| A. HEAD, NECK | X | | | |
| B. EYES AND EARS (General) | X | | | |
| C. NOSE, THROAT, MOUTH | X | | | |
| D. BREASTS | X | | | |

E. PULMONARY DIAGNOSIS (if abnormal, please check (✔) appropriate diagnosis and provide detailed information which includes physical findings).

☐ BRONCHITIS   ☐ BRONCHIAS ASTHMA
☐ BRONCHIECTASIS   ☐ EMPHYSEMA
☐ PNEUMOCONIOSIS (Stage)   ☐ PULMONARY FIBROSIS
☐ TUBERCULOSIS   ☐ TUMOR
☐ OTHER

DETAILED INFORMATION SHOULD INCLUDE PERCUSSION, EFFECT OF EXERCISE, AUSCULTATION, ETC.

F. CARDIOVASCULAR DISEASE (if abnormal, please provide diagnosis in blank space and include American Heart Association classification. Also check (✔) appropriate signs and symptoms block(s) and provide detailed information).

*on cardiac cath - mild LV dilation.*

DIAGNOSIS:
☒ DYSPNEA: ☒ ON EXERTION   ☐ AT REST
☐ CHECK PAINS:
☐ LUNGS: (Rales, Emphysema, etc.)   ☐ PERIPHERAL EDEMA: (Site & Degree)
☒ HEART: ENLARGEMENT   ☐ CYANOSIS: (Lips, Nails)
☐ MURMURS: (Locate and describe)   ☐ PULSE RATE: _____ Before exercise
                                      _____ After exercise
☐ PERIPHERAL VESSELS: (Describe)   ☐ LIVER ENLARGEMENT: (Degree)
☐ CARDIAC CLASSIFICATION (AHA):

| | Normal | Abnormal | Not Evaluated | DETAILED INFORMATION |
|---|---|---|---|---|
| G. HEMIC (Sickle Cell, Anemia, Clotting Disorders, Leukemia) | X | | | |
| H. LYMPHATIC | X | | | |
| I. MULTIPLE BODY SYSTEM DISORDERS (Lupus, Morbid Obesity, etc.) | X | | | |
| J. IMMUNE DISORDERS (AIDS, etc.) | | X | | |
| K. NEOPLASTIC DISEASE (Cavier, etc.) | X | | | *HIV + / AIDS.* |
| L. SPECIAL SENSES & SPEECH DISORDERS | X | | | |
| M. ABDOMEN (palpitable abnormalities, hernia, scars, digestive disorders) | X | | | |
| N. RECTUM (Hemorrhoids, Prostate, Other) | | | | |
| O. ENDOCRINE SYSTEM | X | | | |
| P. G-U SYSTEM | X | | | |
| Q. EXTREMITIES | X | | | |

R. ORTHOPEDIC DISORDERS (Identify type of disorder and indicate range of motion, strength, ankylosis, muscle atrophy, etc.). If arthritis, specify type and check (✔) site of involvement.

*chronic neck & back pain.*
*- difficulty c̄ kneeling, stooping.*
*lifting.*

☐ HIPS   ☐ KNEES   ☐ ANKLES
☐ TOES   ☐ SHOULDERS   ☐ ELBOWS
☐ WRISTS   ☐ FINGERS   ☒ SPINE

REMAINING FUNCTION: Describe patient's ability to do the following:
☐ WALK   ☐ STAND   ☐ KNEEL
☐ STOOP OR BEND   ☐ LIFT   ☐ CARRY

IS A BRACE OR PROSTHESIS WORN?   ☐ YES   ☒ NO
TYPE? _____   FOR HOW LONG? _____
HOW EFFECTIVE IS APPLIANCE?

| | Normal | Abnormal | Not Evaluated | DETAILED INFORMATION |
|---|---|---|---|---|
| S. SKIN | X | | | |
| T. PELVIC (Vaginal) | | | | |

U. NEUROLOGIC (If neurologic disease or abnormality is present, provide diagnosis and detailed information such as describe reflex changes, motor impairment, disturbance of gait, coordination, etc.).

IF EPILEPTIC, CHECK (✔) TYPE:
☐ GENERALIZED TONIC-CLONIC   ☐ SIMPLE PARTIALS
☐ COMPLEX PARTIALS   ☐ ABSENCE SEIZURES
IF SEIZURES ARE PRESENT, DESCRIBE SEIZURES AND INDICATE FREQUENCY.

3770C

PA 586   9/92

**SECTION V CLINICAL FINDINGS (CONTINUED)**

DETAILED INFORMATION

V. PSYCHIATRIC

*DIAGNOSIS: (IF ABNORMAL, INDICATE DIAGNOSIS)*

depression

MENTAL OR EMOTIONAL DISTURBANCE (Please check (✔) appropriate abnormalities and provide detailed information.)

[X] A. ABNORMALITIES OF BEHAVIOR AND APPEARANCE.

[ ] B. EVIDENCE OF POOR COMPREHENSION OR CONFUSION.

[ ] C. ABNORMAL EMOTIONAL REACTION.

[ ] D. ABNORMAL THOUGHTS OR IDEAS (Give descriptive quote)

[ ] E. LEVEL OF MENTAL RETARDATION (Indicate IQ if known)

[ ] NONE    [ ] MILD    [ ] MODERATE
[ ] SEVERE    [ ] PROFOUND

DO YOU CONSIDER THIS PERSON CAPABLE OF MANAGING HIS/HER OWN AFFAIRS?

[X] YES    [ ] NO

IS THIS PERSON ORIENTED FOR TIME? [✔] YES [ ] NO

PLACE _____ OR PERSON _____

IS MEMORY DEFECT PRESENT FOR RECENT EVENTS? [ ] YES [ ] NO

REMOTE EVENTS? [ ] YES [ ] NO

[ ] F. PSYCHOMOTOR

**SUMMARY AND EVALUATION:** What is your general impression of the patient's attitude toward his/her condition? Is further study or specialist examination advisable for completeness of diagnosis, prognosis or treatment? If so, specify type and indicate specialist or institution of your choice.

Mr. Kamen has a history of cardiac disease consisting of atrial fibrillation, ~~moderate~~ mild left ~~systolic~~ ventricle systolic dysfunction.

He also has been diagnosed c̄ HIV / AIDS & is currently on medications for this. His immune system is compromised.

In addition he suffers from migraine headaches & chronic back pain.

Because of all these problems, I feel that Mr Kamen is incapacitated.

I HEREBY CERTIFY THAT THE INFORMATION ABOVE IS BASED ON AN EXAMINATION OF THE PATIENT ON AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE  6/15/06

PHYSICIAN'S/PSYCHOLOGIST'S PRINTED NAME, ADDRESS & LICENSE NO.

John Rocchi MD.    MD060991-L
480 E. Jefferson St.
Butler, PA 16001

PHYSICIAN'S/PSYCHOLOGIST'S SIGNATURE

*JRocchi*

PREPARED    DATE  6/15/06

[X] PHYSICIAN    [ ] PSYCHOLOGIST

03770D

PA 586    9/92

# Steven A. Kamen
# 3 Fincher Lane
# Butler, PA 16001
# 724-287-8393
## **Rx List as of 6/15/06**

| | | |
|---|---|---|
| Avapro | 300mg | 1 per day/am |
| Tikosyn | 250mcg | 1 every 12 hours |
| Coumidin | 7.5mg | 1 per day/pm |
| Zoloft | 150mg | once per day/am |
| Metoprolol | 50mg | 1 in am |
| | 25mg | 1 in pm |
| Sustiva | 600mg | once per day/pm |
| Truvada | | once per day/pm |
| Centrum Vitamin | | 1 per day/pm |

**DX :**   **Chronic A-Fib**
   **Obstructive Sleep Apnea**
   **ADHD / Depression**
   **HIV +**

Commonwealth of Pennsylvania    Department of Public Welfare

| CASE NUMBER | | | | | | LINE NO. | PROG. | STATUS CODE |
|---|---|---|---|---|---|---|---|---|
| | Cat. | R/GP | Ctr. Dig. | Dist. | | | |
| 01918 | A | | 01 | | | | |

| DATE OF BIRTH | SEX | *RACE/ ETHNIC GROUP | SOCIAL SECURITY NUMBER: |
|---|---|---|---|
| 7/25/57 | ☑ M ☐ F | | 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 |
| 17-16-001 | | 5 | TELEPHONE NUMBER: 724-287-8393 |

**AMY L. ZANELLA**
*DAP Advocate*
*Disability Advocacy Program*

Telephone:
~~(724)~~ 284-8217
724

*Butler County Assistance Office*
~~229 W. Diamond St., P.O. Box 1586~~
~~Butler, PA 16003-1586~~
108 Woody Dr.

| FROM ▶ | ☐ DAP ADVOCATE | ☐ IMW | ☐ SSA |
|---|---|---|---|

**☐ DAP ADVOCATE** CHARACTERISTICS FROM THE DISABILITY PROFILE:

| # | # | # | # |
|---|---|---|---|

| **COPIES OF DOCUMENTS RELATING TO THE FOLLOWING ARE ATTACHED:** | ☐ SOCIAL HISTORY | ☐ EMPLOYMENT HISTORY | ☑ MEDICAL RECORDS | ☐ NO SUPPORTING DOCUMENTATION AVAIL. |
|---|---|---|---|---|
| **HAS CLIENT APPLIED FOR SSI/SSDI** ▶ | ☐ YES | ☐ NO | ☒ UNKNOWN | IF YES - DATE |
| **IF CLIENT HAS APPLIED STATUS OF APPLICATION** ▶ | ☐ PENDING | ☐ DENIED - DATE | | ☐ UNKNOWN |
| **PREVIOUSLY RECEIVED SSI/SSDI BUT TERMINATED** ▶ | ☐ YES | ☐ NO | ☐ UNKNOWN | IF YES - DATE |
| **IF BENEFITS DENIED OR TERMINATED HAS CLIENT APPEALED** ▶ | ☐ YES | ☐ NO | ☐ UNKNOWN | IF YES - DATE |
| **IF APPEALED - STATUS** ▶ | ☐ PENDING | ☐ DENIED - DATE | | ☐ UNKNOWN |

