IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | Civil Action No. 1:06CV01063 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION, WITH CONSENT, FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

AND NOW COMES Plaintiff, Steven A. Kamen, by and through his counsel, and respectfully asks for an extension of time to file his Response to Defendants' Motion for Summary Judgment at Civil Action No. 06-01063.

Plaintiff's Response was due March 11, 2008. However, Plaintiff and Plaintiff's counsel are in need of additional time in which to coordinate their Response. A short extension of time, or until March 31, 2008, will be sufficient to complete the Response.

WHEREFORE, it is respectfully requested Plaintiff be given an extension of time, or until March 31, 2008, to file his Response. Counsel for Defendants has been contacted and consents to this Motion for Extension of Time. A proposed order is attached.

        Respectfully submitted,

        VALAD & VECCHIONE, PLLC


         /s/
        John J. Vecchione, Esquire
        DC Bar # 431764
        3863 Plaza Dr.
        Fairfax, Virginia 22030
        (703) 352-4800

        *Counsel for Plaintiff*
        *Steven A. Kamen*

DATED: March 12, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2008 I caused a true and correct copy of the foregoing to be delivered by and filed pursuant to ECF on the following person:

  Terry R. Yellig, Esq.
  Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
  908 Seventh Street, N.W.
  Suite 1000
  Washington, DC 20001
  Tel. (202) 785-9300

*Counsel for Defendants International Brotherhood of Electrical Workers, and Edwin D. Hill*

                /s/
                John J Vecchione, Esquire