IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. KAMEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01063 |
| | ) | |
| v. | ) | JUDGE ROSEMARY M. COLLYER |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW) and EDWIN D. HILL, an individual, | ) ) ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, upon review of Plaintiff's Motion, With Consent, for Extension of Time to File Response to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff must file his response on or before March 31, 2008. All other dates in the current Case Management Order remain in effect.

Dated: _____          _____
                                                                    Rosemary M. Collyer, USDJ