IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | |
| Plaintiff, ) | Civil Action No.  1:06cv01063 (RMC) |
| ) | |
| v. ) | JUDGE ROSEMARY M. COLLYER |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual, ) | Electronically Filed |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO EXTEND THE TIME FOR OPPOSING DISPOSITIVE MOTION

The Court issued a Scheduling Order in this matter on October 19, 2007 (Document 23) requiring a showing of good cause and leave of Court for any extension of time in the briefing of dispositive motions.

On January 10, 2008, the Court granted Defendants' unopposed motion to extend the time in which to file a dispositive motion on behalf of Defendants until February 22, 2008 (Minute Entry Order 1/11/08).  Counsel for Plaintiff did not object to the extension of time until February 26, 2008.  Plaintiff's response was then extended until March 11, 2008.  Plaintiff now seeks an extension of time to file his response for the following good and necessary reasons:

1)  The extensive nature of the Motion for Summary Judgment - the facts alleged therein have required significant effort that cannot be completed within the short two-week period;

2)  Plaintiff's counsel is awaiting Answers to Admissions timely served on Defendants. Defendants' counsel has represented these Answers will be provided before the end of March. Plaintiff's counsel needs these Answers in order to respond properly to the pending Motion for Summary Judgment;

3)  Plaintiff's counsel and Plaintiff have had difficultly coordinating the response to the Motion for Summary Judgment because of an extremely heavy schedule by Plaintiff's counsel (hearings in other federal court cases);

4)  Insufficient time to both review the Motion for Summary Judgment, with attachments, coordinate a response and obtain necessary affidavits from Plaintiff and certain witnesses; and,

5)  There has been insufficient time to coordinate the response with local counsel, coordination that is important prior to the filing of the opposition.

Notwithstanding the Parties' good faith efforts to comply with the Court's Scheduling Order, for the above-stated reasons, Plaintiff requires additional time, or until April 7, 2008, to

file his Response to Defendants' Motion for Summary Judgment.

                                              Respectfully submitted,

                                              s/Joseph H. Chivers
                                              Joseph H. Chivers, Esquire
                                              PA ID No. 39184
                                              Suite 600, 312 Boulevard of the Allies
                                              Pittsburgh, PA 15222-1923
                                              jchivers@employmentrightsgroup.com
                                              (412) 227-0763 / (412) 281-8481 FAX

                                              Counsel for Plaintiff
                                              Steven A. Kamen


                                              s/Bart T. Valad
                                              s/John Vecchione
                                              Bart T. Valad, Esquire
                                              DC ID No. 462814
                                              John Vecchione, Esquire
                                              Valad & Vecchione, PLLC
                                              3863 Plaza Drive
                                              Fairfax, VA 22030
                                              (703) 352-4800

                                              Local Counsel for Plaintiff
                                              Steven A. Kamen

DATE: <u>March 14, 2008</u>