1

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
                           - - -

        STEVEN A. KAMEN,          :CIVIL ACTION
               Plaintiff          :
                                  :
              vs.                 :
                                  :
        INTERNATIONAL BROTHERHOOD :
        OF ELECTRICAL WORKERS     :
        (IBEW) and EDWIN D. HILL, :
        an individual,            :
               Defendants         :NO. 1:06cv01063(RMC)

                           - - -
                Tuesday, October 30, 2007
                 Philadelphia, Pennsylvania

                           - - -

              Deposition of WYATT EARP, taken
        pursuant to notice, at the offices of Varallo,
        Incorporated, 1835 Market Street, Suite 600,
        on the above date, beginning at approximately
        2:00 p.m., before Kimberly Kupsey,
        Professional Reporter and Notary Public.
                           - - -

                V A R A L L O   INCORPORATED
                1835 Market Street, Suite 600
                     Philadelphia, PA 19103
                215.561.2220   215.567.2670
```

2

```
 1
 2    APPEARANCES:
 3       JOSEPH H. CHIVERS, ESQUIRE
         The Employment Rights Group
 4          312 Boulevard of the Allies
            Pittsburgh, PA 15222
 5
            Counsel for Plaintiff
 6
         TERRY R. YELLIG, ESQUIRE
 7       Sherman, Dunn, Cohen, Leifer
         & Yellig, P.C.
 8          Suite 1000
            900 Seventh Street, N.W.
 9          Washington, D.C. 20001
10          Counsel for Defendants
11
12
13            - - -
14
15
16
17
18
19
20
21
22
23
24    (Index at end of transcript.)
25
```

3

```
 1
 2          WYATT EARP, having been duly sworn,
 3    was examined and testified as follows:
 4    BY MR. CHIVERS:
 5       Q.  Would you state and spell your name
 6    for the record, please?
 7       A.  Wyatt Earp.  W-Y-A-T-T.  Last name
 8    E-A-R-P.
 9       Q.  Mr. Earp, have you ever given a
10    deposition before?
11       A.  Yes.
12       Q.  All right.  I'll go over the ground
13    rules just to refresh your memory on this
14    thing.
15       A.  Okay.
16       Q.  First, do you understand that you're
17    under oath?
18       A.  Yes.
19       Q.  And that means that if you were to
20    knowingly misrepresent, mislead, you could be
21    subject to penalties of perjury.
22          Do you understand that?
23       A.  Yes.
24       Q.  All right.  The other thing is
25    because the court reporter is here taking
```

4

```
 1          Wyatt Earp
 2    everything down translating what you're
 3    saying, you need to be verbal.  So, if I ask
 4    you a question, do your best, because
 5    conversationally you know how it goes, people
 6    nod or shake their head.  Make an effort to
 7    answer verbally, okay?
 8       A.  Yes.
 9       Q.  Also, don't be timid.  I want my
10    depositions at the end I want them to be
11    understandable.  So, if I ask you a question
12    and you don't understand a word, a phrase, the
13    context, I don't care.  You tell me.
14          Otherwise, if you answer my
15    questions, when you go back later and read
16    this transcript, it will look as though you
17    fully understood the question.
18       A.  Okay.
19       Q.  Now, there's no reason why you can't
20    hear, understand and testify?  You're not ill,
21    on prescription medication, nothing like that?
22       A.  No.
23       Q.  Okay.  Did you do anything to get
24    ready for the deposition?  Did you look at
25    documents?  Did you talk to anybody, anything
```

1 (Pages 1 to 4)

5

Wyatt Earp

1
2  like that?
3      A.  I got your correspondence from my
4  wife and I was out of town when she told me it
5  came in and I guess I knew to call Terry.  I'm
6  thinking if I had a voice mail from Terry.
7  So, I called him first, because I recognized
8  the name, and he informed me that he wasn't my
9  attorney, but other than that he felt that it
10  made sense that I showed up, but he didn't
11  give that to me as advice.
12      Q.  Your point is he didn't tell you
13  what to say.
14      A.  Right.
15      Q.  Now, I am going to ask you a bunch
16  of questions about your work and also about
17  Steve Kamen.  You know Steven, don't you?
18      A.  Yes, I do.
19      Q.  You've known him for some years,
20  correct?
21      A.  Yes.
22      Q.  When did you start to work for the
23  IBEW?
24      A.  You told me not to prepare.  About
25  nine years ago.  You probably know that better

6

Wyatt Earp

1
2  than I do, but roughly nine years ago.  Do we
3  have that somewhere?
4      Q.  I'm not going to make it an exhibit,
5  but you can just read it in.  What's your --
6      A.  5/1/98.
7      Q.  All right.  5/1/98 you started the
8  work.  When you started the work, what was
9  your job?
10      A.  International Representative.
11      Q.  Did you become a Senior
12  International Rep at some point?  Did you get
13  a promotion or is there such a thing?
14      A.  There's an automatic -- I shouldn't
15  say -- I mean, there's not a lot of discussion
16  within people of Senior Rep position.  It's
17  just a pay raise from the first three years, I
18  believe.
19      Q.  So, to the best of your
20  recollection, some time in maybe 2001 you
21  became a Senior International Rep?
22      A.  Sounds correct.
23      Q.  Okay.  Do you know what Steve
24  Kamen's title was?
25      A.  I would assume that it was Senior

7

Wyatt Earp

1
2  International Rep, that we had the same status
3  to the best of my knowledge.
4      Q.  Okay.  That's what I'm asking.  I
5  mean, at least so far as you were aware, you
6  were a Ssenior International Rep and Steve was
7  an International Rep, correct?
8      A.  Yes.
9      Q.  You guys had the same boss, didn't
10  you, Mr. Siegel?
11      A.  Yes.  And before that Mr. Rossa.
12      Q.  So, both you and Steve reported
13  first to Mr. Russel and then --
14      A.  Rossa.  R-O-S-S-A.
15      Q.  Mr. Rossa.  Thanks.  And then to Mr.
16  Siegel.
17      A.  Correct.
18      Q.  And that's the Third District,
19  correct?
20      A.  Yes.
21      Q.  Mr. Siegel is located in Pittsburgh.
22      A.  Coraopolis.
23      Q.  Coraopolis, oh my.
24      A.  Just trying my --
25      Q.  That's funny.  So, as a Senior

8

Wyatt Earp

1
2  International Representative for the IBEW,
3  what was your primary duties?
4      A.  Interact with the locals and...
5      Q.  You supported the locals?
6      A.  Supported the local unions.
7      Q.  And did what to support the locals?
8  What does that mean?
9      A.  If they had a problem, they couldn't
10  either figure out an issue, how to best handle
11  it, I may lend some expertise and experience.
12  If there was a member who had a concern and
13  they weren't happy with what the local gave
14  them, I may interact with the local union
15  member.
16      Q.  Were you a liaison with the
17  International for the locals?  Did you act as
18  a liaison where you assisted them in resolving
19  things through the International?
20      A.  I work for the International, but
21  yes, if there was a problem or a concern or a
22  question, the locals contact me often times
23  directly, and I can deal with their problem
24  directly, or they may give me something that
25  they want me to let the Vice President know.

2 (Pages 5 to 8)

9

Wyatt Earp

1
2    Q.  Now, do you have a geographic area?
3    A.  Yes.
4    Q.  What is your geographic area?
5    A.  Basically, it's New Jersey and
6    because -- it actually goes by local union
7    jurisdiction, which means some of my locals
8    cover into eastern Pennsylvania up to I have a
9    maintenance local that actually goes to right
10   around Harrisburg is right around where their
11   jurisdiction stops.
12   Q.  Do you have any other states other
13   than New Jersey and Pennsylvania?
14   A.  No, not right -- I mean, I've worked
15   in Delaware to help out.  We cover the four
16   states, so if something happened in New York
17   and somebody wasn't there, I could get asked
18   to go up and handle something.  I've taught
19   some classes throughout the whole district.
20   Q.  So, for example, if it came to where
21   Steve Kamen or Steve Kamen's locals in the
22   Pennsylvania area needed some assistance and
23   he couldn't provide that assistance, you might
24   be called in to help?
25   A.  It wouldn't be impossible, but it

10

Wyatt Earp

1
2    would be unlikely.  Generally, it's
3    construction, maintenance ties into
4    construction.  Steve did more manufacturing or
5    in that type of -- I mean, he did different
6    type stuff.
7    Q.  He had different types of locals,
8    but you both had the same title, correct?
9    A.  Yes.
10   Q.  And you both reported to the same
11   manager.
12   A.  Yes.  To my knowledge anyway.
13   Q.  So far as you know.  I don't expect
14   -- look, when you answer these questions --
15   A.  To the best of my knowledge.
16   Q.  That's right.  Now, during the
17   period of time let's take from 1998 until now,
18   who has been the President of the
19   International?
20   A.  President Jack Barry was when I
21   first came on staff in '98 and President Edwin
22   D. Hill.
23   Q.  Do you remember when Mr. Hill became
24   President?  I'll tell you that I've got a
25   letter that shows he was President certainly

11

Wyatt Earp

1
2    as early as May of 2002.
3    A.  Yes, he was President by May of
4    2002.
5    Q.  Okay.  Now, as an International
6    Representative do you have certain types of
7    reports that you are required to prepare on a
8    regular basis?
9    A.  Yes.
10   Q.  Please tell me what those reports
11   are.
12   A.  There's a weekly report that we are
13   required to do and then there's a bi-weekly
14   expense report.
15   Q.  And the weekly report, is there a
16   specific kind of report that it's called?  Is
17   it a work report?  Is it just a weekly report?
18   A.  I call it a weekly report.
19   Q.  So far as you know that's what
20   everybody calls it?
21   A.  Yes.
22   Q.  What are you supposed to put on the
23   weekly report?
24   A.  It's a recap of your weekly
25   activities.

12

Wyatt Earp

1
2    Q.  Give me an example.  I don't have
3    any in front of me, so I'm not really...
4    A.  Met with somebody from a certain
5    local.  Discussed an issue they were having
6    with, in my case, a contractor, a developer
7    possibly using nonunion labor and how I might
8    be able to interact with that and if there was
9    a resolution or at least what advice I gave
10   the local.
11   Q.  It sounds almost like a weekly
12   activities report.
