IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. KAMEN | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:06cv01063 (RMC) |
| | ) |
| v. | ) JUDGE ROSEMARY M. COLLYER |
| | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS (IBEW) | ) |
| and EDWIN D. HILL, an individual, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF Randy J. Kamen

I, Randy J. Kamen, do hereby swear and affirm to the following:

1. I am an adult (DOB: 7/2/48) and I reside at 20 Ramapo Lane, Hillsdale, New Jersey 07642.

2. I am one of the Plaintiff's, Steve Kamen's, sisters.

3. I have been aware of my brother's condition, HIV since the winter of 2004, when he became seriously ill. I suspected he might have HIV based upon his lifestyle and his symptoms, and discussed my fears/suspicions with my sister- Debra Kamen. This diagnosis was confirmed in the spring of '04 by his physicians.

4. As I recall, in January of '04 Steve started having some medical difficulties. Then in February 2004 I was informed by Steve of his worsening medical condition.

5. Steve became so ill he was unable to continue to work.

6. After treating with his physician for at least several weeks Steve became so ill he had to be hospitalized.

7. My sister Debra Kamen flew from her home in Massachusetts to be with Steve while he was in the hospital. Debbie and I were in touch at least daily during this time. When Debbie left to go back to Massachusetts I drove from New Jersey to Pennsylvania to stay with him. I believe I was there almost a week.

8. During this entire time period Steve was unable to care for himself or engage in any normal activities because of his serious health conditions.

9. Steve and I were concerned about his job during this time and Steve asked me to contact his boss, Donald Siegel, to inform Siegel about Steve's condition. I know Debbie had handled that when she was taking care of Steve.

10. In late February and during March 2004 I made repeated phone calls to the IBEW office in Pittsburgh to speak with Mr. Siegel.

11. Despite my repeated efforts to speak with Mr. Siegel no one at the IBEW office ever connected me with Mr. Siegel.

12. I left repeated messages either with individuals who answered the phone or on the answering machine identifying myself, my telephone number and the fact I was one of Steve's Kamen's sisters.

13. I also made clear that Steve was very sick, had just been released from the hospital and was unable to contact work or otherwise engage in his job because of his serious illnesses.

14. I also made it clear to the IBEW that Steve could have permanent problems/limitations due to his illnesses and proposed treatment plan.

15. I also repeatedly requested that Mr. Siegel return my phone calls so we could discuss Steve's condition at greater length.

16. No one in Mr. Siegel's office or anyone else from the IBEW ever contacted me.

17. I made it clear in my various communications with Mr. Siegel's office that my brother's condition was serious, potentially life threatening, and that he needed to have time off to recover and get back on his feet before he could consider coming back to work.

_____
RANDY J. KAMEN

Sworn to and Subscribed
Before me this 31st day
of March 2008.

_____
Notary Public
My commission expires:

CAROL DAVIS
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/28/2009