IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. KAMEN | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:06cv01063 (RMC) |
| | ) |
| v. | ) JUDGE ROSEMARY M. COLLYER |
| | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS (IBEW) | ) |
| and EDWIN D. HILL, an individual, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF DEBRA KAMEN

I, Debra Kamen, do hereby swear and affirm to the following:

1. I am an adult (DOB: 8/1/49) and reside at 84 Prescott Street, Medford, MA 02155.

2. I am one of the Plaintiff's, Steve Kamen's, sisters.

3. I have been aware of my brother's condition, HIV, since at least April 2004.

4. I was also aware prior to April 2004 about repeated medical problems Steve was having.

5. In February 2004 I was informed by Steve of his worsening medical condition.

6. Steve became so ill he was unable to continue to work.

7. After treating with his physician for at least several weeks Steve became so ill he had to be admitted to a hospital.

8. I flew from my home in Massachusetts to be with him while he was in the hospital.

9. For many weeks Steve was unable to care for himself or engage in any normal activities because of his serious health conditions.

10. Steve was concerned about work during this time and asked me to contact his boss, Donald Siegel, to inform Siegel about Steve's condition.

11. In late February and during March 2004 I made repeated phone calls to the IBEW office in Pittsburgh to speak with Mr. Siegel.

12. Despite my repeated efforts to speak with Mr. Siegel no one at the IBEW office would ever connect me with Mr. Siegel.

13. I left repeated messages either with individuals who answered the phone or on the answering machine identifying myself, my telephone number and the fact I was one of Steve's sisters.

14. I also made clear that Steve was very sick, was in the hospital and was unable to contact work or otherwise engage in his job because of this.

15. I also repeatedly requested for Mr. Siegel to return my phone call so we could discuss Steve's condition at greater length.

16. No one in Mr. Siegel's office or anywhere else at IBEW ever contacted me.

17. In late March or early April, Steve's other sister, Randy Kamen, began making the same kinds of phone calls I had been making to IBEW.

18. I made it clear in my various communications with Mr. Siegel's office of the seriousness of my brother's condition and the need for him to have time off before he could consider coming back to work.

_____
DEBRA KAMEN

Sworn to and subscribed
before me this 29 day
of March 2008.

_____
Notary Public

My commission expires:

_11-27-2014_