IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv01063 |
| ) | |
| v. ) | JUDGE ROSEMARY M. COLLYER |
| ) | |
| INTERNATION BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (IBEW) ) | |
| and EDWIN D. HILL, an individual, ) | Electronically Filed |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, upon review of Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that Defendants' Motion is **DENIED**, and this matter is to be set for further proceedings in a modified Case Management Order to follow.

Dated: _____          _____
                                                                    Rosemary M. Collyer, USDJ