UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, AFL-CIO and )<br>EDWIN D. HILL, an individual, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV01063(RMC) |

## ORDER

Upon consideration of defendant International Brotherhood of Electrical Workers, AFL-CIO's motion to strike certain portions of plaintiff Steven A. Kamen's Affidavit (hereafter "Kamen Affidavit"), plaintiff's responding opposition, and the entire record, and it appearing to the Court that the grant of defendant's motion is just and proper, it is hereby:

**ORDERED** that defendant's motion to strike ¶¶ 12, 13, 22, 23, 24, 25, 26, 27, and 34 of the Kamen Affidavit because they include information that is not based on personal knowledge is **GRANTED**;

**FURTHER ORDERED** that defendant's motion to strike ¶¶ 12, 23, 24, 25, 26, 27, and 34 of the Kamen Affidavit because they contain inadmissible hearsay is **GRANTED**; and

**FURTHER ORDERED** that defendant's motion to strike ¶ 38 of the Kamen Affidavit is **GRANTED** because it refers to documents, which were not attached thereto.

**SO ORDERED**

_____
ROSEMARY M. COLLYER
United States Judge

Dated: _____