UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) | |
| ) | Case No. 1:06CV01063(RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, AFL-CIO and ) | |
| EDWIN D. HILL, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## SUPPLEMENTAL DECLARATION OF DONALD C. SIEGEL

I, Donald C. Siegel, make this declaration based on personal knowledge:

1. On February 21, 2008, I executed a declaration in support of the Motion for Summary Judgment filed by defendants Interantional Brotherhood of Electrical Workers, AFL-CIO, and Edwin D. Hill in the above-referenced case, which I have advised was docketed as Document # 26-4.

2. I stated in my February 21, 2008 declaration that "I was unaware that Mr. Kamen was infected by [the human immunodeficiency virus (HIV)] until I read the Complaint that Mr. Kamen filed in the above-referenced case." Declaration of Donald C. Siegel at ¶ 96.

3. I have reviewed the Affidavit of Steven A. Kamen filed in support of his Opposition to Defendants' Motion for Summary Judgment in the above-referenced case (hereafter "Kamen Aff."), which I have been advised was docketed as Document # 30-10.

4. Mr. Kamen states in his affidavit that he believes the IBEW (and presumably me) was aware that he had contracted HIV well before his employment by the IBEW was terminated on December 8, 2004. Kamen Aff. at ¶ 22.

5. Mr. Kamen also implies in his affidavit that his sisters may have informed me or someone on my staff that he had contracted HIV. Kamen Aff. at ¶ 24.

6. Mr. Kamen further asserts that he knows that the IBEW (and presumably me) received information concerning his medical condition from his doctors. Kamen Aff. at ¶ 25.

7. I described my knowledge of Mr. Kamen's medical condition in my February 21, 2008 declaration. Declaration of Donald C. Siegel (hereafter "Siegel Dec.") at ¶¶ 30, 32, 38-40, 44, and 46-52.

8. I also attached copies of two letters, which Mr. Kamen sent to me dated March 16, 2004 and April 6, 2004, attached to which were copies of notes from his primary care physician, Dr. John R. Rocchi, which were dated March 11, 2004 and April 2, 2004. Exhibit Nos. 14-17 attached to Siegel Dec.

9. None of the information that I had in my possession in March and April 2004 indicated in any way to me that Mr. Kamen was being treated for HIV or that the ailments for which he was being treated, such as meningitis, diverticulitis, and gall bladder, are specifically related to or caused by HIV.

10. Counsel for defendants IBEW and Edwin D. Hill has shown me the medical information, which Mr. Kamen claims was submitted by Dr. Rocchi to the IBEW in 2004, which was attached to the transcript of Mr. Kamen's November 28, 2007 deposition as Exhibit No. 20 that I have been advised was docketed as Document # 30-4 at pages 128-196.

11. In particular, counsel for defendants IBEW and Edwin D. Hill asked me whether I have ever seen any of the notes prepared by Dr. Rocchi concerning Mr. Kamen's office visits in 2004 that appear in Exhibit No. 20 at pages 166-193.

12. Counsel for defendants IBEW and Edwin D. Hill also called to my attention Mr. Kamen's statements in his affidavit that he was involved in a work-related automobile accident in October 2004 and that he immediately notified IBEW International Representative Michael D. Welsh, who is one of my executive assistants, about the accident, and that he applied for workers' compensation.

13. I then remembered that I had contacted Lawrence F. Neidig, Jr., who is Senior Executive Assistant to the IBEW International President and the IBEW Interantional Secretary-Treasurer, in late October 2004 and asked him for whatever information the IBEW had received concerning Mr. Kamen's automobile accident.

14. Mr. Neidig apparently asked William T. Bohné, Jr., who was the Director of the IBEW's Personnel Department at that time, to provide a copy of all the paperwork, which the IBEW had, concerning Mr. Kamen's automobile accident.

15. In response, Mr. Bohné sent by facsimile to me on October 22, 2004 copies of the application for workers' compensation, which Mr. Kamen filed with the District of Columbia Government Office of Workers' Compensation, a copy of Dr. Rocchi's notes concerning his examination of Mr. Kamen on October 19, 2004, and a note signed by Dr. Rocchi and dated October 19, 2004, which has Mr. Kamen's name in the upper left-hand corner and states: "Excuse from work 10/16–10/25/04 due to injury." *See* Exhibit No. 1 attached hereto.

16. Dr. Rocchi's notes, which concern his examination of Mr. Kamen on October 19, 2004, are included in Exhibit No. 20 at pages 186 and 187.

17. Other than Dr. Rocchi's notes concerning Mr. Kamen's October 19, 2004 office visit, I have never seen any of the other medical information set forth in Exhibit No. 20 attached to the transcript of Mr. Kamen's November 28, 2007 deposition.

