UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KAMEN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BROTHERHOOD ) <br> OF ELECTRICAL WORKERS, AFL-CIO and ) <br> EDWIN D. HILL, an individual, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:06CV01063 (RMC) |

## DECLARATION OF DARREN DEMARCO

I, DARREN DEMARCO, make this declaration based on personal knowledge:

1. I am the Director of the Information Technology Department in the offices of the International Brotherhood of Electrical Workers, AFL-CIO ("IBEW"), which is located at 900 Seventh Street, N.W., Washington, D.C. 20001.

2. In October 2004, I was employed as the Network and Systems Manager in the IBEW Information Technology Department.

3. The IBEW hosts its own electronic mail system on a Microsoft Exchange Server, which processes and stores electronic mail sent and received to and from the mail box accounts assigned to IBEW officers, employees, and representatives.

4. I was responsible for the maintenance and operation of the IBEW's Microsoft Exchange Server as Network and Systems Manager in the IBEW Information Technology Department.

- 2 -

5. Each IBEW International Representative is assigned a laptop computer and an individual mail box account.

6. The IBEW's Microsoft Exchange Server automatically tracks when each electronic mail box user most recently logged onto his or her electronic mail box account and when the electronic mail box user most recently accessed the IBEW's electronic mail system.

7. The IBEW's Microsoft Exchange System Manager displays the most recent electronic mail activity in each electronic mail box account assigned to IBEW officers, employees, and representatives.

8. The IBEW's Microsoft Exchange System Manager does not enable access to the text of individual pieces of electronic mail stored in the System.

9. I have reviewed the Declaration of Donald C. Siegel, which was filed with the Court in the above-captioned case as Document # 26-4.

10. I have also reviewed the Affidavit of Steven A. Kamen, which was also filed with the Court in the above-captioned case as Document # 30-10.

11. I recall that Laurence Neidig, who is the Senior Executive Assistant to the IBEW International President and the IBEW International Secretary-Treasurer, contacted me in October 2004 and told me that he had received a request from IBEW International Vice-President Donald Siegel for the Information Technology Department to determine whether the laptop computer and electronic mail box account assigned by the IBEW to International Representative Steven Kamen were in working order.

12. Pursuant to this request, I examined the IBEW Microsoft Exchange System Manager and observed that on October 14, 2004, Steven Kamen's windows account had logged

- 3 -

onto the electronic mail box account assigned to IBEW International Representative Steven Kamen and accessed the IBEW's electronic mail system.

13.  I did not read any of the messages in the electronic mail box assigned to IBEW International Representative Steven Kamen.

14.  I promptly reported to Mr. Neidig the results of my observation of the IBEW Microsoft Exchange System Manager concerning electronic mail activity in the electronic mail box account assigned to IBEW International Representative Steven Kamen.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
DARREN DEMARCO

Dated: April 16, 2008.