_McLaughty RMC_              _724-284-___              _6/6/06_
Signature of IMW                Telephone Number                Date Form Completed

| **☐ CASE RECEIVED BY DAP ADVOCATE** | SIGNATURE | DATE 6/10/06 |
|---|---|---|

## SOCIAL SECURITY ADMINISTRATION USE ONLY

| **...AS APPLIED ...OR SSDI** ▶ | ☐ YES | ☐ NO | ☐ UNKNOWN | IF YES - DATE |
|---|---|---|---|---|
| **...YES - STATUS OF ...PLICATION** ▶ | ☐ PENDING | ☐ DENIED - DATE | | |
| **...REVIOUSLY RECEIVED ...SI/SSDI BUT TERMINATED** ▶ | ☐ YES - DATE | | ☐ NO | SEE REASON BELOW. |
| **...BENEFITS DENIED OR ...RMINATED HAS ...IENT APPEALED** ▶ | ☐ YES - DATE | | ☐ NO | SEE REASON BELOW. |
| **...APPEALED - STATUS** ▶ | ☐ PENDING | ☐ DENIED - DATE | | |

**...ASON:**

Signature of SSA Representative              Telephone Number              Date Form Completed

**☐ TO TRANSMIT OTHER INFORMATION**

**...ENT AGREEMENT** — I agree to cooperate with staff of the _Butler CAO_ County
...stance Office and the SSA District Office seeking Federal SSI/SSDI Benefits for _Shawn Kanour_

_A-C_                      _6/9/06_
Client's Signature              Date

...ACK (Not of Hispanic Origin)
...SPANIC

3. NORTH AM. INDIAN OR ALASKAN NATIVE
4. ASIAN OR PACIFIC ISLANDER

5. WHITE (Not of Hispanic Origin)
6. OTHER

**CLIENT**

PA/731-000?

Social Security Administration
# Supplemental Security Income
Important Information

SOCIAL SECURITY
220 S MAIN STREET
SUITE 106
BUTLER, PA 16001
Claim Number: 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C1
June 20, 2006
DMP

STEVEN KAMEN
3 FINCHER LN
BUTLER PA 16001

Dear STEVEN

We are writing to tell you that before we can make a decision about your request for Supplemental Security Income (SSI) payments , you must file an application.

WELFARE NOTIFIED US OF YOUR INTENT TO FILE

**What To Do Next**

You should get in touch with us right away because the date you file an application can make a difference in the amount of your SSI payments.

If you file the application by August 27, 2006, we will use June 9, 2006, the date of the written request, as the filing date. If you do not file, we cannot pay you any past due payments.

Call or visit any Social Security office. We will help you fill out the application for SSI payments.

Call or visit any Social Security office. We will help you fill out the application.

**What Will Happen**

If you file an application, we will review the case and make a decision. If you do not agree with what we decide, you will be able to appeal the decision.

**If You Have Any Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 724-282-7274. We can answer most questions over the phone. If you are deaf or hard of hearing, you

See Next Page

may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 106
220 S MAIN STREET
BUTLER PA 16001

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*George Ziecina*

George Ziecina
Field Office Manager

**JOSEPH H. CHIVERS**
*ATTORNEY-AT-LAW*
*SUITE 600*
*312 BOULEVARD OF THE ALLIES*
*PITTSBURGH, PA 15222-1923*
*(412) 281-1110*
*FAX (412) 281-8481*

July 8, 2005

Dr. John Rocchi
480 East Jefferson Street
Butler, PA 16001

Re: **Steven A. Kamen- S.S.N.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;**
**Request for Medical Records**

Dear Records Officer:

Enclosed please find a medical record release authorization signed by Mr. Kamen. Please forward a copy of his file to the above address at your earliest convenience. Also, please bill for the cost at the above address. If pre-payment is required, please call so that immediate payment can be made. Otherwise, I will forward the amount upon receipt of the file.

Thank you for your cooperation.

Yours very truly,

Joseph H. Chivers, Esquire

Enclosure

cc: Steven A. Kamen

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

Patient Name: _Steven A. Kamen_    Date of Birth _7/28/57_

To:    _Dr. John Rocchi_

_480 East Jefferson St._

_Butler, PA 16001_

I have been a patient at _Dr. Rocchi's office_. I understand that the facility has legally protected health information about me or the person I represent. I understand that signing or not signing this form will not affect treatment I receive in any way.

I, _Steven Kamen_ hereby authorize the medical records department to release to:

**Joseph H. Chivers, Esquire**
**Suite 600•312 Boulevard of the Allies**
**Pittsburgh, PA 15222-1923**
**(412) 227-0763**

The following information or copies of:
____ Discharge Summary
____ Progress Notes              ____ Operative Reports
____ Emergency Department        ____ Radiology (x-ray,CT,MRI,etc.)    ____ Consultation
_X_ The above information and/or the entire clinical record including HIV-related information.    ____ Lab Results
                                 ____ Outpatient/Clinic
____ The above information and/or the entire clinical record including mental health, drug or
     alcohol treatment.
____ Billing records
____ Other (specify)_____

Reason for request:    LEGAL

This authorization will expire in six months or: _____
I understand that this authorization is subject to revocation at any time. A photocopy or facsimile of this authorization will be considered valid unless otherwise specified. I also understand and agree that this authorization will terminate as set forth above unless I revoke this authorization in writing. I understand that recipients may redisclose information that I have authorized them to receive.

Date: _7/8/05_                   Signature: _____

                                 Client Name: _Steven A. Kamen_

                                 Address: _605 Slippery Rock Road_

                                 _Slippery Rock, PA 16057_

Social Security No. _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_

**BUTLER MEMORIAL HOSPITAL**
911 East Brady St.
Butler, PA 16001
**RESPIRATORY CARE SERVICES**

## PULMONARY FUNCTION LABORATORY REPORT

| | | | |
|---|---|---|---|
| KAMEN, STEVEN A | ACCT#: 26115188 | UNIT#: 323518 | ADM/REG: 08/13/98 |
| LOC: OAS | DOB: 07/28/57 | AGE: 41 | SEX: M |
| ATTENDING: ROCCHI, JOHN    REG REF | FAMILY: MAHMOOD, ARSHAD | | |
| | ADMITTING: | | |

Interpretation:   The FVC and the FEV1 are both normal. The FEV1/FVC ratio is mildly
reduced. The total lung capacity is normal. The diffusion capacity is
very slightly reduced. The configuration of the flow volume loop is not
distinctive.

Impression:   The reduced FEV1/FVC ratio may represent very mild airflow obstruction
especially if interpreted in the light of the patient's history of
cigarette smoking and the reduced diffusion capacity that would be
suggestive of emphysema. Alternatively this could be a normal variant.
There is no restrictive defect.

ACEF      :LMG
DICT DATE: 08/13/98                    Physician Signature _____
TRANS DATE: 08/14/98
                                                          ACEVEDO, FREDERIC A

Additional copy

| | |
|---|---|
| Rate | 55 |
| PR | 171 |
| QRSD | 105 |
| QT | 428 |
| QTc | 409 |

| --Axis-- | |
|---|---|
| P | 75 |
| QRS | 19 |
| T | 18 |

20-Jul-2000   07:51:36

**PAT** ( Hewlett-Packard PageWriter 200

U#:323518        ACC#:31031792
KAMEN,STEVEN  A
DOB:07/28/57          42
ORD:MAHMOOD,  ARSHAD    SEX:M
07/20/00     O#:0720-0048

Leads: I  II  III  aVR  aVL  aVF  V1  V2  V3  V4  V5  V6

NSR.

KAMEN, STEVE                         JOHN R. ROCCHI, M.D.
12/17/2001

SUBJECTIVE:  He comes in with sinus congestion, runny nose for the last 10 weeks or so, especially in the mornings.  No real cough.  It is mainly up in his head.

OBJECTIVE:  On exam his TMs are clear.  His nasal turbinates are pale blue and swollen.  He has clear rhinorrhea.  His throat has mild erythema.  Lungs are clear.  Heart: Regular rate and rhythm.  Abdomen:  Soft, positive bowel sounds.  Extremities without edema.

IMPRESSION:  Allergic rhinitis.  We will treat Astelin nasal spray, two sprays b.i.d.  We will set him up with an allergist for further evaluation since he has had a history of allergies in the past and has required shots in the past.

JRR:ksw
T:01/23/2002

KAMEN, STEVE      7/28/57      JOHN R. ROCCHI, M.D. 
2/13/2002

SUBJECTIVE:   He comes in with cough and congestion, coughing up yellow to dark green sputum.   Chest feels a little tight.

OBJECTIVE:   TM's clear.  Throat has mild erythema.  Lungs have some faint rhonchi in the bases.  Heart is regular rate and rhythm.  Abdomen soft.   Chest x-ray does not reveal any obvious pneumonia.

IMPRESSION:
1. Bronchitis.  Treat with Levaquin 500 mg a day for 10 days and Durituss G 1 b.i.d.  See him back if no improvement, sooner if needed.

JRR:ksw
T: 5/09/2002

**Formedic**

NAME _Steven Kamen_

MARITAL STATUS S M W D SEP

DATE OF BIRTH _7/28/57_

ADDRESS

PHONE (H)                    (O)

OCCUPATION / EMPLOYER

REFERRED BY

MEDICATIONS

INSURANCE

DRUG ALLERGIES

| DATE DIAGNOSIS CPT CODE | HISTORY & PHYSICAL | HT | WT | BMI | BP | P | T |
|---|---|---|---|---|---|---|---|

7-5-02 WT: 289# Cough x 10d.

9-5-02 Wt 764" Hiccups for 3 days

10/8/02 263# 122/81 P60.
left lower back pain —
10-8-02 Fluzone 0.5 ml 'IM' LA



**ZYRTEC**
cetirizine HCl 10mg tablets

leuk — bld —
nitr — sp. gr. 1.030
urobil — ket —
prot 100 bili sm
ph 5.0 gluc —

10-31-02 Wt. — Still has itchy rash — no changes —

**Avandia** ®
rosiglitazone maleate

GlaxoSmithKline    Bristol-Myers Squibb Company

Avandia is a registered trademark of SmithKline Beecham.
©2001 the GlaxoSmithKline Group of Companies
All rights reserved.    AV2206

KAMEN, STEVE                 7/28/1957            JOHN R. ROCCHI, M.D. JW
5/16/2002

**SUBJECTIVE:** He comes in he has had hiccups for the past couple of days off and on since he ate Chinese food. He has felt a little bit nauseated but no chest pain or shortness of breath. He otherwise feels very well and has felt well recently. He is under some stress.