13   A.  Yes.
14   Q.  Am I correct that that weekly
15   activities report is supposed to go -- you
16   send it up to Mr. Siegel?
17   A.  Yes.  Well, presently, it's done on
18   -- well, yes.  It goes to Mr. Siegel and I
19   believe somewhere in the process it goes to
20   Washington also.
21   Q.  Fair enough.  You were about to say,
22   I think, is it now computerized?
23   A.  Yes.
24   Q.  It wasn't when you first came to
25   work here?

3 (Pages 9 to 12)

13

Wyatt Earp

1
2     A.   Correct.
3     Q.   And at some point in these nine or
4  so years it became computerized?
5     A.   Yes.
6     Q.   Do you know why you're supposed to
7  submit a weekly activities report?  Do you
8  understand or has somebody told you why you're
9  supposed to submit one of those?
10     A.   I don't have a recollection of
11  someone specifically saying the reason is, but
12  I could make an assumption.
13     Q.   What's your understanding?  Why do
14  you think you're supposed to fill those things
15  out?
16     A.   So they know where you're at and
17  what you did.
18     Q.   Yes, because really, correct me if
19  I'm wrong, but as an International Senior,
20  International Rep, you're largely autonomous;
21  are you not?
22     A.   Correct.
23     Q.   And do you work from your home?
24     A.   Yes.
25     Q.   As do the other International Reps.

14

Wyatt Earp

1
2     A.   Yes.
3     Q.   And you are expected, therefore, to
4  do whatever it is that is required to be done
5  within your geographic region?
6     A.   Yes.
7     Q.   Hence, this weekly activities report
8  is among other things supposed to clue senior
9  management in to whether you're doing your
10  job?
11     A.   That would make sense.
12     Q.   So, that's the weekly activities
13  report.
14        Are there any other reports you're
15  required to complete on a regular basis?
16     A.   There's the bi-weekly expense
17  report.
18     Q.   What do you put in the bi-weekly
19  expense report?
20     A.   What legitimate expenses that you
21  are asking to be reimbursed.
22     Q.   In other words, business-related
23  expenses for the IBEW?
24     A.   Yes.
25     Q.   Now, that's supposed to be submitted

15

Wyatt Earp

1
2  bi-weekly, correct?
3     A.   Yes.
4     Q.   And do you on a regular basis incur
5  business-related expenses for IBEW?
6     A.   Yes.
7     Q.   Give me an example.  Would it be
8  mileage on your car?
9     A.   An example would be if I go to a
10  meeting that has a parking garage for the
11  IBEW, I would submit the expense to the IBEW
12  for my parking.
13     Q.   So, it would be parking.
14     A.   Right.  If there was a registration
15  fee that I had to pay to attend a conference,
16  if there were hotel fees if I was traveling.
17     Q.   Car rentals?
18     A.   The IBEW has a policy that we don't
19  rent cars.  If at all possible to avoid them.
20  So, we hope to get rides from local unions to
21  save money.
22     Q.   Certainly if you have to fly
23  someplace?
24     A.   Most of our airfare is handled
25  through the International League actually book

16

Wyatt Earp

1
2  the airfare, and then we just provide them the
3  ticket saying that we went.  You attach it,
4  but we don't actually incur that cost
5  generally.
6     Q.   So, for example, on a bi-weekly
7  basis, would you submit both the expense
8  report and any receipts?
9     A.   Yes.
10     Q.   And do you believe it's important
11  that the expense reports be submitted on a
12  bi-weekly basis?
13     A.   Yes.
14     Q.   Why?
15     A.   So they have an up-to-date ability
16  to pay their bills and know where they are at.
17     Q.   And know how much that their
18  International Reps have incurred?
19     A.   Right.
20     Q.   So, the typical expenses that you
21  would submit expense reports for would be
22  parking, registration fees, hotels.
23        Do you submit any expense reports
24  for driving your own vehicle on
25  business-related matters?

4  (Pages 13 to 16)

17

Wyatt Earp
1
2    A.  I have not.
3    Q.  Okay.  You just don't do it?
4    A.  Generally I don't, because we get
5    provided a vehicle and a gas card.
6    Q.  I didn't know that.
7    A.  So, generally, I would do that if
8    for some reason I used my own -- it happens so
9    rarely.
10   Q.  Thanks, I didn't know that.  The gas
11   card that you're given, do you include the gas
12   charges you've incurred on your expense
13   report?
14   A.  No.  That's automated.  It goes
15   through Wrights Express.
16   Q.  Okay.  Any other kinds of expenses
17   that you normally would put on the expense
18   report?
19   A.  If you are staying out of town
20   you're entitled to a meal reimbursement.
21   Q.  You go out of town how often
22   typically in a year would you be out of town?
23   A.  There isn't a typical year, but
24   maybe seven or eight times, sometimes for a
25   night, sometimes for several days.

18

Wyatt Earp
1
2    Q.  Do you ever incur any expenses, for
3    example, for buying things for the locals,
4    taking them out to golf courses, doing
5    anything like any that, entertainment?
6    A.  No.  President Hill makes it a point
7    to make sure that the money the IBEW has spent
8    is as much on direct member services as
9    possible.  So, golf and such is not paid for.
10   Q.  A few years ago if you can think
11   about 2004, do you recall about, and I don't
12   mean exactly, but I just mean fairly reliable,
13   about how much you made in salary from IBEW
14   three years ago?
15   A.  Roughly $100,000.
16   Q.  Plus benefits?
17   A.  Yes, sir.
18   Q.  Plus reimbursement of expenses?
19   A.  Yes, sir.
20   Q.  Plus a car?
21   A.  Yes, sir.
22   Q.  What's your date of birth?
23   A.  12/31/60.
24   Q.  You just missed it.
25   A.  I just made it.  I was a deduction.

19

Wyatt Earp
1
2    I got all year for them.
3    Q.  What a bonus.  Education, high
4    school, college?
5    A.  Graduated high school and quite a
6    few external courses from different colleges.
7    Q.  You didn't actually get your four
8    year degree?
9    A.  No, I did not.
10   Q.  I am going to ask some personal
11   questions and don't take offense, all right?
12   A.  Okay.
13   Q.  I'm telling you up front.  Are you
14   gay?
15   A.  No.
16   Q.  Do you have any serious health
17   conditions, serious health conditions, not
18   just the regular cold or occasional virus?
19   A.  No.
20   Q.  I'll run through the list.  Have you
21   ever had hepatitis?
22   A.  Not that I know of.
23   Q.  Fair enough.  Diverticulitis.
24   A.  Thank God, no.
25   Q.  Okay.  So, you know what that is?

20

Wyatt Earp
1
2    A.  Yeah, you bend over in pain from
3    your stomach.
4    Q.  You don't have HIV?
5    A.  No.
6    Q.  All right.  You certainly don't have
7    AIDS?
8    A.  No.
9    Q.  All right.  Have you missed any
10   significant time for health reasons over the
11   past nine years that you've worked for IBEW?
12   A.  No.  I just had eye surgery and
13   missed, I think, a day or two.
14   Q.  Did you get a Lasik?
15   A.  No.  I had, here's a technical term
16   for you, conjunctivocorneal transplant, I
17   believe, is what they call it.
18   Q.  Is that just to improve your vision,
19   or did you have an issue?
20   A.  I had an issue.  Scar tissue grew
21   across my field of vision, and they had to
22   remove it.
23   Q.  Did they put in a new cornea?
24   A.  Well, they take part of conjunctiva
25   and lay it on top -- the white part -- so you

21

Wyatt Earp

1
2   donate to yourself over top of your cornea.
3       Q.   And it worked?
4       A.   Yeah.  They stick things in your
5   eye.  It's not very comfortable.
6       Q.   So, other than that surgery, which
7   you missed a couple of days, you haven't had
8   any significant health issues since you
9   started work for the IBEW?
10      A.   Not for the International, no.  I
11  had appendix, but that was before I came on
12  staff.
13      Q.   Okay.
14      A.   I can't recall any others.
15      Q.   Okay.  And that's the only
16  hospitalization that you can think of.  Did
17  you have just a couple of days in the hospital
18  or was that out-patient?
19      A.   Actually, I came home the same day.
20  I just wasn't driving.
21           I actually had a heart issue, so I
22  was hospitalized, but that was on a Friday
23  night, and I got out by Monday morning, so I
24  didn't miss any time.
25      Q.   You didn't get diagnosed with

22

Wyatt Earp

1
2   anything?
3       A.   Yes, angina and I got the pills.
4   Believe it or not, I'm a little overweight.  I
5   know you couldn't tell.  So, they gave me a
6   lot of -- told me not to eat anything that
7   tastes good.
8       Q.   I take it that doesn't impair your
9   ability to do your job?
10      A.   No.
11      Q.   And you never went to the IBEW and
12  said, hey, I got this issue with my heart.
13  You gotta do something about it.
14      A.   I didn't ask for any.  I mean, I did
15  tell the Vice President that I had been
16  hospitalized and that I went for a bunch of
17  other tests and that I've got some narrowing
18  and that I should take better care of myself
19  and all that good stuff.
20      Q.   Is that Mr. Siegel?
21      A.   Yes.
22      Q.   Is that the gist of what you told
23  him?
24      A.   Yes.
25      Q.   All right.  Now, were you aware of

23

Wyatt Earp

1
2   fact that Steve Kamen was gay?
3       A.   I was not.
4       Q.   When did you learn that he was?
5       A.   I guess you're telling me that now.
6       Q.   Okay.  You guys never had a
7   discussion about that?
8       A.   No.  Steve has a wife and two kids
9   at least that I remember.  I only saw Steve
10  once a year generally at the conference, but
11  he always came with his wife and children.
12      Q.   Did anybody else tell you that, I
13  mean, any of the other reps or the Vice
14  president or President himself ever say
15  anything about Steve being gay?
16      A.   No.
17      Q.   Did you know -- or you must have
18  known Steve was having some serious health
19  issues before he was terminated.
20      A.   I don't think I did.  Steve just
21  didn't show up and I knew that he got fired
22  and I knew that it wasn't something that
23  people talked about.  I mean, it was very -- I
24  assumed for just disappearing or not doing his
25  job.  I think that was maybe some of the

24

Wyatt Earp

1
2   rumors that I heard.  He just wasn't getting
3   things done.
4       Q.   Now, have you heard from anybody
5   from any source whether Steve had any serious
6   health issues?  Has anybody said anything like
7   that to you?