18. Moreover, contrary to Mr. Kamen's assertion in ¶ 35 of his affidavit, I saw nothing in Dr. Rocchi's notes concerning Mr. Kamen's October 19, 2004 office visit, which indicated that Mr. Kamen had been diagnosed with HIV.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Donald C. Siegel

Dated: April 11, 2008.

# INTERNATIONAL BROTHERHOOD
## OF ELECTRICAL WORKERS®



**Personnel Department**
**William T. Bohne', Jr.**
**Director of Personnel**
1125 15th Street, N.W., Suite 806
Washington, DC 20005

**TO:** Donald Siegel

**DATE:** October 22, 2004

**FAX #:** (412) 269-4964

**FROM:** William T. Bohné, Jr.

**FAX #:** (202) 728-6262    **TELE:** (202) 728-6006

**COMMENTS:** Per my conversation staff's conversation with Sr. Exec. Asst. Neidig this morning, following please find a copy of the all the paperwork relative to the car accident of IR Kamen.



OCT 22 2004

FAX-IBEW THIRD DISTRICT

## CONFIDENTIAL COMMUNICATION

The document accompanying this facsimile transmission contains information from the International Brotherhood of Electrical Workers®, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action subsequent to the contents of this facsimile information is strictly prohibited; moreover, you are requested to return the documents to the IBEW immediately. Accordingly, if you have received this facsimile in error, please contact us by telephone immediately in order that we may arrange for the return of the original documents to us at no cost to you. Thank you.



EXHIBIT
No. 1

DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF WORKERS' COMPENSATION
P.O. BOX 56098
WASHINGTON, D.C. 20011
(202) 576-6265

Date of This Report: October 15, 2004

Employee Social Security No.: 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

Employer Identification No.: ___

Insurer No.: ___

## EMPLOYEE'S CLAIM APPLICATION

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| Steven A. Kamen<br>605 Slippery Rock Road<br>Slippery Rock, PA 16057 | | |

### NOTICE TO EMPLOYER/INSURER

A CLAIM FOR WORKERS' COMPENSATION BENEFITS HAS BEEN FILED WITH THIS OFFICE. YOU HAVE 14 DAYS FROM THE RECEIPT OF THIS NOTICE IF YOU HAVE NO PREVIOUS KNOWLEDGE OF INJURY OR ITS RELATIONSHIP TO EMPLOYMENT, TO BEGIN VOLUNTARY PAYMENTS OF WORKERS' COMPENSATION BENEFITS TO THE ABOVE NAMED EMPLOYEE, OR YOU MUST FILE A NOTICE OF CONTROVERSION, MEMO OF DENIAL OF BENEFITS, FORM NO. 11 DCWC WITH THIS OFFICE. FAILURE TO PAY BENEFITS, UNLESS YOU CONTROVERT THE EMPLOYEE'S RIGHT TO BENEFITS, WILL SUBJECT YOU TO PENALTIES UNDER THE ACT. YOU SHOULD CONTACT YOUR INSURER IMMEDIATELY.

Date and Time of Injury: 10.14.04  5:25 am/(pm)   Office Representative: ___

Place where injury occurred: Route 8 Center Township Butler County

Description of Injury: Left Shoulder, Neck, Lower Back

THIS IS TO NOTIFY YOU ___ Employer

That while in the employ of the above named employer I sustained a disabling injury ☒ or contracted an occupational disease ☐ as described above. The disability was caused by: Auto Accident

Treating Physician's Name and Address: Butler Memorial Hospital  911 East Brady Street Butler PA 16001

YOU SHOULD HAVE ALREADY FILED OR SHOULD FILE EMPLOYEE'S NOTICE OF ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE, FORM NO. 7 DCWC.

I HAVE FILED THIS CLAIM WITH THE OFFICE OF WORKERS' COMPENSATION.

(Employee's Signature)

INSTRUCTIONS: Part 1, 2 & 3 to be submitted to Office of Workers' Compensation; Part 4 Employee's Copy.

FORM NO. 7A DCWC
93-0216

ORIGINAL—OWC

# COMPENSATION TELEPHONE REPORTING WORKSHEET

THINGS TO REMEMBER WHEN COMPLETING THE INFORMATION BELOW:
Call the Telephone Reporting Center to quickly and easily report all Workers' Compensation injuries. We will be asking you the following questions, so please have the information handy. We will produce and submit the necessary state forms.