**OBJECTIVE:** On exam BP: see nurse note. Lungs: Clear. Heart: RRR. Abdomen: Soft, positive bowel sounds. Extremities: No C-C-E. He has some mild upper gastric tenderness. EKG: Normal sinus rhythm. No acute changes.

**IMPRESSION:** 1) Hiccups: We'll try him on some Nexium if this does not help consider reglan . 2) History of Heart disease: We'll check a CMP on him and lipid panel . He is to call me tomorrow if he is not improving.

JRR:mrb
T:5/23/2002

KAMEN, STEVEN            7/28/1957        JOHN R. ROCCHI, M.D. 
7/5/2002

SUBJECTIVE: He comes in for follow up he has had a cough for the past 10 days which is dry. There's no real fevers and he denies chest pain.

OBJECTIVE: BP: 110/70. Lungs: Have some faint crackles in the right base. Heart: RRR. Abdomen: Soft, positive bowel sounds. Extremities: No C-C-E.

IMPRESSION: 1) Right Lower Lobe Pneumonia: Will treat with Levequin 500mg a day for 10 days an Robitussin AC 2 tsp q6h for cough will see back if no improvement.

JRR:mrb
D:7/5/2002
T:7/8/2002

KAMEN, STEVE                7/28/1957                JOHN R. ROCCHI, M.D.  *Jh*
10/21/2002

SUBJECTIVE: He comes in for follow up he has had a rash on his arms which has now progressed to his legs and his chest and his abdomen.

OBJECTIVE: He has a lot of raised papulas in all of these areas especially around his waist. He has had this for about 2 months and has tried a Medrol Dose-Pak and has not gotten any better.

IMPRESSION: 1) I suspect that looking at the rash today he has scabies. I discussed local control of scabies with washing everything in hot water and bagging everything for 2 weeks that can not be washed. Will treat him with Elemite Cream apply for 8 to 14 hours and then wash off as well as some Atarax. Will see him back if no improvement.

JRR:mrb
D:10/21/2002
T:10/22/2002

4-8-03 WT: 307# 6 mo. ✓ up c/o His weight
136/84.   P6B

KAMEN,STEVEN    DOB  07/28/1957    Dr. Rocchi/jgr        11/24/2002

Chief Complaint: he comes in for follow up. He has been itchy, mainly his back is itchy and somewhat on his chest as well. He really has not changed anything recently. Has not changed any medications in the past year. He has not really had a rash at all. He is otherwise feeling fine.

Physical Exam:

Vital Signs: blood pressure as noted in nurse's notes. Pulse 60 and regular.

Abdomen: soft, positive bowel sounds.

Lungs: clear bilaterally.

Heart: regular rate and rhythm.

Back: no obvious rash. He does have some red areas which appear to be traumatic from itching.

Impression
1. Itch, cause unclear. I don't think this is due to his medications. Try Zyrtec 10mg per day to see if this will help, if not he will follow up.
2. Coronary artery disease. History of atrial fibrillation. Continue current medication. Check an INR, lipid panel and CMP.

2/13/02  cough - chest tight  X/wk.    mucus/green sputum.
          to  Clink

Butler Memorial Hospital
911 East Brady Street
Butler, PA 16001
(724)284-4500

PAGE 1

# Final Physician Report
RUN FOR: 04/14/03

PRINTED: 04/14/03-1530

For Doctor: ROCCHI,JOHN                    *

---

**Name:** KAMEN,STEVEN A                **Age/Sex:** 45/M          **Attend:** KHAN,MOHAMMED A.R.    *
**Acct:** 39379607  **Unit:** 323518       **DOB:** 07/28/57       **PCP/Fam:** ROCCHI,JOHN           *
**Reg:** 04/14/03   **Disch:**             **SSN:** 073465275      **Status:** REG REF  **Loc:** OAS
**Patient's Home Phone:** (724)283-7644

---

**Spec:** 0414:H00136U    **ll:** 04/14/03-0716    **Rcv:** 04/14/03-0716    **Status:** COMP    **Req#:** 02035231

**Ordered:** PT, PTT                                                        **Ord Dr:** KHAMA
**Comments:** FAX TO 282-7701   CALL 282-6100
          FAXED 4-14 0930 WB

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| *PT* | | | |
| > PT TEST | 11.6 | | 9.0-13.0 SEC. |
| > INR | 1.1 | | |
| | *INR THERAPEUTIC RANGE: 2.0 - 3.0 (TO MONITOR WARFARIN)* | | |
| | *EXCEPTIONS:* | | |
| | *1. PREVENTION OF SYSTEMIC EMBOLISM WITH MECHANICAL HEART* | | |
| | *VALVE.            THERAPEUTIC RANGE:  2.5 - 3.5* | | |
| | *2. TREATMENT OF POST-MYOCARDIAL INFARCTION/REDUCTION OF* | | |
| | *RECURRENCE.       THERAPEUTIC RANGE:  2.5 - 3.5* | | |
| *PTT* | | | |
| PTT TEST | 37.6 | H | 20.0-35.0 SEC. |

PJK

did PJ stop
coumadin ?

**H-High    L-Low    #-Delta**    Final Physician Report    *-Critical    **-Abnormal

1-15-03 3^20
coumadin JK

Butler Memorial Hospital
911 East Brady Street
Butler, PA  16001
(724) 284-4500

PAGE 1

# Final Physician Report
RUN FOR: 04/09/03

PRINTED: 04/09/03-1530

For Doctor: ROCCHI, JOHN                              *

| | | |
|---|---|---|
| **Name:** KAMEN, STEVEN A | **Age/Sex:** 45/M | **Attend:** ROCCHI, JOHN    * |
| **Acct:** 39329859   **Unit:** 323518 | **DOB:** 07/28/57 | **PCP/Fam:** ROCCHI, JOHN    * |
| **Reg:** 04/08/03   **Disch:** | **SSN:** 073465275 | **Status:** REG REF   **Loc:** OASX |
| **Patient's Home Phone:** (724) 283-7644 | | |

**Spec:** 0408:C00307R    **ll:** 04/08/03-1003    **Rcv:** 04/08/03-1140    **Status:** COMP    **Req#:** 02029677
**Ord Dr:** ROCJ

**Ordered:** LIPID PROFILE, COMP METABOL, CPK, T4, TSH, HEPATITIS PROF.

| Test | Result | Flag | Reference |
|---|---|---|---|
| _COMP METABOL_ | | | |
| >   GLUCOSE | 94 | | 70-110 MG/DL |
| >   BUN | 13 | | 7-22 MG/DL |
| >   CREATININE | 1.1 | | 0.5-1.3 MG/DL |
| >   BUN/CREAT | 11.8 | | 8-27 |
| >   SODIUM | 144 | | 136-147 MM/L |
| >   K+ SERUM | 4.3 | | 3.6-5.3 MM/L |
| >   CHLORIDE | 109 | | 98-110 MM/L |
| >   CO2 CONTENT | 28 | | 22-34 MM/L |
| >   CALC OSMOL | 287 | | 269-297 mOSM/KG |
| >   CALCIUM | 8.5 | L | 8.7-10.7 MG/DL |
| >   T BILI | 0.6 | | 0.1-1.2 MG/DL |
| >   ALK PHOS | 89 | | 30-128 U/L |
| >   SGPT(ALT) | 21 | | 5-47 U/L |
| >   SGOT(AST) | 18 | | 5-40 U/L |
| >   CPK | 122 | | 60-225 U/L |
| >   TOTAL PROTEIN | 6.7 | | 6.0-8.4 G/DL |
| >   ALBUMIN | 4.6 | | 3.5-5.3 G/DL |
| >   GLOBULIN | 2.1 | | 1.8-4.2 G/DL |
| >   A/G RATIO | 2.2 | | 1.0-2.5 |
| > CHOLESTEROL | 138 | | - MG/DL |

| | **ADULT** | **2-19 YEARS** | |
|---|---|---|---|
| | DESIRABLE | < 200 | < 170     MG/DL |
| | BORDERLINE | 200 - 240 | 170 - 185   MG/DL |
| | HIGH | > 240 | > 185      MG/DL |
| > TRIGLYCERIDES | 197 | | 40-200 MG/DL |
| > HDL CHOLESTEROL | 23 | | MG/DL |
| | CORONARY RISK INCREASED | | |
| | MALE | < 45 MG/DL | |
| | FEMALE | < 55 MG/DL | |
| > CHOL/HDL RATIO | 6.0 | | |
| | CORONARY RISK INCREASED | | |
| | MALE | > 4.5 | |
| | FEMALE | > 4.0 | |
| > LDL CHOL CALC | 76 | | 0-130 MG/DL |
| > T4 | 6.0 | | 4.5-12.0 uG/DL |
| > TSH | 1.0 | | 0.5-7.0 uIU/ML |

**H-High**    **L-Low**    **#-Delta**    Final Physician Report    *-Critical    **-Abnormal

| NAME | | DATE OF BIRTH | PG# | **Formedic** |

KAMEN, STEVEN          9-5-97          DR. ROCCHI/vrp

Comes in as a new patient. He is a f/u after an MVA. He had a car accident on Tuesday. He thinks he fell asleep at the wheel. It happened around noon. He was seen in the E.R.           because of some neck pain, as well as low back pain. X-rays at that time revealed normal L forearm. There is some mild interstitial prominence in both lungs; however, no evidence of broken ribs, etc.

**PMH:**
Significant for sinusitis and hay fever, as well as, a Hx of borderline HTN. He notes that he snores loudly at night; his wife confirms this. She also notes that intermittently he will stop breathing for short periods of time. He notes that he has been more tired over the past 6-7 months. He has had 2 other car accidents in the past where he thinks he has also fallen asleep.