8       A.   No.  I mean, we weren't close, but
9   is he okay?
10      Q.   I'll talk to you off the record.
11           (Discussion held off the
12  record.
13  BY MR. CHIVERS:
14      Q.   What other reports -- I was asking
15  you about what reports are required on a
16  regular basis and you indicated a weekly
17  activities report, bi-weekly expense report.
18           Any other kinds of reports?
19      A.   If you get an assignment we usually
20  make sure that they have an answer to what
21  happened.  So, if the vice president sends you
22  on an assignment, we would send a letter
23  possibly to the Vice President.  I don't know
24  if I would call that a report.
25      Q.   It's almost like kind of a case

6 (Pages 21 to 24)

```
                                    25
            Wyatt Earp
1
2   specific report?
3       A.  Right.
4       Q.  If something comes up that's
5   significant, either you think it's significant
6   or the boss thinks it's significant and the
7   boss says write it up.
8       A.  Right.
9       Q.  So, really, correct me if I'm wrong,
10  there's really just two regular reports that
11  you are required to complete and submit as an
12  International Rep, the weekly activities
13  report and the bi-weekly expense report; is
14  that right?
15      A.  And depending on what we're calling
16  the letter that, you know, if he says
17  investigate this and let me know your
18  findings, but that's on a case by case.
19          Well, you know what, there's an
20  annual mileage statement report that we fill
21  out that if you use your vehicle for any
22  personal use, which we're allowed to do, we
23  have to report that so that they can notify
24  the IRS that we've used our vehicle for
25  whatever number of miles you use a year.
```

```
                                    26
            Wyatt Earp
1
2       Q.  Now, you're required to submit that
3   once a year?
4       A.  Yes.
5       Q.  Can you think of any other reports?
6   We've gone through four.
7       A.  I can't recall any right now.
8       Q.  Okay.  If you do, and we're not
9   going to be here long, but if you do think of
10  any, let me know.
11      A.  Okay.
12      Q.  I'm going to show you a document,
13  because I understand you were disciplined
14  once, and I want to ask you if you got
15  disciplined any other times.
16          (Document marked for
17  identification as Exhibit-1.)
18  BY MR. CHIVERS:
19      Q.  Do you remember getting this?
20      A.  Yes.
21      Q.  This is a May 2, 2002 letter from Ed
22  Hill.
23      A.  Yes.
24      Q.  Now, did you get suspended as a
25  result of this?
```

```
                                    27
            Wyatt Earp
1
2       A.  Yes, I did.
3       Q.  You got suspended for how many days?
4       A.  60 days, I believe.
5       Q.  And that was without pay?
6       A.  Yes, sir.
7       Q.  It goes through a series of items.
8   "I'm taking this action in the exercise of my
9   powers.'  The reasons for this action are as
10  follows:  1.  Your non-performance of duties;
11  2.  Your failure to observe and carry out
12  instructions of the International President
13  and the International Vice President."
14          What was your understanding of what
15  Mr. Hill meant by non-performance of duties?
16      A.  Not sending my reports in.
17      Q.  The reports that we just talked
18  about?
19      A.  Yes, the two that we talked about.
20      Q.  The first two, being the expense
21  reports and the weekly reports?
22      A.  Yes.
23      Q.  Okay.  What was this failure to
24  observe and carry out instructions of the
25  International President and International
```

```
                                    28
            Wyatt Earp
1
2   Vice-President?  What was your understanding
3   of that?
4       A.  The instruction was to get the
5   reports in on time.
6       Q.  So, in other words, what you're
7   saying is not only did you not turn the
8   reports in, but then when you were told to
9   turn in the late reports, you still didn't do
10  it?
11      A.  Right.
12      Q.  Now, it says down here, "In
13  addition, you have received numerous letters
14  front eh International Vice President."
15          Was that Mr. Siegel at the time in
16  2002?
17      A.  Yes, it was.
18      Q.  Okay.  And then it says, "the matter
19  relating to Carmine Pelangio, a member of IBEW
20  Local Union No. 102."
21          What do you remember about that?
22      A.  It was a pension issue that was
23  taking a while to get -- obviously, pension
24  issues and questions take a while, because
25  they are talking about an ancient history kind
```

7 (Pages 25 to 28)

29

Wyatt Earp

1  of thing. My recollection is it wasn't
2  resolved and had been sitting as one of those
3  things to say, you know, investigate this and
4  report back to me your findings.
5      Q. And you were fairly criticized for
6  not getting back as quickly as the Vice
7  President wanted you to?
8      A. Yes. The big thing with those, I
9  mean, it wasn't -- I had had conversations and
10 talked to people and tried to get stuff
11 straightened out, but I had to wait on other
12 people, which meant trustee meetings, which
13 are monthly and that kind of stuff.
14     It wasn't that I wasn't talking to
15 Carmine or the local unions involved or the
16 pension funds involved. I should have
17 documented and wrote a letter and said, okay,
18 I talked to these people and it's still an
19 open case.
20     Q. Well, correct me if I'm wrong, but
21 apparently Mr. Siegel thought you hadn't done
22 what you were supposed to do or at least not
23 in a timely fashion with respect to Carmine
24 Pelangio.

30

Wyatt Earp

1      A. That's what it looks like, yes.
2      Q. I mean, that's your recollection?
3  That's why Siegel said something about it?
4      A. I would assume that's why that's
5  there. I don't have a recollection.
6      Q. Okay. Now, the last paragraph on
7  the first page, "This letter will also
8  constitute a final warning to you."
9      Did you understand when you got this
10 letter it was a final warning?
11     A. That's what it says, yes.
12     Q. Now, you were reinstated effective
13 July 5, 2002?
14     A. That sounds correct.
15     Q. And it says, "If you fail to perform
16 your duties as an International
17 Representative."
18     Would those duties include the duty
19 to complete and submit the two reports that
20 we've talked about, the daily activities
21 report and the expense report? Would that
22 include those duties?
23     A. That's what it says, yes.
24     Q. And it says, "or fail to observe or

31

Wyatt Earp

1  carry out instructions of the International
2  President you will be subject to immediate
3  discharge."
4      You read that at the time, didn't
5  you?
6      A. Yes.
7      Q. Now, you haven't been discharged,
8  have you, since May 2 of 2002?
9      A. I have not.
10     Q. But you'll agree with me that at
11 least on some occasions, you have submitted
12 the two reports that we've been talking about
13 late, correct?
14     A. Yes.
15     Q. Now, I am going to show you
16 documents, and it kind of traces over the last
17 three plus years the reports for the various
18 representatives including yourself and Steve
19 Kamen.
20     A. Okay.
21     Q. I just want to make it clear before
22 we go on that you indicated that certainly,
23 even though you have submitted late reports
24 since you were disciplined back in May of

32

Wyatt Earp

1  2002, you haven't been terminated, have you?
2      A. Correct.
3      Q. And correct me if I'm wrong, but you
4  haven't even been told you were going to be
5  terminated as a result of submitting late
6  reports since 2002, have you? Nobody actually
7  came to you since this letter of May 2, 2002
8  and said, Hey, we're going to remind you, we
9  said we're going to terminate you? Nobody has
10 even said that to you, have they?
11     A. They have not told me I was going to
12 be terminated, no.
13     Q. Okay. Let me show you these
14 documents, and I'll make some representations
15 it's a fancy way of saying that this is stuff
16 you wouldn't be expected to know. I'll make
17 certain representations about these documents,
18 and Mr. Yellig will jump on me if I make a bad
19 representation.
20     A. Okay.
21     (Multipage document marked
22 for identification as Exhibit-2.)
23 BY MR. CHIVERS:
24     Q. I am just going to represent to you

8 (Pages 29 to 32)

33

Wyatt Earp

1
2  I was given this summary by Mr. Siegel's
3  office, and I was told that what this shows is
4  over a time since November/December of 2002 if
5  you take a look at the last page, I am just
6  giving you a context here first, the last page
7  indicates November/ December 2005.
8      Do you see that?
9      A.  Yes.
10     Q.  So, we're looking at a period of
11  three years and I was told that the way you
12  read this document is you take a look at the
13  week ending column and do you see the names
14  running the first column down the page?
15     A.  Yes.
16     Q.  Now, is it your understanding these
17  would be the International Reps?
18     A.  Yes.
19     Q.  Now, are these all the ones
20  reporting to Mr. Siegel or even more than Mr.
21  Siegel?
22     A.  I'm not sure whether Rick Fridell,
23  who is on the list, whether he did or didn't,
24  because he worked for the organizing
25  department, whether he would, but everybody

34

Wyatt Earp

1
2  else appears to be people that reported to --
3  and Tony McCafferty was on a special
4  assignment.
5      Q.  Other than that it looks like they
6  are all Mr. Siegel's reps?
7      A.  Yes.
8      Q.  All right.  Now, take a look at the
9  first page and you see where your name is?
10     A.  Yes.
11     Q.  Follow your name if you go from left
12  to right, do you see where it says at the top
13  of the column 11/2/2002?
14     A.  Yes.
15     Q.  And then each of these is two weeks
16  later, correct?
17     A.  That's what it appears to be, yes.
18     Q.  Now, correct me if I'm wrong, but
19  aren't you required to submit these the week
20  after the close of that two-week period?
21     A.  The expense reports?
22     Q.  Yes.
23     A.  It varies as to -- yes.  That's
24  probably the official -- I don't have the
25  policy in front of me and at different

35

Wyatt Earp

1
2  times -- but yes.
3      Q.  But what your understanding is what
4  you're normally supposed to do is the two-week
5  period ends on, let's say, a Friday.  By the
6  end of the next week you're supposed to submit
7  your expense report, correct?
8      A.  That sounds like it reasonably --
9  there's a policy, but I don't have it in front
10  of me.
11     Q.  But that sounds right?
12     A.  It sounds close enough.
13     Q.  Okay.  Here's my point, and I don't
14  want you to look over every one of these, but
15  correct me if I'm wrong, if you take a look at
16  your name, for example, that first week it
17  says 18 November.  Do you see that, that first
18  two-week period next to your name?
19     A.  Yes.
20     Q.  I am going to represent to you that
21  that's the date, and that's what I'm told,
22  that your expense report was received by the
23  Vice President's office.
24     A.  Okay.
25     Q.  And if you follow across you see the

36

Wyatt Earp

1
2  one that says December 14, 2002?