**DO NOT DELAY IN CALLING IF YOU DO NOT HAVE ANSWERS TO ALL THE QUESTIONS.**

## ACCOUNT / ACCIDENT INFORMATION

CALLER'S PHONE NUMBER / EXTENSION: ( )
CALLER'S TITLE:
CALLER'S NAME:
REPORTING STATE:

SUBSIDIARY NAME:
SUBSIDIARY'S ADDRESS (STREET, CITY, STATE & ZIP):
SUBSIDIARY'S MAILING ADDRESS (STREET, CITY, STATE & ZIP): ☐ SAME

DID THE ACCIDENT OCCUR AT THIS LOCATION ADDRESS? ☐ YES  ☐ NO   IF NO, ADDRESS WHERE ACCIDENT OCCURRED
PARENT COMPANY / INSURED'S NAME:

LOCATION CODE:
POLICY SYMBOL AND NUMBER:
NATURE OF BUSINESS:

DATE OF INJURY:
TIME OF INJURY:

ACCIDENT DESCRIPTION:

## EMPLOYEE INFORMATION

INJURED EMPLOYEE'S SOCIAL SECURITY NUMBER: 073 | 46 | 5275
EMPLOYEE'S NAME (FIRST, MI, LAST): STEVEN A. KAMEN
GENDER: ☒ MALE  ☐ FEM

DATE OF BIRTH: 07.28.57
EMPLOYEE'S MAILING ADDRESS: 605 SLIPPERY ROCK ROAD  SLIPPERY ROCK PA 16057

EMPLOYEE'S HOME PHONE NUMBER: 724 794 3143
EMPLOYEE'S HOME ADDRESS IF DIFFERENT FROM MAILING: SAME

## EMPLOYEE JOB INFORMATION

EMPLOYMENT STATUS CODE: ☒ FULL-TIME ☐ PART-TIME ☐ OTHER
INJURED WORKER TYPE:
REGULAR OCCUPATION: UNION REP.

OCCUPATION WHEN INJURED: UNION REP.

EMPLOYEE'S WORK SCHEDULE:
REGULAR WORK HOURS: 8A - 6P
HOURS/DAY: 8-10
DAYS/WEEK: 5

EMPLOYEE'S WAGE INFORMATION:
$_____ /HOUR OR $108,000.00 ANNUAL OR $____ WEEKLY   OVERTIME: $____   ADDITIONAL BENEFITS: $____

DATE OF HIRE OR LENGTH OF EMPLOYMENT: 07.01.97

SUPERVISOR'S NAME: EDWIN D. HILL
SUPERVISOR'S PHONE NUMBER: 202 833 7000
BEST HOURS TO CONTACT:

## ACCIDENT INFORMATION

DATE CLAIM REPORTED TO EMPLOYER: 10.14.04
DID EMPLOYEE LOSE ANY TIME FROM WORK? ☒ YES ☐ NO
IS THE EMPLOYEE BACK AT WORK? ☐ YES ☒ NO   IF YES, DATE RETURNED TO WORK?

RETURN TO WORK STATUS: ☐ LIGHT ☐ MODIFIED ☐ REGULAR
DATE EMPLOYEE LAST WORKED: 10.14.04
WAS INJURY FATAL? IF YES, DATE OF DEATH: ☐ YES ☒ NO

CAUSE OF ACCIDENT (E.G. SLIP/FALL, LIFTING, CHEMICAL): AUTOMOBILE
CONTRIBUTING FACTORS:

EQUIPMENT, MATERIAL OR SUBSTANCE INVOLVED:

IF OTHER PEOPLE WERE INVOLVED
NAME (FIRST, MI, LAST): DAWN R. ZIEGLER
ADDRESS: 216 SUTTON LANE BUTLER PA 16001
PHONE NUMBER:

DO YOU QUESTION THE VALIDITY OF THE CLAIM? ☐ YES ☐ NO

WITNESS INFORMATION
NAME (FIRST, MI, LAST):
ADDRESS:
PHONE NUMBER:

**CONTINUED ON REVERSE SIDE**

C-24242 Rev 11-99

## INJURY INFORMATION

**PART OF BODY INJURED (E.G., HEAD, NECK, ARM, LEG)**
LEFT SHOULDER, NECK, LOWER BACK

**NATURE OF INJURY (E.G., FRACTURE, SPRAIN, LACERATION)**
NECK & SHOULDER STRAIN

**PRIOR INJURY OR PRE-EXISTING CONDITION(S) (IF YES, DESCRIBE)**
☐ YES  ☒ NO

**TREATMENT (X ALL THAT APPLY)**

| | TREATMENT AND DATE OF 1ST TREATMENT |
|---|---|
| ☐ FIRST AID | |
| ☒ HOSPITAL/CLINIC | BUTLER MEMORIAL HOSPITAL 911 EAST BRADY STREET BUTLER PA 16001 NO AMBULANCE |
| ☒ PHYSICIAN | DR ROCCHI 480 EAST JEFFERSON STREET BUTLER PA 16001 |

SEE WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS FOR YOUR INDIVIDUAL STATE.