**MEDICATIONS:** Darvocet for his back.

**PE:**
He has a similar car accident in the late 1980's. He sustained multiple broken ribs, lung contusions, bilateral pneumothoraces.

**ALLERGIC TO PENICILLIN AND SULFA.**

**FAMILY HX:** Positive for MI in his father at age 58, heart disease, diabetes, arthritis and strokes.

**SOCIAL HX:** He is married with 4 children. He smokes 1½ packs cigarettes q.d. for the past 20 yrs. He drinks several cups of coffee per day.

**E:** On exam today his BP is 140/102. Generally, he is a well appearing, well nourished white male in no apparent distress.

**EYES:** PERRL. EOMI.
**NECK:** W/o adenopathy or JVD.
**LUNGS:** Clear to A&P bilaterally.
**HEART:** Irregular rate and rhythm. Heart rate is about 90-100. No murmurs, rubs or gallops.
**ABDOMEN:** Soft. Nondistended. NABS.
**EXTREMITIES:** W/o edema.
**BACK:** There is mild tenderness to palpation over the L lumbar spine.

**IMPRESSION:** 1. S/P MVA with lower back strain.

**PLAN:**
The patient does have a Hx of mild disc protrusion in the Lumbar spine, evidenced of a previous MRI. Continue treatment with Darvocet for the time being and see if this clears up. I think this is most likely back strain, however, if it is not, will obtain another MRI.

**EKG:**
He appears to be in A fib/flutter. I discussed this with Dr. Mahmood. He feels it is his rate if well controlled at 90-100. He could be started on Aspirin. He is to be seen by Dr. Mahmood on Monday for an ECHO and a stress test. Dr. Mahmood will f/u with him on Wednesday.

I will f/u with him in the office next W. I instructed him to take an aspirin a day. If he develops any kind of problems over the weekend, he is to get in touch with us.

4/



| DATE - TIME |
| WT / BSA |
| CPT CODE |

9-5-97   307#   Bp 140/102   MVA Tuesday Trialid Bmh.

Pain Neck, back, Arms. Pt on darvocet 1960  Schumacher

Dr. Mahmood                f/u 9-12-97        Cardiolite stress test → 9-8-97
  9-10-97                         9:15              8:00
  1:15                                          Echo → 9-8-97
                                                   8:30

**STADOL NS**
(butorphanol tartrate) Nasal Spray

**RAPID MIGRAINE PAIN RELIEF...**
One spray away*

one spray
one nostril
one mg

*Onset of analgesia is within 15 minutes. If adequate pain relief is not achieved within 60-90 minutes, an additional 1 mg dose (one spray in one nostril) may be given.
Please see enclosed full prescribing information.

Bristol-Myers Squibb Company


Cephalon*
West Chester, PA 19380-4245
U.S.A.

©1996, Bristol-Myers Squibb Company, Princeton, NJ 08543    Issued December 1996    Printed on recyclable paper

**FAMILY PRACTICE**

**PROGRESS NOTES**

NAME _Steve Kamen_  SS# _____ PAGE # ___

ADDRESS _____

___E (HOME) _____ (WORK) _____ DATE OF BIRTH _____

DRUG ALLERGIES _____

| DATE | NOTES |
|---|---|
| 9-18-97 298 BP 110/70 f/u-vis+ | LP |

KAMEN, STEVE        9-18-97         DR. ROCCHI/vrp

Comes in for f/u. He recently was discharge from Mercy Hospital. He was
found to have cardiomyopathy, thought to be viral in origin. He is currently
on Imdur, Capoten 6.25 mg t.i.d., _sotolol_ 80 mg b.i.d. and Coumadin 10 mg
q.d. He notes he is tired all the time. This has not changed over the past
several months. He also is found to have sleep apnea. He is on a Bipap
machine at home. He is having some difficulty tolerating this.
BP 110/70.

LUNGS:          Clear.
HEART:          Irregularly regular. He is in A/F.
ABDOMEN:        Soft.
EXTREMITIES:    W/o edema.

IMPRESSION:    1. Cardiomyopathy.
               2. Atrial fib.
PLAN:          See Dr. Mahmood in approx 1 W.
               He is also having his INR followed by Dr. Mahmood.
               He is going to have an electrocardioversion in October
in attempt to put him back into sinus rhythm.
               He will follow up with me after this.

10/6/97 281#
Flup
BP 108/60                                          mimi

KAMEN, STEPHEN        10-6-96

Comes in with increased difficulty breathing and congestion. Denies any
CP. He feels more fatigued than usual.
LUNGS:          Clear to A&P.
HEART:          Irregular. No JVD.
CXR:            No evidence of failure.
EXTREMITIES:    W/o evidence of edema.
His daughter did have atypical URI, pneumonia-type illness about 1 W
ago.
PLAN:          Doxi to cover atypicals.
Return after his cardioversion next W.          Dr. Koffman → 11-04-97
                                                                    3:00

10.16.97 form for transfers completed, mailed. [signature] rp.
10-22-97 286#
     dry cough, sore throat
                                                              mimi
10-22-97 -- pt given copies of records to take to
Dr. Haas at Cleveland Clinic. (sw)

*Nipler / Clinirorm*

**NOTES**

KAMEEN, STEVE          10-22-97          DR. ROCCHI/vrp

Comes in with very sore irritated throat for the past 2 days. No significant cough or SOB.

EARS:
THROAT:          TM clear.
                 Very erythematous throat and palate.
NECK:            Shoddy ANT cervical adenopathy.
LUNGS:           Clear.
HEART:           Irregular.

IMPRESSION:      Tonsillitis.
PLAN:            Treat with Cefzil. In addition, he has been more
depressed since the onset of all his medical problems.
                 Refer him to Dr. Foster for evaluation.
                 He is interested in a flu shot, but wants to wait
                 until he is over his sore throat.
                 have him come back in a W or so for this.

— 12-17-97 @ 1115Am wife reports Tmp 100.6° c mucoy V + sore throat cough
—   Cephalgia ————————————— Appt 1⁰⁰ 12-17-97 6/JMR

12-17-97   287#   98.0   See above message ———————————— GS

KAMEN, STEVEN          12-17-97          DR. ROCCHI/vrp

Comes in for eval of sore throat and a cough, achiness, temp of 100.6
today. He has a Hx of strep throat in the past.
EARS:            TM's clear bilaterally.
THROAT:          Erythematous.
NECK:            Mild adenopathy.
LUNGS:           Clear.
HEART:           Regular.

IMPRESSION:      TOnsillitis.
PLAN:            Treat with Cefzil for this. Give Robitussin AC for his
cough.

1-26-98 Dr Dimos re removal g cysts from neck 2.13-98  9:30 ————— 28

1-29-98 264 BP 118/60 pain L foot went to ER no fx gave
indocin swelling + pain went away now back————





**Precose™**
(acarbose tablets)
50 mg, 100 mg

**NIDDM management
from the first bite.**

Please see accompanying Prescribing Information.

Bayer
Pharmaceutical
Division
© January 1996 Bayer Corporation
All Rights Reserved.
Printed in USA. A09955

**BUTLER MEMORIAL HOSPITAL**
911 East Brady St.
Butler, PA  16001
**DEPARTMENT OF CARDIOLOGY**

---

**ECHOCARDIOGRAM REPORT**

---

KAMEN,STEVEN A                          ACCT#: 25690025      UNIT#: 323518
                                        DOB: 07/28/57        AGE: 40        SEX: M
LOC: OAS                    REG REF     ADM/REG: 06/06/98    SERV: 06/06/98
PROCEDURE: ECHOCARD DOPPLER
ATTENDING: MAHMOOD, ARSHAD               *                                    *
ORD DR: MAHMOOD, ARSHAD          *

---

*MEASUREMENTS:*                                      *NORMAL VALUES (ADULT):*

    MITRAL VALVE SLOPE              87                   80-150 MM/SEC.
    MITRAL VALVE EXCURSION         24                   OVER 20 MM
    LEFT ATRIAL SIZE               3.9                  1.9 - 3.8 CM
    AORTIC ROOT DIAMETER           3.2                  2 - 3.7 CM
    AORTIC VALVE DIMENSION         2.5                  2.6 - 2.6 CM
    IV SEPTUM THICKNESS            0.8                  0.7 - 1.2 CM
    POSTERIOR LV WALL THICKNESS    1.1                  0.7 - 1.2 CM
    RV END DIASTOLIC DIMENSION     ---                  1  - 2.6 CM (LL)

*LEFT VENTRICULAR INTERNAL DIMENSIONS:*

    END DIASTOLE                   6.4                  3.5 - 5.5 CM
    END SYSTOLE                    4.7                  2.5 - 4.0 CM
    END DIASTOLIC VOLUME           ---
    END SYSTOLIC VOLUME            ---
    STROKE VOLUME                  ---
    EJECTION FRACTION              50%

*INTERPRETATION*

*LEFT ATRIUM - Left atrium is normal in internal dimension.  No clot is seen.*
*MITRAL VALVE - Mitral valve cusps are thin walled and pliable.  They display*
*normal motion.  Doppler across the mitral valve demonstrates trivial mitral*
*regurgitation.*
*LEFT VENTRICLE - Left ventricle is mildly dilated.  The interventricular septal*
*wall and posterior wall are normal in thickness.  There is mild global*
*hypokinesia with overall ejection fraction 50%.*
*AORTIC ROOT - Aortic root is normal in internal dimension.  Aortic cusps are*
*thin walled and pliable.  They display normal motion.  Doppler across the aortic*
*valve is unremarkable.*
*RIGHT HEART STRUCTURES:  Right heart structures are within normal limits.  There*
*is mild tricuspid regurgitation.*

*IMPRESSION:*

1.  *Dilated left ventricle with mild global hypokinesia.*
2.  *Ejection fraction 50%.*

Additional copy                                              Page 1 of 2

BUTLER MEMORIAL HOSPITAL
911 East Brady St.
Butler, PA  16001
DEPARTMENT OF CARDIOLOGY

ECHOCARDIOGRAM REPORT

KAMEN,STEVEN A                          ACCT#: 25690025    UNIT#: 323518
                                        DOB: 07/28/57      AGE: 40      SEX: M
LOC: OAS                     REG REF    ADM/REG: 06/06/98  SERV: 06/06/98
PROCEDURE: ECHOCARD DOPPLER
ATTENDING: MAHMOOD, ARSHAD         *    FAMILY: ROCCHI, JOHN              *
ORD DR: MAHMOOD, ARSHAD              *


CC:   RAD-2
      ROCCHI


ROSR      :SW                  Physician Signature_____
DICT DATE: 06/07/98                             ROSENBLOOM, RICHARD
TRANS DATE: 06/08/98

Additional copy                                      Page 2 of 2

DI CUCCIO, MD & ASSOC

NOTES

*Handwritten:*
23-98  290#     Sinus Cong, HA r/wk. - Using
Tylenol Sinus- no improvement -CSR

---

**KAMEN, STEVE**   DOB: 7-28-57        11-23-98       DR. ROCCHI/vrp

Comes in for eval of nasal congestion, frontal headaches, maxillary
sinus tenderness for the past W. Over-the-counter things are not
helping.