3      A.  Yes.
4      Q.  It says 16 January, correct?
5      A.  Yes, it does.
6      Q.  Now, you'll agree with me that
7  December 14, 2002 is after you received the
8  letter of May 2, 2002, correct?
9      A.  Yes.
10     Q.  And actually, all of the reports in
11  here would be after May 2, 2002; would they
12  not?
13     A.  Yes.
14     Q.  Now, if you would, I want you to
15  flip ahead a little bit and take a look at the
16  second page.
17     A.  Okay.
18     Q.  Do you see next to your name under
19  the column that's February 2, 2003 it says 9
20  April?
21     A.  Yes.
22     Q.  So, you will agree with me that's a
23  good six weeks after the close of that
24  two-week period, correct?
25     A.  Yes, it is.

37

Wyatt Earp

1
2    Q.   And then take a look at the next
3    page and under April 5, 2003 column it says 3
4    July.  That's basically twelve weeks after the
5    close of that two-week period, correct?
6    A.   Yes.
7    Q.   And then flip ahead a few pages and
8    actually take a look at the top of the page
9    that says September/October 2003 and you see
10   next to your name under the column October 18,
11   2003 it says 2/17/2005.
12         Do you see that?
13   A.   Yes.
14   Q.   Now, correct me if I'm wrong.
15   That's sixteen months after the close of the
16   two-week period ending October 18, 2003.
17   A.   That's what it says.
18   Q.   Now, do you have any reason -- and
19   actually, take a look at the next page that
20   says November/December 2003.  Take look at the
21   line leading across from your name.  You've
22   got a whole bunch of them that were submitted
23   in February of 2005.  Actually, it continues
24   to the next page January/February 2004,
25   March/April 2004, May/June 2004, July/August

38

Wyatt Earp

1
2    2004.  All of these reports are being
3    submitted or at least received, according to
4    this document, by Mr. Siegel's office on
5    February 17, 2005.
6         Do you see that?
7    A.   I do see where that's what it says,
8    yes.
9    Q.   Do you have any reason to question
10   the accuracy of this information?
11   A.   I don't have documents that would
12   dispute that, and I don't actually recall.
13   Q.   All right.  So, at least based on
14   your recollection, you have no basis for
15   disputing these figures?
16   A.   I have nothing with me that would
17   dispute that.
18   Q.   Do you have anything in your memory
19   that would dispute that?
20   A.   I don't recall it being that -- I
21   don't recall.
22   Q.   Lets's just assume since we don't
23   have anything else at this point, that these
24   numbers, these dates, are an accurate
25   reflection of the dates that Mr. Siegel

39

Wyatt Earp

1
2    received your expense reports.
3    A.   Okay.
4    Q.   Do you have any recollection that
5    anybody said anything to you about getting in
6    what appeared to be a significant backlog of
7    expense reports?  Did anybody come to you and
8    say, you got a backlog of twelve, sixteen
9    months of expense reports?  Get them in.
10   Anybody say anything like that to you?
11   A.   I don't have a specific recollection
12   if we had a staff meeting and somebody said
13   something about, hey, there's some people that
14   don't have these things in timely.  I don't
15   have a specific recollection, but I'm sure
16   I've heard at different times.
17   Q.   Do you remember in fact some of the
18   staff meetings that you had with Vice
19   President Siegel that he would make a remark
20   generally about expense reports being late?
21   A.   There are times that people would
22   talk more specifically about a specific, you
23   know, expense reports are late, because that
24   became something that was -- I'm sure there
25   were times when he said, you know, that there

40

Wyatt Earp

1
2    were housekeeping issues that they discussed.
3    Q.   So the record is clear, your
4    recollection and your testimony is that since
5    your discipline and warning on May 2, 2002,
6    you have not been disciplined by IBEW,
7    correct?
8    A.   That's correct.
9    Q.   And you have not been warned by
10   IBEW, for example, a warning that you're going
11   to be terminated, have you?
12   A.   No, I have no documents or
13   recollection.
14   Q.   No?
15   A.   No.
16   Q.   Okay.  I am just going to take a
17   look at some of my notes.
18   A.   Okay.
19   Q.   I'm done.
20         MR. YELLIG:  I do have some
21   questions.
22   BY MR. YELLIG:
23   Q.   The assignments, you mentioned that
24   you get assignments.
25   A.   Right.

41

Wyatt Earp

1
2 Q. Where do those assignments come
3 from?
4 A. From the Vice President generally.
5 His name is on -- sometimes there's a letter
6 from President Hill to Vice President Siegel,
7 you know, investigate this matter.
8 Q. Do these assignments represent the
9 sum total of the work that you do for the
10 IBEW?
11 A. You mean specifically what I get
12 assigned to do?
13 Q. Yes.
14 A. No. I mean, just on a day-to-day
15 locals call me regularly. I actually had two
16 of them calling me while we were here with
17 questions. They'll have a question about how
18 to file a report or, you know, an issue that
19 they need help with, government relations or
20 trying to negotiate their contract, something
21 like that. It's kind of whatever.
22      When you have to describe what we
23 do, it's kind of everything, services,
24 whatever comes up.
25 Q. So, is it fair to say do you have to

42

Wyatt Earp

1
2 before you do something if you get a request
3 from a local union about information for some
4 matter or advice about how to go about
5 handling a particular issue, do you have to
6 get authorization from the Vice President or
7 the International President?
8 A. No. There's a local that's
9 preparing a brief for a CIR hearing who's been
10 calling me with questions on what they need to
11 get in the brief, the technical data, where do
12 they go to get it.
13      Part of the CIR brief involves years
14 of statistical data on other local unions
15 within the IBEW and outside in the building
16 trades as to what their pay rates are and that
17 kind of stuff.
18      So, if they couldn't get one of
19 those, I would call over to either say the
20 plumber's local or to John Wright their
21 International Represent and say can you help
22 me get this stuff for these guys. It would
23 never go through the Vice President's desk.
24 It's just part of servicing the local with
25 what they need.

43

Wyatt Earp

1
2 Q. I see that you are a member of Local
3 400 of the IBEW; is that correct?
4 A. That's correct.
5 Q. Is Local 400 still in operation?
6 A. Yes.
7 Q. What is the jurisdiction of Local
8 400?
9 A. They are Monmouth and Ocean Counties
10 in New Jersey.
11 Q. Well, I'm sorry I --
12 A. Oh, they are a construction local
13 primarily. They have a sign division, which
14 is a small part. While I was there I worked
15 on getting the Service Contract Act Employees
16 at Fort Monmouth. We organized them and they
17 continued to organize some other units after I
18 went on with the International.
19      Telecommunications, they have tele
20 data in the local and government employees,
21 municipal employees.
22 Q. Did you hold any office or offices
23 within Local 400 before you became an
24 International Rep?
25 A. I was on the examining board. I

44

Wyatt Earp

1
2 became the financial secretary of the local,
3 an organizer and then I was the business
4 manager, which is the top-elected official of
5 the local union in construction.
6 Q. And what kind of responsibilities do
7 you have as a business manager?
8 A. Administer the referral process, do
9 the collective bargaining, organizing new
10 unrepresented companies, taking care of --
11 same kind of the thing, you know, if a member
12 had an individual problem with an employer to
13 a member having a problem getting some
14 government problem taken care of.
15      If somebody was working on trying to
16 adopt a baby and they needed a letter from
17 their congressman saying that they are good
18 guys, you know, I might facilitate, you know,
19 talk to the county to get documents to say
20 that they would be good parents and there was
21 no criminal background.
22      It's from contract administration to
23 personal problems with your members.
24 Q. Is it fair to say that your duties
25 as an International Representative are

11 (Pages 41 to 44)

45

1                    Wyatt Earp
2    substantially similar to what you did --
3        A.  Yes.
4        Q.  How many local unions do you have
5    responsibility for?
6        A.  Six.
7        Q.  Have you ever had responsibility for
8    more than six?
9        A.  Yes.  I've had seven at one time.
10       Q.  And is there any particular reason
11   that you know of why you have six now and you
12   had seven before?
13       A.  I had a Delaware local.  The
14   business manager had passed on and the new
15   business manager came on and Delaware is a
16   small enough state that it's actually part of
17   -- it doesn't have its own state association.
18          Like in New Jersey we have the New
19   Jersey Electrical Workers.  Delaware is part
20   of the Pennsylvania -- there's actually two
21   Pennsylvania associations, eastern
22   Pennsylvania and western Pennsylvania.
23          So, the Eastern Pennsylvania
24   Business Manager's Association, Delaware is in
25   with them and active with them.  So, Randy

46

1                    Wyatt Earp
2    Kiefer (ph.) who covers the Eastern
3    Pennsylvania Business Managers now does
4    Delaware.  Although we talk about things.  I
5    taught classes in Delaware in between that
6    kind of stuff.
7        Q.  Thank you.
8    BY MR. CHIVERS:
9        Q.  Have you ever had any of your locals
10   complain about you?
11       A.  None that I'm aware of and I think I
12   would hear of it.  I'm sure I would get a
13   phone call.
14       Q.  Do you know if any of them ever made
15   a call to Siegel about you or to Ed Hill about
16   you?
17       A.  I would imagine I would have gotten
18   a phone call right afterwards.
19       Q.  Do you know whether any of them have
20   written any letters about you complaining
21   about something you did or didn't do?
22       A.  I would assume that I'd be getting
23   at least a screaming phone call if not an
24   angry letter if one of my locals said I didn't
25   do something that needed to be done.

47

1                    Wyatt Earp
2        Q.  Thanks.  That's it.
3              (Witness was excused.)
4              (Deposition concluded at 2:55
5    p.m.)

48

1
2                    I N D E X
3
4    WITNESS:                    PAGE
5    Glenn Boyd
6       By Mr. Chivers           3, 46
7       By Mr. Yellig            40
8
9
10              - - -
11
12
13              E X H I B I T S
14
15   NO.    DESCRIPTION           PAGE
16   Exhibit-1 Letter to Wyatt Earp from Edwin
17          Hill Dated 5/2/02 In Reference
18          To Suspension          26
     Exhibit-2 Report of Dates IBEW Received
19          Expense Reports From Int'l Reps
20          From Dates 11/2/01-12/24/05   32
21
22
23
24
25

12  (Pages 45 to 48)

49

1

CERTIFICATE

2
3      I HEREBY CERTIFY that the
4  proceedings, evidence and objections are
5  contained fully and accurately in the
6  stenographic notes taken by me upon the
7  deposition of Wyatt Earp on October 30, 2007,
8  and that this is a true and correct transcript
9  of same.