## CUSTOMER SPECIFIC INFORMATION

## ADDITIONAL COMMENTS & INFORMATION

C-24242 (82x39)

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street Butler, PA 16001
724-282-1530 Fax

October 19, 2004

Post-it® Fax Note  7671  Date 10/21/04  # of pages 3
To: Janice          From: Maureen
Co./Dept.           Co. St Paul Travelers
Phone #             Phone # 4/2771 4048
Fax # 202 728 6262  Fax # 4/3 728 4041

10/19/2004 - Office Visit: Follow-up Visit
Provider: John R. Rocchi MD
Location of Care: William A. DiCuccio M.D. & Associates

## OFFICE VISIT

### History of Present Illness
History from: patient
Chief Complaint: f/u
History of Present Illness: Car accident on Thursday - follow up to ER visit - Whip lash, back pain and lt shoulder pain Neck and shoulder still bother him. Was rear ended while at a stop. Neck and left shoulder still sore. Had many xrays in er. Xrays with some degenerative changes of neck and lumbar spine.

### Past, Family, and Social History
Past History (reviewed - no changes required): 1.a fib
2.sleep apnea
3.hypercholesterolemia
4.viral meningitis, 3/04
Social History (reviewed - no changes required): divorced

### Risk Factors

### Review of Systems
General: Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
Cardiovascular: Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
Respiratory: Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
Musculoskeletal: Complains of see HPI, back pain, stiffness.

### Vital Signs
Height: 76 inches
Weight: 284 pounds
Pulse rate: 70
Respirations: 16
Blood Pressure: 120/72 mm Hg

### Physical Exam
General appearance: well nourished, well hydrated, no acute distress

### Respiratory
Respiratory effort: no intercostal retractions or use of accessory muscles
Auscultation: no rales, rhonchi, or wheezes

### Cardiovascular
Auscultation: S1, S2, no murmur, rub, or gallop
Periph. circulation: no cyanosis, clubbing, edema, or varicosities

### Gastrointestinal
Abdomen: soft, non-tender, no masses, bowel sounds normal

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street Butler, PA 16001
724-282-1530 Fax

October 19, 2004
Page 2
Chart Document



**Liver and spleen:** no enlargement or nodularity

### Musculoskeletal
**Head and neck:** tender over lateral left neck muscles  Tender over upper left anterior chest and colar bone  Slight decrease in rom of neck.   NO real bruising over this area.

### Assessment & Plan
**Assessment & Plan:** neck, left upper chest and shoulder contusion - continue analgesia prn.

**Problem List:**
ATRIAL FIBRILLATION (ICD-427.31)
SKIN RASH (ICD-782.1)
ANXIETY DEPRESSION (ICD-300.4)
CORONARY ARTERY DISEASE (ICD-414.00)
HYPERTENSION (ICD-401.9)
HYPERLIPIDEMIA (ICD-272.4)
RIB PAIN, LEFT SIDED (ICD-848.3)
TONSILLITIS, ACUTE (ICD-463)
ABDOMINAL PAIN, GENERALIZED (ICD-789.07)
NECK PAIN (ICD-723.1)

**Current Allergies:**
PENICILLIN
SULFA
VERAPAMIL
MORPHINE

**Current Medications:**
LIPITOR 10 MG TAB (ATORVASTATIN CALCIUM) 1 po qd
AVAPRO 150 MG TAB (IRBESARTAN) q d.
LOPRESSOR 50 MG TAB (METOPROLOL TARTRATE) b.i.d.
COUMADIN 7.5 MG TAB (WARFARIN SODIUM) as directed
ZOLOFT 50 MG TAB (SERTRALINE HCL) 1 po qd
TIKOSYN 250 MCG CAP (DOFETILIDE) 1 po q 12 hrs
VICODIN ES 7.5-750 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1 po q6hrs prn
AMBIEN 5 MG TAB (ZOLPIDEM TARTRATE) 1 po qhs prn insomnia
ZOLOFT 100 MG TAB (SERTRALINE HCL) 1 po qd
VALIUM 10 MG TABS (DIAZEPAM) 1 po qd prn

**New Orders:**
Added new Service order of Est 99213 (CPT-99213) - Signed

Signed by John R. Rocchi MD on 10/19/2004 at 3:39 PM

**William A. DiCuccio M.D. & Associates**
480 E. Jefferson Street   Butler, PA 16001
724-282-1530

Steven A Kamen

Excuse from work 10/15 - 10/25/04 due to injury.

_____
John R. Rocchi MD                    October 19, 2004

RECEIVED
OCT 20 2004
FAX-IBEW THIRD DISTRICT-FAX