PE: On exam TM's are clear. Nasal turbinates are red and swollen. There
is L sided maxillary sinus tenderness.
LUNGS: Clear.
HEART: Regular.

IMPRESSION: Sinusitis.
PLAN: Treat with Cefzil 500 mg b.i.d. for the first two days, then 250
mg b.i.d. for a total of 10 days. Also have him Nasarel nasal spray 2
puffs b.i.d. for the first 3-4 days, then once a day. F/u if no
improvement.

*Handwritten:*
12/16/98  284#
    F/UP, no better

---

*Handwritten:*
12-16-98  Dr Balouris today for visual field defect of L
eye -- Pt leaving office for appt - MRI of
Head c̄ & s̄ contrast r̄ visual field defect c̄ HA at
BMH on 12-16-98 at 11:30                          — cm
12-16-98  Pts. WIFE NOTIFIED MRI NL. (PDS)
12-22-98 -- Dr. Welker Re "chronic sinus problem" 12-30-98 at 3:30pm —cu

---

KAMEN, STEVE   DOB: 7-28-57   12-16-98      DR. ROCCHI/vrp

Comes in with L sided headache and complaints of decreased vision out of
L eye laterally mainly. He has had this for about 3 W. He was being
treated for a sinus infection, congestion and sinus pain and pressure on
L side; however, he has since developed decreased vision in this eye.

On exam the PERRL. ROMI. TM's clear. No facial asymetry.
Throat has mild erythema.
LUNGS: Clear.
HEART: Regular.
ABDOMEN: Soft. There are 2+ knee and ankle jerks, as well as 2+ biceps and
triceps. Good strength in the upper and lower extremities. No focal neuro
deficits.

IMPRESSION: Possible visual field defect.
Have him see Dr. Balouris today for further eval of this.
Check an MRI to r/o any kind of stroke causing this visual field defect.
See after this.

*Handwritten:* -99

X09147  BAYADCP0128

*Right margin vertical text:* inupexi / ClinForms 1-800-367-6798 ©1997

CliniForm

**PROGRESS NOTES**

NAME _____  SS# _____  PAGE # _____
ADDRESS _____
PHONE (HOME) _____ (WORK) _____ DATE OF BIRTH _____
DRUG ALLERGIES _____

| DATE | NOTES |
| --- | --- |

**KAMEN, STEVE**          4-23-98          DR. ROCCHI/vrp

Comes in with a sore L foot; it seems to be over the midfoot. On exam there is no significant erythema. There is tenderness there.  X-ray does not reveal any fracture.

IMPRESSION:     Arthritis vs stress fracture vs gout.
PLAN:           Start him on Relafen. If he does not improve, I will have him see Dr. Hootman for further eval.

*[handwritten:]*
10-6-98  Cancel. R/S  amF  qu
10-7-98  286  BP126/82  √  vp  RP
10-7-98  F/u c̄ DR Mahmood on 10-9-98 @ 2:00 for CP amF
10-9-98  Flu inj Comvax 098331U  0.5cc

**KAMEN, STEVEN**          10-7-98          DR. ROCCHI/vrp

Comes in for f/u. He has been feeling more tired than usual. He also had an episode of CP approx 1 W ago which lasted to about 20 min. This resolved with rest. He has been feeling more tired since being taken off his medicines for his heart.

PE: On exam the lungs are clear. Heart regular, w/o murmur. Abdomen soft. EKG reveals normal sinus rhythm with a rate of about 70's. He does not have any acute ischemic changes present. Because he is on Amiodarone will repeat a CXR. Will also repeat a thyroid panel. F/u with Dr. Mahmood to see about altering his medicines any. F/u with him after he sees Dr. Mahmood.

*[handwritten:]* 10-15-98 BP 124/70  F/u  qu  RP

**KAMEN, STEVEN**          10-15-98          DR. ROCCHI/vrp

In today for f/u. His stress test is about the same as last yrs. We discussed his cholesterol and will most like put him on medication for this. I will discuss all this with Dr. Mahmood. In addition, he has had a chronic dry cough, probably due to his Zestril. Discussed switching him over to angiotensin receptor blocker. I will be in touch with him by phone.

**nifedipine** EXTENDED RELEASE TABLETS    30 mg    60 mg    90 mg    Pharmaceutical Division

M M Prasad MD

NAME _____ Steven Kamen _____     DATE OF BIRTH _____

ADDRESS _____

PHONE (HOME) _____  (WORK) _____  MEDICATIONS _____

DRUG ALLERGIES _____

| DATE | NOTES | HT | WT | BP | P | T |
|------|-------|-----|-----|-----|-----|-----|
| 9-15-99 | Wt. 281# ↓up  108/78 | | | | | KC |
| 9-17-99 | Dr Grimes St Clair office 9.22.99 @ 2:00 re hyperthyroidism | | | | | |
| | Copy of 9-15-99 B/W faxed to Dr Grimes | | | | | |
| 9.17.99 | BrMH US of thyroid 9-20-99 @ 2:45 | | | | | |

**KAMEN, STEVE**    9-15-99    DR. ROCCHI/vrp

In today for f/u. He has had diarrhea, Wt loss, anxiousness, sweats, dry
mouth, increased polyuria, polydypsia. Mother and father both had
diabetes. His sister had her thyroid removed for some reason.

PE: BP stable.
HEENT unremarkable.
LUNGS: Clear.
HEART: Regular.
ABDOMEN: Soft. Nondistended. NABS. No masses noted.
Urinalysis neg.

IMPRESSION: Possible diabetes vs thyroid disease, less likely something
like the chromocytoma or carcinoid. Check a thyroid panel, MP, CBC. F/u
after this.

9-28-99  Wt. 273  BP 114/68   2 wk f/u, not feeling
well yet, still tired, sweat & chilled

9/28/99  Appt č D. Yost on Oct 1st at 3:00 dx: lesion on
upper mouth

                9-28-99          DR ROCCHI/ds
KAMEN, STEVEN

Comes in for f/u, still very sweaty, nervous and aggitated at
times.  Dr Grimes placed him on Capizole for this.  PE shows BP
stable.  Lungs clear.  Heart regular.  Abd soft.  Dicussed his
case with Dr Grimes, to see if he could recommend anything
further.  He has not any rashes, fevers.  There is a slight
reaction with
See him back as usual.  Continue his current meds.


Make it your goal standard  **LIPITOR**
atorvastatin calcium tablets

TAKING CHOLESTEROL TO NEW LOWS

Please see brief summary of prescribing information.

PARKE-DAVIS    © 1998 Warner-Lambert Company    PD-166-NJ-0231-A1(018)  810026     Pfizer

Prasad MD

Pfizer / California

**OFFICE VISITS**

NAME _Steven Kamen_   DATE OF BIRTH _7-28-57_

ADDRESS _____

PHONE (HOME) _____   (WORK) _____   MEDICATIONS _____

DRUG ALLERGIES _____

| DATE | NOTES | HT | WT | BP | P | T |
|------|-------|----|----|----|----|----|
| 7-1-99 | Wt. 244# BP 88/58 L 100/68 | | BP ✓, no problems today | | | 12 |

---

**KAMEN, STEVE**   7-1-99   DR. ROCCHI/vrp

Comes in for eval. He has been very sluggish and tired recently. He is on Lopressor 300 mg q.d. for HA. He also notes he has been depressed and his temper has been a problem.

PE: BP today is 100/68.
LUNGS: Clear
HEART: Regular. About 60/min.
ABDOMEN: Soft.

IMPRESSION: CAD and HTN.
PLAN: Continue his Avapro, but drop his Lopressor to 100 mg b.i.d.

   2. Hypercholesterolemia. He was started on Lipitor, but has not has his lipids checked recently.
PLAN: Get a lipid panel, AST-ALT, CPK.

   3. Depression.
PLAN: Start him on Zoloft 25 mg q.d. Increase to 50 mg q.d. in one W.

   4. F/u in 1 mo.

---

**KAMEN, STEVE**   DOB:7-28-57   8-6-99   DR. ROCCHI/vpr

Comes in for eval of several swollen lumps under each arm pit; he has had this off-and-on for most of the summer. They get sore at times and get more swollen then get less swollen. Denies any fevers or night sweats.

PE: There are several firm nodules, indurated areas on the axillary regions. They appear to be in the subcutaneous tissue, not deep into the axilla. They are freely mobile. They are tender. There is no surface erythema.

IMPRESSION: Probable folliculitis.
 Instructed him not to use deodorant, but to use warm compresses three to four times a day.