10
11
12
13      _____
        Kimberly Kupsey, Professional
        Reporter and Notary Public
14
15
16      (The foregoing certification of this
17  transcript does not apply to any reproduction
18  of the same by any means, unless under the
19  direct control and/or supervision of the
20  certifying reporter.)
21
22
23
24
25

V A R A L L O   Incorporated
(215) 561-2220



**INTERNATIONAL
BROTHERHOOD
OF ELECTRICAL
WORKERS**®

May 2, 2002

Mr. Wyatt R. Earp, Int. Representative
International Brotherhood of Electrical Workers
846 Paul Drive
Toms River, NJ 08753

Dear Sir and Brother:

This is to inform you that I am hereby suspending you for sixty days without pay from your position of International Representative. This action is to be effective on Sunday, May 5, 2002, at 11:59 p.m.

I am taking this action in the exercise of my powers under Article IV, Section 3(j) of the IBEW Constitution. The reasons for this action are as follows:

1. Your non-performance of duties;
2. Your failure to observe and carry out instructions of the International President and the International Vice President.

Among other things, you have continually failed to submit weekly reports describing your activities as an International Representative, and failed to file bi-weekly expense reports. You have refused to comply with numerous requests and instructions to properly prepare and submit these reports on a timely basis.

In addition, you have received numerous letters from the International Vice President regarding your continued failure to complete your assignments and to bring your unresolved assignments up to date. This includes the matter relating to Carmine Pelangio, a member of IBEW Local Union No. 102.

This letter will also constitute a final warning to you, after you are reinstated effective July 5, 2002, that if you fail to perform your duties as an International Representative, or fail to observe or carry out instructions of the International President you will be subject to immediate discharge.



**EXHIBIT**

tabbies

I

KK   10|30|07



**INTERNATIONAL
BROTHERHOOD
OF ELECTRICAL
WORKERS®**

Mr. Wyatt R. Earp
Page Two
May 2, 2002

These actions do not in any way affect your rights, duties and privileges as an IBEW member.

International Vice President Donald C. Siegel will be in touch with you in order to ensure that, during the period of your suspension, your responsibilities as an International Representative are properly carried out as he may decide and under his supervision.

Fraternally yours,

Edwin D. Hill
International President

EDH:nlc
copy to Donald C. Siegel, International Vice-President



EXHIBIT 2  KK  10/30/07

## International Representative's Expense Reports - Date Received
### November / December 2002

| Week Ending: | 11/2/2002 | 11/16/2002 | 11/30/2002 | 12/14/2002 | 12/28/2002 |
|---|---|---|---|---|---|
| John Amodeo | | 18-Nov | 2-Dec | 18-Dec | 30-Dec |
| Brian Brennan | | 21-Nov | 2-Dec | 17-Dec | 2-Jan |
| Jerry Comer | 8-Nov | 20-Nov | 5-Dec | 23-Dec | 8-Jan |
| Larry Davis | 7-Nov | 20-Nov | 6-Dec | 18-Dec | 2-Jan |
| Keenan Eagen | 5-Nov | 19-Nov | 5-Dec | 17-Dec | 2-Jan |
| Wyatt Earp | 18-Nov | 20-Nov | 9-Dec | 16-Jan | 16-Jan |
| Mike Flanagan | 6-Nov | 21-Nov | 2-Dec | 18-Dec | 2-Jan |
| Pat Gino | 4-Nov | 18-Nov | 2-Dec | 16-Dec | 30-Dec |
| Steve Kamen | 21-Nov | 2-Jan | 2-Jan | 2-Jan | |
| Randy Kieffer | 6-Nov | 20-Nov | 6-Dec | 16-Dec | 6-Jan |
| Dom Macchia | 6-Nov | 20-Nov | 4-Dec | 18-Dec | 30-Dec |
| John Malagise | 5-Nov | 19-Nov | 2-Dec | 16-Dec | 30-Dec |
| Marie Peluso | 4-Nov | 25-Nov | 2-Dec | 16-Dec | 30-Dec |
| Rich Redmond | 6-Nov | 13-Dec | 13-Dec | 27-Jan | 27-Jan |
| Jim Schlosser | 6-Nov | 21-Nov | 2-Dec | 18-Dec | 2-Jan |
| Paul Simon | 18-Nov | 22-Nov | 6-Dec | 30-Dec | 30-Dec |
| Mike Welsh | 4-Nov | 18-Nov | 2-Dec | 17-Dec | 30-Dec |

## International Representative's Expense Reports - Date Received
### January / February 2003

| Week Ending: | 1/11/2003 | 1/25/2003 | 2/8/2003 | 2/22/2003 |
|---|---|---|---|---|
| John Amodeo | 15-Jan | 27-Jan | 10-Feb | 26-Feb |
| Brian Brennan | 13-Jan | 27-Jan | 12-Feb | 26-Feb |
| Jerry Comer | 21-Jan | 27-Jan | 12-Feb | 26-Feb |
| Larry Davis | 15-Jan | 29-Jan | 12-Feb | 26-Feb |
| Keenan Eagen | 15-Jan | 29-Jan | 10-Feb | 26-Feb |
| Wyatt Earp | 21-Feb | 21-Feb | 21-Feb | 9-Apr |
| Mike Flanagan | 16-Jan | 30-Jan | 13-Feb | 26-Feb |
| Pat Gino | 13-Jan | 27-Jan | 10-Feb | 26-Feb |
| Steve Kamen | 10-Feb | 12-Feb | 18-Feb | 26-Feb |
| Randy Kieffer | 17-Jan | 30-Jan | 14-Feb | 27-Feb |
| Dom Macchia | 15-Jan | 29-Jan | 13-Feb | 27-Feb |
| John Malagise | 13-Jan | 27-Jan | 10-Feb | 24-Feb |
| Marie Peluso | 13-Jan | 29-Jan | 12-Feb | 26-Feb |
| Rich Redmond | 27-Jan | 6-Feb | 20-Mar | 20-Mar |
| Jim Schlosser | 13-Jan | 28-Jan | 11-Feb | 25-Feb |
| Paul Simon | 17-Jan | 30-Jan | 12-Feb | 26-Feb |
| Mike Welsh | 13-Jan | 29-Jan | 11-Feb | 26-Feb |
| Rick Fridell | N/A | N/A | 12-Feb | 27-Feb |

**International Representative's Expense Reports - Date Received**

**March / April 2003**

| Week Ending: | 3/8/2003 | 3/22/2003 | 4/5/2003 | 4/19/2003 |
|---|---|---|---|---|
| John Amodeo | 12-Mar | 26-Mar | 7-Apr | 21-Apr |
| Brian Brennan | 12-Mar | 26-Mar | 9-Apr | 23-Apr |
| Jerry Comer | 20-Mar | 26-Mar | 7-Apr | 7-May |
| Larry Davis | 10-Mar | 26-Mar | 16-Apr | 23-Apr |
| Keenan Eagen | 18-Mar | 26-Mar | 9-Apr | 23-Apr |
| Wyatt Earp | 9-Apr | 9-Apr | 3-Jul | 3-Jul |
| Mike Flanagan | 12-Mar | 27-Mar | 9-Apr | 23-Apr |
| Rick Fridell | 21-Mar | 10-Apr | 10-Apr | 1-May |
| Pat Gino | 10-Mar | 24-Mar | 7-Apr | 21-Apr |
| Steve Kamen | 13-Mar | 29-Apr | 8-May |  |
| Randy Kieffer | 10-Mar | 27-Mar | 10-Apr | 25-Apr |
| Dom Macchia | 12-Mar | 28-Mar | 9-Apr | 4-Jun |
| John Malagise | 10-Mar | 24-Mar | 7-Apr | 24-Apr |
| Marie Peluso | 10-Mar | 24-Mar | 8-Apr | 21-Apr |
| Rich Redmond | 20-Mar | 24-Mar | 10-Apr | 23-Apr |
| Jim Schlosser | 12-Mar | 26-Mar | 8-Apr | 21-Apr |
| Paul Simon | 12-Mar | 24-Mar | 10-Apr | 21-Apr |
| Mike Welsh | 10-Mar | 24-Mar | 7-Apr | 21-Apr |
| | | | | |
| Salvatore Clemente | | | | 22-May |

| International Representative's Expense Reports - Date Received | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | May / June 2003 | | |
| Week Ending: | 5/3/2003 | 5/17/2003 | 5/31/2003 | 6/14/2003 | 6/28/2003 |
| John Amodeo | 7-May | 21-May | 12-Jun | 18-Jun | 9-Jul |