PLAN: Treat with Cefzil 500 mg b.i.d. x 10 days.
      F/u if these do not improve. He may need further eval and biopsy if they do not improve.

vastatin calcium
tablets

Please see brief summary of prescribing information.   **TAKING CHOLESTEROL TO NEW LOWS**

**PARKE-DAVIS**   © 1998 Warner-Lambert Company   PD-166-NJ-0231-A1(018)   810028   Pfizer

INTERNAL MEDICINE

**PROGRESS NOTES**

NAME *Steven Kamen*　　　SS# _____　PAGE # ____

ADDRESS _____

PHONE (HOME) _____ (WORK) _____ DATE OF BIRTH _____

DRUG ALLERGIES _____

| DATE | NOTES |
|------|-------|
| 9-15-00 | Pt seen - Dr. Mahmood is regulating Coumadin |
| 9/26/00 | Send letter to pt reg him to call our office Re 9/15 labs - We've attempted to call 9/19, 9/20, 9/21, 9/22 & 9/26 —— Dep |
| 9/29/00 | Notified of BW - re~ dig level　　CB |
| 10-11-00 | Wt-28A B/P 120/80 Coughing Congested. Nasal Congestion P-80 R~20 Afebrile. Nasal Drainage Gr/Yellow. —— ls |
| 10-23-00 | Wt 230⁺ Still Coughing, wheezing, Congestion in chest + sinus, sore throat off & on, no fever, started Oct 10, on A-2 |
| 10/28/00 | Notified pts wife of 10/26 labs - Cont. same Rx's & re~ √ PT 1 WK —— Dep |
| 11/2/00 | Spoke to pt told stool culture — (-) Dep will speak to Rocchi on where to go from here because diarrhea better but still bad - ME |
| 11/3/00 | Dr. Latulas's office - Appt ✗ Wed 11-29-00 @ 1:15 —— ls |
| 11/3/00 | Pt. notified of Lab results. —— ls |
| 11-16-00 | ok to have dental work ō abx per PCP. Ⓡ |

---

**KAMEN, STEVEN**　　10-11-00　　**DR. ROCCHI/ril**
Comes in for f/u. He has a cough & congestion, having some mild wheezing. On exam, lungs have some faint wheeze in the bases. Heart RRR. Abd soft.
IMP: Bronchitis. Treat with Cefzil 500 bid for 10 days & Robitussin AC 1-2 tsp q6h prn. See him back if no improvement.

---

**KAMEN, STEVEN**　　10-23-00　　**DR. ROCCHI/ril**
Comes in with cough & congestion for the last couple of wks. He was on Cefzil & did not get better. Since then he has had cardioversion at the Cleveland Clinic. Continues to have a cough, coughing up some brownish sputum. On exam, lungs have some faint rhonchi in the bases, otherwise are clear. Heart RRR now. His x-ray does not reveal any obvious pneumonia.
IMP: Bronchitis. Will have to check with his cardiologist to see what we can give him because of his new medication. Will be in touch with him by phone.



Published study results demonstrated:[1]

**DURATION OF ACTION INCREASED WITH DOSE OF ADDERALL®**

Please see full prescribing information on last pages. Adderall is a registered trademark of Shire Richwood Inc.

Shire Richwood Inc.



ADDERALL® (II)
5 mg, 10 mg, 20 mg & 30 mg TABLETS
(Mixed Salts of a Single-Entity Amphetamine Product)
Dextroamphetamine Sulfate    Amphetamine Sulfate
Dextroamphetamine Saccharate  Amphetamine Aspartate

✓Shire

Reference: 1. Swanson JM, Wigal S, Greenhill LL, et al. Analog classroom assessment of Adderall in children with ADHD. J Am Acad Child Adolesc Psychiatry. May 1998;37(5):519-526.

DATE   Notes

12/18/00  Flu Vaccine ① DeltoId

1/2/01  Appt c Dr. Demos on Jan 20th at 9:45 dx: mole change —

1-9-01  Spoke c pt. to advise Coumadin ↓ from 5mg/7.5mg alt to 5mg/5mg/7.5mg alt q 3days, pt states Dr. Mehmed called & ↓ to 5mg Qd — advised to have one dose Coumadin ↓

1/19/01  Wt. 300  B/P 118/80  Possible Bronchitis, Productive Cough y/Gr & Brown Mucous — Wheezing

**KAMEN, STEVEN        1-19-01        DR. ROCCHI/ril**
Comes in with cough & congestion, coughing up yellow sputum, wheezing a little bit. On exam, TM's are clear. Throat has mild erythema. Lungs have some faint, expiratory wheezes in the bases. Heart regular, rate & rhythm. Abdomen soft.

**IMP:** Bronchitis. Will treat with Levaquin 500 mg qd for 10 days, Robitussin AC 2tsp q6h. See him back if no improvement.

8-8-01  Advised to ↓ Coumadin to 5mg/7.5mg alt Qd —

5-16-02  Wt. 286⁴  Hiccups for 3 days - stopped 1 hr ago, Bu due - PT, rhinorrhea, sore throat d/d c w, some chest congestion, started over 2 wks ago

12/?/02  P 68





Published study results demonstrated:
**DURATION OF ACTION INCREASED WITH DOSE OF ADDERALL**

Shire Richwood Inc.

ADDERALL
5 mg, 10 mg, 20 mg & 30 mg TABLETS
Mixed Salts of a Single-Entity Amphetamine Product
Dextroamphetamine Sulfate        Amphetamine Sulfate
Dextroamphetamine Saccharate     Amphetamine Aspartate

Reference: 1. Swanson
Wigal S, Greenhill L, et al.
Analog classroom assessment
of Adderall in children with
ADHD. J Am Acad Child
Adolesc Psychiatry May
1998;37(5):519-526.

Please see full
prescribing information
on last pages.
Adderall is a registered
trademark of Shire
Richwood Inc.

**Shire**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**06/18/2003 - Office Visit: Sick Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Reason for visit:** sick call
**Chief Complaint:** Pt. has obsession with picking at skin
**History of Present Illness:** continues to have problems with picking at skin.  Has multiple lesions on arms and legs. Some are open .

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
**Social History (reviewed - no changes required):** divorced

## Risk Factors
**Tobacco use:** current
  **cigarettes:** yes
   **Counseled to quit/cut down:** yes
**Passive smoke exposure:** no
**Alcohol use:** yes
  **Average drink(s) per day:** 0
  **Type:** rum
**HIV high risk behavior:** no
**Seatbelt use:** 100 %

## Review of Systems
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Skin:** Complains of see HPI, rash, itching. Denies dryness, suspicious lesions.

## Vital Signs
**Weight:** 308 pounds
**Blood Pressure #1:** 134/94 mm Hg
**Blood Pressure #2:** 112/84 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**Carotid arteries:** pulses 2+, symmetric, no bruits
**Abdominal aorta:** no enlargement or bruits

**Skin**
**Inspection:** multiple scarred lesion on legs,arms

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Referral order of Dermatology (Derm) - Signed

**Signed by John R. Rocchi MD on 06/18/2003 at 10:04 AM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**12/02/2003 - Office Visit: Follow-up Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Reason for visit:** flup on cardiac cath , discuss meds
**Chief Complaint:** cough fro 2 days

## Risk Factors
**Tobacco use:** current
  **cigarettes:** yes
  **Counseled to quit/cut down:** yes

## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Cardiovascular:** Complains of peripheral edema. Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.

## Vital Signs
**Height:** 76 inches
**Weight:** 304 pounds
**Respirations:** 16
**Blood Pressure:** 116/82 mm Hg

## Calculations
**Body Mass Index:** 37.14

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Carotid arteries:** pulses 2+, symmetric, no bruits
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street Butler, PA 16001
724-282-1530 Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

## Assessment & Plan

**Assessment & Plan:** cardiomyopathy. Ef 30% which is decreased from previous.  To see Dr.  Mahmood next week .  Will also refer back the Cleveland Clinic.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Service order of Return to clinic in: (rto) - Signed

**Signed by John R. Rocchi MD on 12/02/2003 at 11:30 AM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**02/23/2004 - Office Visit: Sick Visit**
**Provider:** John R. Rocchi MD
**Location of Care:** William A. DiCuccio M.D. & Associates

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Reason for visit:** sick
**Chief Complaint:** f/u
**History of Present Illness:** pt comes in for HA, fever, sore throat, aches all over, started Fri. eve.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Complains of fevers, chills. Denies sweats, anorexia, fatigue, malaise, weight loss.
**Ears/Nose/Throat:** Complains of nasal congestion, sore throat. Denies earache, ear discharge, tinnitus, decreased hearing, nosebleeds, hoarseness, dysphagia.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.

## Vital Signs
**Height:** 76 inches
**Weight:** 297 pounds
**Pulse rate:** 68
**Respirations:** 16
**Blood Pressure:** 118/76 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Ears, Nose and Throat
**Otoscopic:** canals clear, tympanic membranes intact with good movement, no fluid
**Pharynx:** pharyngeal erythema

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

## Gastrointestinal

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**                          Home: (724)794-3143  Office: (717)865-5678
Male  DOB:07/28/1957                        Ins: Blue Cro (144)

**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

## Assessment & Plan
**Assessment & Plan:** sore throat- will treat  with levaquin and  short course of prednisone

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Test order of Rapid Strep Screen (RSS) - Signed

**Prescriptions:**
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed 02/23/2004 #1 x 0
        Entered, Authorized and Signed by:    John R. Rocchi MD
        Method used:   Printed then faxed to ...
                       Giant Eagle-CVM
                       1521 N. Main Street
                       Butler, PA  16001
                       Ph: 724-282-9160
                       Fax: 724-282-1648
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd 02/23/2004 #10 x 0
        Entered, Authorized and Signed by:    John R. Rocchi MD
        Method used:   Printed then faxed to ...
                       Giant Eagle-CVM

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

1521 N. Main Street
Butler, PA  16001
Ph: 724-282-9160
Fax: 724-282-1648

**Signed by John R. Rocchi MD on 02/23/2004 at 4:16 PM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

| Steven A Kamen | Home: (724)794-3143 Office: (717)865-5678 |
|---|---|
| Male  DOB:07/28/1957 | Ins: Blue Cro (144) |

**03/01/2004 - Office Visit: Sick Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Reason for visit:** sick
**Chief Complaint:** f/u
**History of Present Illness:** Pt comes in with c/o fever, sore throat, HAs very bad, not able to eat or sleep, muscles spasms in legs,  still on Levaquin - has 2 more days, ER visit Sat.  Has had headache which has been severe for past week.  Neck is sore.  Having muscle soreness.  Has had fever to 102  for 8 days.  Headache is the worst symptom now.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Complains of fevers, chills. Denies sweats, anorexia, fatigue, malaise, weight loss.
**Ears/Nose/Throat:** Complains of earache, sore throat.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Complains of cough.
**Gastrointestinal:** Complains of diarrhea.
**Musculoskeletal:** Complains of muscle cramps.