| Brian Brennan | 8-May | 21-May | 2-Jun | 17-Jun | 30-Jun |
| Jerry Comer | 15-May | 29-May | 4-Jun | 26-Jun | 7-Jul |
| Larry Davis | 7-May | 21-May | 4-Jun | 18-Jun | 2-Jul |
| Keenan Eagen | 7-May | 20-May | 4-Jun | 18-Jun | 3-Jul |
| Wyatt Earp | 3-Jul | 7-Jul | 7-Jul | 7-Jul | 8-Aug |
| Mike Flanagan | 8-May | 21-May | 5-Jun | 18-Jun | 3-Jul |
| Rick Fridell | 12-May | 27-May | 9-Jun | 23-Jun | 11-Jul |
| Pat Gino | 7-May | 19-May | 2-Jun | 18-Jun | 1-Jul |
| Steve Kamen | 4-Jun | 4-Jun | 13-Jun | 24-Jun | 13-Aug |
| Randy Kieffer | 12-May | 30-May | 11-Jun | 23-Jun | 7-Jul |
| Dom Macchia | 7-May | 21-May | 5-Jun | 19-Jun | 3-Jul |
| John Malagise | 5-May | 19-May | 2-Jun | 16-Jun | 30-Jun |
| Marie Peluso | 5-May | 19-May | 2-Jun | 18-Jun | 30-Jun |
| Rich Redmond | 15-May | 2-Jun | 5-Jun | 25-Jun | 10-Jul |
| Jim Schlosser | 6-May | 22-May | 5-Jun | 17-Jun | 2-Jul |
| Paul Simon | 8-May | 22-May | 4-Jun | 23-Jun | 17-Jul |
| Mike Welsh | 5-May | 19-May | 2-Jun | 16-Jun | 1-Jul |
| | | | | | |
| Salvatore Clemente | 22-May | 22-May | 25-Jun | 25-Jun | 30-Jun |

| International Representative's Expense Reports - Date Received | | | | | |
| --- | --- | --- | --- | --- | --- |
| | July / August 2003 | | | | |
| Week Ending: | 7/12/2003 | 7/26/2003 | 8/9/2003 | 8/23/2003 | |
| John Amodeo | 16-Jul | 28-Jul | 13-Aug | 25-Aug | |
| Brian Brennan | 14-Jul | 28-Jul | 14-Aug | 29-Aug | |
| Jerry Comer | 23-Jul | 6-Aug | 13-Aug | 27-Aug | |
| Larry Davis | 16-Jul | 31-Jul | 14-Aug | 27-Aug | |
| Keenan Eagen | 16-Jul | 31-Jul | 12-Aug | 29-Aug | |
| Wyatt Earp | 15-Aug | 15-Aug | 16-Oct | 16-Oct | |
| Mike Flanagan | 16-Jul | 1-Aug | 14-Aug | 27-Aug | |
| Rick Fridell | 28-Jul | 4-Aug | 18-Aug | 29-Aug | |
| Pat Gino | 16-Jul | 28-Jul | 11-Aug | 25-Aug | |
| Steve Kamen | 13-Aug | 6-Oct | 6-Oct | 6-Oct | |
| Randy Kieffer | 17-Jul | 4-Aug | 11-Aug | 27-Aug | |
| Dom Macchia | 16-Jul | 30-Jul | 13-Aug | 27-Aug | |
| John Malagise | 14-Jul | 28-Jul | 11-Aug | 25-Aug | |
| Marie Peluso | 15-Jul | 30-Jul | 11-Aug | 25-Aug | |
| Rich Redmond | 18-Jul | 31-Jul | 15-Aug | 5-Sep | |
| Jim Schlosser | 15-Jul | 29-Jul | 13-Aug | 26-Aug | |
| Paul Simon | 18-Jul | 4-Aug | 13-Aug | 2-Sep | |
| Mike Welsh | 14-Jul | 29-Jul | 11-Aug | 29-Aug | |
| | | | | | |
| Sal Clemente | | | 2-Sep | 2-Sep | |

## International Representative's Expense Reports - Date Received
### September / October 2003

| Week Ending: | 9/6/2003 | 9/20/2003 | 10/4/2003 | 10/18/2003 |
|---|---|---|---|---|
| John Amodeo | 10-Sep | 24-Sep | 8-Oct | 27-Oct |
| Brian Brennan | 10-Sep | 24-Sep | 6-Oct | 20-Oct |
| Jerry Comer | 17-Sep | 26-Sep | 16-Oct | 24-Oct |
| Larry Davis | 10-Sep | 24-Sep | 8-Oct | 22-Oct |
| Keenan Eagen | 10-Sep | 25-Sep | 8-Oct | 22-Oct |
| Wyatt Earp | 23-Oct | 5-Dec | 5-Dec | 2/17/2005 |
| Mike Flanagan | 22-Sep | 25-Sep | 10-Oct | 30-Oct |
| Rick Fridell | 11-Sep | 24-Sep | 14-Oct | 23-Oct |
| Pat Gino | 10-Sep | 22-Sep | 8-Oct | 22-Oct |
| Steve Kamen | 8-Oct | 8-Oct | 9-Oct | 22-Jan |
| Randy Kieffer | 17-Sep | 25-Sep | 8-Oct | 27-Oct |
| Dom Macchia | 10-Sep | 24-Sep | 8-Oct | 22-Oct |
| John Malagise | 8-Sep | 22-Sep | 6-Oct | 20-Oct |
| Marie Peluso | 10-Sep | 22-Sep | 8-Oct | 20-Oct |
| Rich Redmond | 10-Sep | 25-Sep | 17-Oct | 24-Oct |
| Jim Schlosser | 9-Sep | 24-Sep | 7-Oct | 22-Oct |
| Paul Simon | 17-Sep | 24-Sep | 8-Oct | 23-Oct |
| Mike Welsh | 8-Sep | 25-Sep | 6-Oct | 20-Oct |
| | | | | |
| Sal Clemente | 3-Oct | 3-Oct | 12-Nov | 12-Nov |

| | | International Representative's Expense Reports - Date Received | | | |
| | | | November / December 2003 | | |
| Week Ending: | 11/1/2003 | 11/15/2003 | 11/29/2003 | 12/13/2003 | 12/27/2003 |
|---|---|---|---|---|---|
| John Amodeo | 3-Nov | 20-Nov | 3-Dec | 18-Dec | 7-Jan |
| Brian Brennan | 5-Nov | 17-Nov | 3-Dec | 17-Dec | 5-Jan |
| Jerry Comer | 10-Nov | 24-Nov | 8-Dec | 18-Dec | 7-Jan |
| Larry Davis | 5-Nov | 19-Nov | 4-Dec | 19-Dec | 5-Jan |
| Keenan Eagen | 5-Nov | 20-Nov | 3-Dec | 19-Dec | 5-Jan |
| Wyatt Earp | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 |
| Mike Flanagan | 10-Nov | 20-Nov | 4-Dec | 18-Dec | 5-Jan-04 |
| Rick Fridell | 6-Nov | 20-Nov | 4-Dec | 22-Dec | |
| Pat Gino | 3-Nov | 17-Nov | 1-Dec | 17-Dec | 29-Dec |
| Steve Kamen | 22-Jan | 22-Jan | 22-Jan | 22-Jan | 22-Jan |
| Randy Kieffer | 14-Nov | 21-Nov | 3-Dec | 22-Dec | 8-Jan |
| Dom Macchia | 5-Nov | 19-Nov | 3-Dec | 17-Dec | 5-Jan |
| John Malagise | 3-Nov | 17-Nov | 1-Dec | 15-Dec | 29-Dec |
| Marie Peluso | 5-Nov | 19-Nov | 1-Dec | 17-Dec | 5-Jan |
| Rich Redmond | 6-Nov | 20-Nov | 4-Dec | 18-Dec | 12-Jan |
| Jim Schlosser | 4-Nov | 17-Nov | 4-Dec | 16-Dec | 30-Dec |
| Paul Simon | 12-Nov | 3-Dec | 3-Dec | 18-Dec | 5-Jan |
| Mike Welsh | 3-Nov | 17-Nov | 3-Dec | 15-Dec | 30-Dec |

| International Representative's Expense Reports - Date Received | | | | |
| --- | --- | --- | --- | --- |
| | January / February 2004 | | | |
| Week Ending: | 1/10/2004 | 1/24/2004 | 2/7/2004 | 2/21/2004 |
| John Amodeo | 14-Jan | 28-Jan | 11-Feb | 25-Feb |
| Brian Brennan | 14-Jan | 26-Jan | 9-Feb | 23-Feb |
| Jerry Comer | 14-Jan | 28-Jan | 9-Feb | 26-Feb |
| Larry Davis | 14-Jan | 28-Jan | 12-Feb | 26-Feb |
| Keenan Eagen | 14-Jan | 28-Jan | 11-Feb | 25-Feb |
| Wyatt Earp | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 |
| Mike Flanagan | 15-Jan | 29-Jan | 11-Feb | 25-Feb |
| Rick Fridell | 12-Jan | 28-Jan | 17-Feb | 25-Feb |
| Pat Gino | 12-Jan | 26-Jan | 9-Feb | 23-Feb |
| Steve Kamen | 28-May | 28-May | 28-May | 28-May |
| Randy Kieffer | 22-Jan | 9-Feb | 13-Feb | 25-Feb |
| Dom Macchia | 12-Jan | 28-Jan | 11-Feb | 25-Feb |
| John Malagise | 12-Jan | 27-Jan | 9-Feb | 23-Feb |
| Marie Peluso | 12-Jan | 28-Jan | 11-Feb | 25-Feb |
| Joe Penna | | | | 25-Feb |
| Rich Redmond | 20-Jan | 28-Jan | 23-Feb | 27-Feb |
| Jim Schlosser | 12-Jan | 26-Jan | 10-Feb | 24-Feb |
| Paul Simon | 15-Jan | 29-Jan | 11-Feb | 26-Feb |
| Mike Welsh | 12-Jan | 26-Jan | 11-Feb | 1-Mar |

| International Representative's Expense Reports - Date Received | | | | |
|---|---|---|---|---|
| | | | March / April 2004 | |
| Week Ending: | 3/6/2004 | 3/20/2004 | 4/3/2004 | 4/17/2004 |
| John Amodeo | 10-Mar | 22-Mar | 5-Apr | 21-Apr |
| Brian Brennan | 8-Mar | 22-Mar | 7-Apr | 19-Apr |
| Jerry Comer | 12-Mar | 7-Apr | 7-Apr | 22-Apr |
| Larry Davis | 10-Mar | 25-Mar | 12-Apr | 22-Apr |
| Keenan Eagen | 10-Mar | 26-Mar | 7-Apr | 22-Apr |