## Vital Signs
**Height:** 76 inches
**Weight:** 292 pounds
**Pulse rate:** 68
**Respirations:** 16
**Blood Pressure:** 108/78 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Ears, Nose and Throat
**Otoscopic:** tm's slightly bulging
**Pharynx:** pharyngeal erythema

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** occasional exp wheeze on right side

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street Butler, PA 16001
724-282-1530 Fax:

**Steven A Kamen**                    Home: (724)794-3143 Office: (717)865-5678
Male DOB:07/28/1957                                   Ins: Blue Cro (144)

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

## Assessment & Plan
**Assessment & Plan:** acute febrile illness- cause unclear. will admit for further eval and get spinal tap.
NO bed currently in hosptial. suggested going back to er. He would prefer to wait at home for a bed. will
test for influenza.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn

**New Orders:**
Added new Service order of No Charge For Visit (nc) - Signed
Added new Test order of Other Lab Test (Other) - Signed

**Prescriptions:**
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn 03/01/2004 #50 x
1
      Entered, Authorized and Signed by:     John R. Rocchi MD

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

Method used:    Printed then faxed to ...
                Giant Eagle-CVM
                1521 N. Main Street
                Butler, PA  16001
                Ph: 724-282-9160
                Fax: 724-282-1648


**Signed by John R. Rocchi MD on 03/01/2004 at 3:12 PM**

William A. DiCuccio M.D. & Associates
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

03/05/2004 - Office Visit: Follow-up Visit
Provider: John R. Rocchi MD
Location of Care: William A. DiCuccio M.D. & Associates

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** follow up
**Chief Complaint:** follow up hosp
**History of Present Illness:** Headaches not as frequent but just as severe.  Had one episode of diarrhea last night.  Still has sore throat.   Has abd distension and diffuse pain.  Was in hospital with viral meningitis.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Complains of see HPI, fevers. Denies chills, sweats, anorexia, fatigue, malaise, weight loss.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Complains of nausea, diarrhea, abdominal pain.

## Vital Signs
**Height:** 76 inches
**Weight:** 295 pounds
**Pulse rate:** 78
**Respirations:** 16
**Blood Pressure:** 120/70 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 2
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**Liver and spleen:** no enlargement or nodularity

## Assessment & Plan
**Assessment & Plan:** abd pain- xray with few air fluid levels, schedule ct scan.  Start ppi.

very anxious - start ativan

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
ATIVAN 1 MG TAB (LORAZEPAM) 1 po tid prn

**New Orders:**
Added new Test order of Abd Series Acute (CPT-74022) - Signed
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Service order of Return to clinic in: (rto) - Signed
Added new Test order of CT abd/pelvis w& w/o (CPT-74170) - Signed

**Prescriptions:**
ATIVAN 1 MG TAB (LORAZEPAM) 1 po tid prn 03/05/2004 #30 x 3
        Entered, Authorized and Signed by:      John R. Rocchi MD
        Method used:    Printed then faxed to ...
                        Giant Eagle-CVM

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

1521 N. Main Street
Butler, PA  16001
Ph: 724-282-9160
Fax: 724-282-1648

**Signed by John R. Rocchi MD on 03/05/2004 at 10:05 AM**

William A. DiCuccio M.D. & Associates
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

03/17/2004 - Office Visit: Follow-up Visit
**Provider:** John R. Rocchi MD
**Location of Care: William A. DiCuccio M.D. & Associates**

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** f/u
**Chief Complaint:** f/u
**History of Present Illness:** Pt comes in for follow up apt. after seeing Dr. Magill,  still feeling bad. Feels tired and achy.

Has had difficulty keeping right eye closed.  Eyelid feels weak.  He also he had problems sucking a through a straw and he thinks his smile is asymmetric.

Did see Dr. McGill who feels he did have viral meningitis and diverticulitis and he put the pt on antibiotics for the diverticulitis.  He was also concerned that his symptoms may be consistent with primary HIV infection.  Hiv is still pending.

## Risk Factors

## Review of Systems
**General:** Complains of chills, fatigue, malaise, weight loss. Denies fevers, sweats, anorexia.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Neurologic:** Complains of see HPI, paresthesias.

## Vital Signs
**Height:** 76 inches
**Weight:** 274 pounds
**Pulse rate:** 76
**Respirations:** 16
**Blood Pressure:** 136/92 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Eyes
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light and accommodation

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**                        Home: (724)794-3143 Office: (717)865-5678
Male  DOB:07/28/1957                                    Ins: Blue Cro (144)

Carotid arteries: pulses 2+, symmetric, no bruits

**Gastrointestinal**
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

**Neurologic**
**Cranial nerves:** has decreased ability to wrinkle forehead on right and strength of right eye muscles less than on left.  He also does have some right sided mouth asymmetry.

## Assessment & Plan
**Assessment & Plan:** viral illness with meningitis and now Bell's Palsy.  Discussed with Dr. McGill.  Since he has had this for about a week he did not think treating with acycolovir would not be helpful.  Also waiting for hiv to return.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
ATIVAN 1 MG TAB (LORAZEPAM) 1 po tid prn

**New Orders:**
Added new Service order of No Charge For Visit (nc) - Signed

William A. DiCuccio M.D. & Associates Case A:06-cv-01006-DWA Associatent 26-7    Filed 02/26/2008    Page 63 of 82
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

August 3, 2005
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

Signed by John R. Rocchi MD on 03/17/2004 at 4:19 PM

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**03/25/2004 - Office Visit: Follow-up Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** f/u
**Chief Complaint:** f/u
**History of Present Illness:** Pt comes in for 1 wk follow up, still cold and nauseated some, eating better. Feeling some better.  Not having fevers anymore.  Still having trouble sleeping.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Complains of fatigue, malaise, weight loss. Denies fevers, chills, sweats, anorexia.
**Ears/Nose/Throat:** Complains of hoarseness.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.

## Vital Signs
**Height:** 76 inches
**Weight:** 263 pounds
**Pulse rate:** 72
**Respirations:** 16
**Blood Pressure:** 122/84 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Carotid arteries:** pulses 2+, symmetric, no bruits
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal

William A. DiCuccio M.D. & Associates
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

Liver and spleen: no enlargement or nodularity

## Assessment & Plan
Assessment & Plan: viral illness.  Awaiting viral lode for HIV.  For follow up with Dr. McGill.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia

**New Orders:**
Added new Service order of Est 99212 (CPT-99212) - Signed
Added new Service order of Return to clinic in: (rto) - Signed

## Prescriptions:
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia 03/25/2004 #15 x 3
    Entered, Authorized and Signed by:    John R. Rocchi MD
    Method used:    Printed then faxed to ...
           Giant Eagle-CVM
           1521 N. Main Street
           Butler, PA  16001
           Ph: 724-282-9160
           Fax: 724-282-1648

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**Signed by John R. Rocchi MD on 03/25/2004 at 10:05 AM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957
Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**04/12/2004 - Office Visit: Follow-up Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** f/u
**Chief Complaint:** f/u
**History of Present Illness:** Pt comes in for 2 wk follow up, voice still bad, unable to sleep at night.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Complains of weight loss. Denies fevers, chills, sweats, anorexia, fatigue, malaise. Has not lost any more weight

## Vital Signs
**Height:** 76 inches
**Weight:** 260 pounds
**Pulse rate:** 60
**Respirations:** 16
**Blood Pressure:** 108/70 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

## Assessment & Plan

**Problem List:**

William A. DiCuccio M.D. & Associates
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 11/2 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
MEDROL (PAK) 4 MG TAB (METHYLPREDNISOLONE) as directed
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia

**New Orders:**
Added new Service order of Est 99212 (CPT-99212) - Signed

**Signed by John R. Rocchi MD on 04/12/2004 at 1:53 PM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**08/03/2004 - Office Visit: Follow-up Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Chief Complaint:** f/u
**History of Present Illness:** Dr McGill wants him to have some injections and he needs some Rx.  Feels pretty good.  Back to work.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** had some sweats last week , these have resolved
**Cardiovascular:** Complains of palpitations. Denies chest pains, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.

## Vital Signs
**Height:** 76 inches
**Weight:** 280 pounds
**Pulse rate:** 60
**Pulse rhythm:** regular
**Respirations:** 16
**Blood Pressure:** 110/82 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**                                    Home: (724)794-3143 Office: (717)865-5678
Male  DOB:07/28/1957                                          Ins: Blue Cro (144)

## Assessment & Plan
**Assessment & Plan:** cv - stable, continue same meds

HIV + continue to follow with Dr. McGill,   will vaccinate hepB and pneumovax

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
FEBRILE ILLNESS (ICD-780.6)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) q.d.
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn

**New Orders:**
Added new Service order of Hepatitis B (>20) (CPT-90746) - Signed
Added new Service order of Pneumovax (CPT-90732) - Signed
Added new Test order of INR (CPT-85610) - Signed
Added new Test order of Fasting Lipids (CPT-80061) - Signed
Added new Test order of CMP (CPT-80053) - Signed
Added new Test order of CPK (CPT-82550) - Signed
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Service order of Return to clinic in: (rto) - Signed

## Prescriptions:
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn  #50 x 1
        Entered and Authorized by:    John R. Rocchi MD
        Signed by:    John R. Rocchi MD on 08/03/2004

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**                                    Home: (724)794-3143 Office: (717)865-5678
Male  DOB:07/28/1957                                                         Ins: Blue Cro (144)

Method used:    Printed then faxed to ...
                Giant Eagle-CVM
                1521 N. Main Street
                Butler, PA  16001
                Ph: 724-282-9160
                Fax: 724-282-1648
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn  #50 x 1
    Entered and Authorized by:      John R. Rocchi MD
    Signed by:      John R. Rocchi MD on 08/03/2004
    Method used:    Printed then faxed to ...
                    Giant Eagle-CVM
                    1521 N. Main Street
                    Butler, PA  16001
                    Ph: 724-282-9160
                    Fax: 724-282-1648
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd  #90 x 3
    Entered and Authorized by:      John R. Rocchi MD
    Signed by:      John R. Rocchi MD on 08/03/2004
    Method used:    Printed then faxed to ...
                    Giant Eagle-CVM
                    1521 N. Main Street
                    Butler, PA  16001
                    Ph: 724-282-9160
                    Fax: 724-282-1648

**Signed by John R. Rocchi MD on 08/03/2004 at 11:21 AM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 1
Chart Document

| Steven A Kamen | Home: (724)794-3143 Office: (717)865-5678 |
|---|---|
| Male  DOB:07/28/1957 | Ins: Blue Cro (144) |

**10/19/2004 - Office Visit: Follow-up Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Chief Complaint:** f/u
**History of Present Illness:** Car accident on Thursday - follow up to ER visit. - Whip lash , back pain and
lt shoulder pain Neck and shoulder still bother him.  Was rear ended while at a stop.  Neck and left
shoulder still sore.  Had many xrays in er. Xrays with some degenerative changes of neck and lumbar
spine.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND,
peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Musculoskeletal:** Complains of see HPI, back pain, stiffness.