| Wyatt Earp | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 |
| Mike Flanagan | 11-Mar | 25-Mar | 7-Apr | 22-Apr |
| Rick Fridell | 9-Mar | 25-Mar | 7-Apr | 28-Apr |
| Pat Gino | 8-Mar | 24-Mar | 5-Apr | 19-Apr |
| Steve Kamen | 28-May | 28-May | 28-May | 28-May |
| Randy Kieffer | 11-Mar | 24-Mar | 8-Apr | 22-Apr |
| Dom Macchia | 10-Mar | 26-Mar | 7-Apr | 22-Apr |
| John Malagise | 8-Mar | 22-Mar | 5-Apr | 19-Apr |
| Marie Peluso | 10-Mar | 22-Mar | 5-Apr | 21-Apr |
| Joe Penna | 8-Mar | 24-Mar | 5-Apr | 21-Apr |
| Rich Redmond | 12-Mar | 24-Mar | 2-Apr | 26-Apr |
| Jim Schlosser | 8-Mar | 23-Mar | 7-Apr | 21-Apr |
| Paul Simon | 11-Mar | 22-Mar | 14-Apr | 19-Apr |
| Mike Welsh | 8-Mar | 25-Mar | 6-Apr | 20-Apr |

## International Representative's Expense Reports - Date Received
### May / June 2004

| Week Ending: | 5/1/2004 | 5/15/2004 | 5/29/2004 | 6/12/2004 | 6/26/2004 |
|---|---|---|---|---|---|
| John Amodeo | 5-May | 17-May | 1-Jun | 14-Jun | 30-Jun |
| Brian Brennan | 5-May | 17-May | 1-Jun | 16-Jun | 30-Jun |
| Jerry Comer | 5-May | 21-May | 9-Jun | 1-Jul | 6-Jul |
| Larry Davis | 6-May | 19-May | 3-Jun | 16-Jun | 30-Jun |
| Keenan Eagen | 6-May | 18-May | 3-Jun | 16-Jun | 30-Jun |
| Wyatt Earp | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 | 17-Feb |
| Mike Flanagan | 6-May | 20-May | 3-Jun | 17-Jun | 30-Jun-04 |
| Rick Fridell | 5-May | 19-May | 9-Jun | 17-Jun | 30-Jun |
| Pat Gino | 3-May | 17-May | 1-Jun | 14-Jun | 28-Jun |
| Steve Kamen | 28-May | 30-Nov | 30-Nov | 30-Nov | 30-Nov |
| Randy Kieffer | 10-May | 21-May | 7-Jun | 18-Jun | 6-Jul |
| Dom Macchia | 5-May | 27-May | 4-Jun | 16-Jun | 30-Jun |
| John Malagise | 3-May | 19-May | 1-Jun | 14-Jun | 28-Jun |
| Marie Peluso | 5-May | 17-May | 1-Jun | 14-Jun | 28-Jun |
| Joe Penna | 5-May | 27-May | 16-Jun | 16-Jun | 30-Jun |
| Rich Redmond | 17-May | 17-May | 21-Jun | 18-Jun | 7-Jul |
| Jim Schlosser | 5-May | 21-May | 2-Jun | 17-Jun | 30-Jun |
| Paul Simon | 7-May | 19-May | 3-Jun | 21-Jun | 12-Jul |
| Mike Welsh | 3-May | 20-May | 1-Jun | 21-Jun | 28-Jun |

International Representative's Expense Reports - Date Received
July / August 2004

| Week Ending: | 7/10/2004 | 7/24/2004 | 8/7/2004 | 8/21/2004 |
|---|---|---|---|---|
| John Amodeo | 12-Jul | 28-Jul | 9-Aug | 25-Aug |
| Brian Brennan | 19-Jul | 28-Jul | 11-Aug | 23-Aug |
| Jerry Comer | 20-Jul | 5-Aug | 20-Aug | 25-Aug |
| Larry Davis | 14-Jul | 28-Jul | 11-Aug | 25-Aug |
| Keenan Eagen | 14-Jul | 28-Jul | 16-Aug | 26-Aug |
| Wyatt Earp | 2/17/2005 | 2/17/2005 | 2/17/2005 | 2/17/2005 |
| Mike Flanagan | 15-Jul | 29-Jul | 11-Aug | 25-Aug |
| Rick Fridell | 14-Jul | 29-Jul | 12-Aug | 23-Aug |
| Pat Gino | 12-Jul | 26-Jul | 9-Aug | 23-Aug |
| Steve Kamen | 30-Nov | 30-Nov | 30-Nov | 30-Nov |
| Randy Kieffer | 23-Jul | 29-Jul | 11-Aug | 26-Aug |
| Dom Macchia | 14-Jul | 28-Jul | 11-Aug | 25-Aug |
| John Malagise | 12-Jul | 26-Jul | 9-Aug | 24-Aug |
| Marie Peluso | 12-Jul | 26-Jul | 9-Aug | 23-Aug |
| Joe Penna | 19-Jul | 28-Jul | 11-Aug | 23-Aug |
| Rich Redmond | 23-Jul | 2-Aug | 23-Aug | 22-Sep |
| Jim Schlosser | 13-Jul | 27-Jul | 9-Aug | 24-Aug |
| Paul Simon | 15-Jul | 4-Aug | 16-Aug | 2-Sep |
| Mike Welsh | 12-Jul | 30-Jul | 11-Aug | 8-Sep |

International Representative's Expense Reports - Date Received

September / October 2004

| Week Ending: | 9/4/2004 | 9/18/2004 | 10/2/2004 | 10/16/2004 | 10/30/2004 |
|---|---|---|---|---|---|
| John Amodeo | 9-Sep | 22-Sep | 4-Oct | 18-Oct | 4-Nov |
| Brian Brennan | 9-Sep | 27-Sep | 6-Oct | 18-Oct | 1-Nov |
| Jerry Comer | 23-Sep | 7-Oct | 7-Oct | 12-Nov | 12-Nov |
| Larry Davis | 13-Sep | 22-Sep | 6-Oct | 20-Oct | 1-Nov |
| Keenan Eagen | 10-Sep | 22-Sep | 6-Oct | 20-Oct | 5-Nov |
| Wyatt Earp | 17-Feb | 17-Feb | 17-Feb | 2/17/2005 | 2/17/2005 |
| Mike Flanagan | 9-Sep | 23-Sep | 6-Oct | 25-Oct | 4-Nov |
| Rick Fridell | 9-Sep | 23-Sep | 7-Oct | 28-Oct | 17-Nov |
| Pat Gino | 7-Sep | 22-Sep | 4-Oct | 18-Oct | 1-Nov |
| Steve Kamen | 30-Nov | 30-Nov | 30-Nov | 30-Nov | 30-Nov |
| Randy Kieffer | 13-Sep | 22-Sep | 6-Oct | 20-Oct | 5-Nov |
| Dom Macchia | 9-Sep | 22-Sep | 20-Oct | 20-Oct | 4-Nov |
| John Malagise | 7-Sep | 20-Sep | 4-Oct | 18-Oct | 1-Nov |
| Marie Peluso | 7-Sep | 22-Sep | 6-Oct | 20-Oct | 1-Nov |
| Joe Penna | 7-Sep | 23-Sep | 7-Oct | 18-Oct | 1-Nov |
| Rich Redmond | 22-Sep | 22-Sep | 7-Oct | 20-Oct | 8-Nov |
| Jim Schlosser | 9-Sep | 21-Sep | 5-Oct | 19-Oct | 2-Nov |
| Paul Simon | 13-Sep | 24-Sep | 14-Oct | 20-Oct | 3-Nov |
| Mike Welsh | 20-Sep | 20-Sep | 18-Oct | 19-Oct | 4-Nov |

| International Representative's Expense Reports - Date Received | | | | |
| --- | --- | --- | --- | --- |
| | | November / December 2004 | | |
| Week Ending: | 11/13/2004 | 11/27/2004 | 12/11/2004 | 12/25/2004 |
| John Amodeo | 17-Nov | 1-Dec | 15-Dec | 29-Dec |
| Brian Brennan | 15-Nov | 29-Nov | 17-Dec | 29-Dec |
| Jerry Comer | 24-Nov | 29-Nov | 27-Dec | 20-Jan |
| Larry Davis | 15-Nov | 1-Dec | 16-Dec | 3-Jan |
| Keenan Eagen | 15-Nov | 1-Dec | 15-Dec | 29-Dec |
| Wyatt Earp | 17-Feb  2/17/2005 | 17-Feb | 17-Feb | 2/17/2005 |
| Mike Flanagan | 17-Nov | 2-Dec | 16-Dec | 27-Dec |
| Rick Fridell | 17-Nov | 1-Dec | 17-Dec | 3-Jan |
| Pat Gino | 15-Nov | 29-Nov | 15-Dec | 29-Dec |
| Steve Kamen | | | | |
| Randy Kieffer | 15-Nov | 6-Dec | 20-Dec | 3-Jan |
| Dom Macchia | 17-Nov | 1-Dec | 15-Dec | 29-Dec |
| John Malagise | 15-Nov | 1-Dec | 14-Dec | 3-Jan |
| Marie Peluso | 16-Nov | 1-Dec | 16-Dec | 27-Dec |
| Joe Penna | 17-Nov | 29-Nov | 13-Dec | 7-Jan |
| Rich Redmond | 1-Dec | 1-Dec | 27-Dec | 7-Jan |
| Jim Schlosser | 16-Nov | 6-Dec | 14-Dec | 28-Dec |
| Paul Simon | 3-Dec | 3-Dec | 15-Dec | 3-Jan |
| Mike Welsh | 22-Nov | 1-Dec | 13-Dec | 5-Jan |

**International Representative's Expense Reports - Date Received**

**January / February 2005**

| Week Ending: | 1/8/2005 | 1/22/2005 | 2/5/2005 | 2/19/2005 |
|---|---|---|---|---|
| John Amodeo | 12-Jan | 26-Jan | 9-Feb | 22-Feb |
| Brian Brennan | 13-Jan | 26-Jan | 7-Feb | 22-Feb |
| Jerry Comer | 20-Jan | 27-Jan | 10-Feb | 22-Feb |
| Larry Davis | 12-Jan | 26-Jan | 10-Feb | 24-Feb |
| Keenan Eagen | 12-Jan | 26-Jan | 10-Feb | 22-Feb |
| Wyatt Earp | 17-Feb | 17-Feb | 17-Feb | 12-Apr |
| Mike Flanagan | 12-Jan | 26-Jan | 11-Feb | 24-Feb |
| Rick Fridell | 27-Jan | 27-Jan | 7-Feb | 24-Feb |
| Pat Gino | 10-Jan | 26-Jan | 7-Feb | 22-Feb |