## Vital Signs
**Height:** 76 inches
**Weight:** 284 pounds
**Pulse rate:** 70
**Respirations:** 16
**Blood Pressure:** 120/72 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

| Steven A Kamen | Home: (724)794-3143 Office: (717)865-5678 |
|---|---|
| Male  DOB:07/28/1957 | Ins: Blue Cro (144) |

**Liver and spleen:** no enlargement or nodularity

## Musculoskeletal
**Head and neck:** tender over lateral left neck muscles.  Tender over upper left anterior chest and colar bone.  Slight decrease in rom of neck.   NO real bruising over this area.

## Assessment & Plan
**Assessment & Plan:** neck, left upper chest and shoulder contusion - continue analgesia prn.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)
NECK PAIN (ICD-723.1)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) 1 po qd
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed

**Signed by John R. Rocchi MD on 10/19/2004 at 3:39 PM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957
Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**11/12/2004 - Office Visit: Sick Visit**
**Provider:** John R. Rocchi MD
**Location of Care:** William A. DiCuccio M.D. & Associates

## OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** headache X 1 1/2 weeks
**History of Present Illness:** Throbbing on top of head - constant.   Headache is dull but throbbiing at times.  Tylenol hasn
t helped much.  Tylenon pm helped some.  Was in mva about 2 weeks before headache started.  Thinks vision is getting worse has trouble seeing close up.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Eyes:** Complains of see HPI. Denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.

## Vital Signs
**Height:** 76 inches
**Weight:** 280 pounds
**Pulse rate:** 60
**Respirations:** 14
**Blood Pressure:** 110/80 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Eyes
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light and accommodation
**Ophthalmoscopic:** discs sharp and flat, no a/v nicking, hemorrhages, or exudates

## Ears, Nose and Throat
**Otoscopic:** canals clear, tympanic membranes intact with good movement, no fluid
**Pharynx:** tongue normal, posterior pharynx without erythema or exudate

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 2
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

### Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

### Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

### Assessment & Plan
**Assessment & Plan:** headache - he will get his eyes check.  Will have him try fioricet.   If headaches worsen will require further eval.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)
NECK PAIN (ICD-723.1)
HEADACHE (ICD-784.0)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) 1 po qd
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn
FIORICET 325-50-40 MG TAB (ACETAMINOPHEN-CAFF-BUTALBITAL) 1 po q6hrs prn pain

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed

**Prescriptions:**
FIORICET 325-50-40 MG TAB (ACETAMINOPHEN-CAFF-BUTALBITAL) 1 po q6hrs prn pain  #30 x 1
        Entered and Authorized by:      John R. Rocchi MD

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

Signed by:      John R. Rocchi MD on 11/12/2004
Method used:    Printed then faxed to ...
                Giant Eagle-CVM
                1521 N. Main Street
                Butler, PA  16001
                Ph: 724-282-9160
                Fax: 724-282-1648


**Signed by John R. Rocchi MD on 11/12/2004 at 11:02 AM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**12/02/2004 - Office Visit: Follow-up**
**Provider:** John R. Rocchi MD
**Location of Care:** William A. DiCuccio M.D. & Associates

OFFICE VISIT
## History of Present Illness
**History from:** patient
**Reason for visit:** routine follow-up
**Chief Complaint:** F/U Headaches c/o headaces are not any better.
**History of Present Illness:** Headaches had gotten a little better for a while.  Now has headaches more again.  Headache is dull and on top of head.  Not severe though.  Had throat culture positive for non group A strep.  Was not treated since he was getting better.  Not having fever.  No visual.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors
**Cigarettes:** YES  packs/day  **Passive Smoke Exposure:** no **Alchol use:** 0
**Seatbelt use:** 100
## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Neurologic:** Denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.

## Vital Signs
**Height:** 76 inches
**Weight:** 294 pounds
**Pulse rate:** 68
**Pulse rhythm:** regular
**Respirations:** 16
**Blood Pressure:** 112/70 mm Hg

## Calculations
**Body Mass Index:** 35.92

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Eyes
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light and accommodation
**Ophthalmoscopic:** discs sharp and flat, no a/v nicking, hemorrhages, or exudates

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143  Office: (717)865-5678
Ins: Blue Cro (144)

**Ears, Nose and Throat**
**Otoscopic:** canals clear, tympanic membranes intact with good movement, no fluid
**Pharynx:** pharyngeal erythema

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

**Cardiovascular**
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Gastrointestinal**
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

**Assessment & Plan**
**Assessment & Plan:** headache - ? due to throat, does get headaches with strep throat, will treat with course of antibiotic.  He is to see Dr. Mcgill in several weeks.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)
NECK PAIN (ICD-723.1)
HEADACHE (ICD-784.0)
PHARYNGITIS, ACUTE (ICD-462)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) 1 po qd
AVAPRO 150 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn
FIORICET 325-50-40 MG TAB (ACETAMINOPHEN-CAFF-BUTALBITAL) 1 po q6hrs prn pain
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd

**New Orders:**
Added new Test order of Other Lab Test (Other) - Signed
Added new Service order of Est 99213 (CPT-99213) - Signed


**Prescriptions:**
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd  #10 x 0
      Entered and Authorized by:     John R. Rocchi MD
      Signed by:     John R. Rocchi MD on 12/02/2004
      Method used:     Printed then faxed to ...
              Giant Eagle-CVM
              1521 N. Main Street
              Butler, PA  16001
              Ph: 724-282-9160
              Fax: 724-282-1648


**Signed by John R. Rocchi MD on 12/02/2004 at 1:04 PM**

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August  3, 2005*
Page 1
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**04/15/2005 - Office Visit: Sick Visit**
**Provider: John R. Rocchi MD**
**Location of Care: William A. DiCuccio M.D. & Associates**

**OFFICE VISIT**
## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** lump on right side of neck. painful started last night
**History of Present Illness:** Has a lump on anterior right neck, first noticed last night, is tender to palpation.  No fever.  Does have  a cat.  Painful to touch.

## Past, Family, and Social History
**Past History (reviewed - no changes required):** 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
**Social History (reviewed - no changes required):** divorced

## Risk Factors

## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Ears/Nose/Throat:** Denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Heme/Lymphatic:** Complains of see HPI, enlarged lymph nodes. Denies abnormal bruising, bleeding.

## Vital Signs
**Height:** 76 inches
**Weight:** 296 pounds
**Pulse rate:** 60
**Respirations:** 16
**Blood Pressure:** 130/80 mm Hg

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Ears, Nose and Throat
**Otoscopic:** canals clear, tympanic membranes intact with good movement, no fluid
**Pharynx:** tongue normal, posterior pharynx without erythema or exudate

## Neck
**Neck:** tender enlarged probable lymph node

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 2
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Gastrointestinal**
**Abdomen:** soft, non-tender, no masses, bowel sounds normal
**Liver and spleen:** no enlargement or nodularity

**Lymphatic**
**Neck:** anterior cervical adenopathy 2 cm, tender, nonfluctuant

**Assessment & Plan**
**Assessment & Plan:**
lymphadenitis - localized to right anterior neck.  will screen for cat scratch and toxoplasmosis.  Will treat with zpak, follow if no better.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)
NECK PAIN (ICD-723.1)
HEADACHE (ICD-784.0)
PHARYNGITIS, ACUTE (ICD-462)
LYMPHADENITIS, ACUTE (ICD-683)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) 1 po qd
* AVAPRO 300 MG TAB (IRBESARTAN) q.d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn
FIORICET 325-50-40 MG TAB (ACETAMINOPHEN-CAFF-BUTALBITAL) 1 po q6hrs prn pain
LEVAQUIN 500 MG TAB (LEVOFLOXACIN) 1 po qd
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street  Butler, PA 16001
724-282-1530  Fax:

*August 3, 2005*
Page 3
Chart Document

**Steven A Kamen**
Male  DOB:07/28/1957

Home: (724)794-3143 Office: (717)865-5678
Ins: Blue Cro (144)

COUMADIN 2.5 MG TAB (WARFARIN SODIUM) 1 po qd
COUMADIN 5 MG TAB (WARFARIN SODIUM) as directed
METOPROLOL TARTRATE 25 MG TABS (METOPROLOL TARTRATE) 1 po qd
ZITHROMAX Z-PAK 250 MG TAB (AZITHROMYCIN) as directed

**New Orders:**
Added new Test order of Other Lab Test (Other) - Signed
Added new Service order of Est 99213 (CPT-99213) - Signed
Added new Test order of INR (CPT-85610) - Signed

**Prescriptions:**
ZITHROMAX Z-PAK 250 MG TAB (AZITHROMYCIN) as directed  #1 x 0
        Entered and Authorized by:      John R. Rocchi MD
        Signed by:     John R. Rocchi MD on 04/15/2005
        Method used:   Printed then faxed to ...
                       Giant Eagle-CVM
                       1521 N. Main Street
                       Butler, PA  16001
                       Ph: 724-282-9160
                       Fax: 724-282-1648

**Signed by John R. Rocchi MD on 04/15/2005 at 11:09 AM**