| Randy Kieffer | 10-Jan | 24-Jan | 10-Feb | 25-Feb |
| Dom Macchia | 13-Jan | 26-Jan | 9-Feb | 22-Feb |
| John Malagise | 10-Jan | 24-Jan | 7-Feb | 22-Feb |
| Marie Peluso | 12-Jan | 26-Jan | 7-Feb | 24-Feb |
| Joe Penna | 12-Jan | 26-Jan | 9-Feb | 24-Feb |
| Rich Redmond | 28-Jan | 10-Feb | 10-Feb | 24-Feb |
| Jim Schlosser | 11-Jan | 26-Jan | 7-Feb | 4-Mar |
| Paul Simon | 31-Jan | 2-Feb | 11-Feb | 23-Feb |
| Mike Welsh | 10-Jan | 2-Feb | 7-Feb | 23-Feb |

| International Representative's Expense Reports - Date Received | | | | | |
|---|---|---|---|---|---|
| March / April 2005 | | | | | |
| Week Ending: | 3/5/2005 | 3/19/2005 | 4/2/2005 | 4/16/2005 | 4/30/2005 |
| John Amodeo | 14-Mar | 21-Mar | 6-Apr | 21-Apr | 2-May |
| Brian Brennan | 7-Mar | 28-Mar | 6-Apr | 18-Apr | 6-May |
| Jerry Comer | 17-Mar | 21-Mar | 13-Apr | 21-Apr | 4-May |
| Larry Davis | 9-Mar | 21-Mar | 6-Apr | 18-Apr | 4-May |
| Keenan Eagen | 7-Mar | 23-Mar | 7-Apr | 21-Apr | 4-May |
| Wyatt Earp | 12-Apr | 12-Apr | 12-Apr | 9-Feb | 9-Feb |
| Mike Flanagan | 9-Mar | 21-Mar | 7-Apr | 21-Apr | 4-May |
| Rick Fridell | 14-Mar | 23-Mar | 6-Apr | 21-Apr | |
| Pat Gino | 7-Mar | 21-Mar | 4-Apr | 18-Apr | 2-May |
| Randy Kieffer | 10-Mar | 24-Mar | 7-Apr | 20-Apr | 4-May |
| Dom Macchia | 9-Mar | 23-Mar | 6-Apr | 20-Apr | 4-May |
| John Malagise | 7-Mar | 21-Mar | 4-Apr | 18-Apr | 2-May |
| Marie Peluso | 9-Mar | 21-Mar | 4-Apr | 20-Apr | 2-May |
| Joe Penna | 9-Mar | 23-Mar | 11-Apr | 18-Apr | 2-May |
| Rich Redmond | 16-Mar | 23-Mar | 7-Apr | 20-May | 31-May |
| Jim Schlosser | 10-Mar | 22-Mar | 5-Apr | 19-Apr | 4-May |
| Paul Simon | 9-Mar | 23-Mar | 6-Apr | 20-Apr | 4-May |
| Mike Welsh | 14-Mar | 29-Mar | 12-Apr | 20-Apr | 9-May |

**International Representative's Expense Reports - Date Received**

**May / June 2005**

| Week Ending: | 5/14/2005 | 5/28/2005 | 6/11/2005 | 6/25/2005 |
|---|---|---|---|---|
| John Amodeo | 16-May | 8-Jun | 15-Jun | 29-Jun |
| Brian Brennan | 16-May | 2-Jun | 15-Jun | 29-Jun |
| Jerry Comer | 17-May | 2-Jun | 20-Jun | 5-Jul |
| Larry Davis | 18-May | 2-Jun | 15-Jun | 7-Jul |
| Keenan Eagen | 18-May | 2-Jun | 15-Jun | 29-Jun |
| Wyatt Earp | 9-Feb | 9-Feb | 9-Feb | 9-Feb |
| Mike Flanagan | 19-May | 2-Jun | 16-Jun | 30-Jun |
| Rick Fridell | 18-May | 3-Jun | 20-Jun | 5-Jul |
| Pat Gino | 16-May | 31-May | 13-Jun | 27-Jun |
| Randy Kieffer | 20-May | 6-Jun | 17-Jun | 1-Jul |
| Dom Macchia | 18-May | 2-Jun | 15-Jun | 1-Jul |
| John Malagise | 16-May | 31-May | 13-Jun | 29-Jun |
| Marie Peluso | 16-May | 2-Jun | 15-Jun | 27-Jun |
| Joe Penna | 19-May | 2-Jun | 15-Jun | 29-Jun |
| Rich Redmond | 31-May | 16-Jun | 1-Jul | 29-Jun |
| Jim Schlosser | 17-May | 3-Jun | 14-Jul | 1-Jul |
| Paul Simon | 19-May | 13-Jun | 17-Jun | 1-Jul |
| Mike Welsh | 17-May | 3-Jun | 13-Jun | 5-Jul |
|  |  |  |  | 13-Jul |

**International Representative's Expense Reports - Date Received**

**July / August 2005**

| Week Ending: | 7/9/2005 | 7/23/2005 | 8/6/2005 | 8/20/2005 |
|---|---|---|---|---|
| John Amodeo | 13-Jul | 27-Jul | 8-Aug | 22-Aug |
| Brian Brennan | 13-Jul | 27-Jul | 8-Aug | 22-Aug |
| Jerry Comer | 22-Jul | 1-Aug | 18-Aug | 31-Aug |
| Larry Davis | 13-Jul | 28-Jul | 10-Aug | 24-Aug |
| Keenan Eagen | 13-Jul | 25-Jul | 10-Aug | 22-Aug |
| Wyatt Earp | 9-Feb | 9-Feb | 9-Feb | 9-Feb |
| Mike Flanagan | 13-Jul | 27-Jul | 11-Aug | 24-Aug |
| Rick Fridell | 13-Jul | 29-Jul | 8-Aug | 26-Aug |
| Pat Gino | 11-Jul | 25-Jul | 8-Aug | 22-Aug |
| Randy Kieffer | 18-Jul | 1-Aug | 12-Aug | 29-Aug |
| Dom Macchia | 13-Jul | 27-Jul | 10-Aug | 24-Aug |
| John Malagise | 12-Jul | 25-Jul | 8-Aug | 23-Aug |
| Marie Peluso | 13-Jul | 27-Jul | 8-Aug | 24-Aug |
| Joe Penna | 11-Jul | 25-Jul | 8-Aug | 22-Aug |
| Rich Redmond | 14-Jul | 26-Jul | 26-Aug | 26-Aug |
| Jim Schlosser | 20-Jul | 4-Aug | 10-Aug | 24-Aug |
| Paul Simon | 18-Jul | 3-Aug | 10-Aug | 29-Aug |
| Mike Welsh | 13-Jul | 5-Aug | 15-Aug | 22-Aug |
| Joseph McCafferty | | | 8-Aug | 31-Aug |

| Week Ending: | 9/3/2005 | 9/17/2005 | 10/1/2005 | 10/15/2005 | 10/29/2005 |
|---|---|---|---|---|---|
| | | | September / October 2005 | | |
| John Amodeo | 9-Sep | 21-Sep | 5-Oct | 17-Oct | 2-Nov |
| Brian Brennan | 8-Sep | 21-Sep | 3-Oct | 17-Oct | 31-Oct |
| Jerry Comer | 8-Sep | 26-Sep | 5-Oct | 10-Nov | 16-Nov |
| Larry Davis | 8-Sep | 21-Sep | 5-Oct | 19-Oct | 2-Nov |
| Keenan Eagen | 8-Sep | 21-Sep | 11-Oct | 19-Oct | 2-Nov |
| Wyatt Earp | 9-Feb | 9-Feb | 9-Feb | 9-Feb | 9-Feb |
| Mike Flanagan | 9-Sep | 21-Sep | 7-Oct | 26-Oct | 3-Nov |
| Rick Fridell | 9-Sep | 21-Sep | 3-Oct | 26-Oct | 3-Nov |
| Pat Gino | 6-Sep | 19-Sep | 3-Oct | 17-Oct | 31-Oct |
| Randy Kieffer | 12-Sep | 21-Sep | 11-Oct | 31-Oct | 9-Nov |
| Dom Macchia | 9-Sep | 21-Sep | | 19-Oct | 2-Nov |
| John Malagise | 6-Sep | 22-Sep | 3-Oct | 17-Oct | 31-Oct |
| Marie Peluso | 6-Sep | 19-Sep | 5-Oct | 19-Oct | 2-Nov |
| Joe Penna | 6-Sep | 21-Sep | 11-Oct | 17-Oct | 2-Nov |
| Rich Redmond | 12-Sep | 11-Oct | 11-Oct | 27-Oct | 4-Nov |
| Jim Schlosser | 8-Sep | 21-Sep | 5-Oct | 19-Oct | 2-Nov |
| Paul Simon | 21-Sep | 24-Oct | 24-Oct | 24-Oct | 21-Nov |
| Mike Welsh | 6-Sep | 26-Sep | 3-Oct | 21-Oct | 31-Oct |
| Joseph McCafferty | 21-Oct | 21-Oct | 21-Oct | 21-Oct | 3-Nov |

## International Representative's Expense Reports - Date Received
### November / December 2005

| Week Ending: | 11/12/2005 | 11/26/2005 | 12/10/2005 | 12/24/2005 |
|---|---|---|---|---|
| John Amodeo | 14-Nov | 28-Nov | 14-Dec | 28-Dec |
| Brian Brennan | 16-Nov | 30-Nov | 14-Dec | 29-Dec |
| Jerry Comer | 19-Dec | 19-Dec | 29-Dec | 3-Jan |
| Larry Davis | 17-Nov | 30-Nov | 14-Dec | 3-Jan |
| Keenan Eagen | 15-Nov | 1-Dec | 14-Dec | 29-Dec |
| Wyatt Earp | 9-Feb | 28-Jun | 28-Jun | 28-Jun |
| Mike Flanagan | 18-Nov | 30-Nov | 15-Dec | 29-Dec |
| Rick Fridell | 17-Nov | 30-Nov | 19-Dec | 3-Jan |
| Pat Gino | 14-Nov | 28-Nov | 12-Dec | 27-Dec |
| Randy Kieffer | 23-Nov | 2-Dec | 12-Dec | 5-Jan |
| Dom Macchia | 16-Nov | 30-Nov | 14-Dec | 29-Dec |
| John Malagise | 14-Nov | 28-Nov | 12-Dec | 3-Jan |
| Marie Peluso | 16-Nov | 30-Nov | 22-Dec | 3-Jan |
| Joe Penna | 14-Nov | 28-Nov | 12-Dec | 27-Dec |
| Rich Redmond | 28-Nov | 19-Dec | 19-Dec | 12-Jan |
| Jim Schlosser | 17-Nov | 7-Dec | 12-Dec | 27-Dec |
| Paul Simon | 21-Nov | 7-Dec | 10-Feb | 10-Feb |
| Mike Welsh | 15-Nov | 2-Dec | 12-Dec | 4-Jan |
| Tony McCafferty | 15-Nov | 30-Nov | 15-Dec | 3-Jan |